## **EXHIBIT C**

**(Insurance Policies)**

5

| COVERAGE TYPE | NAMED INSURED | CARRIER | POLICY NUMBER |
|---|---|---|---|
| Commercial General Liability | ZLOOP, INC | Granite State Insurance Co. c/o Watson Insurance | 02-LX-067045575-0<br><br>3/4/2015 - 3/4/2016 |
| Auto | ZLOOP, INC | Granite State Insurance Co. c/o Watson Insurance | 02-CA-084607784-0<br><br>3/4/2015 - 3/4/2016 |
| Umbrella Liability | ZLOOP, INC | National Union Fire Ins. Co. c/o Watson Insurance | 29-UD-011165819-0<br><br>3/4/2015 - 3/4/2016 |
| Environmental w/Terrorism | ZLOOP, INC | Freberg Environmental Insurance | FEI-EIL-19501-01<br><br>5/15/2015 – 5/15/2016 |
| Workers Compensation | ZLOOP, INC | The Ohio Casualty Insurance Company c/o Liberty Mutual Insurance Company | XWO55130737<br><br>12/29/2014 – 12/29/2015 |