# **EXHIBIT B**

Zloop, INC
POST CHAPTER 13 - Income/Expenses - WEEKS 1-13
(CONFIDENTIAL)
revised 8/6/2015
revised 8/6/2015

| | | W/E Aug 15, 2015 | W/E Aug 22, 2015 | W/E Aug 29, 2015 | W/E Sep 5, 2015 | W/E Sep 12, 2015 | W/E Sep 19, 2015 | W/E Sep 26, 2015 | W/E Oct 3, 2015 | W/E Oct 10, 2015 | W/E Oct 17, 2015 | W/E Oct 24, 2015 | W/E Oct 31, 2015 | W/E Nov 7, 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer 1 | | Load 1 Received | | Load 2 Received | | Load 3 Received | | Load 4 Received | | Load 5 Received | | Load 6 Received | | Load 7 Received |
| | | | L-1 Sold | | L-1 Paid | | L-2 Sold | | L-2 Paid | | L-3 Sold | | L-3 Paid | |
| Customer 2 | | Load 1 Received | Load 2 Received | Load 3 Received | Load 4 Received | Load 5 Received | Load 6 Received | Load 7 Received | Load 8 Received | Load 9 Received | Load 10 Received | Load 11 Received | Load 12 Received | Load 13 Received |
| | | | L-1 Sold | L-2 Sold L-1 Paid | L-2 Sold L-1 Paid | L-3 Sold L-2 Paid | L-4 Sold L-3 Paid | L-5 Sold L-4 Paid | L-6 Sold L-5 Paid | L-7 Sold L-6 Paid | L-8 Sold L-7 Paid | L-9 Sold L-8 Paid | L-10 Sold L-9 Paid | L-11 Sold L-10 Paid |
| Customer 3 | | | | | | | Contract Signed | Load 1 Received | | Load 2 Received | | Load 3 Received | | Load 4 Received |
| | | Previous Load Payment | | | | | | | L-1 Sold | L-1 Paid | | L-2 Sold | L-2 Paid | L-3 Sold | Contract Signed |
| Customer 4 | | | | | Contract Signed | | | | | Contract Signed | | | | Contract Signed |
| | ASSET SALES | | | CO Releasing Liens on Trailers | SALE 6 53' TRAILERS | | SALE/LEASEBACK NC BLDG | | NV BLDG SOLD | 100% PAYBACK OF A/P | | | | |

| | Cash Received | estimated | estimated | estimated | estimated | estimated | estimated | estimated | estimated | estimated | estimated | estimated | estimated | estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance | | $14,278 | $16,004.47 | $23,520.27 | $7,538.15 | $139,803.95 | $422,321.82 | $2,212,587.62 | $2,051,980.50 | $3,537,647.05 | $3,108,845.42 | $3,094,511.97 | $3,054,594.97 | $3,040,261.52 |
| Commodity Sales | | $14,793.03 | $19,702.80 | $14,575.50 | $19,702.80 | $14,575.50 | $19,702.80 | $14,575.50 | $28,853.55 | $20,676.00 | $28,853.55 | $20,676.00 | $28,853.55 | $20,676.00 |
| Service Fees (eWaste pickup/disposal) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| WDA Sales (Data Destruction) | | $0.00 | $0.00 | $0.00 | $0.00 | $300,000.00 | $0.00 | $0.00 | $0.00 | $300,000.00 | $0.00 | $0.00 | $0.00 | $300,000.00 |
| Asset Sales | | $0.00 | $0.00 | $0.00 | $126,000.00 | $0.00 | $1,800,000.00 | $0.00 | $1,500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Sales/Fees | | $14,793.03 | $19,702.80 | $14,575.50 | $145,702.80 | $314,575.50 | $1,819,702.80 | $14,575.50 | $1,528,853.55 | $320,676.00 | $28,853.55 | $20,676.00 | $28,853.55 | $320,676.00 |
| Total Cash Available | | $29,071.47 | $35,707.27 | $38,095.77 | $153,240.95 | $454,379.45 | $2,242,024.62 | $2,227,163.12 | $3,580,834.05 | $3,858,323.05 | $3,137,698.97 | $3,115,187.97 | $3,083,448.52 | $3,360,937.52 |

| | Cash Disbursed | Estimated | Estimated | Estimated | Estimated | Estimated | Estimated | Estimated | Estimated | Estimated | Estimated | Estimated | Estimated | Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries and Wages | | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 |
| Contract Labor | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Commissions | | $0 | $0 | $16,741 | $0 | $16,741 | $0 | $16,741 | $0 | $16,741 | $0 | $14,651 | $0 | $14,651 |
| Lease/Mortgage | | $0 | $0 | $0 | $0 | $0 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 |
| Insurance | | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 |
| Surety Bonding Fees (WDA Prog) | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Professional Fees | | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $131,250 | $18,750 | $18,750 | $18,750 | $18,750 | $18,750 | $18,750 |
| Office Supplies | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Warehouse Supplies | | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 |
| Repairs and Maintenance | | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 |
| Travel and Entertainment | | $250 | $250 | $1,000 | $1,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| Utilities | | $920 | $920 | $920 | $920 | $920 | $920 | $920 | $920 | $920 | $920 | $920 | $920 | $920 |
| Purchases | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Marketing | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Shipping/Logistics | | $1,130.00 | $250.00 | $1,130.00 | $250.00 | $1,130.00 | $250.00 | $1,130.00 | $250.00 | $1,130.00 | $250.00 | $1,130.00 | $250.00 | $1,130.00 |
| Other | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $686,795.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Disbursements | | $12,367.00 | $11,487.00 | $29,857.63 | $12,737.00 | $31,357.63 | $28,737.00 | $172,607.63 | $42,487.00 | $746,902.63 | $42,487.00 | $58,018.00 | $42,487.00 | $58,018.00 |
| Cash Position | | $16,704.47 | $24,220.27 | $8,238.15 | $140,503.95 | $423,021.82 | $2,213,287.62 | $2,054,555.50 | $3,538,347.05 | $3,111,420.42 | $3,095,211.97 | $3,057,169.97 | $3,040,961.52 | $3,302,919.52 |
| LOC Interest Payment (Litigating) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CAP X Purchases | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COG Sold | | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $2,575.00 | $700.00 | $2,575.00 | $700.00 | $2,575.00 | $700.00 | $2,575.00 |
| Total Cash Paid Out | | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $2,575.00 | $700.00 | $2,575.00 | $700.00 | $2,575.00 | $700.00 | $2,575.00 |
| End Of Week | | $16,004.47 | $23,520.27 | $7,538.15 | $139,803.95 | $422,321.82 | $2,212,587.62 | $2,051,980.50 | $3,537,647.05 | $3,108,845.42 | $3,094,511.97 | $3,054,594.97 | $3,040,261.52 | $3,300,344.52 |