IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11660 (KJC)<br><br>(Joint Administration Requested) |

**NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS; NOTICE AND AGENDA OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR AUGUST 11, 2015 AT 10:30 A.M. (ET)**[2] [3]

**PLEASE TAKE NOTICE** that on August 9, 2015, ZLOOP, Inc., and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code §§ 101-1532, as set forth below:

1. Voluntary Petition of ZLOOP, Inc. [Docket No. 1, Case No. 15-11660-(KJC)]

2. Voluntary Petition of ZLOOP Nevada, LLC [Docket No. 1, Case No. 15-11661-(KJC)]

3. Voluntary Petition of ZLOOP Knitting Mill, LLC [Docket No. 1, Case No. 15-11662-(KJC)]

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] Copies of all petitions, motions and pleadings identified herein may be obtained through the Courts CM/ECF website (https://ecf.deb.uscourts.gov/) or by contacting undersigned proposed counsel to the Debtors.

[3] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of their voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

4. Motion of the Debtors for Entry of an Order Directing the Joint Administration of Their Chapter 11 Cases [Docket No. 3];[4]

5. Declaration of Robert M. Boston in Support of Chapter 11 Petitions and First Day Motions [Docket No. 10];

6. Motion of the Debtors and Debtors in Possession for Entry of an Order Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 4];

7. Motion of the Debtors for Entry of an Order (I) Approving the Continued Use of the Debtors' Cash Management System, Existing Bank Accounts and Business Forms, and (II) Extending the Deadline to Comply with the Deposit and Investment Requirements of Section 345 of the Bankruptcy Code [Docket No. 5];

8. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Them to Pay Certain Employee Obligations and Maintain and Continue Employee Benefits and Programs, (II) Authorizing and Directing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Issued Checks and Electronic Payment Requests Relating to the Foregoing, and (III) Scheduling a Final Hearing on the Motion [Docket No. 6];

9. Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Their Utility Providers Pursuant to Section 366 of the Bankruptcy Code [Docket No. 7];

10. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Obligations Arising Thereunder, and (B) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies and (II) Granting Certain Related Relief [Docket No. 8];

11. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is not Required, and (III) Scheduling a Final Hearing [Docket No. 9].

---

[4] Docket numbers listed herein shall hereafter refer to the docket for ZLOOP, Inc., Case No. 15-11660 (KJC), unless otherwise indicated.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for August 11, 2015 at 10:30 A.M. (Eastern Time) before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: August 10, 2015
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
Kaitlin M. Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com
craig.martin@dlapiper.com
daniel.brogan@dlapiper.com
kaitlin.edelman@dlapiper.com

*Proposed Counsel to Debtors and Debtors in Possession*