# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*,[1] | Case No. 15-11660 (KJC) |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I, Daniel N. Brogan, hereby certify that on the 10th day of August, 2015, I caused true and correct copies of the documents listed below to be served upon the parties on the attached service list in the manner indicated:

- Motion of the Debtors for Entry of an Order Directing the Joint Administration of Their Chapter 11 Cases [Docket No. 3];[2]

- Motion of the Debtors and Debtors in Possession for Entry of an Order Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 4];

- Motion of the Debtors for Entry of an Order (I) Approving the Continued Use of the Debtors' Cash Management System, Existing Bank Accounts and Business Forms, and (II) Extending the Deadline to Comply with the Deposit and Investment Requirements of Section 345 of the Bankruptcy Code [Docket No. 5];

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Them to Pay Certain Employee Obligations and Maintain and Continue Employee Benefits and Programs, (II) Authorizing and Directing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Issued Checks and Electronic Payment Requests Relating to the Foregoing, and (III) Scheduling a Final Hearing on the Motion [Docket No. 6];

- Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Their Utility Providers Pursuant to Section 366 of the Bankruptcy Code [Docket No. 7];

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] Docket numbers listed herein shall hereafter refer to the docket for ZLOOP, Inc., Case No. 15-11660 (KJC), unless otherwise indicated.

- Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Obligations Arising Thereunder, (B) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies, and (II) Granting Certain Related Relief [Docket No. 8];

- Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Finding Adequate Protection is Not Required; and (III) Scheduling a Final Hearing [Docket No. 9]; and

- Declaration of Robert M. Boston in Support of Chapter 11 Petitions and First Day Motions [Docket No. 10].

                                       /s/ *Daniel N. Brogan*
                                       Daniel N. Brogan (DE 5723)

**SERVICE LIST**

**Via Hand Delivery**
David Buchbinder, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**Via Hand Delivery**
Nemours Building
U.S. Attorney's Office
1007 Orange Street
Suite 700
Wilmington, DE 19801

**Via Overnight Delivery**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Via Overnight Delivery**
Kendall Mosing
James H. Gibson c/o Allen & Gooch
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508

**Via Overnight Delivery**
ZLOOP LA, LLC
James H. Gibson c/o Allen & Gooch
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508

**Via Overnight Delivery**
Parker Poe Adams & Bernstein LLP
Doug Harmon, Partner
401 South Tryon Street, Suite 3000
Charlotte, NC 28202

**Via Overnight Delivery**
ERS, LLC
James Cunningham
5010 MacDougall Drive SW
Atlanta, GA 30336

**Via Overnight Delivery**
Recycling Equipment Inc
Scott Sharp / Dean Burrow
2052 Industrial Drive
Newton, NC 28658

**Via Overnight Delivery**
Bristol Motor Speedway
Janet Callahan
151 Speedway Blvd.
Bristol, TN 37620

**Via Overnight Delivery**
Panthers Stadium
Accounts Payable
800 South Mint Street
Charlotte, NC 28202

**Via Overnight Delivery**
Lyon County Treasurer
Nikki Bryan
27 S Main St
Yerington, NV 89447

**Via Overnight Delivery**
Kentucky Speedway
Elizabeth Weber c/o DBL Law
207 Thomas More Parkway
Crestview Hills, KY 41017

**Via Overnight Delivery**
Shumis Concrete Inc
Clark Tew
Homesley & Wingo Law Group PLLC
330 S Main St
Mooresville, NC

**Via Overnight Delivery**
McGuireWoods LLP
Accounts Payable
201 North Tryon Street, Suite 3000
Charlotte, NC 28202

**Via Overnight Delivery**
Hickory Commercial, LLC
Accounts Payable
231 Government Ave South, #3483
Hickory NC 28603

**Via Overnight Delivery**
Community One Bank, N.A.
1420 2nd Street, Ne
Hickory, NC 28601

**Via Overnight Delivery**
Piedmont Natural Gas
PO Box 660920
Dallas, TX  75266-0920

**Via Overnight Delivery**
Charter Business
PO Box 742600
Cincinnati, OH 45274-2600

**Via Overnight Delivery**
Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7967

**Via Overnight Delivery**
Southwest Gas Corporation
PO Box 98890
Las Vegas, NV 89193-8890

**Via Overnight Delivery**
Watson Insurance
Accounts Payable
PO Box 879
Gastonia, NC 28053-0879

**Via Overnight Delivery**
Phelps Dunbar, LLP
Accounts Payable
PO Box 974798
Dallas, TX 75397-4798

**Via Overnight Delivery**
City of Hickory
PO Box 580069
Charlotte, NC  28258-0069

**Via Overnight Delivery**
Duke Energy
PO Box 70516
Charlotte, NC  28272-0516

**Via Overnight Delivery**
Vonage Business Solutions
Attn: Billing Department
5619 Bergenline Avenue
West New York, NJ 07093

**Via Overnight Delivery**
NV Energy
PO Box 30065
Reno, NV 89520

**Via Overnight Delivery**
Pocono Speedway
Brandon Igdalsky
1234 Long Pond Road
Long Pond, PA  18334

**Via Overnight Delivery**
Catawba County Tax Collector
PO Box 580071
Charlotte, NC 28258-0071

**Via Overnight Delivery**
American Fire & Equipment
Accounts Payable
108 Lakemont Park Rd
Hickory, NC 28601

**Via Overnight Delivery**
Dickinson Hauling & Grading
Accounts Payable
1572 Dickinson Road
Hickory, NC 28602

**Via Overnight Delivery**
Liberty Mutual Insurance
Accounts Payable
PO BOX 2051
Keene, NH  03431-7051

**Via Overnight Delivery**
Perry Johnson Registrars, Inc.
Accounts Payable
755 W Big Beaver Road, Suite 1340
Troy, MI 48084