**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*, [1] | Case No.  15-11660 (KJC) |
| Debtors. | (Joint Administration Requested) |
| | **Re: Docket Nos. 9 & 20** |

**NOTICE OF ENTRY OF INTERIM ORDER GRANTING MOTION OF**
**DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS**
**(I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) FINDING ADEQUATE**
**PROTECTION IS NOT REQUIRED, AND (III) SCHEDULING A FINAL HEARING**

**PLEASE TAKE NOTICE** that on August 9, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing* [Docket No. 9] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware  19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, following a first day hearing to consider approval of the Motion on an interim basis, on August 11, 2015, the Bankruptcy Court entered the *Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing* [Docket No. 20].

---

[1]   The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are:  ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098).  The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion on a final basis will be held on **October 14, 2015 at 2:00 p.m. (Eastern Time)** before the Honorable Kevin J. Carey at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the relief requested in the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served as to be received by the undersigned proposed counsel to the Debtors on or before **September 14, 2015 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION, ON A FINAL BASIS, WITHOUT FURTHER NOTICE OR A HEARING.**

[Remainder of page intentionally blank.]

EAST\103289135.1

- 3 -

Dated:  August 11, 2015
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ Stuart M. Brown
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
Kaitlin M. Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
Telephone:  (302) 468-5700
Facsimile:   (302) 394-2341
Email:  stuart.brown@dlapiper.com
          craig.martin@dlapiper.com
          daniel.brogan@dlapiper.com
          kaitlin.edelman@dlapiper.com

*Proposed Counsel to Debtors and
Debtors in Possession*

EAST\103289135.1