# Notice Recipients

District/Off: 0311−1            User: LisaD                Date Created: 8/12/2015
Case: 15−11660−KJC            Form ID: van468            Total: 104

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV
aty         Daniel N. Brogan              Daniel.Brogan@dlapiper.com
aty         David L. Buchbinder           david.l.buchbinder@usdoj.gov
aty         Stuart M. Brown               stuart.brown@dlapiper.com

                                                                            TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          ZLOOP, Inc.         816 13th Street NE          Hickory, NC 28601
aty         Kaitlin M Edelman         DLA Piper LLP(US)         1201 North Market Street         Suite 2100         Wilmington, DE 19801
9497634     Aiken−Black Tire Service, Inc.         PO Box 1605         Hickory, NC 28603
9497610     American Fire & Equipment         108 Lakemont Park Rd         Hickory, NC 28601
9497635     American Scale Co, Inc.         7231 Cove Creek Drive         Charlotte, NC28215
9497643     Background Investigation Bureau, LLC         9710 Northcross Center Court         Huntersville, NC 28078
9497622     Blue Ridge Lawncare & Landscaping         PO Box 1279         Hildebran NC, 28637
9497651     Bristol Motor Speedway         151 Speedway Blvd         Bristol,TN 37620
9497619     Brittain Engineering, Inc         PO Box 939         Hickory, NC 28603
9497627     Bruce E Miller, PA         147 Wappoo Creek Drive, Suite 603         Charleston, SC 29412
9497607     Catawba County Tax Collector         PO Box 580071         Charlotte, NC 28258
9497625     Catawba Shoe Store         71 Hwy 321 NW         Hickory, NC 28601
9497615     Central Heating and Air         PO Box 1125         Hickory, NC 28603
9497687     Charter Business         PO Box 742600         Cincinnati, OH 45274−2600
9497682     Christopher Dean Hayes         905 Hwy. 321 SW, Suite 386         Hickory, NC 28601
9497632     Cintas Corp         PO Box 630803         Cincinnati, OH 45263
9497684     City of Hickory         PO Box 580069         Charlotte, NC 28258−0069
9497641     City of Hickory         PO Box 580069         Charlotte, NC28258
9497662     Clifton Lambreth         443 Mayfield Place         Bentwood, TN 37027
9497692     Community One Bank, N.A.         1420 2nd Street, Ne         Hickory, NC 28601         EAST\103207322.1
9497681     D.G. Kanupp         108 Lakemont Park Rd         Hickory, NC 28601
9497743     Delaware State Treasury         820 Silver Lake Blvd., Suite 100         Dover, DE 19904
9497611     Dickinson Hauling and Grading         1572 Dickinson Road         Hickory, NC 28602
9497686     Duke Energy         PO Box 70516         Charlotte, NC 28272−0516
9497676     Dwight Watts         1013 Cambridge Court         Lenoir,NC 28645
9497650     ERS, LLC         5010 MacDougall Drive SW         Atlanta, GA 30336
9497648     Eagle Group Financial, L.P.         12100 Wilshire Blvd., Suite 520         Los Angeles, CA 90025
9497669     Elizabeth Brisben         175 18th Avenue NW         Hickory, NC 28601
9498071     Elizabeth Graham Weber         Dressman Benzinger LaVelle psc         207 Thomas More Parkway         Crestview Hills, KY 41017
9497636     Foothills Flight Solutions LLC         3952 Little Mtn Rd         Newton, NC 28658
9497621     Fox Commerical Media         251 Curtiss Avenue         Charleston, SC 29407
9497683     Gary Lee Gantt         702 13th Street Pl NW         Conover, NC 28613
9497675     Gary Sieck         98 N. Washington Street         Berkeley Springs, WV 25411
9497673     Gill Kanupp         108 Lakemont Park Rd         Hickory, NC 28601
9497608     Gravity Jack         23505 E. Appleway, Suite 200         Liberty Lake, WA 99019
9497618     Greeneye Partners         12850 Dory Ave         Apple Valley, MN 55124
9497617     Griffith's Inc.         PO Box 3424         Hickory, NC 28603
9497630     Guy Lee IV PLLC         5486 Sherrills Ford Road         Catawba, NC 28609
9497655     Hickory Commercial, LLC         175 18th St. SE         Hickory, NC 28601
9497605     Hickory Commercial, LLC         231 Government Ave South, #3483         Hickory, NC 28603
9497742     Internal Revenue Service         P. O. Box 7346         Philadelphia, PA 19101−7346
9497645     James Oxygen & Supply Company         PO Box 159         Hickory, NC 28603
9497633     James, McElroy & Diehl, P.A.         600 South College Street         Charlotte, NC28202
9497678     Jeffery D. Houston         633 21st St Se         Hickory, NC 28602
9497679     Jennifer Gates         3185 Auld Farm Rd         Lenoir, NC 28645
9497663     Jeremy Breedlove         166 Funway Drive         Eddyville, KY 42038
9497677     Judith Barlow to the benefit of Jennifer Gates         3190 Auld Farm Rd         Lenoir, NC 28645
9497665     Kendall G. Mosing         812 East Bayou Parkway         Lafayette, LA70508
9497649     Kendall Mosing         2000 Kaliste Saloom Road, Suite 400         Lafayette, LA 70508
9498072     Kentucky Raceway, LLC         c/o Elizabeth Graham Weber         Dressman Benzinger LaVelle psc         207 Thomas More Parkway         Crestview Hills, KY 41017
9497653     Kentucky Speedway         207 Thomas More Parkway         Crestview Hills, KY 41017
9497661     Kyle Busch Motorsports, Inc.         351 Mazeppa Road         Mooresville, NC 28115
9497657     Lake Electric         Denver Professional Building         3758 NC 16 Business North         Conover, NC 28037
9497616     Lake Electric Company, Inc         PO Box 642         Denver, NC 28307
9497644     Le Bleu Bottled Water         621 N Regional Rd         Greensboro, NC 27409
9497612     Liberty Mutual Insurance         PO BOX 2051         Keene, NH 03431
9497604     Lyon County Treasurer         27 S Main St         Yerington, NV 89447

| | | | | |
|---|---|---|---|---|
| 9497667 | Majory M. Diamond, TTEE of the Majory M. Diamond T | 600 Vista Falls Rd | Mills River, NC 28759 | |
| 9497656 | McGuireWoods LLP | 201 North Tryon Street, Suite 3000 | Charlotte, NC 28202 | |
| 9497674 | Mitch Keaton | 6133 Bartley Road | Hickory, NC 28601 | |
| 9497690 | NV Energy | PO Box 30065 | Reno, NV 89520 | |
| 9497642 | North Carolina Department of Environment and Natur | 1646 Mail Service Center | Raleigh, NC 27699 | |
| 9497640 | Orkin Pest Control | 130 11th St SW | Hickory, NC 28602 | |
| 9497670 | Ottie Chambers | PO Box 135 | Terrell, NC 28682 | |
| 9497652 | Panthers Stadium | 800 South Mint Street | Charlotte, NC 28202 | |
| 9497602 | Parker Poe Adams & Bernstein LLP | 401 South Tryon Street, Suite 3000 | Charlotte, NC 28202 | |
| 9497613 | Perry Johnson Registrars, Inc | 755 W Big Beaver Road, Suite 1340 | Troy, MI 48084 | |
| 9497606 | Phelps Dunbar, LLP | PO Box 974798 | Dallas, TX 75397 | |
| 9497685 | Piedmont Natural Gas | PO Box 660920 | Dallas, TX 75266–0920 | |
| 9497647 | Piedmont Natural Gas | PO Box 660920 | Dallas, TX 75266 | |
| 9497658 | Pocono Speedway | 1234 Long Pond Rd | Long Pond, PA 18334 | |
| 9497620 | Pro–Line Building Maintenance | PO Box 1482 | Hickory, NC 28603 | |
| 9497603 | Recycling Equipment Inc | 2052 Industrial Drive | Newton, NC 28658 | |
| 9497646 | Registered Agents Inc. | 170 S Lincoln, STE 150 | Spokane, WA 99201 | |
| 9497659 | Robert M. Boston | 7824 Holiday Isle Drive | Orlando, FL 32812 | |
| 9497660 | Robert S. LaBarge | 816 13th St NE | Hickory, NC 28601 | |
| 9497668 | Roland Fox, as Trustee for the benefit of the Rola | 600 Vista Falls Rd | Mills River, NC 28759 | |
| 9497664 | Sarah Frisbey | 200 First Avenue, NW, Suite 531 | Hickory, NC 28601 | |
| 9497628 | Sarai One, LLC | 13000 S Tryon St, Ste F–173 | Charlotte, NC 28278 | |
| 9497614 | Schwartz Law Firm, PC | 6100 Fairview Road Suite 1135 | Charlotte, NC 28210 | |
| 9497666 | Sean LeBlanc | 2851 Johnston St. PMB 544 | Lafayette, LA 70503 | |
| 9497744 | Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898    Dover, DE 19903 |
| 9497740 | Securities & Exchange Commission | 100 F Street, NE | Washington, DC 20549 | |
| 9497741 | Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director    Brookfield Place    200 Vesey Street, Suite 400    New York, NY 10281–1022 | |
| 9497671 | Sheryl James | 118 19th Avenue NW | Hickory, NC 28601 | |
| 9497654 | Shumis Concrete Inc | 330 S Main St | Morresville, NC 28115 | |
| 9497629 | SilverBlu Signs & Media | 1860 Mill Rd | Reno, NV 89502 | |
| 9497691 | Southwest Gas Corporation | PO Box 98890 | Las Vegas, NV 89193–8890 | |
| 9497637 | Spectrum Business Services | PO Box 838 | Lake Forest, NC 92609 | |
| 9497638 | SunKool Window Tinting | 910 Tate Blvd SE, STE 102 | Hickory, NC 28602 | |
| 9497639 | Tennant Sales and Service Company | PO Box 71414 | Chicago, IL 60694 | |
| 9497672 | Tony Jarrett | 1567 W. 7th Street | Newton, NC 28658 | |
| 9497689 | Tyco Integrated Security LLC | PO Box 371967 | Pittsburgh, PA 15250–7967 | |
| 9497624 | VESCO Toyotalift | PO Box 1990 | Hickory, NC 28603 | |
| 9497688 | Vonage Business Solutions | Attn: Billing Department | 5619 Bergenline Avenue | West New York, NJ 07093 |
| 9497609 | Watson Insurance | PO Box 879 | Gastonia, NC 28053 | |
| 9497680 | William A. Houston | 633 21st St Se | Hickory, NC 28602 | |
| 9497623 | Y–Connect, Inc | PO Box 800605 | Dallas TX 75380 | |
| 9497631 | imaginary_trout | 1314 S Grand Blvd, Suite 2 #269 | Spokane, WA 99202 | |
| 9497626 | nline LLC | 5243 Morehead Rd | Concord, NC 28027 | |

TOTAL: 100