# EXHIBIT A

**(Ordinary Course Professional List)**

1

# NON-EXCLUSIVE SCHEDULE OF
# ORDINARY COURSE PROFESSIONALS

| Person/Firm Name | Type of Work |
|---|---|
| Jesse Braswell<br>Accounting for Profits | Accounting/Bookkeeping |
| Phelps Dunbar, LLP | Legal Counsel |
| Catherine Barnes, Managing Partner<br>James, McElroy & Diehl, P.A. | Contractual Legal Counsel |
| Jeff Schwartz<br>Schwartz Law Firm, P.C. | Patent, Trademark, Copyright Legal Counsel |