**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Zloop, Inc., *et al*. | : | Case No. 15-11660 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| ---------------------------------- | | |

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.       **Recycling Equipment Inc..,** Attn: Scott A. Sharp, PO Box 1474, Hickory, NC 28603, Phone: 704-325-3535, Fax: 704-325-3537

2.       **E Recycling Systems, LLC,** Attn: Jim Cunningham, PO Box 43054, Atlanta, GA 30336, Phone: 251-259-5038, Fax: 251-243-0004

3.       **Carolina Metals Group,** Attn: Michael Sordi, 6225 McElwain Rd., Huntersville, NC 28078, Phone: 704-743-6162


                 ANDREW R. VARA
                 Acting United States Trustee, Region 3


                 /s/ David L. Buchbinder for _____
                 T. PATRICK TINKER
                 ASSISTANT UNITED STATES TRUSTEE

DATED: September 2, 2015

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Daniel N. Brogan, Esquire, Phone: (302) 468-5648, Fax: (302) 394-2341