## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*, [1] | Case No.  15-11660 (KJC) |
| Debtors. | (Joint Administration Requested) |
| | **Re: D.I. 29** |

### CERTIFICATE OF SERVICE

I, Daniel N. Brogan, hereby certify that on this 3rd day of September, 2015, I caused a true and correct copy of the ***Notice of Meeting of Creditors and Fixing of Certain Dates*** to be served on the following party via first class mail:

Lake Electric
4362 Providence Mill Road
Maiden, NC  28650

/s/ *Daniel N. Brogan*
Daniel N. Brogan (DE 5723)

---

[1]    The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are:  ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098).  The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.