IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
ZLOOP, INC., et al.,                          :   Case No. 15-11660 (KJC)
                                              :
            Debtors.[1]                       :   Jointly Administered
                                              :
----------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned chapter 11 cases as proposed counsel to the Official Committee of Unsecured Creditors and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **COLE SCHOTZ P.C.** |
| Daniel F.X. Geoghan | David R. Hurst |
| 900 Third Avenue, 16th Floor | 500 Delaware Avenue, Suite 1410 |
| New York, NY 10022 | Wilmington, DE 19801 |
| Telephone: (212) 752-8000 | Telephone: (302) 652-3131 |
| Facsimile: (212) 752-8393 | Facsimile: (302) 652-3117 |
| dgeoghan@coleschotz.com | dhurst@coleschotz.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

40000/0658-12225079v1

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other

rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Wilmington, Delaware
September 4, 2015

        COLE SCHOTZ P.C.

        /s/ David R. Hurst
        David R. Hurst (I.D. No. 3743)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117

        – and –

        Daniel F.X. Geoghan
        900 Third Avenue, 16th Floor
        New York, NY 10022
        Telephone: (212) 752-8000
        Facsimile: (212) 752-8393

        *Proposed Counsel to the Official Committee of*
        *Unsecured Creditors of ZLOOP, Inc., et al.*