# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| ZLOOP, Inc., et al. | Case No. 15-11660 (KJC) |
| Debtors.[1] | (Jointly Administered) |
| | Chapter 11 |

## GENERAL NOTES PERTAINING TO SCHEDULES AND STATEMENTS

On August 9, 2015 (the "Petition Date"), ZLOOP, Inc., ZLOOP Nevada, LLC, and ZLOOP Knitting Mill, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). With the assistance of its retained professionals, the Debtors' management prepared the Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (the "SOFAs" and together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. The information provided herein, except as otherwise noted, is presented as of the Petition Date. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors and their advisors. The Debtors reserve their right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These general notes regarding the Debtors' Schedules and Statements (the "General Notes") comprise an integral part of the Schedules and Statements filed by the Debtors and should be referenced in connection with any review of the Schedules and Statements.

The Schedules and Statements have been signed by the Debtors' CEO, Robert M. Boston. In reviewing and signing the Schedules and Statements, Mr. Boston has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtors. Mr. Boston has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

---

[1]     The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

I.      Amendments to Schedules and Statements and General Reservation of Rights.

(1)     While the Debtors' management has exercised best efforts to ensure that the Schedules and Statements are accurate and complete by each legal entity based on information that was available at the time of preparation, inadvertent errors or omissions may exist. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

(2)     Without limiting anything else expressly reserved herein, the Debtors reserve the right to dispute, or to assert offset or defenses to any claim reflected in the Schedules and Statements as to amount, liability and/or classification. The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and Statements.

(3)     Nothing contained in the Schedules and Statements shall constitute a waiver of rights in respect to the Debtors' chapter 11 cases or act to estop the Debtors in any way, including but not limited to, issues involving substantive consolidation, equitable subordination, and/or causes of action arising under applicable sections of chapter 5 of the Bankruptcy Code and other applicable non-bankruptcy law to recover assets or avoid transfers.

II.     Basis of Presentation.   These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and they are not intended fully to reconcile to the financial statements otherwise prepared and/or distributed by the Debtors.    The amounts set forth in the Schedules and Statements differ in some respects from the financial statements of the Debtors and are not a basis for drawing conclusions concerning the Debtors' solvency or the specific dollar amount of disputed, contingent, or unliquidated claims.

III.    General Assumptions.    The Debtors adopted the following conventions in the preparation of the Schedules and Statements:

(1)     Reporting Date. Unless otherwise indicated, all asset and liability information is listed as of the Petition Date.

(2)     Currency.  All amounts in the Schedules and Statements are listed in U.S. Dollars.

(3)     Book Value.

(a)     The market value of the Debtors' assets is not readily available at this time. It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtors' assets. Assets and liabilities of each Debtor are shown on the basis of the book value of the asset or liability in the Debtors' accounting books and records, unless otherwise noted, rather than the current market values of such interests in property and/or liabilities. In certain instances for the Debtors' inventory, the book value is based on the last price for which similar inventory was sold. Certain other assets, such as intangible assets, are listed with undetermined amounts. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.

(b)    Amounts shown for total liabilities exclude items that are designated as "unliquidated" or identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

(4)    <u>Estimates</u>.    To prepare and file the Schedules and Statements shortly after the Petition Date, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. As a result, the Debtors continue to reconcile certain items including, without limitation, certain accounts receivable shown as negative. The Debtors believe that there are no receivables or related offset liabilities with respect to these items.

(5)    <u>Causes of Action</u>. Despite their reasonable efforts to identify all known assets, the Debtors may not have set forth all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. As discussed above, the Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claim, cause of action or avoidance action or in any way estop or prejudice or impair the assertion of such claims, causes of action or avoidance actions.

(6)    <u>Property and Equipment – owned</u>. Costs of major improvements that enhance the usefulness of the asset are capitalized and depreciated over the estimated useful life of the asset.    Depreciation and amortization expense for principal asset classifications are calculated on a straight-line basis.

(7)    <u>Claims Description</u>.    The Debtors' decision to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" is subject to review at any time as permitted by the Bankruptcy Code.   The Debtors reserve the right subsequently to amend their Schedules and Statements to designate a claim as "disputed," "contingent" or "unliquidated" in the event the Debtors determine that such claim is disputed, or subject to setoff rights, counterclaims, or defenses as to amount, liability, or classification.

(8)    <u>Excluded Assets and Liabilities</u>.    The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, such as goodwill, accrued salaries, employee benefit accruals, accrued insurance expenses, accrued accounts payable, and deferred insurance expenses, as well as other assets or liabilities that may exist but may not be known to them at this time.    As noted above, certain liabilities expected to be paid pursuant to court orders (<u>e.g.</u>, accrued salaries and employee benefit accruals), were also excluded from the Schedules and Statements.

(9)    <u>Recharacterization</u>.    The Debtors have made reasonable efforts correctly to characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.    Nevertheless, due to the complexity and size of the Debtors' businesses, the Debtors may have improperly characterized, classified, categorized, or designated certain items.  The Debtors, therefore, reserve all of their rights to characterize, reclassify, recategorize, or redesignate items reported in the Schedules

and Statements at a later time as necessary or appropriate as additional information becomes available.

IV.    Schedules of Assets and Liabilities.

    (1)    Schedule B: Personal Property

        (a)    The Debtors continue to reconcile certain items including, without limitation, certain accounts receivable shown as negative balance. The Debtors believe that there are no receivables or related offset liabilities with respect to these items.

        (b)    The Debtors have identified all insurance policies as of the Petition Date; however, all such policies have either been paid in full or financed. As such, the Debtors do not believe they have any insurance policies with a cash surrender value.

    (2)    Schedule D: Creditors Holding Secured Claims.

        (a)    Schedule D contains the Debtors' best estimate of all potential secured claims against the Debtors' estates asserted by third-parties. The Debtors' have not determined whether, and to what extent, any of the creditors identified on Schedule D in fact are entitled to and hold a valid, enforceable and unavoidable security interest in any of the Debtors' property. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, enforceability or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor or guarantor with respect to the claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of any such agreements.

        (b)    Except as specifically stated herein, real property sublessors, utility companies, and other parties that may have lien rights on certain assets have not been listed on Schedule D.

        (c)    Holders of secured claims by virtue of holding setoff rights against the Debtors or leasing equipment to the Debtors are not included on Schedule D.

    (3)    Schedule E: Creditors Holding Unsecured Priority Claims.

(a)     Schedule E contains the Debtors' best estimate of all potential priority claims against the Debtors' estates held by governmental entities and employees of the Debtors. The Debtors' have not determined whether, and to what extent, any of the creditors identified on Schedule E in fact are entitled to priority under section 507 of the Bankruptcy Code

(b)     The Bankruptcy Court has approved payment by the Debtors of certain employee-related and tax claims, and as a result, such claims have not been included in the Debtors' Schedules and Statements.

(c)     The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve the right to take the position that any claim listed on Schedule E is not entitled to priority.

(4)     <u>Schedule F: Creditors Holding Unsecured Non-Priority Claims</u>.

(a)     Schedule F may include certain deferred charges, deferred liabilities, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.

(b)     The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

(c)     Schedule F contains information regarding potential, pending and closed litigation involving the Debtors.  To the extent litigation involving a particular Debtor has been identified, such information is contained in the Schedules and Statements for that Debtor. The Debtors expressly incorporate by reference into Schedule F all parties to pending and potential pending litigation listed in the Debtors' Statements and Statements as contingent, unliquidated and disputed claims to the extent not already listed on Schedule F.  Any information contained in Schedule F with respect to such potential litigation shall not be an admission, waiver or binding characterization of any rights, claim or defense of the Debtors with respect to any potential suits and proceedings included therein.

(d)     In certain instances, a Debtor may be an alleged co-obligor or guarantor with respect to scheduled claims of other Debtors. However, no claim set forth on Schedule F of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. Furthermore, inclusion of any claim on Schedule F is not a representation as to the priority of such claim, including whether any such claim may be subject to subordination by agreement or application of §510 of the Bankruptcy Code.  The descriptions provided in Schedule F are intended only to be a summary.

(e)     The claims of individual creditors for, among other things, goods, services, or taxes are listed in the amounts listed on the Debtors' books and records and may

not reflect credits or allowances due from such creditor.   The Debtors reserve all rights respecting such credits or allowances.

(f)    The dollar amounts listed may be exclusive of contingent and unliquidated amounts. All parties to executory contracts, including those listed on Schedule G, may be holders of contingent and unliquidated unsecured claims arising from (i) obligations under those executory contracts and/or (ii) rejection damages in the event that such executory contract is rejected, unless otherwise agreed to or assumed. Not all such claims are listed on Schedule F.

(5)    Schedule G: Executory Contracts.

(a)    Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusion may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired, substantially or fully performed, or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed
therein. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date.    The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease.

(b)    Certain of the leases and contracts listed on Schedule G may contain certain purchase orders, amendments, restatements, waivers, and other miscellaneous rights that are embedded in the Debtors' agreements. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Schedule G may not include certain stand-alone purchase orders for goods, services, or equipment, nondisclosure agreements, or volume penalty agreements. The Debtors reserve all rights with respect to any agreements that are not included on Schedule G.

(c)    The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claim.

(d)    Omission of a contract or lease from this Schedule does not constitute an admission that such omitted contract or lease is not an executory contract or unexpired lease.    The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by their omission. This Schedule may be amended at any time to add any omitted contract or agreement.

(e)    An individual Debtor may have entered into contracts with third parties for the benefit of other Debtors. For the purposes of Schedule G, contracts have been listed only where that Debtor is identified on the face thereof to be a  party to the

contract. The omission of any contract from Schedule G to which a Debtor is an intended beneficiary shall not constitute a waiver of any rights the Debtor may have in that contract, including the right to enforce such contract or the right to recover damages in the event that there is a breach of such contract.

    (6)    <u>Schedule H: Co-Debtors</u>.

    (a)    For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under a prepetition credit facility are listed as Co-Debtors on Schedule H. Nothing herein is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

    (b)    In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are listed elsewhere in the Schedules and Statements, they have not been set forth individually on Schedule H.

V.    <u>Statements of Financial Affairs</u>.

    (1)    <u>Statement of Financial Affairs Question 3c</u>. Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (i) such person's influence over the control of the Debtors, (ii) the management responsibilities or functions of such individual, (iii) the decision-making or corporate authority of such individual, or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

* * * END OF GLOBAL NOTES * * *

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: __ZLOOP, Inc._____ ,       Case No. __15-11660_____
                        Debtor                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

   This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

   *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

   *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1.   Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

See Attachment

B7 (Official Form 7) (04/13)                                                                                        2

**2. Income other than from employment or operation of business**

None
[✓]

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
[ ]

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
[ ]

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

See Attachment 3b

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                                        3

None
☐

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Attachment 3c

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Attachment

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                4

**6.    Assignments and receiverships**



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.    Gifts**



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                 5

**9.    Payments related to debt counseling or bankruptcy**



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Attachment

---

**10.  Other transfers**



a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                  6

### 12. Safe deposit boxes



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor



If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                     7

### 16. Spouses and Former Spouses

None ☐   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 .  Nature, location and name of business

None ☐   a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                                            8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| See Attachment | | | | |

<u>None</u>
☐   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

<u>None</u>
☐   a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

See Attachment

<u>None</u>
☑   b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    9

None ☐  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the
books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

See Attachment

None ☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

---

**20.  Inventories**

None ☐  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/09/2015 | Robert LaBarge | $29,585.68 (market) |

None ☐  b.  List the name and address of the person having possession of the records of each of the inventories reported
in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 08/09/2015 | Robert LaBarge c/o ZLOOP, Inc. |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
partnership.

NAME AND ADDRESS          NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ☐  b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
corporation.

NAME AND ADDRESS              TITLE          NATURE AND PERCENTAGE OF STOCK OWNERSHIP

See Attachment

B7 (Official Form 7) (04/13)                                                                                                  10

**22 . Former partners, officers, directors and shareholders**

None
☐

a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                    DATE OF WITHDRAWAL

None
☐

b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                      DATE OF TERMINATION

See Attachment

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS               DATE AND PURPOSE        AMOUNT OF MONEY
OF RECIPIENT,                OF WITHDRAWAL           OR DESCRIPTION
RELATIONSHIP TO DEBTOR                               AND VALUE OF PROPERTY

See attachment 3c

---

**24. Tax Consolidation Group.**

None
☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)                                                                                                                11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor _____

Date _____    Signature of Joint Debtor (if any) _____

---

*[if completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  9/9/15                                      Signature _____

                                                  Print Name and Title   Robert M. Boston, Chairman and CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

ZLOOP, Inc.
Case No. 15-11660

**Question 1 - Income from employment or operation of business**

| | Gross Revenues | | |
|---|---|---|---|
| $ | 77,098 | Fiscal year | 5/1/15-8/9/15 |
| $ | 1,588,862 | Fiscal year | 5/1/14-4/30/15 |
| $ | 3,005,514 | Fiscal year | 5/1/13-4/30/14 |

**Question 4 - Suits and administrative proceedings, executions garnishments and attachments**

E Recycling Systems, LLC and James Cunningham - Claims for breach of contract, unfair and deceptive trade practices, negligent misrepresentations, fraud, fraudulent inducement and tortious interference with contract (Action commenced on May 30, 2014 in the United States District Court for the Western District of North Carolina, Statesville Division) (Case No. 15:14-CV-56))

Recycling Equipment, Inc., et al. - Claims for breach of contract, unfair and deceptive trade practices, negligent misrepresentations, fraud, fraudulent inducement and tortious interference with contract (Action commenced on July 31, 2015 in the Catawba County, NC Superior Court)

Kendall Mosing v. ZLOOP, Inc. - Mosing filed a complaint on August 28, 2014 in the United States District Court for the Western District of Louisiana, Lafayette Division, seeking to recover obligations owing under a franchise Termination Agreement and damages for alleged securities laws violations.

Kendall Mosing and ZLOOP LA, LLC v. ZLOOP, Inc. - Mosing filed a complaint on December 15, 2014 in the District Court of Harris County, Texas, seeking to recover obligations allegedly due Mosing under the Line of Credit Agreement with Patriot Bank.

Kyle Busch Motorsports v. ZLOOP, Inc. - Complaint filed on August 7, 2015 for breach of contract

Sarah Frisbey v. ZLOOP, Inc., et al - Complaint filed in the Catawba County, NC Superior Court, related to an alleged breach of contract for the sale of real estate.

**ZLOOP, Inc.**
**Case No. 15-11660**

**Question 9 - Payments related to debt counseling or bankruptcy**

| DLA Piper LLP (US) | 7/8/2015 | $ | 75,000.00 | Retainer |
|---|---|---|---|---|
| | 7/30/2015 | $ | 35,000.00 | Retainer |
| | 8/5/2015 | $ | 5,151.00 | Retainer |
| | 8/6/2015 | $ | 10,000.00 | Retainer |
| | | $ | 125,151.00 | |

Note: All payments made from the Debtor and funded by loans made to the Debtor by Robert M. Boston and Robert S. LaBarge.

**Question 18 - Nature, location and name of business**

| ZLOOP Nevada, LLC | 100% member interest |
|---|---|
| ZLOOP Knitting Mill, LLC | 100% member interest |
| ZLOOP International, Ltd. | 100% member interest |

**Question 19 - Books, records and financial statements**

a.   Jesse Braswell
     Accounting for Profits
     4633 Mayfield Drive
     Granite Falls, NC  28630

     Wanda F. Arcement
     Kolder, Champagne, Slaven & Co., LLC
     183 S Beadle Road
     Lafayette, LA  70508

     Kendall Mosing
     812 E. Bayou Parkway
     Lafayette, LA  70508

     James Janes
     214 Timberland Ridge Blvd.
     Lafayette, LA  70508

     Marian Janes
     214 Timberland Ridge Blvd.
     Lafayette, LA  70508

**ZLOOP, Inc.**
**Case No. 15-11660**


c.  Jesse Braswell
    Accounting for Profits
    4633 Mayfield Drive
    Granite Falls, NC  28630


## Question 21 - Current Partners, Officers, Directors and Shareholders

b.  Robert M. Boston - CEO and Chairman          48.54% shareholder
    Robert S. LaBarge - President                48.54% shareholder


## Question 22 - Terminated officers or directors with one-year of petition date

b.  Kendall Mosing - Board Observer
    James Janes - Board Observer and held himself out as an officer
    Marian Janes - Treasurer

Attachment 3B

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|---|---|---|---|---|
| 07/09/2015 | 11150 | Accounting for Profits II | CommOne Operating | -400.00 |
| | | Accounting for Profits II Total | | -400.00 |
| 05/18/2015 | 276 | Adobe Systems | CommOne Operating | -53.49 |
| 06/15/2015 | 141 | Adobe Systems | CommOne Operating | -53.49 |
| | | Adobe Systems Total | | -106.98 |
| 05/15/2015 | 35 | Adp Fees Adp | CommOne Payroll | -115.15 |
| 05/29/2015 | 20 | Adp Fees Adp | CommOne Payroll | -134.79 |
| 06/12/2015 | 16 | Adp Fees Adp | CommOne Payroll | -118.91 |
| 06/18/2015 | 14 | Adp Fees Adp | CommOne Payroll | -3,372.57 |
| 06/18/2015 | 15 | Adp Fees Adp | CommOne Payroll | -9,115.33 |
| 06/26/2015 | 11 | Adp Fees Adp | CommOne Payroll | -129.15 |
| 07/02/2015 | 13 | Adp Fees Adp | CommOne Payroll | -8,240.71 |
| 07/10/2015 | 9 | Adp Fees Adp | CommOne Payroll | -117.03 |
| 07/24/2015 | 5 | Adp Fees Adp | CommOne Payroll | -127.27 |
| 08/07/2015 | 3 | Adp Fees Adp | CommOne Payroll | -109.51 |
| | | Adp Fees Adp Total | | -21,580.42 |
| 05/21/2015 | 33 | Adp Tax Adp | CommOne Payroll | -6,911.31 |
| 05/21/2015 | 34 | Adp Tax Adp | CommOne Payroll | -17,218.58 |
| 06/04/2015 | 17 | Adp Tax Adp | CommOne Payroll | -9,050.86 |
| 06/04/2015 | 18 | Adp Tax Adp | CommOne Payroll | -3,127.58 |
| 07/02/2015 | 12 | Adp Tax Adp | CommOne Payroll | -2,788.05 |
| 07/16/2015 | 7 | Adp Tax Adp | CommOne Payroll | -2,071.77 |
| 07/16/2015 | 8 | Adp Tax Adp | CommOne Payroll | -6,104.81 |
| 07/30/2015 | 4 | Adp Tax Adp | CommOne Payroll | -6,344.74 |
| 07/30/2015 | 6 | Adp Tax Adp | CommOne Payroll | -2,328.70 |
| | | Adp Tax Adp Total | | -55,946.40 |
| 06/16/2015 | 145 | American Airlines | CommOne Operating | -924.70 |
| 07/13/2015 | 101 | American Airlines | CommOne Operating | -135.70 |
| 08/07/2015 | 35 | American Airlines | CommOne Operating | -238.70 |
| | | American Airlines Total | | -1,299.10 |
| 06/03/2015 | 182 | American Honor Ale House | CommOne Operating | -33.09 |
| 06/09/2015 | 160 | American Honor Ale House | CommOne Operating | -55.55 |
| 06/11/2015 | 144 | American Honor Ale House | CommOne Operating | -29.34 |
| 06/18/2015 | 143 | American Honor Ale House | CommOne Operating | -30.68 |
| | | American Honor Ale House Total | | -148.66 |
| 08/06/2015 | 37 | AT&T | CommOne Operating | -194.71 |
| | | AT&T Total | | -194.71 |
| 05/28/2015 | 11105 | Background Investigation Bureau, LLC | CommOne Operating | -222.00 |
| | | Background Investigation Bureau, LLC Total | | -222.00 |
| 07/23/2015 | 11154 | Bart Kelly | CommOne Operating | -150.00 |
| 08/04/2015 | 11174 | Bart Kelly | CommOne Operating | -260.00 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|------|-----|------|---------|--------|
| | | Bart Kelly Total | | -400.00 |
| 08/07/2015 | 38 | Best Buy | CommOne Operating | -42.79 |
| | | Best Buy Total | | -42.79 |
| 05/15/2015 | 287 | Bethlehem Greenhouse | CommOne Operating | -180.50 |
| 05/15/2015 | 288 | Bethlehem Greenhouse | CommOne Operating | -209.57 |
| | | Bethlehem Greenhouse Total | | -390.07 |
| 07/30/2015 | 53 | Bistro 127 | CommOne Operating | -25.84 |
| | | Bistro 127 Total | | -25.84 |
| 07/24/2015 | 64 | Blade Gallery | CommOne Operating | -614.82 |
| | | Blade Gallery Total | | -614.82 |
| 06/04/2015 | 11122 | Blue Ridge Lawncare & Landscaping | CommOne Operating | -565.00 |
| 07/23/2015 | 11156 | Blue Ridge Lawncare & Landscaping | CommOne Operating | -1,240.00 |
| 07/30/2015 | 11162 | Blue Ridge Lawncare & Landscaping | CommOne Operating | -820.00 |
| | | Blue Ridge Lawncare & Landscaping Total | | -2,625.00 |
| 05/28/2015 | 11112 | BlueCross BlueShield of NC | CommOne Operating | -854.77 |
| 06/27/2015 | 11142 | BlueCross BlueShield of NC | CommOne Operating | -854.77 |
| 07/23/2015 | 11156 | BlueCross BlueShield of NC | CommOne Operating | -854.77 |
| | | BlueCross BlueShield of NC Total | | -2,564.31 |
| 07/14/2015 | 79 | Bob LaBarge | CommOne Operating | -1,000.00 |
| | | Bob LaBarge Total | | -1,000.00 |
| 05/28/2015 | 11107 | Bolt & Tool Supply of Hickory, Inc. | CommOne Operating | -262.30 |
| | | Bolt & Tool Supply of Hickory, Inc. Total | | -262.30 |
| 05/12/2015 | 300 | Bulk Ammo | CommOne Operating | -338.06 |
| | | Bulk Ammo Total | | -338.06 |
| 07/24/2015 | 63 | BW Outfitter | CommOne Operating | -1,513.20 |
| | | BW Outfitter Total | | -1,513.20 |
| 05/20/2015 | 11092 | Catawba County Tax Collector | CommOne Operating | -1,922.29 |
| | | Catawba County Tax Collector Total | | -1,922.29 |
| 06/02/2015 | 187 | Catawba Shoe Store | CommOne Operating | -102.31 |
| | | Catawba Shoe Store Total | | -102.31 |
| 06/03/2015 | 183 | CDW | CommOne Operating | -617.38 |
| | | CDW Total | | -617.38 |
| 05/28/2015 | 11108 | CenturyLink | CommOne Operating | -270.89 |
| 06/27/2015 | 11138 | CenturyLink | CommOne Operating | -120.10 |
| 07/23/2015 | 11157 | CenturyLink | CommOne Operating | -240.37 |
| 07/30/2015 | 11163 | CenturyLink | CommOne Operating | -258.84 |
| | | CenturyLink Total | | -890.20 |
| 06/22/2015 | 142 | Charlotte Aviation Prk | CommOne Operating | -12.00 |
| | | Charlotte Aviation Prk Total | | -12.00 |
| 05/13/2015 | 11100 | Charlotte Motor Speedway | CommOne Operating | -3,075.00 |
| | | Charlotte Motor Speedway Total | | -3,075.00 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|---|---|---|---|---|
| 05/28/2015 | 11115 | Charter Business | CommOne Operating | -270.56 |
| 07/23/2015 | 11158 | Charter Business | CommOne Operating | -270.60 |
| 07/30/2015 | 11164 | Charter Business | CommOne Operating | -270.56 |
| | | **Charter Business Total** | | **-811.72** |
| 06/27/2015 | 11136 | Cintas Corp | CommOne Operating | -160.37 |
| | | **Cintas Corp Total** | | **-160.37** |
| 06/18/2015 | 12 | Circle K | CommOne Marketing | -37.00 |
| 07/08/2015 | 118 | Circle K | CommOne Operating | -33.25 |
| | | **Circle K Total** | | **-70.25** |
| 08/05/2015 | 4 | citgo | CommOne Marketing | -1.00 |
| | | **citgo Total** | | **-1.00** |
| 05/28/2015 | 11116 | City of Hickory | CommOne Operating | -64.58 |
| 05/28/2015 | 11109 | City of Hickory | CommOne Operating | -26.59 |
| 06/27/2015 | 11139 | City of Hickory | CommOne Operating | -26.81 |
| | | **City of Hickory Total** | | **-117.98** |
| 07/21/2015 | 90 | Cleveland Shooting Sports | CommOne Operating | -334.99 |
| | | **Cleveland Shooting Sports Total** | | **-334.99** |
| 05/29/2015 | 19 | Community One Bank | CommOne Payroll | -3.50 |
| 05/29/2015 | 177 | Community One Bank | CommOne Operating | -3.50 |
| 05/29/2015 | 13 | Community One Bank | CommOne Marketing | -3.50 |
| 06/30/2015 | 106 | Community One Bank | CommOne Operating | -3.50 |
| 06/30/2015 | 8 | Community One Bank | CommOne Marketing | -3.50 |
| 06/30/2015 | 10 | Community One Bank | CommOne Payroll | -3.50 |
| 07/08/2015 | 104 | Community One Bank | CommOne Operating | -18.50 |
| 07/20/2015 | 80 | Community One Bank | CommOne Operating | -0.14 |
| 07/27/2015 | 68 | Community One Bank | CommOne Operating | -35.00 |
| 07/30/2015 | 54 | Community One Bank | CommOne Operating | -18.50 |
| 07/30/2015 | 55 | Community One Bank | CommOne Operating | -18.50 |
| 07/30/2015 | 56 | Community One Bank | CommOne Operating | -18.50 |
| 07/31/2015 | 3 | Community One Bank | CommOne Marketing | -3.50 |
| 07/31/2015 | 2 | Community One Bank | CommOne Payroll | -3.50 |
| 07/31/2015 | 58 | Community One Bank | CommOne Operating | -3.50 |
| 08/05/2015 | 56 | Community One Bank | CommOne Operating | -18.50 |
| 08/05/2015 | 57 | Community One Bank | CommOne Operating | -10.00 |
| 08/06/2015 | 11 | Community One Bank | CommOne Operating | -18.50 |
| 08/06/2015 | 12 | Community One Bank | CommOne Operating | -18.50 |
| 08/07/2015 | 26 | Community One Bank | CommOne Operating | -35.50 |
| | | **Community One Bank Total** | | **-241.64** |
| 08/07/2015 | 4 | Creative | CommOne Operating | -250.00 |
| | | **Creative Total** | | **-250.00** |
| 06/03/2015 | 176 | Cubbard Express | CommOne Operating | -57.81 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|------|-----|------|---------|--------|
| 07/03/2015 | 125 | Cubbard Express | CommOne Operating | -55.97 |
| 07/28/2015 | 73 | Cubbard Express | CommOne Operating | -51.56 |
| | | **Cubbard Express Total** | | **-165.34** |
| 07/08/2015 | 11145 | Dickinson Hauling and Grading | CommOne Operating | -3,843.75 |
| 07/30/2015 | 11165 | Dickinson Hauling and Grading | CommOne Operating | -3,937.50 |
| | | **Dickinson Hauling and Grading Total** | | **-7,781.25** |
| 07/08/2015 | 103 | DLA Piper | CommOne Operating | -75,000.00 |
| 07/30/2015 | 29 | DLA Piper | CommOne Operating | -35,000.00 |
| 08/05/2015 | 30 | DLA Piper | CommOne Operating | -5,151.00 |
| 08/06/2015 | 1 | DLA Piper | CommOne Operating | -10,000.00 |
| | | **DLA Piper Total** | | **-125,151.00** |
| 06/15/2015 | 132 | Downtown Hartford Citgo | CommOne Operating | -38.19 |
| | | **Downtown Hartford Citgo Total** | | **-38.19** |
| 05/20/2015 | 272 | Drop Box | CommOne Operating | -19.34 |
| | | **Drop Box Total** | | **-19.34** |
| 06/04/2015 | 11121 | Duke Energy | CommOne Operating | -3,217.16 |
| 07/23/2015 | 11159 | Duke Energy | CommOne Operating | -538.23 |
| 07/23/2015 | Epay | Duke Energy | CommOne Operating | -3,406.38 |
| 07/28/2015 | 1956 | Duke Energy | CommOne Operating | -1,119.79 |
| 07/30/2015 | 11172 | Duke Energy | CommOne Operating | -2,992.13 |
| | | **Duke Energy Total** | | **-11,273.69** |
| 07/13/2015 | 77 | Elk County Ammo | CommOne Operating | -163.86 |
| | | **Elk County Ammo Total** | | **-163.86** |
| 05/11/2015 | 294 | Exxon Mobile | CommOne Operating | -31.54 |
| 05/18/2015 | 273 | Exxon Mobile | CommOne Operating | -45.54 |
| 05/26/2015 | 261 | Exxon Mobile | CommOne Operating | -53.54 |
| 05/29/2015 | 174 | Exxon Mobile | CommOne Operating | -49.55 |
| 06/03/2015 | 175 | Exxon Mobile | CommOne Operating | -53.54 |
| 06/11/2015 | 151 | Exxon Mobile | CommOne Operating | -51.54 |
| 06/15/2015 | 148 | Exxon Mobile | CommOne Operating | -19.55 |
| 06/19/2015 | 146 | Exxon Mobile | CommOne Operating | -28.54 |
| 06/24/2015 | 147 | Exxon Mobile | CommOne Operating | -35.31 |
| 06/24/2015 | 149 | Exxon Mobile | CommOne Operating | -48.50 |
| 06/25/2015 | 162 | Exxon Mobile | CommOne Operating | -41.00 |
| 06/29/2015 | 111 | Exxon Mobile | CommOne Operating | -35.35 |
| 07/03/2015 | 119 | Exxon Mobile | CommOne Operating | -50.40 |
| 07/09/2015 | 95 | Exxon Mobile | CommOne Operating | -39.00 |
| 07/21/2015 | 6 | Exxon Mobile | CommOne Marketing | -39.50 |
| 07/28/2015 | 69 | Exxon Mobile | CommOne Operating | -45.60 |
| | | **Exxon Mobile Total** | | **-667.90** |
| 05/26/2015 | 268 | Fairfield Hotel | CommOne Operating | -120.06 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|---|---|---|---|---|
| | | Fairfield Hotel Total | | -120.06 |
| 07/06/2015 | 9 | Fast Phils | CommOne Marketing | -42.05 |
| | | Fast Phils Total | | -42.05 |
| 05/11/2015 | 291 | Federal Express | CommOne Operating | -20.94 |
| 05/22/2015 | 282 | Federal Express | CommOne Operating | -19.98 |
| 05/26/2015 | 263 | Federal Express | CommOne Operating | -26.93 |
| 06/08/2015 | 163 | Federal Express | CommOne Operating | -30.42 |
| 06/11/2015 | 155 | Federal Express | CommOne Operating | -39.25 |
| 06/15/2015 | 152 | Federal Express | CommOne Operating | -2.68 |
| 06/15/2015 | 153 | Federal Express | CommOne Operating | -16.79 |
| 06/15/2015 | 157 | Federal Express | CommOne Operating | -66.64 |
| 06/19/2015 | 154 | Federal Express | CommOne Operating | -17.31 |
| 06/29/2015 | 117 | Federal Express | CommOne Operating | -23.54 |
| 07/10/2015 | 94 | Federal Express | CommOne Operating | -23.54 |
| | | Federal Express Total | | -287.93 |
| 07/22/2015 | 81 | Firehouse Subs | CommOne Operating | -19.12 |
| | | Firehouse Subs Total | | -19.12 |
| 06/01/2015 | 184 | Food Lion | CommOne Operating | -53.45 |
| | | Food Lion Total | | -53.45 |
| 06/01/2015 | 176 | Four Peas in a Pod | CommOne Operating | -37.14 |
| | | Four Peas in a Pod Total | | -37.14 |
| 07/28/2015 | 65 | Fourk Restaurant | CommOne Operating | -103.28 |
| | | Fourk Restaurant Total | | -103.28 |
| 06/01/2015 | 186 | Freund Container | CommOne Operating | -149.54 |
| | | Freund Container Total | | -149.54 |
| 06/19/2015 | 11133 | Gary Sieck | CommOne Operating | -964.00 |
| | | Gary Sieck Total | | -964.00 |
| 05/21/2015 | 264 | Getty Images | CommOne Operating | -212.43 |
| 06/22/2015 | 173 | Getty Images | CommOne Operating | -212.43 |
| 07/30/2015 | 43 | Getty Images | CommOne Operating | -212.43 |
| | | Getty Images Total | | -637.29 |
| 06/22/2015 | 133 | GODADDY.COM | CommOne Operating | -25.16 |
| 07/03/2015 | 120 | GODADDY.COM | CommOne Operating | -18.16 |
| 07/13/2015 | 100 | GODADDY.COM | CommOne Operating | -75.85 |
| 08/03/2015 | 39 | GODADDY.COM | CommOne Operating | -1,156.17 |
| | | GODADDY.COM Total | | -1,275.34 |
| 06/10/2015 | 11131 | Greentek | CommOne Operating | -616.91 |
| 07/09/2015 | 11151 | Greentek | CommOne Operating | -2,348.64 |
| 07/21/2015 | 11153 | Greentek | CommOne Operating | -1,437.31 |
| | | Greentek Total | | -4,402.86 |
| 08/04/2015 | 11127 | Griffith's Inc. | CommOne Operating | -875.00 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|------|-----|------|---------|--------|
| | | Griffith's Inc. Total | | -975.00 |
| 06/18/2015 | 156 | Harbor Freight Tools | CommOne Operating | -65.32 |
| | | Harbor Freight Tools Total | | -65.32 |
| 06/29/2015 | 115 | Harvard Business Services, Inc. | CommOne Operating | -429.00 |
| 08/03/2015 | 42 | Harvard Business Services, Inc. | CommOne Operating | -389.00 |
| 08/05/2015 | 41 | Harvard Business Services, Inc. | CommOne Operating | -528.00 |
| | | Harvard Business Services, Inc. Total | | -1,346.00 |
| 07/28/2015 | 70 | Hatch Sandwich Bar | CommOne Operating | -27.22 |
| 08/06/2015 | 6 | Hatch Sandwich Bar | CommOne Operating | -30.89 |
| | | Hatch Sandwich Bar Total | | -58.11 |
| 07/13/2015 | 92 | Hickory Auto Wash | CommOne Operating | -13.00 |
| | | Hickory Auto Wash Total | | -13.00 |
| 06/03/2015 | 11119 | Hickory Saw & Tool | CommOne Operating | -360.00 |
| | | Hickory Saw & Tool Total | | -360.00 |
| 05/29/2015 | 180 | Hickory Tavern | CommOne Operating | -38.99 |
| 06/15/2015 | 134 | Hickory Tavern | CommOne Operating | -86.92 |
| | | Hickory Tavern Total | | -125.91 |
| 07/03/2015 | 33 | Holiday Inn | CommOne Operating | -5.00 |
| 07/06/2015 | 127 | Holiday Inn | CommOne Operating | -134.47 |
| | | Holiday Inn Total | | -139.47 |
| 05/26/2015 | 15 | Holiday Tours | CommOne Marketing | -38.75 |
| | | Holiday Tours Total | | -38.75 |
| 05/27/2015 | 11102 | Homsley and wingo attorney | CommOne Operating | -438.00 |
| | | Homsley and wingo attorney Total | | -438.00 |
| 06/19/2015 | 131 | Houston Transportation Services LLC | CommOne Operating | -83.49 |
| | | Houston Transportation Services LLC Total | | -83.49 |
| 06/08/2015 | 171 | J McCroskey | CommOne Operating | -152.26 |
| | | J McCroskey Total | | -152.26 |
| 06/27/2015 | 11134 | James, McElroy & Diehl, P.A. | CommOne Operating | -2,000.00 |
| 07/30/2015 | 11166 | James, McElroy & Diehl, P.A. | CommOne Operating | -3,942.50 |
| | | James, McElroy & Diehl, P.A. Total | | -5,942.50 |
| 07/30/2015 | 60 | Jeffrey's Restaurant | CommOne Operating | -36.16 |
| | | Jeffrey's Restaurant Total | | -36.16 |
| 07/01/2015 | 128 | Jimmy John's | CommOne Operating | -20.70 |
| 07/03/2015 | 129 | Jimmy John's | CommOne Operating | -21.56 |
| | | Jimmy John's Total | | -42.26 |
| 08/04/2015 | 11126 | LabCorp | CommOne Operating | -84.00 |
| | | LabCorp Total | | -84.00 |
| 06/27/2015 | 11137 | Le Bleu Bottled Water | CommOne Operating | -61.21 |
| | | Le Bleu Bottled Water Total | | -61.21 |
| 05/14/2015 | 286 | Lenovo | CommOne Operating | -2,214.90 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|---|---|---|---|---|
| 05/18/2015 | 285 | Lenovo | CommOne Operating | -482.83 |
| | | Lenovo Total | | -2,597.73 |
| 06/25/2015 | Online | Liberty Mutual Insurance | CommOne Operating | -1,770.34 |
| | | Liberty Mutual Insurance Total | | -1,770.34 |
| 05/20/2015 | 284 | Longhorn steakhouse | CommOne Operating | -76.21 |
| 05/26/2015 | 265 | Longhorn steakhouse | CommOne Operating | -28.84 |
| 05/26/2015 | 289 | Longhorn steakhouse | CommOne Operating | -55.93 |
| 06/29/2015 | 114 | Longhorn steakhouse | CommOne Operating | -89.62 |
| 07/28/2015 | 75 | Longhorn steakhouse | CommOne Operating | -98.32 |
| | | Longhorn steakhouse Total | | -348.92 |
| 07/06/2015 | 121 | Loves Travel S | CommOne Operating | -46.20 |
| | | Loves Travel S Total | | -46.20 |
| 05/13/2015 | 297 | Lowe's | CommOne Operating | -53.46 |
| 05/18/2015 | 283 | Lowe's | CommOne Operating | -52.39 |
| 06/08/2015 | 164 | Lowe's | CommOne Operating | -56.41 |
| 06/15/2015 | 135 | Lowe's | CommOne Operating | -205.23 |
| 06/15/2015 | 136 | Lowe's | CommOne Operating | -344.33 |
| | | Lowe's Total | | -711.82 |
| 05/27/2015 | 266 | Lowes Foods | CommOne Operating | -58.29 |
| 07/06/2015 | 122 | Lowes Foods | CommOne Operating | -34.31 |
| 07/20/2015 | 82 | Lowes Foods | CommOne Operating | -18.90 |
| 08/03/2015 | 47 | Lowes Foods | CommOne Operating | -44.08 |
| 08/06/2015 | 32 | Lowes Foods | CommOne Operating | -40.01 |
| | | Lowes Foods Total | | -195.59 |
| 07/02/2015 | 34 | Lucianos | CommOne Operating | -119.43 |
| | | Lucianos Total | | -119.43 |
| 05/18/2015 | 276 | Marathon | CommOne Operating | -51.54 |
| 05/18/2015 | 282 | Marathon | CommOne Operating | -46.56 |
| 06/03/2015 | 14 | Marathon | CommOne Marketing | -39.25 |
| 06/16/2015 | 150 | Marathon | CommOne Operating | -48.54 |
| 06/24/2015 | 10 | Marathon | CommOne Marketing | -41.05 |
| 07/16/2015 | 83 | Marathon | CommOne Operating | -52.90 |
| 08/03/2015 | 49 | Marathon | CommOne Operating | -34.00 |
| | | Marathon Total | | -313.86 |
| 07/08/2015 | 11149 | Maroney Law | CommOne Operating | -6,833.34 |
| | | Maroney Law Total | | -6,833.34 |
| 07/20/2015 | 11152 | MATTHEW K. RODGERS, PLLC | CommOne Operating | -10,000.00 |
| | | MATTHEW K. RODGERS, PLLC Total | | -10,000.00 |
| 07/08/2015 | 11143 | michele Mitchell | CommOne Operating | -1,033.27 |
| | | michele Mitchell Total | | -1,033.27 |
| 05/11/2015 | 292 | Midway USA | CommOne Operating | -24.98 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|------|-----|------|---------|--------|
| | | Midway USA Total | | -24.98 |
| 05/22/2015 | 267 | newegg | CommOne Operating | -162.91 |
| | | newegg Total | | -162.91 |
| 06/27/2015 | 11140 | nline LLC | CommOne Operating | -260.03 |
| | | nline LLC Total | | -260.03 |
| 06/04/2015 | 11123 | North Carolina Department of Enviroment | CommOne Operating | -175.00 |
| | | North Carolina Department of Enviroment Total | | -175.00 |
| 07/09/2015 | 99 | North Harbor Club | CommOne Operating | -69.14 |
| | | North Harbor Club Total | | -69.14 |
| 06/04/2015 | 11125 | NV Energy | CommOne Operating | -665.74 |
| 07/23/2015 | 11161 | NV Energy | CommOne Operating | -690.50 |
| 08/03/2015 | | NV Energy | CommOne Marketing | 0.00 |
| 08/03/2015 | 61 | NV Energy | CommOne Operating | -791.09 |
| | | NV Energy Total | | -2,147.33 |
| 06/08/2015 | 165 | Olde Hickory Station | CommOne Operating | -31.22 |
| 06/08/2015 | 166 | Olde Hickory Station | CommOne Operating | -93.09 |
| 07/13/2015 | 97 | Olde Hickory Station | CommOne Operating | -28.88 |
| 07/17/2015 | 84 | Olde Hickory Station | CommOne Operating | -115.73 |
| 07/20/2015 | 85 | Olde Hickory Station | CommOne Operating | -39.71 |
| 08/07/2015 | 25 | Olde Hickory Station | CommOne Operating | -54.48 |
| | | Olde Hickory Station Total | | -363.11 |
| 07/17/2015 | 86 | Orbitz | CommOne Operating | -166.12 |
| | | Orbitz Total | | -166.12 |
| 05/28/2015 | 11114 | Orkin Pest Control | CommOne Operating | -105.00 |
| | | Orkin Pest Control Total | | -105.00 |
| 05/15/2015 | 289 | Overnight Prints | CommOne Operating | -36.40 |
| | | Overnight Prints Total | | -36.40 |
| 05/26/2015 | 271 | PayPal | CommOne Operating | -9.50 |
| | | PayPal Total | | -9.50 |
| 05/14/2015 | 280 | PDQ | CommOne Operating | -9.08 |
| 07/21/2015 | 87 | PDQ | CommOne Operating | -7.53 |
| | | PDQ Total | | -16.61 |
| 05/28/2015 | 11110 | Piedmont Natural Gas | CommOne Operating | -30.59 |
| 07/30/2015 | 11167 | Piedmont Natural Gas | CommOne Operating | -23.54 |
| | | Piedmont Natural Gas Total | | -54.13 |
| 05/28/2015 | 11106 | Pull A Part | CommOne Operating | -800.80 |
| | | Pull A Part Total | | -800.80 |
| 06/15/2015 | 140 | QuickTrip | CommOne Operating | -35.64 |
| 06/22/2015 | 139 | QuickTrip | CommOne Operating | -47.55 |
| | | QuickTrip Total | | -83.19 |
| 05/26/2015 | 260 | Raceway | CommOne Operating | -43.65 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|---|---|---|---|---|
| 07/13/2015 | 93 | Raceway | CommOne Operating | -22.00 |
| 07/15/2015 | 76 | Raceway | CommOne Operating | -48.85 |
| 07/31/2015 | 1 | Raceway | CommOne Marketing | -41.00 |
| | | **Raceway Total** | | **-155.30** |
| 06/15/2015 | 279 | Rancho Viejo | CommOne Operating | -18.84 |
| 06/26/2015 | 109 | Rancho Viejo | CommOne Operating | -21.08 |
| | | **Rancho Viejo Total** | | **-39.92** |
| 06/29/2015 | 113 | Red Lobster | CommOne Operating | -96.18 |
| 08/03/2015 | 46 | Red Lobster | CommOne Operating | -54.11 |
| | | **Red Lobster Total** | | **-150.29** |
| 05/28/2015 | 11118 | Republic Services | CommOne Operating | -106.39 |
| 06/27/2015 | 11141 | Republic Services | CommOne Operating | -107.02 |
| 07/30/2015 | 11168 | Republic Services | CommOne Operating | -106.95 |
| | | **Republic Services Total** | | **-320.36** |
| 05/18/2015 | 281 | Reputation.com | CommOne Operating | -2,500.00 |
| 06/16/2015 | 137 | Reputation.com | CommOne Operating | -2,500.00 |
| | | **Reputation.com Total** | | **-5,000.00** |
| 07/08/2015 | 11147 | Rinks Boring Service | CommOne Operating | -4,298.10 |
| | | **Rinks Boring Service Total** | | **-4,298.10** |
| 06/12/2015 | 138 | Rite Aid | CommOne Operating | -26.72 |
| 06/26/2015 | 108 | Rite Aid | CommOne Operating | -19.24 |
| | | **Rite Aid Total** | | **-45.96** |
| 05/13/2015 | 293 | Roasted Tater | CommOne Operating | -27.43 |
| 06/05/2015 | 167 | Roasted Tater | CommOne Operating | -27.43 |
| 07/24/2015 | 71 | Roasted Tater | CommOne Operating | -26.36 |
| 07/30/2015 | 52 | Roasted Tater | CommOne Operating | -28.50 |
| | | **Roasted Tater Total** | | **-109.72** |
| 05/27/2015 | 11103 | Robert Boston | CommOne Operating | -410.55 |
| 06/08/2015 | 11130 | Robert Boston | CommOne Operating | -2,176.95 |
| 06/11/2015 | 11132 | Robert Boston | CommOne Operating | -771.65 |
| 07/03/2015 | 11135 | Robert Boston | CommOne Operating | -351.90 |
| 07/30/2015 | 11173 | Robert Boston | CommOne Operating | -5,000.00 |
| | | **Robert Boston Total** | | **-8,711.05** |
| 08/04/2015 | 11129 | Robert LaBarge | CommOne Operating | -4,219.35 |
| | | **Robert LaBarge Total** | | **-4,219.35** |
| 07/07/2015 | 123 | ROK Mobile | CommOne Operating | -52.11 |
| 07/23/2015 | 74 | ROK Mobile | CommOne Operating | -52.11 |
| 08/06/2015 | 10 | ROK Mobile | CommOne Operating | -52.12 |
| | | **ROK Mobile Total** | | **-156.34** |
| 05/19/2015 | 275 | Sam's Club | CommOne Operating | -348.36 |
| | | **Sam's Club Total** | | **-348.36** |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|---|---|---|---|---|
| 05/28/2015 | 11113 | Sarai One, LLC | CommOne Operating | -200.00 |
| 06/04/2015 | 11128 | Sarai One, LLC | CommOne Operating | -200.00 |
| | | **Sarai One, LLC Total** | | **-400.00** |
| 07/30/2015 | 11169 | Schwartz Law Firm, PC | CommOne Operating | -2,380.00 |
| | | **Schwartz Law Firm, PC Total** | | **-2,380.00** |
| 06/04/2015 | 11124 | SERI | CommOne Operating | -1,500.00 |
| | | **SERI Total** | | **-1,500.00** |
| 05/11/2015 | 17 | Shell | CommOne Marketing | -34.05 |
| 06/29/2015 | 112 | Shell | CommOne Operating | -71.20 |
| 06/29/2015 | 7 | Shell | CommOne Marketing | -38.10 |
| 07/10/2015 | 98 | Shell | CommOne Operating | -56.04 |
| 08/03/2015 | 48 | Shell | CommOne Operating | -42.51 |
| | | **Shell Total** | | **-241.90** |
| 06/01/2015 | 179 | Sherwin Williams | CommOne Operating | -32.96 |
| 07/20/2015 | 88 | Sherwin Williams | CommOne Operating | -7.63 |
| | | **Sherwin Williams Total** | | **-40.59** |
| 08/05/2015 | 62 | Sonoco Products Company | CommOne Operating | -388.70 |
| | | **Sonoco Products Company Total** | | **-388.70** |
| 07/30/2015 | 11170 | Southland Brokerage Co., Inc. | CommOne Operating | -750.00 |
| | | **Southland Brokerage Co., Inc. Total** | | **-750.00** |
| 05/20/2015 | 274 | Speedway | CommOne Operating | -51.61 |
| 05/22/2015 | 259 | Speedway | CommOne Operating | -72.00 |
| | | **Speedway Total** | | **-123.61** |
| 05/28/2015 | 188 | Spokeo Sea | CommOne Operating | -0.95 |
| 05/28/2015 | 189 | Spokeo Sea | CommOne Operating | -2.95 |
| 08/05/2015 | 172 | Spokeo Sea | CommOne Operating | -19.95 |
| 06/29/2015 | 110 | Spokeo Sea | CommOne Operating | -17.95 |
| 07/06/2015 | 126 | Spokeo Sea | CommOne Operating | -22.90 |
| | | **Spokeo Sea Total** | | **-64.70** |
| 07/13/2015 | 78 | Sportsman Loft | CommOne Operating | -1,479.00 |
| | | **Sportsman Loft Total** | | **-1,479.00** |
| 05/18/2015 | 16 | Springs Road Garage | CommOne Marketing | -37.40 |
| 06/11/2015 | 11 | Springs Road Garage | CommOne Marketing | -39.75 |
| | | **Springs Road Garage Total** | | **-77.15** |
| 05/28/2015 | 11111 | Stitch 98 | | -331.04 |
| | | **Stitch 98 Total** | | **-331.04** |
| 08/03/2015 | 31 | The Store | CommOne Operating | -28.52 |
| | | **The Store Total** | | **-28.52** |
| 05/26/2015 | 270 | TLF Flowers | CommOne Operating | -99.60 |
| | | **TLF Flowers Total** | | **-99.60** |
| 07/20/2015 | 89 | T-Mobile | CommOne Operating | -17.00 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|------|-----|------|---------|--------|
| | | T-Mobile Total | | -17.00 |
| 06/26/2015 | 107 | Tony's at Brentwood | CommOne Operating | -32.55 |
| | | Tony's at Brentwood Total | | -32.55 |
| 05/18/2015 | 277 | Tractor Supply | CommOne Operating | -32.09 |
| | | Tractor Supply Total | | -32.09 |
| 07/08/2015 | 11148 | Tradewinds Construction, Inc. | CommOne Operating | -5,346.65 |
| | | Tradewinds Construction, Inc. Total | | -5,346.65 |
| 08/06/2015 | 19 | Travel Insurance | CommOne Operating | -21.88 |
| 08/06/2015 | 20 | Travel Insurance | CommOne Operating | -9.00 |
| | | Travel Insurance Total | | -30.88 |
| 05/28/2015 | 11117 | Tyco Integrated Security LLC | CommOne Operating | -106.00 |
| 07/23/2015 | 11160 | Tyco Integrated Security LLC | CommOne Operating | -106.00 |
| 07/30/2015 | 11171 | Tyco Integrated Security LLC | CommOne Operating | -106.00 |
| | | Tyco Integrated Security LLC Total | | -318.00 |
| 05/14/2015 | 11101 | Unifour Truck & Trailer Repair | CommOne Operating | -360.05 |
| | | Unifour Truck & Trailer Repair Total | | -360.05 |
| 07/13/2015 | 96 | US Airways | CommOne Operating | -49.00 |
| 07/13/2015 | 102 | US Airways | CommOne Operating | -2,717.80 |
| 08/03/2015 | 40 | US Airways | CommOne Operating | -756.68 |
| 08/03/2015 | 50 | US Airways | CommOne Operating | -29.00 |
| 08/03/2015 | 51 | US Airways | CommOne Operating | -29.00 |
| 08/07/2015 | 16 | US Airways | CommOne Operating | -25.00 |
| 08/07/2015 | 17 | US Airways | CommOne Operating | -25.00 |
| | | US Airways Total | | -3,631.48 |
| 05/26/2015 | 256 | USPS | CommOne Operating | -791.65 |
| 06/25/2015 | 161 | USPS | CommOne Operating | -3.94 |
| 07/23/2015 | 72 | USPS | CommOne Operating | -49.00 |
| | | USPS Total | | -844.59 |
| 06/05/2015 | 168 | Verizon Wireless | CommOne Operating | -173.41 |
| 06/29/2015 | 116 | Verizon Wireless | CommOne Operating | -173.41 |
| 07/29/2015 | 91 | Verizon Wireless | CommOne Operating | -173.41 |
| 08/05/2015 | 2 | Verizon Wireless | CommOne Marketing | -368.42 |
| | | Verizon Wireless Total | | -888.65 |
| 05/28/2015 | 11104 | VESCO Toyotalift | CommOne Operating | -251.93 |
| | | VESCO Toyotalift Total | | -251.93 |
| 06/08/2015 | 169 | Vonage | CommOne Operating | -270.73 |
| 07/02/2015 | 130 | Vonage | CommOne Operating | -270.73 |
| 08/05/2015 | 45 | Vonage | CommOne Operating | -171.43 |
| | | Vonage Total | | -712.89 |
| 07/08/2015 | 124 | Weigel's | CommOne Operating | -58.00 |
| | | Weigel's Total | | -58.00 |

Zloop Inc. et al
Summary of Payments During Preference Period
May 11, 2015-August 9, 2015

| Date | Num | Name | Account | Amount |
|---|---|---|---|---|
| 07/28/2015 | 5 | Westside Family Fare | CommOne Marketing | -37.05 |
| | | Westside Family Fare Total | | -37.05 |
| 08/07/2015 | 21 | Wilco Fuel Plaza | CommOne Operating | -33.79 |
| | | Wilco Fuel Plaza Total | | -33.79 |
| 05/28/2015 | 185 | Wizard Saloon | CommOne Operating | -26.50 |
| | | Wizard Saloon Total | | -26.50 |
| 06/03/2015 | 181 | Youseff 242 | CommOne Operating | -304.56 |
| 06/08/2015 | 170 | Youseff 242 | CommOne Operating | -46.55 |
| 06/25/2015 | 158 | Youseff 242 | CommOne Operating | -54.69 |
| 08/05/2015 | 44 | Youseff 242 | CommOne Operating | -110.98 |
| | | Youseff 242 Total | | -516.78 |
| 07/06/2015 | 105 | Zaxby's | CommOne Operating | -11.29 |
| | | Zaxby's Total | | -11.29 |
| 07/27/2015 | 67 | Zloop Payroll Account | CommOne Operating | -8,673.44 |
| 07/27/2015 | 67 | Zloop Payroll Account | CommOne Payroll | 8,673.44 |
| | | Zloop Payroll Account Total | | 0.00 |
| 08/03/2015 | 59 | | CommOne Operating | -55.26 |
| | | Grand Total | | -334,702.64 |

Attachment 3C

ZLOOP, Inc.
Case No. 15-11660

Question 3c - Payments to "Insiders" within the one-year period prior to the Petition Date.

Robert M. Boston

Repayment of Unsecured Advances made to the Debtor

| Payment Date | | Payment Amount | Description |
|---|---|---|---|
| 12/19/2014 | $ | 9,000.00 | Repayment of unsecured loan |
| 1/15/2015 | $ | 25,000.00 | Repayment of unsecured loan |
| 1/15/2015 | $ | 9,000.00 | Repayment of unsecured loan |
| 2/4/2015 | $ | 4,000.00 | Repayment of unsecured loan |
| 2/26/2015 | $ | 9,000.00 | Repayment of unsecured loan |
| 3/11/2015 | $ | 56,637.50 | Repayment of unsecured loan |
| 7/30/2015 | $ | 5,000.00 | Repayment of unsecured loan |
| | $ | 117,637.50 | |

Compensation

| Payment Date | | Payment Amount | Description |
|---|---|---|---|
| 8/29/2014 | $ | 2,565.75 | Net payroll |
| 9/5/2014 | $ | 3,843.46 | Net payroll |
| 9/12/2014 | $ | 3,843.46 | Net payroll |
| 3/13/2015 | $ | 3,850.67 | Net payroll |
| 4/10/2015 | $ | 3,850.67 | Net payroll |
| 4/24/2015 | $ | 3,850.67 | Net payroll |
| 5/8/2015 | $ | 3,850.67 | Net payroll |
| 5/22/2015 | $ | 3,850.67 | Net payroll |
| | $ | 29,506.02 | |

Robert S. LaBarge

Repayment of Unsecured Advances made to the Debtor

| Payment Date | | Payment Amount | Description |
|---|---|---|---|
| 11/12/2014 | $ | 2,500.00 | Repayment of unsecured loan |
| 1/14/2015 | $ | 25,000.00 | Repayment of unsecured loan |
| 2/9/2015 | $ | 90.00 | Repayment of unsecured loan |
| 2/26/2015 | $ | 30,000.00 | Repayment of unsecured loan |
| 3/10/2015 | $ | 102,855.00 | Repayment of unsecured loan |
| | $ | 160,445.00 | |

Compensation

| Payment Date | | Payment Amount | Description |
|---|---|---|---|
| 8/1/2014 | $ | 3,624.44 | Net payroll |
| 8/15/2014 | $ | 3,624.44 | Net payroll |
| 9/5/2014 | $ | 3,624.44 | Net payroll |
| 9/12/2014 | $ | 3,624.44 | Net payroll |
| 5/25/2014 | $ | 3,624.44 | Net payroll |
| 3/13/2015 | $ | 3,635.13 | Net payroll |
| 3/27/2015 | $ | 3,635.13 | Net payroll |
| 4/10/2015 | $ | 3,635.13 | Net payroll |
| 4/24/2015 | $ | 3,635.13 | Net payroll |
| 5/8/2015 | $ | 3,635.13 | Net payroll |
| 5/22/2015 | $ | 3,635.13 | Net payroll |
| | $ | 39,932.98 | |

ZLOOP Nevada, LLC                Unknown

ZLOOP Knitting Mill, LLC        Unknown