# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11660 (KJC)<br><br>(Jointly Administered)<br><br>Related D.I.s: 36 and 87 |

## NOTICE OF SUPPLEMENT TO LIST OF
## ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE THAT on August 18, 2015, the Debtors filed the *Motion of the Debtors for Authorization to Retain and Pay Professionals Utilized by the Debtors in the Ordinary Course of Business* [D.I. 36] (the "OCP Motion").

PLEASE TAKE FURTHER NOTICE that on September 14, 2015 the Court entered the *Order Authorizing Debtors to Retain and Pay Professionals Utilized by the Debtors in the Ordinary Course of Business Granting Motion To Authorize* [D.I. 87] (the "OCP Order").[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 9 of the OCP Order, the Debtors are authorized to retain additional Ordinary Course Professionals from time to time during these chapter 11 cases by filing with the Court (i) a notice of the additional professionals to be retained and (ii) the completed Retention Declaration for the additional professionals.

---

[1]   The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2]   Capitalized terms not otherwise defined herein have the meaning given to them in the OCP Order.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby supplement the OCP List with the following additional ordinary course professional:

| Person/Firm Name | Type of Work |
|---|---|
| Law Offices of Matthew K. Rogers, PLLC | Legal Services (North Carolina) |

PLEASE TAKE FURTHER NOTICE that, in accordance with the procedures set forth in the OCP Order, the Debtors hereby file the Retention Declaration for the Law Offices of Matthew K. Rogers, PLLC, attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the retention of the Law Offices of Matthew K. Rogers, PLLC must be made in accordance with the OCP Order and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) undersigned counsel to the Debtors; (ii) the Office of United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: David Buchbinder, Esq.); and (iii) counsel to the Official Committee of Unsecured Creditors, Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 (Attn: David R. Hurst, Esq.) and 900 Third Avenue, 16th Floor, New York, New York 10022 (Attn: Daniel F.X. Geoghan), by no later than **4:00 p.m. (Eastern Time) on September 29, 2015** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, pursuant to the OCP Order, if no objection to the retention of the Law Offices of Matthew K. Rogers, PLLC is received on or before the Objection Deadline, the Debtors shall be authorized to retain the Law Offices of Matthew K. Rogers, PLLC without further order of the Court.

EAST\106039627.1

Dated: September 14, 2015  
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/ *Daniel N. Brogan*
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
Kaitlin M. Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com
       craig.martin@dlapiper.com
       daniel.brogan@dlapiper.com
       kaitlin.edelman@dlapiper.com

*Counsel to Debtors and Debtors in Possession*

EAST\106039627.1