# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, Inc., et al.<br><br>          Debtors.[1] | Case No. 15-11660 (KJC)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**Related Docket Nos.: 77, 78, 79, 80, 81 & 82** |

## SUPPLEMENTAL GENERAL NOTES PERTAINING TO INTERIM AMENDMENTS TO ORIGINAL SCHEDULES AND STATEMENTS

On August 9, 2015 (the "Petition Date"), ZLOOP, Inc., ZLOOP Nevada, LLC, and ZLOOP Knitting Mill, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Each Debtor filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and its Statements of Financial Affairs (the "SOFAs" and together with the Schedules, the "Original Schedules and Statements") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure on September 9, 2015 [D.I. 77-82, inclusive]. The Original Schedules and Statements were accompanied by General Notes Pertaining to Schedules and Statements (collectively, the "General Notes"). The General Notes are incorporated herein as though set forth at length below.[2]

With the assistance of Debtors' retained professionals and management, William H. Henrich, the Debtors' Chief Restructuring Officer ("CRO") has prepared these interim amendments to the Original Schedules and Statements in order to disclose to the Bankruptcy Court, creditors and parties in interest amendments to the Original Schedules and Statements based on information disclosed to and discovered by the CRO and such amendments are presented based on the CRO's best information and belief as of the date hereof.

Although the CRO has made every reasonable effort to ensure that the amendments to the Original Schedules and Statements are accurate and complete based on information that was available, information provided by management and information discovered as a result of the CRO's investigation into the business and affairs of the Debtors' book and records and transactions prior to the Petition Date. At the time of preparation of these Interim Amendments, the CRO's investigation is incomplete and continues. The CRO anticipates that his continued investigation will reveal new or supplemental information or discovery that may result in material changes to these Interim Amendments to the Original Schedules and Statements. In addition, inadvertent errors or omissions may have occurred. The

---

[1]    The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2]    All references to the Debtors and their management in the General Notes shall be deemed to refer to the CRO for purposes of these Supplemental General Notes, as defined below.

information provided herein, except as otherwise noted, is presented as of the Petition Date. Subsequent receipt or discovery of information or an audit may result in material changes in financial data requiring further amendment of the Original Schedules and Statements. Accordingly, the Original Schedules and Statements, as amended by these Interim Amendments, remain subject to further review and verification by the CRO and the Debtors' advisors. The CRO reserves the right further to amend the Original Schedules and Statements, as amended by these Interim Amendments, from time to time as may be necessary or appropriate. These supplemental general notes to the Interim Amendments to the Original Schedules and Statements (the "Supplemental General Notes") comprise an integral part of the Interim Amendments to Original Schedules and Statements filed by the Debtors and should be referenced in connection with any review of the Interim Amendments to the Original Schedules and Statements.

The Interim Amendments to the Original Schedules and Statements have been signed by the CRO. In reviewing and signing the Interim Amendments to the Original Schedules and Statements, the CRO has necessarily relied upon the efforts, statements and representations of Debtors' management, documents produced and reviewed and upon other professionals of the Debtors. The CRO does not (and cannot have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

* * * END OF SUPPLEMENTAL GLOBAL NOTES * * *

**Fill in this information to identify the case:**

Debtor name   ZLOOP, Inc.

United States Bankruptcy Court for the: _____ District of DE
                                               (State)

Case number (If known):   15-11660 _____

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
           Copy line 88 from *Schedule A/B* ..........................................    $ 2,568,403.00

     1b. **Total personal property:**
           Copy line 91A from *Schedule A/B* ..........................................    $ 14,702,649.50

     1c. **Total of all property:**
           Copy line 92 from *Schedule A/B* ..........................................    $ 17,271,052.50

---

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................    $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
           Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................................    $ 201,613.18

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
           Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..........................................    + $ 23,967,411.62

4. **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b                       $ 24,169,024.80

**Fill in this information to identify the case:**

Debtor name __ZLOOP, Inc.__

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (If known): __15-11660__

☒ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attachment | | ____ ____ ____ ____ | $19,274.15 |
| 3.2. | | ____ ____ ____ ____ | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $19,274.15

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. See Attachment | $560,688.00 |
| 7.2. | $ |

Debtor ___ZLOOP, Inc._____    Case number (if known) 15-11660_____
      Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. See Attachment _____    $ 16,080.00

    8.2. _____    $ _____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    | $ 576,768.00 |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                      **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    Carolina Metals Group LLC  –  _____  = ....➔    $ 88,744.82
                          face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:    _____  –  _____  = ....➔    $ _____
                          face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 88,744.82 |

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. See Attachment _____    _____%    _____    $ Unknown

    15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $ Unknown |

---

Debtor __ZLOOP, Inc._____     Case number (if known) 15-11660_____
       Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| Saleable Commodities | 08/09/2015 MM / DD / YYYY | $ 29,585.68 | Market | $ 29,585.68 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                              $ 29,585.68 _____

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Debtor    ZLOOP, Inc.
          Name

Case number (*if known*) 15-11660

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attachment | $77,076.21 | Net Book Value | $77,076.21 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attachment | $171,339.12 | Net Book Value | $171,339.12 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 248,415.33

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    __ZLOOP, Inc._____     Case number (if known) 15-11660_____
          Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Attachment | $ 251,339.35 | Net Book Value | $ 251,339.35 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attachment | $ 8,358,263.50 | Net Book Value | $ 8,358,263.50 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$ 8,609,602.85

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    ZLOOP, Inc.
          _____          Case number (if known) 15-11660
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 816 13th St. NE, Hickory, NC | Fee Simple | $ _____ | Net Book Value | $ _____ |
| 55.2 9th Avenue, Hickory, NC | Fee Simple | $ _____ | Net Book Value | $ _____ |
| 55.3 1355 Highland Ave. NE, Hickory, NC | Fee Simple | $ _____ | Net Book Value | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 2,568,403

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** See Attachment | $ _____ | _____ | $ Unknown |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** See Attachment | $ _____ | _____ | $ 69,906.67 |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 69,906.67

Debtor    **ZLOOP, Inc.**
Name

Case number *(if known)* 15-11660

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)
See Attachment                           = ➡  $ 5,060,352.00
Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | | |
|---|---|---|
| Net Operating Loss - Federal Taxable Loss Unknown | Tax year 4/30/15 | $ Unknown |
| Net Operating Loss - Federal Taxable Loss $764,705 | Tax year 4/30/14 | $ Unknown |
| Net Operating Loss - Federal Taxable Loss $297,942 | Tax year 4/30/13 | $ Unknown |

73. **Interests in insurance policies or annuities**
See Attachment                                                      $ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Nature of claim                                                    $
Amount requested      $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
See Attachment                                                    $ Unknown

Nature of claim
Amount requested      $

76. **Trusts, equitable or future interests in property**
                                                                   $

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
See Attachment                                                    $ Unknown
                                                                   $

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.              $ 5,060,352.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    ZLOOP, Inc.
Name                                                        Case number *(if known)* 15-11660

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 19,274.15 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 576,768.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 88,744.82 | |
| 83. Investments. *Copy line 17, Part 4.* | $ Unknown | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 29,585.68 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 248,415.33 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 8,609,602.85 | |
| 88. Real property. *Copy line 56, Part 9.* ................. → | | $ 2,568,403.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 69,906.67 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 5,060,352.00 | |
| 91. Total. Add lines 80 through 90 for each column............................. 91a. | $ 14,702,649.50 | ＋ 91b. $ 2,568,403.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ........................................................................    $ 17,271,052.50

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 3

| Bank Account | | Amount |
|---|---|---|
| CommOne Operating | $ | 19,258.24 |
| CommOne Payroll | $ | 14.91 |
| Patriot Bank | $ | 1.00 |
| Total | $ | 19,274.15 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 7

| Asset Description | | Amount |
|---|---|---|
| Security Deposit - Carolina Panthers License Agreement | $ | 43,500.00 |
| Equipment Deposit - MSS, Inc. | $ | 134,000.00 |
| Equipment Deposit - Recycling Equipment, Inc. | $ | 373,188.00 |
| Building Improvement Deposit - Freedom Steel Buildings | $ | 10,000.00 |
| Total Deposits | $ | 560,688.00 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 8

<u>Prepaid Advertising</u>
Bristol Motor Speedway - Race Tickets          $          16,080.00

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 15

| Business | % Interest | Value |
|---|---|---|
| ZLOOP Nevada, LLC | 100% member interest | Unknown |
| ZLOOP Knitting Mill, LLC | 100% member interest | Unknown |
| ZLOOP International, Ltd. | 100% member interest | Unknown |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 39

|  | Amount |
|---|---|
| Furniture/Fixtures* | $    100,200.54 |
| Accumulated Depreciation | $     (23,124.33) |
| Total Fixed Assets (Net Book Value) | $     77,076.21 |

* Includes assets held at all of the Debtor's facilities in Hickory, NC (owned and leased)

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 39

| Date | Name | Description | Account | | Amount |
|------|------|-------------|---------|---|--------|
| 12/31/2012 | | Furniture and Fixtures | Furniture/Fixtures | $ | 76,845.73 |
| 09/04/2013 | | Safe | Furniture/Fixtures | $ | 8,847.50 |
| 09/05/2013 | | Employee Lockers | Furniture/Fixtures | $ | 1,646.95 |
| 11/18/2013 | | LED High Bay Fixtures | Furniture/Fixtures | $ | 2,140.00 |
| 02/24/2014 | | Framed Pictures | Furniture/Fixtures | $ | 3,166.00 |
| 05/21/2014 | Canvas World | Pictures | Furniture/Fixtures | $ | 144.00 |
| 05/22/2014 | Canvas World | Pictures | Furniture/Fixtures | $ | 144.00 |
| 05/22/2014 | Canvas World | | Furniture/Fixtures | $ | 668.00 |
| 05/22/2014 | Canvas World | Deposit | Furniture/Fixtures | $ | (119.00) |
| 07/28/2014 | Madmen Art & Design LLC | Black Pininfarina High Back Chair | Furniture/Fixtures | $ | 2,000.00 |
| 08/06/2014 | Best Buy | Computers and software | Furniture/Fixtures | $ | 3,873.36 |
| 08/14/2014 | Canvas World | | Furniture/Fixtures | $ | 595.00 |
| 09/18/2014 | DLP Lamp Source | | Furniture/Fixtures | $ | 249.00 |
| | | | | $ | 100,200.54 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 41

| | Amount |
|---|---|
| Office Equipment, including all computer equipment and communication systems equipment and software* | $ 236,055.97 |
| Accumulated Depreciation | $ (64,716.85) |
| Total Fixed Assets (Net Book Value) | $ 171,339.12 |

* Includes assets held at all of the Debtor's facilities in Hickory, NC (owned and leased)

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 41

| Date | Name | Description | Account | Amount |
|------|------|-------------|---------|--------|
| 12/31/2012 | | Computer equipment | Computer Equipment | $ 12,682.73 |
| 12/31/2012 | | Computer software | Computer Software | $ 7,288.66 |
| 05/02/2013 | | 13" XPS Travel Workbooks | Computer Equipment | $ 3,893.64 |
| 10/08/2013 | | Makor Solutions | Computer Software | $ 56,070.00 |
| 12/20/2013 | | Makor Solutions #2 | Computer Software | $ 43,253.94 |
| 01/09/2014 | | Computer Software | Computer Software | $ 3,679.58 |
| 01/15/2014 | | Computer equipment | Computer Equipment | $ 25,985.38 |
| 04/21/2014 | | Gravity Jack | Computer Software | $ 30,000.00 |
| 05/15/2014 | N Software, Inc. | | Computer Software | $ 643.92 |
| 06/01/2014 | Makor Solutions | Installation of mobile units, printers and scanners | Computer Software | $ 14,235.00 |
| 07/24/2014 | Labarge @ Partners | | Computer Software | $ 11,400.00 |
| 12/11/2014 | | | Computer Software | $ 16.01 |
| 03/10/2015 | Databit, Inc | Tripp Lite 4port i u ps2/USB | Computer Equipment | $ 368.41 |
| 03/11/2015 | newegg | | Computer Equipment | $ 776.98 |
| 03/12/2015 | newegg | | Computer Equipment | $ 62.98 |
| 03/12/2015 | newegg | | Computer Equipment | $ 383.14 |
| 03/12/2015 | newegg | | Computer Equipment | $ 234.99 |
| 03/12/2015 | newegg | | Computer Equipment | $ 343.47 |
| 03/16/2015 | PayPal | | Computer Software | $ 57.99 |
| 03/16/2015 | Best Buy | | Computer Equipment | $ 139.07 |
| 03/16/2015 | Apple | | Computer Equipment | $ 115.56 |
| 03/16/2015 | Adobe Systems | | Computer Software | $ 1,283.74 |
| 03/16/2015 | Adobe Systems | | Computer Software | $ 53.49 |
| 03/16/2015 | PayPal | Crucia | Computer Equipment | $ 283.52 |
| 03/17/2015 | Makor Solutions | MRM Warehouse License configuration and setup  For the second warehouse Hickory 2 - 175 18th St... | Computer Software | $ 6,200.00 |
| 03/18/2015 | Apple | | Computer Equipment | $ 180.83 |
| 03/18/2015 | PayPal | Sierra | Computer Equipment | $ 1,306.00 |
| 03/18/2015 | Apple | | Computer Equipment | $ 4,064.93 |
| 03/20/2015 | PayPal | Iron Horse Hardware | Computer Equipment | $ 131.45 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 13.09 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 474.46 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 99.99 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 446.82 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 188.84 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 236.25 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 165.91 |
| 03/20/2015 | PayPal | | Computer Equipment | $ 214.92 |
| 03/23/2015 | Microsoft | | Computer Software | $ 106.74 |
| 03/23/2015 | Best Buy | | Computer Equipment | $ 1,134.16 |
| 03/24/2015 | newegg | | Computer Equipment | $ 88.86 |
| 03/25/2015 | Getty Images | | Computer Software | $ 532.68 |
| 03/27/2015 | newegg | | Computer Equipment | $ 229.25 |
| 03/27/2015 | Best Buy | | Computer Equipment | $ 320.99 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 41

| Date | Name | Description | Account | | Amount |
|------|------|-------------|---------|---|--------|
| 03/27/2015 | newegg | | Computer Equipment | $ | 45.35 |
| 03/27/2015 | newegg | | Computer Equipment | $ | 144.70 |
| 03/27/2015 | newegg | | Computer Equipment | $ | 67.29 |
| 04/01/2015 | PayPal | Refund | Computer Software | $ | (10.00) |
| 04/03/2015 | PayPal | | Computer Software | $ | 208.95 |
| 04/06/2015 | Databit, Inc. | Dell PowerEdge R220  Serial Number GXXNB42 | Computer Equipment | $ | 1,807.74 |
| 04/16/2015 | Adobe Systems | | Computer Software | $ | 53.49 |
| 04/28/2015 | PayPal | | Computer Software | $ | 85.00 |
| 05/14/2015 | Lenovo | | Computer Equipment | $ | 2,214.90 |
| 05/18/2015 | Adobe Systems | | Computer Software | $ | 53.49 |
| 05/18/2015 | Lenovo | | Computer Equipment | $ | 482.83 |
| 05/21/2015 | Getty Images | | Computer Software | $ | 212.43 |
| 05/22/2015 | newegg | | Computer Equipment | $ | 162.91 |
| 06/03/2015 | CDW | Security Plus License | Computer Software | $ | 617.38 |
| 06/15/2015 | Adobe Systems | | Computer Software | $ | 53.49 |
| 06/22/2015 | Getty Images | | Computer Software | $ | 212.43 |
| 07/30/2015 | Getty Images | | Computer Software | $ | 212.43 |
| 08/07/2015 | Best Buy | | Computer Equipment | $ | 42.79 |
| | | | | $ | 236,055.97 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 47

| | Amount |
|---|---|
| Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles* | $ 336,668.09 |
| Accumulated Depreciation | $ (85,328.75) |
| Total Fixed Assets (Net Book Value) | $ 251,339.34 |

* Includes assets held at all of the Debtor's facilities in Hickory, NC (owned and leased)

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 47

| Date | Name | Memo | Account | Amount |
|------|------|------|---------|--------|
| 04/08/2013 | | 53' Trailor | Vehicles | $ 42,900.61 |
| 06/10/2013 | Carolina Custom Golf Carts | Golf Cart | Vehicles | $ 5,189.50 |
| 08/15/2013 | HGR'S TRK & Trailer Sales Inc | 2 53 Foot Trailers | Vehicles | $ 74,650.64 |
| 08/15/2013 | Carolina Custom Golf Carts | Golf Cart #2 | Vehicles | $ 4,992.50 |
| 08/22/2013 | COX MFG., INC | Scissor Lift Model # 254SHI / Serial # D7104702 | Vehicles | $ 3,600.00 |
| 11/04/2013 | CRTS INC | Utility Trailer Ser# 1UYVS2536EG069001 | Vehicles | $ 29,818.00 |
| 11/04/2013 | CRTS INC | Utility Trailer Ser# 1UYVS2536EG069002 | Vehicles | $ 29,818.00 |
| 11/04/2013 | CRTS INC | Utility Trailer Ser# 1UYVS2536EG069003 | Vehicles | $ 29,818.00 |
| 04/18/2014 | CRTS INC | Utility Trailer Ser# 1UYVS2537FG216301 | Vehicles | $ 29,960.28 |
| 04/18/2014 | CRTS INC | Utility Trailer Ser# 1UYVS2537FG216302 | Vehicles | $ 29,960.28 |
| 04/18/2014 | CRTS INC | Utility Trailer Ser# 1UYVS2537FG216303 | Vehicles | $ 29,960.28 |
| 03/12/2015 | Hickory Toyota | 2014 Camry | Vehicles | $ 26,000.00 |
| | | | | $ 336,668.09 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 50

|  | Amount |
| --- | --- |
| Other Machinery, Fixtures, and Equipment (Excluding Farm Machinery and Equipment)* | $ 10,627,915.12 |
| Accumulated Depreciation | $ (2,269,651.62) |
| Total Fixed Assets (Net Book Value) | $ 8,358,263.50 |

* Includes assets held at all of the Debtor's facilities in Hickory, NC (owned and leased)

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 50

| Date | Name | Description | Account | | Amount |
|------|------|-------------|---------|---|--------|
| 12/31/2012 | | Custom Bailer | Equipment-NC Supercenter | $ | 12,500.00 |
| 12/20/2013 | | Machinery & Equipment | Equipment-NC Supercenter | $ | 44,146.13 |
| 01/17/2014 | | Printers and scanners | Machinery & Equipment | $ | 4,441.98 |
| 02/11/2014 | | Storage Container | Equipment-NC Supercenter | $ | 5,512.50 |
| 02/21/2014 | | Dust Collectors & Granulators | Equipment-NC Supercenter | $ | 6,175.00 |
| 02/27/2014 | | 2011 Toyota Electric Forklift | Equipment-NC Supercenter | $ | 24,053.60 |
| 04/01/2014 | | NC Supercenter Equipment | Equipment-NC Supercenter | $ | 9,256,987.49 |
| 05/01/2014 | Recycling Equipment Inc | Pre Shredder | Equipment-NC Supercenter | $ | 43,429.00 |
| 05/12/2014 | CRTS INC | Trailers | Machinery & Equipment | $ | 95,858.00 |
| 05/16/2014 | Grainger | electronic scale - This bill was adjusted to reflect balance owed to Grainger | Equipment-NC Supercenter | $ | 1,009.91 |
| 05/16/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/16/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/20/2014 | Makor Solutions | Installation of mobile units, printers and scanners | Machinery & Equipment | $ | 5,000.00 |
| 05/20/2014 | VESCO Toyotalift | 4 manual pallet jacks | Machinery & Equipment | $ | 1,198.40 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,180.01 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,175.91 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/23/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 05/29/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 06/01/2014 | Recycling Equipment Inc | Credit for multiple repairs to the Vertical Baler Serial# VB602279HD | Machinery & Equipment | $ | (2,207.29) |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 50

| Date | Name | Description | Account | | Amount |
|------|------|-------------|---------|---|--------|
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 06/09/2014 | Grainger | Electronic Scale - 4lmv9  5000 lb capacity | Machinery & Equipment | $ | 1,091.59 |
| 06/10/2014 | Recycling Equipment Inc | REI Rebel Vertical Baler VB 605-60-5 Serial VB602279HD | Machinery & Equipment | $ | 8,000.00 |
| 06/10/2014 | Grainger | Electronic Scale | Equipment-NC Supercenter | $ | 1,091.59 |
| 06/10/2014 | Grainger | Electronic Scale | Equipment-NC Supercenter | $ | 1,091.59 |
| 06/12/2014 | Bruning & Federle MFG. Co | | Equipment-NC Supercenter | $ | 7,906.40 |
| 06/13/2014 | Recycling Equipment Inc | Deposit on Equipment for Nevada | Equipment-NC Supercenter | $ | 65,020.00 |
| 06/16/2014 | Carolina Door Specialties | Mechanical dock levelers with bumpers | Equipment-NC Supercenter | $ | 6,250.00 |
| 06/19/2014 | Recycling Equipment Inc | Bulk Storage Containers | Equipment-NC Supercenter | $ | 6,152.50 |
| 06/23/2014 | Recycling Equipment Inc | Bruning & Federle Airlock System | Equipment-NC Supercenter | $ | 16,623.25 |
| 06/23/2014 | Rapid Granulator, Inc. | Rapid Model 500-120  - Conveyer Fed Cutting Chamber complete with bedknives | Machinery & Equipment | $ | 175,000.00 |
| 06/30/2014 | Recycling Equipment Inc | Rotor Knife for Cumberland Model 28 | Equipment-NC Supercenter | $ | 2,203.70 |
| 07/01/2014 | James Oxygen & Supply Company | Acetylene Torch | Equipment-NC Supercenter | $ | 768.00 |
| 07/01/2014 | Scott Sharp | 1 Bobcat | Machinery & Equipment | $ | 7,000.00 |
| 07/03/2014 | Recycling Equipment Inc | 1/4 inch floor plate | Equipment-NC Supercenter | $ | 2,725.44 |
| 07/11/2014 | Recycling Equipment Inc | 1/4 inch floor plate | Equipment-NC Supercenter | $ | 1,362.72 |
| 07/11/2014 | Carolina Door Specialties | Mechanical dock levelers with bumpers | Equipment-NC Supercenter | $ | 6,250.00 |
| 07/21/2014 | Recycling Equipment Inc | Trommel 3012 Total cost 244,478  less 25% payment applied | Equipment-NC Supercenter | $ | 183,358.50 |
| 07/21/2014 | Killians Hardware Inc | 16" Steel Cutting Saw | Equipment-NC Supercenter | $ | 1,341.21 |
| 07/29/2014 | Adorama Inc | Remote Control Flying Camera | Machinery & Equipment | $ | 1,299.00 |
| 07/30/2014 | Grainger | electronic scale | Equipment-NC Supercenter | $ | 1,091.59 |
| 08/05/2014 | Recycling Equipment Inc | Vertical Bailer | Equipment-NC Supercenter | $ | 16,000.00 |
| 08/05/2014 | Carolina Door Specialties | Black Vinyl Dock Seals for 8 x 9 openings 12/8 wedged sides with 20" projection | Equipment-NC Supercenter | $ | 4,990.00 |
| 09/05/2014 | Bruning & Federle MFG. Co | Wire Tailing Systems | Equipment-NC Supercenter | $ | 9,343.60 |
| 09/11/2014 | Recycling Equipment Inc | Pre Shredder | Machinery & Equipment | $ | 300,000.00 |
| 11/21/2014 | VESCO Toyotalift | Toyota 7FBEU20  Serial# 7FBEU20-14254 | Machinery & Equipment | $ | 26,934.00 |
| 03/24/2015 | American Pulverizer | Hammer Mill | Equipment-NC Supercenter | $ | 240,000.00 |
| 05/18/2015 | American Fire & Equipment | Fire Safety Equipment and Installation | Equipment-NC Supercenter | $ | 12,728.00 |
| | | | | $ | 10,627,915.12 |

Zloop Inc.
Case No. 15-11660
Attachment to Amended Bankruptcy Schedule A/B

Response to Question 60

| Trademarks | Registration Numbers |
|---|---|
| ZLOOP (Name) | #4,509,826 |
| ZLOOP (Logo) | #4,422,651 |
| EWASTE IS SERIOUS WASTE.  RECYCLE. | #4,491,712 |
| 100% TRANSPARENCY | #4,662,495 |
| FULL TRANSPARENCY 24/7 | #4,662,496 |
| 100% DOMESTIC TRANSFORMATION | #4,662,494 |
| FLAWLESS EXECUTION | #4,662,493 |
| 100% LANDFILL FREE | #4,780,048 |

| | |
|---|---|
| ZLOOPIT | Trademark Application 86/011,500 |
| ZLOOPIT.COM | Trademark Application 86/011,503 |
| WORLD DATA ASSURANCE | Trademark Application 86/629,306 |
| EXTREME DESTRUCTION | Trademark Application 86/629,287 |

| Process Patents | Serial Number |
|---|---|
| | Provisional Patent Application |
| Data Destruction System, Process and Assembly | 62/165,574 |

| Word Mark | Serial Number | Associated Registration Numbers |
|---|---|---|
| WORLD DATA ASSURANCE | 86629306 | |
| FULL TRANSPARENCY 24/7 | 86244402 | #4,662,496 |
| 100% TRANSPARENCY | 86244380 | #4,662,495 |
| 100% DOMESTIC TRANSFORMATION | 86244369 | #4,662,494 |
| FLAWLESS EXECUTION | 86244319 | #4,662,493 |
| 100% LANDFILL FREE | 86244393 | #4,780,048 |
| XTREME DESTRUCTION | 86629287 | |
| ZLOOPIT.COM | 86011503 | |
| ZLOOPIT | 86011500 | |
| ZLOOP | 86011520 | #4,509,826 |
| ZLOOP | 85603906 | #4,422,651 |
| EWASTE IS ERIOUS WASTE.  RECYCLE. | 85600261 | #4,491,712 |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 62

|                  | Amount       |     |
| ---------------- | ------------ | --- |
| Franchise Costs  | $   69,906.67 | (1) |

(1) Franchise costs represent the costs of franchisee equipment in one of
Kendall Mosing's former franchises in LA. The franshise costs are being
challanged by Kendall Mosing in connection with the pending litigation.
Any recovery of theses costs would come as a result of the Debtors' pursuit
of their claims against Kendall Mosing.

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 71

| Other Receivables | | Amount |
|---|---|---|
| Kendall Mosing - Amounts due and owing under a Texas | | |
| Franchise Purchase Agreement | $ | 800,000.00 |
| Bitpay | $ | 125,000.00 |
| Intercompany - Due from ZLOOP Nevada, LLC* | $ | 2,552,192.00 |
| Intercompany - Due from ZLOOP Knitting Mill, LLC* | $ | 281,096.00 |
| Shareholder Advances, net - Boston* | $ | 397,197.00 |
| Shareholder Advances, net - LaBarge* | $ | 892,067.00 |
| Hooch House, LLC* | | Unknown |
| Hickory Commercial, LLC* | | Unknown |
| Jeremy Bleedlove - Advance refund | $ | 10,000.00 |
| Asset Sale - JLG scissor lift | $ | 2,800.00 |
| Total Other Receivables | $ | 5,060,352.00 |

**Note: The amounts listed are on a gross basis and do not take into account any allowance for doubtful accounts, defenses, setoffs, collection or other issues that may be raised by the counterparties.**

*Reconciliation and investigation of intercompany and related party transactions is ongoing and the amounts listed are subject to further adjustment.

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 73

### Insurance Policies

| Coverage Type | Carrier | Policy Number | Policy Period |
|---|---|---|---|
| Commercial General Liability | Granite State Insurance Co. c/o Watson Insurance | 02-LX-067045575-0 | 3/4/2015 - 3/4/2016 |
| Umbrella Liability | National Union Fire Ins. Co. c/o Watson Insurance | 29-UD-011165819-0 | 3/4/2015 - 3/4/2016 |
| Environmental w/ Terrorism | Freberg Environmental Insurance | FEI-EIL-19501-01 | 5/15/2015-5/15/2016 |
| Workers Compensation | The Ohio Casualty Insurance Company c/o Liberty Mutual Insurance Company | XWO55130737 | 12/29/2014-12/29/2015 |

Zloop Inc.
Case No. 15-11660
Attachment to Amended Bankruptcy Schedule A/B

Response to Question 75

| Claims | Amount |
|---|---|
| MSS, Inc. - Claim for Turnover of Debtor Property (Adversary #15-51173 in the Bankruptcy Court in the District of Delaware) | At least in the amount of $134,000 |
| Recycling Equipment, Inc. - Claim for Turnover of Debtor Property (Adversary #15-51174 in the Bankruptcy Court in the District of Delaware) | At least in the amount of $373,188 |
| E Recycling Systems, LLC, et al. - Claims for breach of contract, unfair and deceptive trade practices, negligent misrepresentations, fraud, fraudulent inducement and tortious interference with contract (Action commenced on May 30, 2014 in the United States District Court for the Western District of North Carolina, Statesville Division) (Case No. 15:14-CV-56)) | In excess of $1 million |
| Recycling Equipment, Inc., et al. - Claims for breach of contract, unfair and deceptive trade practices, negligent misrepresentations, fraud, fraudulent inducement and tortious interference with contract (Action commenced on July 31, 2015 in the Catawba County, NC Superior Court) | In excess of $1 million |
| Kendall Mosing, et al. - Claims for breach of contract, tortious interference | In excess of $1 million |
| James Janes, III - Claims for breach of fiduciary duty and other claims being investigated | Unknown |
| Marian Janes - Claims for breach of fiduciary duty and other claims being investigated | Unknown |
| Delta-Omega Technologies Inc. - Claims for breach of contract and other claims being investigated | Unknown |
| Jeff Meadows - Libel per se and other claims being investigated | Unknown |

**Zloop Inc.**
**Case No. 15-11660**
**Attachment to Amended Bankruptcy Schedule A/B**

Response to Question 77

| Description of Property | Value |
|---|---|
| Boat Propeller - Used | Unknown |
| Miscellaneous Scrap | Unknown |
| Miscellaneous marketing materials located at Debtor NC offices provided by third-parties, including scrap metal bars. | Unknown |
| Customer Lists | Unknown |

**Fill in this information to identify the case:**

Debtor    ZLOOP, Inc.

United States Bankruptcy Court for the: _____ District of DE
                                                  (State)

Case number   15-11660
(if known)

☒ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Catawba County Tax Collector<br>P.O. Box 580071<br>Charlotte, NC 28258 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,613.18 | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Taxes | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   8   )** | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Robert S. LaBarge<br>c/o ZLOOP, Inc.<br>816 13th St. NE, Hickory, NC 28601 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90,000.00 | $12,475.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Wages | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   4   )** | | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Robert M. Boston<br>c/o ZLOOP, Inc.<br>816 13th St. NE, Hickory, NC 28601 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90,000.00 | $12,475.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Wages | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )** | | | |

| Debtor | ZLOOP, Inc. | Case number (if known) 15-11660 |
|--------|-------------|----------------------------------|
|        | Name        |                                  |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

See Attachment

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 578,232.62

Basis for the claim: Accounts Payable - Trade

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.2** Nonpriority creditor's name and mailing address

Kendall Garrett Mosing

2000 Kaliste Saloon Rd., Suite 400

Lafayette, LA 70508

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 12,400,000.00

Basis for the claim: Assignment of Patriot Bank LOC

Date or dates debt was incurred     Originally dated 12/17/13 and amended thereafter

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.3** Nonpriority creditor's name and mailing address

Kendall Garrett Mosing and ZLOOP LA, LLC

2000 Kaliste Saloon Rd., Suite 400

Lafayette, LA 70508

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 10,989,179.00

Basis for the claim: Franchise Rescission Agreement

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| Debtor | ZLOOP, Inc. | Case number (if known) 15-11660 |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Zloop Inc.
Case No. 15-11660
Attachment to Amended Bankruptcy Schedule E/F

Response to Question 3

| Creditor's Name | Unliquidated | Contingent | Disputed | Amount of Claim |
|---|---|---|---|---|
| Aiken-Black Tire Service, Inc. P.O. Box 1605 Hickory, NC 28603 | | | | $ 587.72 |
| American Fire & Equipment 108 Lakemont Park Hickory, NC 28601 | | | | $ 14,243.40 |
| American Scale Co, Inc. 7231 Cove Creek Drive Charlotte, NC 28215 | | | | $ 567.50 |
| APTO Solutions 1910 MacArthur Boulevard, Atlanta, Georgia 30318 | | | | $ 14,863.65 |
| Background Investigation Bureau, LLC 9710 Northcross Center Court Huntersville, NC 28078 | | | | $ 74.00 |
| Blue Ridge Lawncare & Landscaping P.O. Box 1279 Hildebran, NC 28637 | | | | $ 1,400.00 |
| Bristol Motor Speedway P.O. Box 3966 Bristol, TN 37625 | | | X | Unknown |
| Brittain Engineering, Inc. P.O. Box 939 Hickory, NC 28603-0939 | | | | $ 1,620.00 |
| Bruce E Miller, PA 147 Wappoo Creek Drive Charleston, SC 29412 | | | | $ 860.50 |
| Catawba Shoe Store 71 Hwy 321 NW Hickory, NC 28601 | | | | $ 1,016.03 |
| Central Heating and Air P.O. Box 1125 Hickory, NC 28603 | | | | $ 4,295.51 |
| Cintas Corp. P.O. Box 630603 Cincinnati, OH 45263-0803 | | | | $ 1,317.10 |
| City of Hickory P.O. Box 580069 Charlotte, NC 28258-0069 | | | | $ 186.54 |
| Dickinson Hauling and Grading 1572 Dickinson Road Hickory, NC 28602 | | | | $ 16,425.00 |
| E Recycling Systems, LLC P.O. Box 43054 Atlanta, GA 30336 | X | X | X | Unknown |
| Federal Express P.O. Box 371461 Pittsburgh, PA 15250-7461 | | | | $ 426.43 |
| Fox Commerical Media 251 Curtiss Avenue Charleston, SC 29407 | | | | $ 1,415.00 |
| Frisbey, Sarah | X | X | X | Unknown |
| Gravity Jack, Inc. 23505 E. Appleway Suite 200 Liberty Lake, WA 99019 | | | | $ - |
| Greeneye Partners 12850 Dory Avenue Apple Valley, MN 55124 | | | | $ 2,393.53 |
| Greenteknology Electronics Recycling Solutions 5019 Hovis Road Charlotte, NC 28208 | | | | $ 2,332.89 |

Zloop Inc.
Case No. 15-11660
Attachment to Amended Bankruptcy Schedule E/F

Response to Question 3

| Creditor's Name | Unliquidated | Contingent | Disputed | Amount of Claim |
|---|---|---|---|---|
| Griffith's Inc.<br>P.O. Box 3424<br>Hickory, NC 28603 | | | | $ 2,723.00 |
| Guy Lee IV PLLC<br>5486 Sherrills Ford Road<br>Catawba, NC 28609 | | | | $ 742.12 |
| Hickory Commercial, LLC<br>231 Governmental Avenue South #3483<br>Hickory, NC 28603 | | | | $ 73,336.00 |
| imaginary_trout<br>1314 S. Grand Blvd.<br>Suite 2 #269<br>Spokane, WA 99202 | | | | $ 720.00 |
| James Oxygen & Supply Company<br>P.O. Box 159<br>Hickory, NC 28603-0159 | | | | $ 60.99 |
| James, McElroy & Diehl, P.A.<br>600 South College Street<br>Charlotte, NC 28202 | | | | $ 600.00 |
| Jamey R Brown<br>3952 Little Mtn Rd.<br>Newton, NC 28658 | | | | $ - |
| Kentucky Raceway, LLC<br>1 Speedway Drive<br>Sparta, KY 41086 | | | X | Unknown |
| Kyle Busch Motorsports<br>351 Mazeppa Road<br>Mooresville, NC 28115 | X | X | X | Unknown |
| Lake Electric Company, Inc.<br>P.O. Box 642<br>Denver, NC 28037 | | | | $ 3,520.73 |
| Le Bleu Bottled Water<br>621 N. Regional Rd.<br>Greensboro, NC 27409-9044 | | | | $ 61.21 |
| Liberty Mutual Insurance<br>P.O. Box 2051<br>Keene, NH 03431-7051 | | | | $ 1,872.50 |
| nline LLC<br>5243 Morehead Rd.<br>Concord, NC 28027 | | | | $ 893.68 |
| North Carolina Department of Enviroment<br>NC Hazardous Waste Section<br>1646 Mail Service Center<br>Raleigh, NC 27699-1646 | | | | $ 175.00 |
| NV Energy<br>P.O. Box 30065<br>Reno, NV 89520 | | | | $ (170.51) |
| Orkin Pest Control<br>130 11th St SW<br>Hickory, NC 28602-2638 | | | | $ 210.00 |
| Parker, Poe, Adams & Bernst<br>Three Wells Fargo Center<br>Suite 3000<br>401 S. Tryon St.<br>Charlotte, NC 28202-1942 | | | | $ 365,030.63 |
| Perry Johnson Registrars, Inc.<br>755 W. Big Beaver Road<br>Suite 1340<br>Troy, MI 48084 | | | | $ 6,754.94 |
| Phelps Dunbar, LLP<br>P.O. Box 974798<br>Dallas, TX 75397-4798 | | | | $ 16,086.38 |

Zloop Inc.
Case No. 15-11660
Attachment to Amended Bankruptcy Schedule E/F

Response to Question 3

| Creditor's Name | Unliquidated | Contingent | Disputed | Amount of Claim |
|---|---|---|---|---|
| Piedmont Natural Gas<br>P.O. Box 660920<br>Dallas, TX 75266-0920 | | | | $ 23.78 |
| Pocono Speedway<br>Long Pond, PA 18334<br>Long Pond Rd. | | | X | Unknown |
| Pro-Line Building Maintenance<br>P.O. Box 1482<br>Hickory, NC 28603 | | | | $ 1,554.00 |
| Recycling Equipment Inc.<br>P.O. Box 1474<br>Hickory, NC 28603 | X | X | X | Unknown |
| Registered Agents Inc.<br>170 S. Lincoln<br>Suite 150<br>Spokane, WA 99201 | | | | $ 49.00 |
| Sarai One, LLC<br>13000 S. Tryon St.<br>Suite F-173<br>Charlotte, NC 28278 | | | | $ 800.00 |
| Schwartz Law Firm, PC<br>6100 Fairview Road<br>Suite 1135<br>Charlotte, NC 28210 | | | | $ 6,600.00 |
| SilverBlu Signs & Media<br>1860 Mill Rd.<br>Reno, NV 89502 | | | | $ 780.00 |
| Spectrum Business Services<br>P.O. Box 838<br>Lake Forest, CA 92609 | | | | $ 498.97 |
| SunKool Window Tinting<br>910 Tate Blvd. SE<br>Suite 102<br>Hickory, NC 28602 | | | | $ 456.00 |
| Tennant Sales and Service Company<br>P.O. Box 71414<br>Chicago, IL 60694-1414 | | | | $ 298.46 |
| VESCO Toyotalift<br>P.O. Box 1990<br>Hickory, NC 28603 | | | | $ 1,069.94 |
| Watson Insurance<br>P.O. Box 879<br>Gastonia, NC 28053-0879 | | | | $ 28,236.00 |
| Y-Connect, Inc.<br>P.O. Box 800605<br>Dallas, TX 75380-0605 | | | | $ 1,225.00 |
| **Total Trade Payables** | | | | **$ 578,232.62** |

Debtor    ZLOOP, Inc.
          _____    Case number (if known) 15-11660
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 201,613.18 |
| 5b. Total claims from Part 2 | 5b. + | $ 23,967,411.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 24,169,024.80 |

| Fill in this information to identify the case: |
|---|

Debtor name  ZLOOP, Inc.

United States Bankruptcy Court for the: _____  District of  DE
                                                                                  (State)
Case number (If known):  15-11660 _____  Chapter  11

[X] Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Supply, Process and Revenue Share Agreement (June 2015) | Apto Solutions, Inc. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | Bristol Raceway |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Luxury Suite License Agreement (dated 12/16/13) Debtor is Licensee | Carolina Panthers |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter for Legal Services (June 2015) Debtor is client | DLA Piper LLP (US) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Continuing Warranty Obligations | E Recycling Systems, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | ZLOOP, Inc. | Case number (if known) 15-11660 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.6**
State what the contract or lease is for and the nature of the debtor's interest — Commercial Real Estate Lease Agreement - Debtor is Lessee

Hickory Commerical

State the term remaining

List the contract number of any government contract

**2.7**
State what the contract or lease is for and the nature of the debtor's interest — Term Sheet and Addendum

Jeremy Breedlove

State the term remaining

List the contract number of any government contract

**2.8**
State what the contract or lease is for and the nature of the debtor's interest — Marketing Agreement (June 2013)

Kentucky Raceway, LLC

State the term remaining

List the contract number of any government contract

**2.9**
State what the contract or lease is for and the nature of the debtor's interest — Sponsorship Agreement - Debtor is Sponsor

Kyle Busch Motorsports

State the term remaining

List the contract number of any government contract

**2.10**
State what the contract or lease is for and the nature of the debtor's interest — Marketing Agreement

Pocono Raceway

State the term remaining

List the contract number of any government contract

**2.11**
State what the contract or lease is for and the nature of the debtor's interest — Continuing Warranty Obligations

Recycling Equipment, Inc.

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page __2__ of __2__

Fill in this information to identify the case and this filing:

Debtor Name  ZLOOP, Inc.

United States Bankruptcy Court for the: _____ District of DE
                                                            (State)

Case number (if known):  15-11660 _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  
             MM / DD / YYYY

✗ _____
   Signature of individual signing on behalf of debtor

   William H. Henrich
   Printed name

   CRO
   Position or relationship to debtor