# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, Inc., et al.<br><br>Debtors.[1] | Case No. 15-11660 (KJC)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Related Docket Nos.: 77, 78, 79, 80, 81 & 82 |

## SUPPLEMENTAL GENERAL NOTES PERTAINING TO INTERIM AMENDMENTS TO ORIGINAL SCHEDULES AND STATEMENTS

On August 9, 2015 (the "Petition Date"), ZLOOP, Inc., ZLOOP Nevada, LLC, and ZLOOP Knitting Mill, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Each Debtor filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and its Statements of Financial Affairs (the "SOFAs" and together with the Schedules, the "Original Schedules and Statements") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure on September 9, 2015 [D.I. 77-82, inclusive]. The Original Schedules and Statements were accompanied by General Notes Pertaining to Schedules and Statements (collectively, the "General Notes"). The General Notes are incorporated herein as though set forth at length below.[2]

With the assistance of Debtors' retained professionals and management, William H. Henrich, the Debtors' Chief Restructuring Officer ("CRO") has prepared these interim amendments to the Original Schedules and Statements in order to disclose to the Bankruptcy Court, creditors and parties in interest amendments to the Original Schedules and Statements based on information disclosed to and discovered by the CRO and such amendments are presented based on the CRO's best information and belief as of the date hereof.

Although the CRO has made every reasonable effort to ensure that the amendments to the Original Schedules and Statements are accurate and complete based on information that was available, information provided by management and information discovered as a result of the CRO's investigation into the business and affairs of the Debtors' book and records and transactions prior to the Petition Date. At the time of preparation of these Interim Amendments, the CRO's investigation is incomplete and continues. The CRO anticipates that his continued investigation will reveal new or supplemental information or discovery that may result in material changes to these Interim Amendments to the Original Schedules and Statements. In addition, inadvertent errors or omissions may have occurred. The

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] All references to the Debtors and their management in the General Notes shall be deemed to refer to the CRO for purposes of these Supplemental General Notes, as defined below.

1

information provided herein, except as otherwise noted, is presented as of the Petition Date. Subsequent receipt or discovery of information or an audit may result in material changes in financial data requiring further amendment of the Original Schedules and Statements. Accordingly, the Original Schedules and Statements, as amended by these Interim Amendments, remain subject to further review and verification by the CRO and the Debtors' advisors. The CRO reserves the right further to amend the Original Schedules and Statements, as amended by these Interim Amendments, from time to time as may be necessary or appropriate. These supplemental general notes to the Interim Amendments to the Original Schedules and Statements (the "Supplemental General Notes") comprise an integral part of the Interim Amendments to Original Schedules and Statements filed by the Debtors and should be referenced in connection with any review of the Interim Amendments to the Original Schedules and Statements.

The Interim Amendments to the Original Schedules and Statements have been signed by the CRO. In reviewing and signing the Interim Amendments to the Original Schedules and Statements, the CRO has necessarily relied upon the efforts, statements and representations of Debtors' management, documents produced and reviewed and upon other professionals of the Debtors. The CRO does not (and cannot have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

* * * END OF SUPPLEMENTAL GLOBAL NOTES * * *

**Fill in this information to identify the case:**

Debtor name  Zloop Knitting Mill, LLC

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number (If known): 15-11662

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................  $ 275,202.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................  $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................  $ 275,202.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............  $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........  + $ 281,096.00

4. **Total liabilities**............................................................................................  $ 281,096.00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __Zloop Knitting Mill, LLC__

United States Bankruptcy Court for the: _____   District of __DE__
(State)

Case number (If known): __15-11662__

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. Cash on hand                                                                                                          $_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account        Last 4 digits of account number
   3.1. _____    _____      ____ ____ ____ ____         $_____
   3.2. _____    _____      ____ ____ ____ ____         $_____

4. Other cash equivalents *(Identify all)*
   4.1. _____              $_____
   4.2. _____              $_____

5. **Total of Part 1**                                                                                                    $_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____              $_____
   7.2. _____              $_____

Debtor   Zloop Knitting Mill, LLC
         Name                                            Case number (if known) 15-11662

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____   $_____
   8.2. _____   $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                      $_____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                           Current value of debtor's
                                                                           interest

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ......→   $_____
                                face amount     doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ......→   $_____
                                face amount     doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $_____

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                     Valuation method       Current value of debtor's
                                                     used for current value  interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of ownership:
    15.1. _____   _____%   _____   $_____
    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____   _____   $_____
    16.2. _____   _____   $_____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                     $_____

Debtor    **Zloop Knitting Mill, LLC**                                    Case number (if known) 15-11662
          Name

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - [X] No. Go to Part 6.
    - [ ] Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| | MM / DD / YYYY | $ | | $ |
| 20. Work in progress | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. Finished goods, including goods held for resale | | | | |
| | MM / DD / YYYY | $ | | $ |
| 22. Other inventory or supplies | | | | |
| | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**                                                                                   $
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    - [ ] No
    - [ ] Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - [ ] No
    - [ ] Yes. Book value _____  Valuation method _____  Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - [ ] No
    - [ ] Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - [X] No. Go to Part 7.
    - [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| | $ | | $ |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| | $ | | $ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| | $ | | $ |

Debtor  Zloop Knitting Mill, LLC
Name

Case number (if known) 15-11662

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. Is the debtor a member of an agricultural cooperative?
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. Is a depreciation schedule available for any of the property listed in Part 6?
    ☐ No
    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | $_____ | _____ | $_____ |
| 40. Office fixtures | $_____ | _____ | $_____ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | $_____ | _____ | $_____ |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☐ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Debtor  Zloop Knitting Mill, LLC    Case number (if known) 15-11662

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    - [x] No. Go to Part 9.
    - [ ] Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

    47.1 _____  $_____  _____  $_____
    47.2 _____  $_____  _____  $_____
    47.3 _____  $_____  _____  $_____
    47.4 _____  $_____  _____  $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____
    48.2 _____  $_____  _____  $_____

49. Aircraft and accessories

    49.1 _____  $_____  _____  $_____
    49.2 _____  $_____  _____  $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

    _____  $_____  _____  $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.     $_____

52. Is a depreciation schedule available for any of the property listed in Part 8?
    - [ ] No
    - [ ] Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    - [ ] No
    - [ ] Yes

Debtor  Zloop Knitting Mill, LLC  
       Name

Case number (if known) 15-11662

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 838 14th Street NE, Hickory, NC | Fee Simple | $ 275,202.00 | Net Book Value | $ 275,202.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 275,202.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$

Debtor  **Zloop Knitting Mill, LLC**
        Name

Case number (if known) 15-11662

---

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☐ No
    - ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    - ☐ No
    - ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____ − _____ = → $_____
    Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    
    _____                        Tax year _____  $_____
    _____                        Tax year _____  $_____
    _____                        Tax year _____  $_____

73. **Interests in insurance policies or annuities**
    _____                                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____                                        $_____
    
    Nature of claim    _____
    Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                                        $_____
    
    Nature of claim    _____
    Amount requested   $_____

76. **Trusts, equitable or future interests in property**
    _____                                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____                                        $_____
    _____                                        $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.         $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

Official Form 206A/B         Schedule A/B: Assets — Real and Personal Property         page 7

Debtor  Zloop Knitting Mill, LLC                            Case number (if known) 15-11662
        Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ......→ | | $ 275,202.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ......... 91a. | $ 0.00   + 91b. | $ 275,202.00 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92. .................................................. $ 275,202.00

**Fill in this information to identify the case:**

Debtor: Zloop Knitting Mill, LLC

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number: 15-11662
(If known)

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor  Zloop Knitting Mill, LLC  
    Name

Case number (if known) 15-11662

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>Zloop, Inc.<br><br>816 13th Street NE<br><br>Hickory, NC 28601<br><br>Date or dates debt was incurred: Various<br>Last 4 digits of account number: ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Intercompany Debt<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 281,096.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |
| **3.3** | Nonpriority creditor's name and mailing address<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |
| **3.4** | Nonpriority creditor's name and mailing address<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |
| **3.5** | Nonpriority creditor's name and mailing address<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |
| **3.6** | Nonpriority creditor's name and mailing address<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |

Debtor  **Zloop Knitting Mill, LLC**                     Case number (if known) 15-11662
        Name

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page ___ of ___

Debtor   Zloop Knitting Mill, LLC                                  Case number (if known) 15-11662
         Name

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 281,096.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 281,096.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Zloop Knitting Mill, LLC

United States Bankruptcy Court for the: _____  District of  DE
(State)

Case number (if known):  15-11662

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [X] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [ ] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [X] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [X] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* ____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/16/2016 
MM/DD/YYYY

X _____
Signature of individual signing on behalf of debtor

William H. Henrich
Printed name

CRO
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors