UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re : ZLOOP, Inc.**

**Case No. 15-11660**
**Reporting Period: January 1, 2016 - January 31, 2016**

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | X | | |
| Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

2/25/16
Date

William H. Hinrich
Printed Name of Authorized Individual

CRO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re ZLOOP, Inc.
    **Debtor**

Case No. 15-11660
Reporting Period: January 1, 2016 - January 31, 2016

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1).   Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.   [See MOR-1 (CONT)]

| | PATRIOT | Union Bank Operating | Union Bank Payroll | Union Bank Utilities | First Citizens Bank | CURRENT MONTH ACTUAL | PROJECTED | CUMULATIVE FILING TO DATE ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $1.00 | $164,439.52 | ($2,950.05) | $685.50 | $998.57 | $193,174.54 | | $19,274.15 | |
| **RECEIPTS:** | | | | | | | | | |
| CASH SALES | | | | | | 0.00 | | 0.00 | |
| ACCOUNTS RECEIVABLE | | 37,563.15 | | | | 37,563.15 | | 106,151.65 | |
| OTHER RECEIVABLES | | | | | | 0.00 | | 2,800.00 | |
| SALE OF ASSETS | | | | | | 0.00 | | 154,000.00 | |
| OTHER (ATTACH LIST) | | | | | 415.29 | 415.29 | | 249,031.70 | |
| TRANSFERS (FROM DIP ACCTS) | | | 43,913.50 | | 530.09 | 44,443.59 | | 199,777.29 | |
| | | | | | | | | | |
| TOTAL RECEIPTS | $0.00 | $37,563.15 | $43,913.50 | $0.00 | $945.38 | $82,422.03 | | $711,760.64 | |
| **DISBURSEMENTS** | | | | | | | | | |
| NET PAYROLL | | | 27,915.80 | | | 27,915.80 | | 128,804.15 | |
| PAYROLL TAXES & FEES | | | 12,096.87 | | | 12,096.87 | | 43,203.12 | |
| OFFICE EXPENSES | | 57.96 | | | 111.40 | 169.36 | | 2,485.59 | |
| BANK FEES | | 50.00 | | | 193.00 | 293.00 | | 490.76 | |
| SHIPPING AND DELIVERY EXPENSE | | 1,549.00 | | | 10.75 | 1,559.75 | | 9,462.28 | |
| AUTOMOBILE EXPENSES | | 145.00 | | | 346.02 | 491.02 | | 2,568.64 | |
| REPAIR AND MAINTENANCE | | 558.23 | | | | 558.23 | | 10,390.45 | |
| TRAVEL | | 3,056.91 | | | | 3,056.91 | | 13,922.61 | |
| INTERNET | | 270.64 | | | 39.51 | 310.15 | | 1,755.90 | |
| LEGAL AND PROFESSIONAL (ORD.) | | | | | | 0.00 | | 13,240.15 | |
| ACCOUNTING (ORD.) | | 400.00 | | | | 400.00 | | 2,000.00 | |
| MEALS AND ENTERTAINMENT | | | | | 175.18 | 175.18 | | 2,862.36 | |
| UTILITIES | | 3,686.45 | | | 170.85 | 3,857.30 | | 20,946.82 | |
| EMPLOYEE EXPENSES | | | | | | 0.00 | | 3,241.81 | |
| COST OF GOODS SOLD | | 48,992.64 | | | | 48,992.64 | | 64,256.11 | |
| HEALTH INSURANCE | | | | | | 0.00 | | 6,822.56 | |
| INSURANCE - OTHER | | 660.00 | | | | 660.00 | | 21,023.50 | |
| COMPUTER EQUIPMENT | | | | | | 0.00 | | 300.00 | |
| PERMITS/LICENSES | | | | | | 0.00 | | 1,300.00 | |
| DUES/SUBSCRIPTIONS | | | | | | 0.00 | | 549.00 | |
| WAREHOUSE SUPPLIES | | | | | 910.24 | 910.24 | | 2,619.99 | |
| ASSET SALE COSTS | | 19,681.00 | | | | 19,681.00 | | 23,884.00 | |
| EQUIPMENT RENT | | 171.69 | | | | 171.69 | | 471.29 | |
| OTHER (ATTACH LIST) | | 1,872.72 | | | | 1,872.72 | | 45,311.28 | |
| | | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | 44,443.59 | | | | 44,443.59 | | 199,777.29 | |
| | | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | 1,625.00 | | | | 1,625.00 | | 2,925.00 | |
| COURT COSTS | | | | | | | | | |
| TOTAL DISBURSEMENTS | 0.00 | 127,220.83 | 40,012.67 | 0.00 | 1,946.95 | 169,180.45 | | 824,818.67 | |
| | | | | | | | | | |
| NET CASH FLOW | $0.00 | ($89,657.68) | $3,900.83 | $0.00 | ($1,001.57) | ($86,758.42) | | $87,141.97 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | |
| | | | | | | | | | |
| CASH - END OF MONTH | $1.00 | $104,781.84 | $950.78 | $685.50 | ($3.00) | $106,416.12 | | $106,416.12 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 169,180.45 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ | (44,443.59) |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 124,736.86 |

**ZLOOP, Inc.**

Other Receipts:

Refund of Elite Ammunition deposit          $415.29

Other Disbursements:

Contract Labor              $1,872.72

In re ZLOOP, Inc.     Debtor

Case No. 15-11660
Reporting Period: January 1, 2016 - January 31, 2016

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Patriot Bank | Union Bank Operating | Union Bank Payroll | Union Bank Utilities | First Citizens Bank |
|---|---|---|---|---|---|
| | #1904 | #9380 | #9597 | #9605 | #7831 |
| **BALANCE PER BOOKS** | | $1.00 | $104,781.84 | $950.78 | $685.50 | $3.00 |
| BANK BALANCE | | $1.00 | $131,352.78 | $950.78 | $685.50 | $3.00 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | $26,570.94 | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | |
| ADJUSTED BANK BALANCE * | | $1.00 | $104,781.84 | $950.78 | $685.50 | $3.00 |
| * Adjusted bank balance must equal balance per books | | | | | | |

| DEPOSITS IN TRANSIT | Ch. # | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|

| CHECKS OUTSTANDING | Ch. # | Amount | Ch. # | Amount | Ch. # | Amount | Ch. # | Amount | Ch. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 16090 | $522.45 | | | | | | |
| | | | 16091 | $23.87 | | | | | | |
| | | | 16093 | $19,081.00 | | | | | | |
| | | | 16095 | $68.31 | | | | | | |
| | | | 16107 | $340.73 | | | | | | |
| | | | 16094 | $1,000.00 | | | | | | |
| | | | 16097 | $400.00 | | | | | | |
| | | | 16098 | $171.69 | | | | | | |
| | | | 16099 | $61.16 | | | | | | |
| | | | 16100 | $1,146.97 | | | | | | |
| | | | 16101 | $248.44 | | | | | | |
| | | | 16102 | $203.30 | | | | | | |
| | | | 16103 | $129.64 | | | | | | |
| | | | 16104 | $446.38 | | | | | | |
| | | | 16105 | $500.00 | | | | | | |
| | | | 16108 | $325.00 | | | | | | |
| | | | 16109 | $975.00 | | | | | | |
| | | | 16110 | $325.00 | | | | | | |
| | | | | $26,570.94 | | | | | | |

| OTHER | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

FORM MOR-1a
(04/07)

In re ZLOOP, Inc.

Debtor

Case No. 15-11660

Reporting Period: January 1, 2016 – January 3

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| NONE | | | | | | | | | |

FORM MOR-1b
(04/07)

**S t a t e m e n t**
**of A c c o u n t s**

*UNION BANK*
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Page 1 of 2
ZLOOP, INC.
**Statement Number: 2133489589**
1/1/16 - 1/29/16

Customer Inquiries
800-669-8661

*CY30 M   26 C 0000*

ZLOOP, INC.
OPERATING
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC 28601

Thank you for banking with us
since 2015

- *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 2133489589

Days in statement period: 29

| | | | |
|---|---|---|---|
| Beginning balance on 1/1 | $ | | 200,292.09 |
| **Total Credits** | | | **43,760.25** |
|     Deposits ( 2 ) | | 40,760.25 | |
|     Other credits and adjustments ( 1 ) | | 3,000.00 | |
| **Total Debits** | | | **-112,699.56** |
|     Checks paid ( 26 ) | | -17,585.17 | |
|     Electronic debits ( 5 ) | | -48,150.89 | |
|     Other debits, fees and adjustments ( 7 ) | | -46,963.50 | |
| Ending Balance on 1/29 | $ | | 131,352.78 |

## C r e d i t s

**Deposits**

*including check and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 1/11 | BANK-BY-MAIL DEPOSIT # 0000809242 | 45330377 | $ | 4,088.49 |
| 1/29 | BANK-BY-MAIL DEPOSIT # 0000212606 | 46835037 | | 36,671.76 |
| | **2 Deposits** | **Total amount** | **$** | **40,760.25** |

**Other credits and adjustments**

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 1/7 | TELEPHONE TRANSFER | 99350797 | $ | 3,000.00 |

## D e b i t s

**Checks paid**

| Number | Date | | Amount | Number | Date | | Amount | Number | Date | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16063 | 1/6 | $ | 567.83 | 16071 | 1/6 | $ | 0.82 | 16077 | 1/4 | $ | 130.66 |
| 16064 | 1/15 | | 208.94 | 16072 | 1/4 | | 273.53 | 16078 | 1/5 | | 299.60 |
| 16065 | 1/4 | | 549.00 | 16073 | 1/4 | | 49.31 | 16079 | 1/4 | | 1,259.19 |
| 16066 | 1/4 | | 1,150.00 | 16074 | 1/5 | | 290.92 | 16081* | 1/12 | | 62.48 |
| 16067 | 1/4 | | 318.00 | 16075 | 1/5 | | 4,203.00 | 16082 | 1/15 | | 199.53 |
| 16070* | 1/12 | | 175.00 | 16076 | 1/6 | | 833.06 | 16083 | 1/11 | | 865.38 |

Page 2 of 2
ZLOOP, INC.
Statement Number: 2133489589
1/1/16 - 1/29/16

## Checks paid  *continued*

| Number | Date | | Amount | Number | Date | | Amount | Number | Date | | Amount |
|--------|------|---|--------|--------|------|---|--------|--------|------|---|--------|
| 16084 | 1/11 | $ | 456.55 | 16087 | 1/20 | $ | 558.23 | 16092* | 1/25 | $ | 174.93 |
| 16085 | 1/14 | | 605.22 | 16088 | 1/27 | | 270.64 | 16096* | 1/25 | | 530.09 |
| 16086 | 1/19 | | 660.00 | 16089 | 1/28 | | 2,893.26 | | | | |
| | | | | **26 Checks paid** | | | | **Total amount** | | $ | **17,585.17** |

*\* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.*

## Electronic debits

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 1/4 | BUSINESSSOLUTION VONAGE    CCD    7431880 | 55089777 | $ | 103.96 |
| 1/11 | WIRE TRANS   TRN 0111021968 011116 | 93053970 | | 8,442.10 |
| | Sent To: | | | |
| | WELLS FARGO BANK NA | | | |
| | Beneficiary: | | | |
| | SMART METALS RECYCLING LLC | | | |
| 1/12 | WIRE TRANS   TRN 0112023056 011216 | 93055789 | | 34,450.20 |
| | Sent To: | | | |
| | WELLS FARGO BANK NA | | | |
| | Beneficiary: | | | |
| | GORDON RECYCLERS INC | | | |
| 1/19 | WIRE TRANS   TRN 0119027046 011916 | 93057049 | | 4,986.52 |
| | Sent To: | | | |
| | WELLS FARGO BANK NA | | | |
| | Beneficiary: | | | |
| | SMART METALS RECYCLING LLC | | | |
| 1/20 | BUSINESSSOLUTION VONAGE    CCD    3147410 | 57738008 | | 168.11 |
| | **5 Electronic debits** | **Total amount** | $ | **48,150.89** |

## Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 1/4 | TELEPHONE TRANSFER | 99351314 | $ | 3,000.00 |
| 1/4 | TELEPHONE TRANSFER | 99351211 | | 3,000.00 |
| 1/4 | TELEPHONE TRANSFER | 99351318 | | 4,000.00 |
| 1/4 | TELEPHONE TRANSFER | 99351213 | | 7,285.00 |
| 1/13 | TELEPHONE TRANSFER | 99350520 | | 11,910.63 |
| 1/25 | BANK SERVICES FEE (CHK) | 90264219 | | 50.00 |
| 1/27 | TELEPHONE TRANSFER | 99350628 | | 17,717.87 |
| | **7 Other debits, fees and adjustments** | **Total amount** | $ | **46,963.50** |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|------|---|----------------|
| 1/1-1/3 | $ | 200,292.09 | 1/12 | $ | 135,614.99 | 1/25-1/26 | $ | 115,562.79 |
| 1/4 | | 179,173.44 | 1/13 | | 123,704.36 | 1/27 | | 97,574.28 |
| 1/5 | | 174,379.92 | 1/14 | | 123,099.14 | 1/28 | | 94,681.02 |
| 1/6 | | 172,978.21 | 1/15-1/18 | | 122,690.67 | 1/29 | | 131,352.78 |
| 1/7-1/10 | | 175,978.21 | 1/19 | | 117,044.15 | | | |
| 1/11 | | 170,302.67 | 1/20-1/24 | | 116,317.81 | | | |

**S t a t e m e n t**
**o f A c c o u n t s**

*UNION BANK*
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 2
ZLOOP, INC.
**Statement Number: 2133489597**
1/1/16 - 1/29/16

Customer Inquiries
800-669-8661

*CY30 M   0 C 0000*

ZLOOP, INC.
PAYROLL
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC 28601

Thank you for banking with us
since 2015

- *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 2133489597

Days in statement period: 29

| | | |
|---|---|---:|
| Beginning balance on 1/1 | $ | -2,950.05 |
| Total Credits | | 46,913.50 |
| Other credits and adjustments ( 6 ) | 46,913.50 | |
| Total Debits | | -43,012.67 |
| Electronic debits ( 12 ) | -40,012.67 | |
| Other debits, fees and adjustments ( 1 ) | -3,000.00 | |
| Ending Balance on 1/29 | $ | 950.78 |

## C r e d i t s

### Other credits and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 1/4 | TELEPHONE TRANSFER | 99351212 | $ | 3,000.00 |
| 1/4 | TELEPHONE TRANSFER | 99351315 | | 3,000.00 |
| 1/4 | TELEPHONE TRANSFER | 99351319 | | 4,000.00 |
| 1/4 | TELEPHONE TRANSFER | 99351214 | | 7,285.00 |
| 1/13 | TELEPHONE TRANSFER | 99350521 | | 11,910.63 |
| 1/27 | TELEPHONE TRANSFER | 99350629 | | 17,717.87 |
| | **6 Other credits and adjustments** | **Total amount** | **$** | **46,913.50** |

## D e b i t s

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 1/4 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  1374073 | 54402626 | $ | 7.00 |
| 1/5 | ADP Tax/401k   Tax/401k  CCD   R8BXH 010602A01 | 56802050 | | 2,393.99 |
| 1/5 | ADP EEPAY/GARNWC EEPAY/GARN CCD   090049146605BXH | 56809371 | | 4,446.64 |
| 1/8 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  1710335 | 59748828 | | 79.12 |
| 1/14 | ADP Tax/401k   Tax/401k  CCD   R8BXH 011502A01 | 54310476 | | 4,594.47 |
| 1/14 | ADP EEPAY/GARNWC EEPAY/GARN CCD   564035645847BXH | 54319722 | | 11,524.36 |
| 1/15 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  2020235 | 54584957 | | 68.40 |
| 1/19 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  2265450 | 55570974 | | 94.70 |
| 1/22 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  2948197 | 59196527 | | 79.12 |

Page 2 of 2
ZLOOP, INC.
Statement Number: 2133489597
1/1/16 - 1/29/16

**Electronic debits** *continued*

| Date | Description | Reference | | Amount |
|------|-------------|-----------|--|--------|
| 1/28 | ADP Tax/401k    Tax/401k  CCD   R8BXH 012903A01 | 54824636 | $ | 4,773.07 |
| 1/28 | ADP EEPAY/GARNWC EEPAY/GARN CCD   535061877114BXH | 54817580 | | 11,944.80 |
| 1/29 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  3308539 | 55127556 | | 7.00 |
| | **12 Electronic debits** | **Total amount** $ | | **40,012.67** |

**Other debits, fees and adjustments**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|--|--------|
| 1/7 | TELEPHONE TRANSFER | 99350796 | $ | 3,000.00 |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|------|--|----------------|------|--|----------------|------|--|----------------|
| 1/1-1/3 | $ | -2,950.05 | 1/13 | $ | 16,318.83 | 1/27 | $ | 17,675.65 |
| 1/4 | | 14,327.95 | 1/14 | | 200.00 | 1/28 | | 957.78 |
| 1/5-1/6 | | 7,487.32 | 1/15-1/18 | | 131.60 | 1/29 | | 950.78 |
| 1/7 | | 4,487.32 | 1/19-1/21 | | 36.90 | | | |
| 1/8-1/12 | | 4,408.20 | 1/22-1/26 | | -42.22 | | | |

**Statement**
**of Accounts**

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 1
ZLOOP, INC.
Statement Number: 2133489605
1/1/16 - 1/29/16

Customer Inquiries
800-669-8661

*CY30 M   0 C 0000*

ZLOOP, INC.
UTILITIES ASSURANCE
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC **28601**

Thank you for banking with us
since 2015

- *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 2133489605

Days in statement period: 29

| | | |
|---|---|---|
| **Beginning balance on 1/1** | $ | 685.50 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Ending Balance on 1/29** | $ | 685.50 |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|---|
| 1/1-1/29 | $ | 685.50 | | | | |

 **FirstCitizensBank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131



ZE
145

25051

**ZLOOP INC
816 13TH ST NE
HICKORY NC 28601**



| Your Account(s) At A Glance |
| --- |
| Checking |
| Balance                3.00- |

Statement Period: January 1 , 2016    Thru January 31, 2016          Account Number :     001411217831

 **Basic Business Checking**
Account Number :   001411217831                              Enclosures In Statement:  0

| | | | |
| --- | --- | --- | --- |
| Beginning Balance | 998.57+ | Statement Period Days | 31 |
| 2  Deposits | 945.38+ | Average Ledger Balance | 305.00+ |
| 0  Other Credits | 0.00 | | |
| 0  Checks | 0.00 | | |
| 32  Other Debits | 1,946.95- | | |
| Monthly Service Charge | 0.00 | | |
| | | | |
| Ending  Balance | 3.00- | | |

## Deposits To Your Account

| Date | Amount | | Date | Amount | |
| --- | --- | --- | --- | --- | --- |
| 01-07 | 415.29 | \| | 01-25 | 530.09 | \| |

## Other Debits From Your Account

| Date | Description | Amount |
| --- | --- | --- |
| 01-04 | POS Signature- Visa #6580 Olde Hickory Station Hickory NC | 22.74 |
| 01-04 | POS Signature- Visa #6580 Marathon Petro125799 Conover NC | 38.95 |
| 01-05 | POS Signature- Visa #6580 Hatch Hickory NC | 25.89 |
| 01-05 | Purchase     Visa #6606     01-05 ATM 115633   Seq # 89100 | 41.13 |
| | Cubbard Express    954 16TH St NE    Hickory      NC | |
| 01-06 | Purchase     Visa #6606     01-06 ATM 635500   Seq # 93831 | 79.31 |
| | Sams Club #6355     Sam's Club      Hickory      NC | |
| 01-07 | POS Signature- Visa #6580 Five Guys #NC-1276 Durham NC | 11.48 |
| 01-07 | Purchase     Visa #6580     01-07 ATM 001     Seq # 13727 | 283.37 |
| | Lowe's #2370     Lowe's #2370     Hickory      NC | |
| 01-08 | POS Signature- Visa #6580 Wilco 295 00002956 Colfax NC | 20.05 |
| 01-08 | POS Signature- Visa #6580 Raceway6739 64567399 Hickory NC | 29.15 |
| 01-11 | POS Signature- Visa #6606 USPS.Com Click66100611 800-3447779 Dc | 5.05 |
| 01-11 | POS Signature- Visa #6580 Tony's Pizza Of Hickor Hickory NC | 20.01 |
| 01-11 | POS Signature- Visa #6580 Springs Road G14010359 Hickory NC | 29.80 |
| 01-12 | Purchase     Visa #6580     01-12 ATM 105000   Seq # 8821 | 32.09 |
| | Office Max/Offi     Office Max/Offi  Hickory      NC | |
| 01-12 | Purchase     Visa #6606     01-11 ATM 001     Seq #  6901 | 108.78 |
| | Lowe's #2370     Lowe's #2370     Hickory      NC | |
| 01-12 | Purchase     Visa #6580     01-12 ATM 001     Seq # 51542 | 227.54 |
| | Lowe's #2370     Lowe's #2370     Hickory      NC | |
| 01-13 | POS Signature- Visa #6606 USPS.Com Click66100611 800-3447779 Dc | 5.70 |

 Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.

Statement Period: January 1 , 2016    Thru January 31, 2016                Account Number :    001411217831

# Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|--------|
| 01-13 | POS Signature- Visa #6580 Arbys 7455 Hickory NC | 7.37 |
| 01-14 | POS Signature- Visa #6580 Springs Road G14010359 Hickory NC | 34.85 |
| 01-15 | POS Signature- Visa #6580 Springs Road G14010359 Hickory NC | 29.00 |
| 01-19 | POS Signature- Visa #6580 Rancho Viejo Mexican G Hickory NC | 25.27 |
| 01-19 | POS Signature- Visa #6606 Lowe's Foods #245 Fuel Hickory NC | 41.74 |
| 01-19 | POS Signature- Visa #6580 Olde Hickory Station Hickory NC | 45.32 |
| 01-19 | POS Signature- Visa #6580 Quality Suites Hickory NC | 79.09 |
| 01-19 | POS Signature- Visa #6580 Verizon Wrls Myacct Ve 800-9220204 Ca | 170.85 |
| 01-19 | POS Signature- Visa #6580 Dickeys NC-439 Hickory NC | 17.10 |
| 01-19 | POS Signature- Visa #6580 Dnh*godaddy.Com 480-5058855 Az | 39.51 |
| 01-19 | Purchase     Visa #6606     01-17 ATM 001     Seq # 47678     Lowe's #2370     Lowe's #2370     Hickory     NC | 248.81 |
| 01-19 | POS Signature- Visa #6580 Springs Road G14010359 Hickory NC | 28.00 |
| 01-19 | Overdraft Charge | 144.00 |
| 01-20 | POS Signature- Visa #6580 Exxonmobil 45471703 Hickory NC | 16.00 |
| 01-20 | Overdraft Charge | 36.00 |
| 01-29 | Paper Statement Fee | 3.00 |
| | Total | 1,946.95 |

# Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01-04 | 936.88+ | 01-11 | 806.93+ | 01-19 | 478.09- |
| 01-05 | 869.86+ | 01-12 | 438.52+ | 01-20 | 530.09- |
| 01-06 | 790.55+ | 01-13 | 425.45+ | 01-25 | 0.00 |
| 01-07 | 910.99+ | 01-14 | 390.60+ | 01-29 | 3.00- |
| 01-08 | 861.79+ | 01-15 | 361.60+ | | |

 25051 

Statement Period: January 1 , 2016    Thru January 31, 2016                Account Number :    001411217831

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

Note: If your statement does not balance, please be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

| | | |
|---|---|---|
| 1 | $ | |
| 2 | +$ | |
| 3 | =$ | |
| 4 | -$ | |
| 5 | =$ | |

### A. Deposits/Credits

| Date | Amount |
|---|---|
| | |
| | |
| | |
| Total Amount | |

### B. Outstanding Checks/Debits

| Number | Amount |
|---|---|
| | |
| | |
| | |
| Total Amount | |

**How to Compute Interest Charges on Your Line of Credit.**    We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**    Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**    If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) Account information. Your name and account number. (2) Dollar amount: The dollar amount of the suspected error. (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**    This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**    If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.**    If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**    To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**    If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

 **FirstCitizensBank**

Statement Period: January 1 , 2016    Thru January 31, 2016          Account Number :    001411217831

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**          If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**          When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected. If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**          The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.

**ZLOOP, Inc.**
**Disbursements**
**1/1/16-1/31/16**

| Date | | Amount | Payee | Account |
|------|---|-------:|-------|---------|
| 1/1/2016 | $ | 1,259.19 | Robert Bostson | Union Bank - Operating |
| 1/4/2016 | $ | 103.96 | Vonage | Union Bank - Operating |
| 1/4/2016 | $ | 4,446.64 | ADP, LLC | Union Bank - Payroll |
| 1/4/2016 | $ | 7.00 | ADP, LLC | Union Bank - Payroll |
| 1/4/2016 | $ | 2,393.99 | ADP, LLC | Union Bank - Payroll |
| 1/4/2016 | $ | 22.74 | Olde Hickory Station | First Citizens - Checking |
| 1/4/2016 | $ | 38.95 | Marathon Petroleum | First Citizens - Checking |
| 1/5/2016 | $ | 41.13 | Cubbard Express | First Citizens - Checking |
| 1/5/2016 | $ | 25.89 | Hatch | First Citizens - Checking |
| 1/6/2016 | $ | 79.31 | Sam's Club | First Citizens - Checking |
| 1/7/2016 | $ | 62.48 | City of Hickory | Union Bank - Operating |
| 1/7/2016 | $ | 199.53 | Piedmont Natural Gas | Union Bank - Operating |
| 1/7/2016 | $ | 11.48 | Five Guys | First Citizens - Checking |
| 1/7/2016 | $ | 283.37 | Lowes Hardware | First Citizens - Checking |
| 1/8/2016 | $ | 865.38 | Greenteknology Electronics Recycling Solutions, LLC | Union Bank - Operating |
| 1/8/2016 | $ | 79.12 | ADP, LLC | Union Bank - Payroll |
| 1/8/2016 | $ | 29.15 | Raceway | First Citizens - Checking |
| 1/8/2016 | $ | 20.05 | Wilco | First Citizens - Checking |
| 1/11/2016 | $ | 8,442.10 | Smart Metals Recycling | Union Bank - Operating |
| 1/11/2016 | $ | 456.55 | Gary Sieck | Union Bank - Operating |
| 1/11/2016 | $ | 5.05 | USPS | First Citizens - Checking |
| 1/11/2016 | $ | 20.01 | Tony's Pizza | First Citizens - Checking |
| 1/11/2016 | $ | 29.80 | Speedy Gas | First Citizens - Checking |
| 1/12/2016 | $ | 34,450.20 | Gordon's Iron & Metal Company | Union Bank - Operating |
| 1/12/2016 | $ | 108.78 | Lowes Hardware | First Citizens - Checking |
| 1/12/2016 | $ | 227.54 | Lowes Hardware | First Citizens - Checking |
| 1/12/2016 | $ | 32.09 | Office Max | First Citizens - Checking |
| 1/13/2016 | $ | 5.70 | USPS | First Citizens - Checking |
| 1/13/2016 | $ | 7.37 | Arbys | First Citizens - Checking |
| 1/14/2016 | $ | 605.22 | Robert Bostson | Union Bank - Operating |
| 1/14/2016 | $ | 660.00 | The Hartford | Union Bank - Operating |
| 1/14/2016 | $ | 11,524.36 | ADP, LLC | Union Bank - Payroll |
| 1/14/2016 | $ | 4,594.47 | ADP, LLC | Union Bank - Payroll |
| 1/14/2016 | $ | 34.85 | Speedy Gas | First Citizens - Checking |
| 1/15/2016 | $ | 68.40 | ADP, LLC | Union Bank - Payroll |
| 1/15/2016 | $ | 29.00 | Speedy Gas | First Citizens - Checking |
| 1/19/2016 | $ | 558.23 | B&M Electric Motor Service | Union Bank - Operating |
| 1/19/2016 | $ | 4,986.52 | Smart Metals Recycling | Union Bank - Operating |
| 1/19/2016 | $ | 94.70 | ADP, LLC | Union Bank - Payroll |
| 1/19/2016 | $ | 17.10 | Dickey's BBQ Pit | First Citizens - Checking |
| 1/19/2016 | $ | 39.51 | GoDaddy | First Citizens - Checking |
| 1/19/2016 | $ | 248.81 | Lowes Hardware | First Citizens - Checking |

**ZLOOP, Inc.**
**Disbursements**
**1/1/16-1/31/16**

| Date | | Amount | Payee | Account |
|------|---|-------:|-------|---------|
| 1/19/2016 | $ | 28.00 | Speedy Gas | First Citizens - Checking |
| 1/19/2016 | $ | 170.85 | Verizon | First Citizens - Checking |
| 1/19/2016 | $ | 144.00 | First Citizens Bank | First Citizens - Checking |
| 1/19/2016 | $ | 41.74 | Lowes Hardware | First Citizens - Checking |
| 1/19/2016 | $ | 25.27 | Rancho Viejo | First Citizens - Checking |
| 1/19/2016 | $ | 45.32 | Olde Hickory Station | First Citizens - Checking |
| 1/20/2016 | $ | 168.11 | Vonage | Union Bank - Operating |
| 1/20/2016 | $ | 36.00 | First Citizens Bank | First Citizens - Checking |
| 1/20/2016 | $ | 79.09 | QT | First Citizens - Checking |
| 1/20/2016 | $ | 16.00 | Exxon | First Citizens - Checking |
| 1/21/2016 | $ | 68.31 | City of Hickory | Union Bank - Operating |
| 1/21/2016 | $ | 19,681.00 | Keen-Summit Capital Partners LLC | Union Bank - Operating |
| 1/21/2016 | $ | 174.93 | Robert Bostson | Union Bank - Operating |
| 1/21/2016 | $ | 25.87 | Le Bleu Bottled Water | Union Bank - Operating |
| 1/21/2016 | $ | 522.45 | Foothills Staffing | Union Bank - Operating |
| 1/21/2016 | $ | 270.64 | Charter Communications | Union Bank - Operating |
| 1/21/2016 | $ | 2,893.26 | Duke Energy | Union Bank - Operating |
| 1/22/2016 | $ | 79.12 | ADP, LLC | Union Bank - Payroll |
| 1/25/2016 | $ | 50.00 | Union Bank | Union Bank - Operating |
| 1/25/2016 | $ | 340.73 | Robert LaBarge | Union Bank - Operating |
| 1/31/2016 | $ | 4,773.07 | ADP, LLC | Union Bank - Payroll |
| 1/31/2016 | $ | 11,944.80 | ADP, LLC | Union Bank - Payroll |
| 1/31/2016 | $ | 7.00 | ADP, LLC | Union Bank - Payroll |
| 1/28/2019 | $ | 203.30 | Jeremy W Arney | Union Bank - Operating |
| 1/28/2019 | $ | 248.44 | Greenteknology Electronics Recycling Solutions, LLC | Union Bank - Operating |
| 1/28/2019 | $ | 1,146.97 | Foothills Staffing | Union Bank - Operating |
| 1/28/2019 | $ | 61.16 | City of Hickory | Union Bank - Operating |
| 1/28/2019 | $ | 171.69 | Budget Rental | Union Bank - Operating |
| 1/28/2019 | $ | 400.00 | Accounting for Profits II | Union Bank - Operating |
| 1/28/2019 | $ | 1,000.00 | Southland Brokerage Co., Inc. | Union Bank - Operating |
| 1/28/2019 | $ | 129.64 | Republic Services | Union Bank - Operating |
| 1/28/2019 | $ | 446.38 | Robert Bostson | Union Bank - Operating |
| 1/28/2019 | $ | 500.00 | Southland Brokerage Co., Inc. | Union Bank - Operating |
| 1/28/2019 | $ | 325.00 | U.S. Trustee | Union Bank - Operating |
| 1/28/2019 | $ | 975.00 | U.S. Trustee | Union Bank - Operating |
| 1/28/2019 | $ | 325.00 | U.S. Trustee | Union Bank - Operating |
| 1/29/2016 | $ | 3.00 | First Citizens Bank | First Citizens - Checking |
| | $ | 124,736.86 | | |

In re ZLOOP, Inc.
   Debtor

Case No. 15-11660
Reporting Period: January 1, 2016 - January 31, 2016

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month**** | | Cumulative Filing to Date**** |
|---|---|---|---|
| Gross Revenues | $ | 75,176 | $ | 140,929 |
| Less: Returns and Allowances | | | | |
| Net Revenue | $ | 75,176 | $ | 140,929 |
| **COST OF GOODS SOLD** | | | | |
| Beginning Inventory | | | | |
| Add: Purchases | | | | |
| Add: Cost of Labor | | | | |
| Add: Other Costs (attach schedule) | | | | |
| Less: Ending Inventory | | | | |
| Cost of Goods Sold | | 48,768 | | 64,031 |
| Gross Profit | $ | 26,409 | $ | 76,898 |
| **OPERATING EXPENSES** | | | | |
| Accounting (Ordinary Course) | | 400 | | 2,000 |
| Auto and Truck Expense | | 491 | | 2,933 |
| Bank Fees | | 233 | | 491 |
| Dues and Subscription | | 549 | | 549 |
| Insurance | | 660 | | 27,127 |
| Internet | | 310 | | 1,756 |
| Legal and professional (Ordinary Course) | | 4,203 | | 24,977 |
| Meals and Entertainment | | 175 | | 3,718 |
| Office Expense | | 32 | | 866.12 |
| Payroll Taxes | | 9,869 | | 40,627 |
| Permits and Licenses | | (549) | | 1,300 |
| Rent | | | | - |
| Repair and Maintenance | | 558 | | 9,970 |
| Salaries and Wages | | 28,265 | | 193,880 |
| Equipment Rent | | 407 | | 707 |
| Shipping and Delivery Expense | | 834 | | 4,044 |
| Supplies Office and Warehouse | | 454 | | 3,863 |
| Telephone Expense | | (102) | | 3,422 |
| Travel | | 61 | | 3,332 |
| Utilities | | 5,890 | | 15,054 |
| Commissions and Fees | | | | 202 |
| Freight & Delivery | | 857 | | 5,419 |
| Mileage Reimbursement | | 2,996 | | 13,514 |
| Other (attach schedule) | | 1,873 | | 1,873 |
| Total Operating Expenses Before Depreciation | | 58,466 | | 361,622 |
| Depreciation/Depletion/Amortization | | 831,633 | | 831,633 |
| Net Profit (Loss) Before Other Income & Expenses | $ | (863,691) | $ | (1,116,358) |
| **OTHER INCOME AND EXPENSES** | | | | |
| Other Income (attach schedule) | | | | |
| Interest Expense | | | | |
| Other Expense (attach schedule) | | | | |
| Net Profit (Loss) Before Reorganization Items | $ | (863,691) | $ | (1,116,358) |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | $ | 238,042 | $ | 1,416,267 |
| U. S. Trustee Quarterly Fees | | 975 | | 1,625 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | | | |
| Gain (Loss) from Sale of Equipment | | 42,749 | | (9,802) |
| Other Reorganization Expenses (attach schedule) | | | | |
| Total Reorganization Expenses | | (196,268) | | (1,427,693) |
| Income Taxes | | | | |
| Net Profit (Loss) | $ | (1,059,959) | $ | (2,544,052) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**** Reported amounts have been reconciled and adjusted to account for the revisions reflected on the Debtor's recently filed amended bankruptcy schedules and reclassifications between accounts and adjustments for certain post-petition activity.

In re ZLOOP, Inc.           Case No. 15-11660
         Debtor           Reporting Period: January 1, 2016 - January 31, 2016

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Contract Labor | 1,873 | 1,873 |
| | | |
| | 1,873 | 1,873 |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re ZLOOP, Inc.
               Debtor

Case No. 15-11660
Reporting Period: January 1, 2016 - January 31, 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH**** | | BOOK VALUE ON PETITION DATE**** |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Unrestricted Cash and Equivalents | $ | 106,416 | $ | 19,274 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | | | |
| Accounts Receivable (Net) | | 123,522 | | 88,745 |
| Notes Receivable | | | | |
| Inventories | | 29,586 | | 29,586 |
| Prepaid Expenses | | 533,268 | | 576,768 |
| Professional Retainers | | | | |
| Other Current Assets (attach schedule) | | 4,921,783 | | 5,060,352 |
| *TOTAL CURRENT ASSETS* | $ | 5,714,575 | $ | 5,774,725 |
| **PROPERTY AND EQUIPMENT** | | | | |
| Real Property and Improvements | $ | 2,797,924 | $ | 2,797,924 |
| Machinery and Equipment | | 10,627,915 | | 10,627,915 |
| Furniture, Fixtures and Office Equipment | | 337,102 | | 336,257 |
| Leasehold Improvements | | | | |
| Vehicles | | 114,433 | | 336,668 |
| Less Accumulated Depreciation | | (3,445,541) | | (2,672,342) |
| *TOTAL PROPERTY & EQUIPMENT* | $ | 10,431,832 | $ | 11,426,422 |
| **OTHER ASSETS** | | | | |
| Loans to Insiders* | | | | |
| Other Assets (attach schedule) | $ | 297,530 | $ | 297,530 |
| *TOTAL OTHER ASSETS* | $ | 297,530 | $ | 297,530 |
| **TOTAL ASSETS** | $ | 16,443,937 | $ | 17,498,676 |

| LIABILITIES AND OWNER EQUITY | | BOOK VALUE AT END OF CURRENT REPORTING MONTH**** | | BOOK VALUE ON PETITION DATE**** |
|---|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | |
| Accounts Payable | $ | 10,545 | | |
| Taxes Payable (refer to FORM MOR-4) | | | | |
| Wages Payable | | 8,000 | | |
| Notes Payable | | | | |
| Rent / Leases - Building/Equipment | | | | |
| Secured Debt / Adequate Protection Payments | | | | |
| Professional Fees | | 1,416,267 | | |
| Amounts Due to Insiders* | | 54,500 | | |
| Other Postpetition Liabilities (attach schedule) | | | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | 1,489,312 | $ | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | |
| Secured Debt | | | | |
| Priority Debt | | 201,613 | | 201,613 |
| Unsecured Debt | | 23,967,412 | | 23,967,412 |
| *TOTAL PRE-PETITION LIABILITIES ***| $ | 24,169,025 | $ | 24,169,025 |
| *TOTAL LIABILITIES* | $ | 25,658,337 | $ | 24,169,025 |
| **OWNER EQUITY** | | | | |
| Capital Stock | $ | 10,000 | $ | 10,000 |
| Additional Paid-In Capital | | 2,090,000 | | 2,090,000 |
| Partners' Capital Account | | | | |
| Owner's Equity Account | | | | |
| Retained Earnings - Pre-Petition | | (8,770,349) | | (8,770,349) |
| Retained Earnings - Postpetition | | (2,544,052) | | |
| Adjustments to Owner Equity (attach schedule) | | | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | | | |
| *NET OWNER EQUITY* | $ | (9,214,401) | $ | (6,670,349) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 16,443,937 | $ | 17,498,676 |

*"Insider" is defined in 11 U.S.C. Section 101(31).
*** Prepetition Liabilities include certain amounts that are Contingent, Unliquidated and/or Disputed.
**** Reported amounts have been reconciled and adjusted to account for the revisions reflected on the Debtor's recently filed amended bankruptcy schedules.

FORM MOR-3
(04/07)

In re ZLOOP, Inc.                                       Case No. 15-11660
Debtor                                                  Reporting Period: January 1, 2016 - January 31, 2016

## BALANCE SHEET - continuation sheet

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH**** | | BOOK VALUE ON PETITION DATE**** |
|---|---|---|---|---|
| **Other Current Assets** | | | | |
| | Kendall Mosing | $ 800,000 | $ | 800,000 |
| | Intercompany receivable - ZLOOP Nevada, LLC | 2,577,040 | | 2,552,192 |
| | Intercompany receivable - ZLOOP Knitting Mill, LLC | 283,042.28 | | 281,096 |
| | Shareholder Advances | 1,086,454 | | 1,289,264 |
| | Other Receivables | 135,000 | | 137,800 |
| | REI Escrow | 40,247 | | |
| | | $ 4,921,783 | $ | 5,060,352 |
| **Other Assets** | | | | |
| | Franchise Costs | $ 69,907 | $ | 69,907 |
| | Intellectual Property | 227,623 | | 227,623 |
| | | | | |
| | | | | |
| | | | | |
| | | $ 297,530 | $ | 297,530 |

| LIABILITIES AND OWNER EQUITY | | BOOK VALUE AT END OF CURRENT REPORTING MONTH**** | | BOOK VALUE ON PETITION DATE**** |
|---|---|---|---|---|
| **Other Postpetition Liabilities** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Adjustments to Owner Equity** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Postpetition Contributions (Distributions) (Draws)** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

**** Reported amounts have been reconciled and adjusted to account for the revisions reflected on the Debtor's recently filed amended bankruptcy schedules.

In re ZLOOP, Inc.                                          Case No. 15-11660
　　　　　　Debtor                                          Reporting Period: January 1, 2016 - January 31, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | 4,534.10 | 4,534.10 | 1/6/16, 1/15/16, 1/29/16 | EFT | 0.00 |
| FICA-Employee | 0.00 | 2,782.90 | 2,782.90 | 1/6/16, 1/15/16, 1/29/16 | EFT | 0.00 |
| FICA-Employer | 0.00 | 2,782.88 | 2,782.88 | 1/6/16, 1/15/16, 1/29/16 | EFT | 0.00 |
| Unemployment | 0.00 | 144.77 | 144.77 | 1/6/16, 1/15/16, 1/29/16 | EFT | 0.00 |
| Income | | | | | | |
| Other: | | | | | | |
| 　Total Federal Taxes | 0.00 | 10,244.65 | 10,244.65 | | | 0.00 |
| **State and Local** | | | | | | |
| Withholding | 0.00 | 1,145.00 | 1,145.00 | 1/6/16, 1/15/16, 1/29/16 | EFT | 0.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 0.00 | 371.88 | 371.88 | 1/6/16, 1/15/16, 1/29/16 | EFT | 0.00 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| 　Total State and Local | 0.00 | 1,516.88 | 1,516.88 | | | 0.00 |
| **Total Taxes** | 0.00 | 11,761.53 | 11,761.53 | | | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | $14,717.97 | ($225.00) | $0.00 | ($719.00) | ($3,228.75) | $10,545.22 |
| Wages Payable | $8,000.00 | | | | | $8,000.00 |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees** | $1,416,266.97 | | | | | $1,416,266.97 |
| Amounts Due to Insiders* | | $20,000.00 | $20,000.00 | $14,500.00 | | $54,500.00 |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | $1,438,984.94 | $19,775.00 | $20,000.00 | $13,781.00 | ($3,228.75) | $1,489,312.19 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

** Accrual for retained restructuring professionals through January 2016, based upon fee applications filed to date.

## Payroll Liability

**Total Cash Required**                                                                                  **$6,840.63**

| | | |
|---|---|---|
| Debit for FSDD (Full Service Direct Deposit) | UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXX9597 | $4,446.64 |
| Debit for Taxes | UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXX9597 ____ | $2,393.99 |
| Total cash required for UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXX9597 | | $6,840.63 |

**Important Note**

Your cash required total does not include your fees for service. The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

1 of 2

Company: Zloop Inc
Check date: 1/6/2016 - Payroll 1
Pay Period: 12/28/2015 to: 01/01/2016

Date Printed: 01/04/2016 12:08
22343813 - R8/BXH

# Payroll Liability

PAYFREQUENCY: Biweekly

## Net Pay

| | Checks | | | | | 0.00 | |
|---|---|---|---|---|---|---|---|
| | Subtotal Net Pay | | | | | | 0.00 |

## Taxes

| | | | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|---|
| | Agency | Rate | EE withheld | ER contrib | EE withheld | ER contrib | |
| Federal | Federal Income Tax | | | | | | 999.23 |
| | Social Security | | | | 387.50 | 387.50 | 775.00 |
| | Medicare | | | | 90.63 | 90.63 | 181.26 |
| | Federal Unemployment Tax Act | 0.6000 | | | | 37.50 | 37.50 |
| | Subtotal Federal | | | | 1,477.36 | 515.63 | 1,992.99 |
| State | NC State Income Tax | | | | 326.00 | | 326.00 |
| | NC State Unemployment (Employer) | 1.2000 | | | | 75.00 | 75.00 |
| | Subtotal NC | | | | 326.00 | 75.00 | 401.00 |
| | Total Taxes | | | | 1,803.36 | 590.63 | 2,393.99 |

Other Transfers  Full Service Direct Deposit (FSDD)                                        4,446.64        1 Employee
                                                                                                          Transactions

### Total Biweekly Pay Frequency

| Total Direct Deposit (FSDD) | $4,446.64 |
|---|---|
| Total Taxes | $2,393.99 |
| Total Amount ADP Debited from your Account(s) | $6,840.63 |

### Total For #2375

| Total Direct Deposit (FSDD) | $4,446.64 |
|---|---|
| Total Taxes | $2,393.99 |
| Total Amount ADP Debited from your Account(s) | $6,840.63 |

Company: Zloop Inc
Check date: 1/6/2016 - Payroll 1
Pay Period: 12/28/2015 to: 01/01/2016

Date Printed: 01/04/2016 12:08
22343813 - R8/BXH

## Payroll Liability

### Total Cash Required

**$16,118.83**

| | | |
|---|---|---|
| Debit for FSDD (Full Service Direct Deposit) | UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXXX9597 | $11,524.36 |
| Debit for Taxes | UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXXX9597 | $4,594.47 |
| Total cash required for UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXXX9597 | | $16,118.83 |

### Important Note

Your cash required total does not include your fees for service. The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Zloop Inc
Check date: 1/15/2016 - Payroll 1
Pay Period: 12/26/2015 to: 01/08/2016

1 of 2

Date Printed: 01/13/2016 09:07
22343813 - R8/BXH

## Payroll Liability

PAYFREQUENCY:  Biweekly

**Net Pay**

| | | |
|---|---|---|
| Checks | | 0.00 |
| Subtotal Net Pay | | 0.00 |

**Taxes**

| | Agency | Rate | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|---|
| | | | EE withheld | ER contrib | EE withheld | ER contrib | |
| Federal | Federal Income Tax | | | | 1,744.13 | | 1,744.13 |
| | Social Security | | | | 917.85 | 917.85 | 1,835.70 |
| | Medicare | | | | 214.66 | 214.66 | 429.32 |
| | Federal Unemployment Tax Act | 0.6000 | | | | 63.32 | 63.32 |
| | Subtotal Federal | | | | 2,876.64 | 1,195.83 | 4,072.47 |
| State | FL State Unemployment (Employer) | 0.0270 | | | | 1.35 | 1.35 |
| | Subtotal FL | | | | | 1.35 | |
| | NC State Income Tax | | | | 403.00 | | |
| | NC State Unemployment (Employer) | 1.2000 | | | | 117.65 | |
| | Subtotal NC | | | | 403.00 | 117.65 | 520.65 |
| | Total Taxes | | | | 3,279.64 | 1,314.83 | 4,594.47 |

Other Transfers  Full Service Direct Deposit (FSDD)                11,524.36

7 Employee Transactions

**Total Biweekly Pay Frequency**

| | |
|---|---|
| Total Direct Deposit (FSDD) | $11,524.36 |
| Total Taxes | $4,594.47 |
| Total Amount ADP Debited from your Account(s) | $16,118.83 |

**Total For 42384**

| | |
|---|---|
| Total Direct Deposit (FSDD) | $11,524.36 |
| Total Taxes | $4,594.47 |
| Total Amount ADP Debited from your Account(s) | $16,118.83 |

Company: Zloop, Inc
Check date: 1/15/2016 - Payroll 1
Pay Period: 12/26/2015 to: 01/08/2016

2 of 2

Date Printed: 01/13/2016 09:07
22343813 - R8/BXH

## Payroll Liability

### Total Cash Required

| | | $16,717.87 |
|---|---|---|
| Debit for FSDD (Full Service Direct Deposit) | UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXX9597 | $11,944.80 |
| Debit for Taxes | UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXX9597 | $4,773.07 |
| Total cash required for UnionBank, Routing/Transit no. (ABA) 122000496, Bank account no. XXXXX9597 | | $16,717.87 |

### Important Note

Your cash required total does not include your fees for service.  The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Zloop Inc
Check date: 1/29/2016 - Payroll1
Pay Period: 01/09/2016 to: 01/22/2016

1 of 2

Date Printed: 01/27/2016 11:21
22343813 - R8/BXH

# Payroll Liability

**PAYFREQUENCY:** Biweekly

**Net Pay**

| | Checks | 0.00 |
|---|---|---|
| | Subtotal Net Pay | 0.00 |

**Taxes**

| | Agency | Rate | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|---|
| | | | EE withheld | ER contrib | EE withheld | ER contrib | |
| Federal | Federal Income Tax | | 1,790.74 | | 1,790.74 | | 1,790.74 |
| | Social Security | | 950.07 | | 950.07 | 950.06 | 1,900.13 |
| | Medicare | | 222.19 | | 222.18 | 222.18 | 444.37 |
| | Federal Unemployment Tax Act | 0.6000 | | | | 43.95 | 43.95 |
| | **Subtotal Federal** | | 2,963.00 | | 2,963.00 | 1,216.19 | 4,179.19 |
| State | FL State Unemployment (Employer) | 2.7000 | | | | 54.00 | 54.00 |
| | **Subtotal FL** | | | | | 54.00 | 54.00 |
| | NC State Income Tax | | 416.00 | | 416.00 | | |
| | NC State Unemployment (Employer) | 1.2000 | | | | 123.88 | |
| | **Subtotal NC** | | 416.00 | | 416.00 | 123.88 | 539.88 |
| | **Total Taxes** | | 3,379.00 | | 3,379.00 | 1,394.07 | 4,773.07 |

**Other Transfers** Full Service Direct Deposit (FSDD)    11,944.80    8 Employee Transactions

**Total Biweekly Pay Frequency**

| Total Direct Deposit (FSDD) | $11,944.80 |
|---|---|
| Total Taxes | $4,773.07 |
| Total Amount ADP Debited from your Account(s) | $16,717.87 |

**Total For 42398**

| Total Direct Deposit (FSDD) | $11,944.80 |
|---|---|
| Total Taxes | $4,773.07 |
| Total Amount ADP Debited from your Account(s) | $16,717.87 |

Company: Zloop Inc
Check date: 1/29/2016 - Payroll 1
Pay Period: 01/09/2016 to: 01/22/2016

2 of 2

Date Printed: 01/27/2016 11:21
22343813 - R8/BXH

**ZLOOP, Inc.**
**Accounts Payable Aging**
**As of January 31, 2016**

| Vendor | Current | 1 - 30 Days | 31- 60 Days | 61-90 Days | 90+ Days | Total |
|---|---|---|---|---|---|---|
| Duke Energy | $1,862.02 | | | | | $1,862.02 |
| Gordon's Iron & Metal Company | | ($225.00) | | | | ($225.00) |
| NV Energy | $890.77 | | | | | $890.77 |
| OmniVere | $10,762.50 | | | | ($3,228.75) | $7,533.75 |
| Piedmont Natural Gas | $967.28 | | | | | $967.28 |
| Vesco Toyotalife | $235.40 | | | | | $235.40 |
| Watson Insurance | | | | ($719.00) | | ($719.00) |
| | $14,717.97 | ($225.00) | $0.00 | ($719.00) | ($3,228.75) | $10,545.22 |

In re ZLOOP, Inc.
        Debtor

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | 214,104.24 |
| + Amounts billed during the period | | 73,745.56 |
| - Amounts collected during the period | | (37,563.15) |
| Credit memos issued during the period | | (1,764.86) |
| Reclassifications to other receivables | | (125,000.00) |
| Total Accounts Receivable at the end of the reporting period | | 123,521.79 |
| | | |

| Accounts Receivable Aging | | Amount |
|---|---|---|
| 0 - 30 days old | | 39,731.93 |
| 31 - 60 days old | | - |
| 61 - 90 days old | | 4,709.04 |
| 91+ days old | | 79,080.82 |
| Total Accounts Receivable | | 123,521.79 |
| Amount considered uncollectible (Bad Debt) | | - |
| Accounts Receivable (Net) | | 123,521.79 |

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |