**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLOOP, INC., *et al.*,[1] | ) | Case No. 15-11660 (KJC) |
| | ) | (Jointly Administered) |
|     Debtors. | ) | |
| | ) | |
| ZLOOP, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 15-51173 (KJC) |
| | ) | |
| MSS, Inc., | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| ZLOOP, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 15-51174 (KJC) |
| | ) | |
| RECYCLING EQUIPMENT, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 31, 2016 AT 10:00 A.M. (ET)**[2]

**ADVERSARY PROCEEDINGS:**

1.    ZLOOP, INC. v. MSS, Inc. [Adversary Proceeding No. 15-51173].

    **Status:** The parties have resolved this matter and intend to file a stipulation of dismissal.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the serve address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] Parties wishing to participate in the hearing telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

2.  ZLOOP, INC. v. RECYCLING EQUIPMENT, INC. [Adversary Proceeding No. 15-51174].

    **Status:** The parties have resolved this matter and intend to file a stipulation of dismissal.

**CONTINUED MATTERS:**

3.  Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing [Docket No. 9; Filed 8/9/15].

    **Response Deadline:** October 8, 2015 at 4:00 p.m. (ET). Extended to March 23, 2016 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing [Docket No. 20; Filed 8/11/15].

    B.  Notice of Entry of Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing [Docket No. 24; Filed 8/11/15].

    **Responses Received:**

    A.  Kendall G. Mosing's Preliminary Objection and Reservation of Rights Regarding the Debtors' Cash Collateral Motion [Docket No. 94; Filed 9/14/15].

    **Status:** By agreement of the parties, this matter is being adjourned to the hearing on April 26, 2016.

4.  Kendall G. Mosing's Motion for Leave Pursuant to Federal Rule of Bankruptcy Procedure 2004 to Request Documents from, and Conduct Examination of, Debtors and Certain Third Parties [Docket No. 128; Filed 9/28/15].

    **Response Deadline:** October 8, 2015 at 4:00 p.m. (ET). Extended to February 17, 2016 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Notice of Agreement Pursuant to Local Rule 2004-1 [Docket No. 141; Filed 10/2/15].

    B.  Order Approving Stipulation Regarding Standstill [Docket No. 192; Filed 11/16/15].

    C.  Order Approving Stipulation Extending Standstill [Docket No. 254; Filed

12/29/15].

**Responses Received:**

A. Debtors' Preliminary Objection to Kendall G. Mosing's Motion for Leave Pursuant to Federal Rule of Bankruptcy Procedure 2004 to Request Documents From and Conduct Examination of, Debtors and Certain Third Parties [Docket No. 338; Filed 2/17/16].

**Status:** By agreement of the parties, this matter is being adjourned to the hearing on April 26, 2016.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (CNO):

5. Motion of Debtors to Further Extend the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 371; Filed 3/7/16].

   **Response Deadline:** March 21, 2016 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Certificate of No Objection Regarding Motion of Debtors to Further Extend the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 382; Filed 3/25/16]

   **Responses Received:** None.

   **Status:** A Certificate of No Objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

6. Second Motion of Debtors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9006(b) and 9027 Extending Time to File Notices of Removal of Related Proceedings [Docket No. 373; Filed 3/8/16].

   **Response Deadline:** March 22, 2016 at 4:00 p.m. (ET).

   **Related Documents:**

   **A.** Certificate of No Objection Regarding Second Motion of Debtors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9006(b) and 9027 Extending Time to File Notices of Removal of Related Proceedings [Docket No. 383; Filed 3/25/16]

   **Responses Received:** None.

   **Status:** A Certificate of No Objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

**STATUS CONFERENCE:**

7.  United States Trustee's Motion to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112 [Docket No. 305; Filed 2/5/2016].

    **Response Deadline:**   February 17, 2016 at 4:00 p.m. (ET). Extended to March 11, 2016 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Kendall G. Mosing and ZLOOP LA, LLC's Request for and Joinder to the United States Trustee's Request to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112 [Docket No. 308; Filed 2/8/2016].

    B.  Debtors' Emergency Motion for Entry of an Order Setting a Scheduling Conference for the Conversion Motions [Docket No. 321; Filed 2/12/2016].

    C.  Motion to Shorten Notice and Objection Periods on the Debtors' Emergency Motion for Entry of an Order Setting a Scheduling Conference for the Conversion Motions [Docket No. 322; Filed 2/12/2016].

    D.  Order Setting a Scheduling Conference for the Conversion Motions [Docket 323; Filed 2/15/16].

    **Responses Received:**

    A.  Debtors' (I) Preliminary Omnibus Objection to (1) United States Trustee's Motion to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112; and (2) Kendall G. Mosing and Zloop LA, LLC's Request for and Joinder to the United States Trustee's Request to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112; and (II) Motion to Continue Hearing on Motions to Convert [Docket No. 375; Filed 3/11/16].

    **Status:**  This matter will go forward as a status conference only.

8.  Debtors' Motion for an Order (i) Approving the Disclosure Statement, (ii) Approving Notice and Objection Deadline and (iii) Establishing Solicitation and Voting Procedures, (iv) Scheduling a Confirmation Hearing, and (v) Establishing Notice and Objection Deadline and Procedures for Confirmation of the Plan [Docket No. 317; Filed 2/11/16].

    **Response Deadline:**   March 11, 2016 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Disclosure Statement for the Debtors' Joint Plan of Liquidation Under Chapter 11

of the Bankruptcy Code [Docket No. 316; Filed 2/10/16].

B.  Notice of Hearing (A) On (I) United States Trustee's Motion to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112; and (II) Kendall G. Mosing and Zloop LA, LLC's Request for and Joinder to the United States Trustee's Request to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112; and (B) To Consider Approval of Disclosure Statement for Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and Approval of Solicitation Procedures [Docket No. 339; Filed 2/19/16].

**Responses Received:**

A.  United States Trustee's Objection the Debtors' Motion for an Order (I) Approving the Disclosure Statement, (II) Approving Notice and Objection Deadline and Procedures for the Disclosure Statement Hearing, (III) Establishing Solicitation and Voting Procedures, (IV) Scheduling a Confirmation Hearing, and (V) Establishing Notice and Objection Deadline and Procedures for Confirmation of the Plan [Docket No. 374; Filed 3/11/16].

**Status:**  This matter will go forward as a status conference only.

Dated:  March 29, 2016
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
Kaitlin M. Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
Email:  stuart.brown@dlapiper.com
craig.martin@dlapiper.com
daniel.brogan@dlapiper.com
kaitlin.edelman@dlapiper.com

*Counsel to Debtors and Debtors in Possession*