# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re : ZLOOP, Inc.

Case No. 15-11660
Reporting Period: February 1, 2016 – February 29, 2016

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | X | | |
| Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Signature of Joint Debtor

_____
Signature of Authorized Individual*

William H. Henrich
Printed Name of Authorized Individual

4/24/16
Date

_____
Date

4/24/16
Date

Chief Restructuring Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re ZLOOP, Inc.
        Debtor

Case No. 15-11660
Reporting Period: February 1, 2016 - February 29, 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | PATRIOT | Union Bank Operating | Union Bank Payroll | Union Bank Utilities | First Citizens Bank | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED | CUMULATIVE FILING TO DATE ACTUAL | CUMULATIVE FILING TO DATE PROJECTED |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $1.00 | $104,781.84 | $850.78 | $685.50 | ($3.00) | $106,416.12 | | $19,274.15 | |
| **RECEIPTS** | | | | | | | | | |
| CASH SALES | | | | | | 0.00 | | 0.00 | |
| ACCOUNTS RECEIVABLE | | 18,877.02 | | | | 18,877.02 | | 125,028.67 | |
| OTHER RECEIVABLES | | | | | | 0.00 | | 2,800.00 | |
| SALE OF ASSETS | | | | | | 0.00 | | 154,000.00 | |
| OTHER (ATTACH LIST) | | | | | | 0.00 | | 249,031.70 | |
| TRANSFERS (FROM DIP ACCTS) | | | 33,226.87 | | | 33,226.87 | | 233,004.16 | |
| | | | | | | | | | |
| **TOTAL RECEIPTS** | $0.00 | $18,877.02 | $33,226.87 | $0.00 | $0.00 | $52,103.89 | | $763,864.53 | |
| **DISBURSEMENTS** | | | | | | | | | |
| NET PAYROLL | | | 23,718.08 | | | 23,718.08 | | 152,522.23 | |
| PAYROLL TAXES & FEES | | 187.18 | 9,520.31 | | | 9,707.49 | | 52,910.61 | |
| OFFICE EXPENSES | | 20.87 | | | | 20.87 | | 2,507.46 | |
| BANK FEES | | 50.00 | | | | 50.00 | | 540.79 | |
| SHIPPING AND DELIVERY EXPENSE | | 48.75 | | | | 48.75 | | 9,511.03 | |
| AUTOMOBILE EXPENSES | | 1,515.37 | | | | 1,515.37 | | 4,084.91 | |
| REPAIR AND MAINTENANCE | | 1,790.00 | | | | 1,790.00 | | 12,180.45 | |
| TRAVEL | | | | | | 0.00 | | 13,922.81 | |
| INTERNET | | 567.82 | | | | 567.82 | | 2,323.72 | |
| LEGAL AND PROFESSIONAL (ORD.) | | 7,533.75 | | | | 7,533.75 | | 20,773.60 | |
| ACCOUNTING (ORD.) | | | | | | 0.00 | | 2,000.00 | |
| MEALS AND ENTERTAINMENT | | 428.00 | | | | 428.00 | | 3,299.36 | |
| UTILITIES | | 4,593.13 | | | | 4,593.13 | | 25,542.95 | |
| EMPLOYEE EXPENSES | | | | | | 0.00 | | 3,241.81 | |
| COST OF GOODS SOLD | | 11,388.05 | | | | 11,388.05 | | 75,624.16 | |
| HEALTH INSURANCE | | 4,084.46 | | | | 4,084.46 | | 10,907.02 | |
| INSURANCE - OTHER | | | | | | 0.00 | | 21,023.50 | |
| COMPUTER EQUIPMENT | | | | | | 0.00 | | 500.00 | |
| PERMITS/LICENSES | | | | | | 0.00 | | 1,300.00 | |
| DUES/SUBSCRIPTIONS | | | | | | 0.00 | | 549.00 | |
| WAREHOUSE SUPPLIES | | 236.75 | | | | 236.75 | | 2,656.74 | |
| ASSET SALE COSTS | | | | | | 0.00 | | 23,884.00 | |
| EQUIPMENT RENT | | 379.12 | | | | 379.12 | | 850.41 | |
| OTHER (ATTACH LIST) | | 4,606.11 | | | | 4,606.11 | | 49,917.37 | |
| | | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | 33,226.87 | | | | 33,226.87 | | 233,004.16 | |
| | | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | 650.00 | | | | 650.00 | | 3,575.00 | |
| COURT COSTS | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 0.00 | 71,236.23 | 33,238.39 | 0.00 | 0.00 | 104,524.62 | | 729,143.29 | |
| **NET CASH FLOW** | $0.00 | ($52,409.21) | ($11.52) | $0.00 | $0.00 | ($52,420.73) | | $34,721.24 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | |
| **CASH - END OF MONTH** | $1.00 | $52,372.63 | $939.26 | $685.50 | ($3.00) | $53,995.39 | | $53,995.39 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 104,524.62 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ | (33,226.87) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 71,297.75 |

FORM MOR-1
(04/07)

**ZLOOP, Inc.**

<u>Case No. 15-11660</u>
<u>Reporting Period: February 1, 2016 - February 29, 2016</u>

Other Receipts:

None


Other Disbursements:

Contract Labor                    $4,606.11

In re ZLOOP, Inc.    Debtor

Case No. 15-11660
Reporting Period: February 1, 2016 - February 29, 2016

BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Patriot Bank | Union Bank - Operating | Union Bank - Payroll | Union Bank - Payroll | Union Bank - Payroll | Valor Bank - Payroll | First Citizens Bank |
|---|---|---|---|---|---|---|---|
| | #1994 | #9589 | #9597 | #9605 | | #7831 | |
| | | | | | | | -$3.00 |
| BALANCE PER BOOKS | | | | | | | |
| BANK BALANCE | $1.00 | | $52,372.63 | $939.26 | | $685.50 | -$3.00 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | $1.00 | $52,572.20 | $939.26 | | $685.50 | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | $1,279.17 | | | | |
| OTHER (ATTACH EXPLANATION) | | | $1,478.74 | | | | |
| ADJUSTED BANK BALANCE * | $1.00 | $1.00 | $52,372.63 | $939.26 | | $685.50 | -$3.00 |
| * Adjusted bank balance must equal | | | | | | | |
| balance per books | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 2/22/2016 | $259.92 | | | | |
| | | | 2/24/2016 | 779.5 | | | | |
| | | | 2/29/2016 | 239.75 | | | | |
| | | | | $1,279.17 | | | | |

| CHECKS OUTSTANDING | Ch # | Amount | Ch # | Amount | Ch # | Amount | Ch # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 16131 | $20.87 | | | | |
| | | | 16135 | $650.00 | | | | |
| | | | 16137 | $189.42 | | | | |
| | | | 16138 | $618.45 | | | | |
| | | | 13140 | $50.00 | | | | |
| | | | | $1,478.74 | | | | |
| OTHER | | | | | | | | |

FORM MOR-1a (9/97)

In re ZLOOP, Inc.

Debtor

Case No. 15-11660

Reporting Period: February 1, 2016 - February 29, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|-------|----------------|-----------------|-------|--------------|------------|------------------|----------------------|-------------------|-----------------------|
| NONE | | | | | | | | | |

FORM MOR-1b
(04/07)

 UnionBank

**STATEMENT OF ACCOUNTS**

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES       CA  90051-3840

Page 1 of 23
ZLOOP, INC.
Statement Number: 2133489589
1/30/16 - 2/29/16

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2015

CY30 M  42 M 0000
ZLOOP, INC.
OPERATING
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC 28601

*Reconciled JWB*
*3/17/16*

*Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

### ANALYZED BUSINESS CHECKING SUMMARY

Account Number: 2133489589

Days in statement period: 31

| | | | |
|---|---|---:|---:|
| Beginning balance on 1/30 | $ | | 131,352.78 |
| Total Credits | | | 17,597.85 |
| Deposits ( 1 ) | | 4,602.85 | |
| Electronic credits ( 1 ) | | 12,995.00 | |
| Total Debits | | | -96,378.43 |
| Checks paid ( 42 ) | | -62,933.45 | |
| Electronic debits ( 1 ) | | -168.11 | |
| Other debits, fees and adjustments ( 3 ) | | -33,276.87 | |
| Ending Balance on 2/29 | $ | | 52,572.20 |

### CREDITS

**Deposits**

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---:|
| including check and cash credits | 2/16 | BANK-BY-MAIL DEPOSIT # 0000312567 | 47110050 | $ | 4,602.85 |

**Electronic credits**

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---:|
| | 2/25 | WIRE TRANS  TRN 0225015311 022516 4561800055JO | 93051737 | $ | 12,995.00 |
| | | Received From: | | | |
| | | JPMORGAN CHASE BANK | | | |
| | | Originator: | | | |
| | | WISTRON GREENTECH TEXAS | | | |

### DEBITS

**Checks paid**

| Number | Date | | Amount | Number | Date | | Amount | Number | Date | | Amount |
|---|---|---|---:|---|---|---|---:|---|---|---|---:|
| 16090 | 2/1 | $ | 522.45 | 16095 | 2/1 | $ | 68.31 | 16100 | 2/5 | $ | 1,146.97 |
| 16091 | 2/10 | | 25.87 | 16097* | 2/4 | | 400.00 | 16101 | 2/4 | | 248.44 |
| 16093* | 2/2 | | 19,681.00 | 16098 | 2/8 | | 171.69 | 16102 | 2/2 | | 203.30 |
| 16094 | 2/8 | | 1,000.00 | 16099 | 2/4 | | 61.16 | 16103 | 2/8 | | 129.64 |





**UnionBank**

Page 2 of 23
ZLOOP, INC.
Statement Number: 2133489589
1/30/16 - 2/29/16

H

## Checks paid  *continued*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 16104 | 2/1 | $ 446.38 | 16116 | 2/4 | $ 442.31 | 16128 | 2/16 | $ 640.14 |
| 16105 | 2/8 | 500.00 | 16117 | 2/9 | 235.40 | 16129 | 2/22 | 273.94 |
| 16107* | 2/5 | 340.73 | 16118 | 2/9 | 6,013.90 | 16130 | 2/23 | 963.50 |
| 16108 | 2/3 | 325.00 | 16119 | 2/5 | 427.76 | 16132* | 2/18 | 430.41 |
| 16109 | 2/3 | 975.00 | 16120 | 2/11 | 1,404.49 | 16134* | 2/24 | 5,354.15 |
| 16110 | 2/3 | 325.00 | 16122* | 2/11 | 741.03 | 16136* | 2/29 | 661.67 |
| 16111 | 2/8 | 2,070.18 | 16123 | 2/17 | 7,533.75 | 16139* | 2/29 | 1,605.00 |
| 16112 | 2/29 | 1,862.02 | 16124 | 2/25 | 135.00 | 16141* | 2/25 | 354.75 |
| 16113 | 2/9 | 1,913.64 | 16125 | 2/17 | 1,110.52 | | | |
| 16114 | 2/10 | 890.77 | 16126 | 2/17 | 187.18 | | | |
| 16115 | 2/16 | 967.28 | 16127 | 2/17 | 143.72 | | | |
| | | | **42 Checks paid** | | | **Total amount** | | $ 62,933.45 |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

## Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/22 | BUSINESSSOLUTION VONAGE   CCD   4512791 | 52502172 | $ 168.11 |

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/10 | TELEPHONE TRANSFER | 99350416 | $ 17,005.80 |
| 2/23 | TELEPHONE TRANSFER | 99350885 | 16,221.07 |
| 2/25 | BANK SERVICES FEE (CHK) | 90266171 | 50.00 |
| | **3 Other debits, fees and adjustments** | **Total amount** | **$ 33,276.87** |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 1/30-1/31 | $ 131,352.78 | 2/8 | $ 101,867.46 | 2/18-2/21 | $ 67,226.41 |
| 2/1 | 130,315.64 | 2/9 | 93,704.52 | 2/22 | 66,784.36 |
| 2/2 | 110,431.34 | 2/10 | 75,782.08 | 2/23 | 49,599.79 |
| 2/3 | 108,806.34 | 2/11-2/15 | 73,636.56 | 2/24 | 44,245.64 |
| 2/4 | 107,654.43 | 2/16 | 76,631.99 | 2/25-2/28 | 56,700.89 |
| 2/5-2/7 | 105,738.97 | 2/17 | 67,656.82 | 2/29 | 52,572.20 |

Form 03460 (9820141)

MIX
Paper from
responsible sources
FSC° C121801



UnionBank

H



ZLOOP, INC
OPERATING ACCOUNT
318 12TH ST. NE
HICKORY, NC 28601
855-CLOOP-17

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16090

01/21/2016

PAY TO THE
ORDER OF    Foothills Staffing                                    $ **522.45

Five hundred twenty-two and 45/100************************************  DOLLARS

Foothills Staffing
PO Box 799
Gloucester, VA 23061

MEMO

⑆016090⑆ ⑆122000496⑆ 2133489589⑆

01-29-2016    423840004600
>Chesapeake Bank<
>Kilmarnock, VA<
>051403779<

ZLOOP, INC
OPERATING ACCOUNT
318 12TH ST. NE
HICKORY, NC 28601
855-CLOOP-17

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16091

01/21/2016

PAY TO THE
ORDER OF    Le Bleu Bottled Water                                $ **25.67

Twenty-five and 67/100*************************************************  DOLLARS

Le Bleu Bottled Water
921 N Regional Rd.
Greensboro, NC 27409-9044

MEMO

⑆016091⑆ ⑆122000496⑆ 2133489589⑆

FSC
MIX
Paper from
responsible sources
FSC® C121001

Form 03/060 (38/2014)

0C00245-016050











FSC
MIX
Paper from responsible sources
FSC® C121801

**UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
619 13TH ST. NE
HICKORY, NC 28601
866-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16095

01/21/2016

PAY TO THE
ORDER OF    City of Hickory                    $ **68.31

Sixty-eight and 31/100*************************    DOLLARS

City of Hickory
PO Box 580068
Charlotte, NC 28258

MEMO

⑆016095⑆ ⑆122000496⑆ 2133489589⑆



ZLOOP, INC
OPERATING ACCOUNT
619 13TH ST. NE
HICKORY, NC 28601
866-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16097

01/28/2016

PAY TO THE
ORDER OF    Karen N Braswell                   $ **400.00

Four hundred and 00/100*********************    DOLLARS

Karen N Braswell
Accounting For Profits II
Accounting For Profits II
4635 Mayfield Drive
Granite Falls, NC 28630

MEMO

⑆016097⑆ ⑆122000496⑆ 2133489589⑆

0000245-016052



**UnionBank**

Page 6 of 23
Statement Number: 2133489589
1/30/16 - 2/29/16

H



ZLOOP, INC
OPERATING ACCOUNT
840 13TH ST NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FL 8
LOS ANGELES, CA 90071

16098

01/28/2016

PAY TO THE
ORDER OF    Budget Rental                    $ **171.60

One hundred seventy-one and 60/100                    DOLLARS

Budget Rental
341 US Highway 321 NW
Hickory, NC 28601

MEMO

⑈016098⑈ ⑆122000496⑈ 2133489589⑈





ZLOOP, INC
OPERATING ACCOUNT
840 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FL 8
LOS ANGELES, CA 90071

16099

01/28/2016

PAY TO THE
ORDER OF    City of Hickory                    $ **61.16

Sixty-one and 16/100                    DOLLARS

City of Hickory
PO Box 580069
Charlotte, NC 28269

MEMO

⑈016099⑈ ⑆122000496⑈ 2133489589⑈



Form C500C (08/2016)



MIX
Paper from
responsible sources
FSC C121801



0000245-016053



ZLOOP, INC
OPERATING ACCOUNT
816 17TH ST, NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16100

01/28/2016

PAY TO THE ORDER OF    Foothills Staffing    $ **1,146.97

One thousand one hundred forty-six and 97/100***************************  DOLLARS

Foothills Staffing
PO Box 799
Gloucester, VA 23061

MEMO                    AUTHORIZED SIGNATURE

⑈016100⑈ ⑆122000496⑆ 2133489589⑈



02-04-2016    423980004300
Chesapeake Bank
Kilmarnock, VA
051403779

FOR DEPOSIT ONLY
TO THE CREDIT OF
Within Named Payee or Endorsee
CHESAPEAKE BANK



ZLOOP, INC
OPERATING ACCOUNT
816 17TH ST, NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16101

01/28/2016

PAY TO THE ORDER OF    Greenteknology Electronics Recycling Solutions, LLC    $ **248.44

Two hundred forty-eight and 44/100***************************  DOLLARS

Ethan Gilbert
Greenteknology Electronics Recycling Solutions
6019 Hovis RD
Charlotte, NC 28208

MEMO                    AUTHORIZED SIGNATURE

⑈016101⑈ ⑆122000496⑆ 2133489589⑈



FSC
MIX
Paper from
responsible sources
FSC® C121801





ZLOOP, INC
OPERATING ACCOUNT
215 12TH ST, NE
HICKORY, NC 28601
935-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16102

01/29/2016

PAY TO THE
ORDER OF    Jeremy W Arney                              $ **203.30

Two hundred three and 30/00**********                    DOLLARS

Jeremy W Arney
5918 Zeamis Science Road
Vale, NC 28168

MEMO

#016102# #122000496# 2133489589#

---

ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST, NE
HICKORY, NC 28601
935-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16103

01/26/2016

PAY TO THE
ORDER OF    Republic Services                           $ **129.64

One hundred twenty-nine and 64/100**                     DOLLARS

Republic Services
PO Box 9001099
Louisville, KY 40290-1099

MEMO  3-0685-0007796

#016103# #122000496# 2133489589#



**UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOM-47

16104

UNION BANK
445 SOUTH FIGUEROA STREET, F16
LOS ANGELES, CA 90071

01/28/2016

446.38

PAY TO THE ORDER OF  Robert Boston                    $ **446.38

Four hundred forty-six and 38/100*************************************   DOLLARS

Robert Boston

MEMO                                        AUTHORIZED SIGNATURE

⑈016104⑈ ⑆122000496⑆ 2133489589⑈



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOM-47

16105

UNION BANK
445 SOUTH FIGUEROA STREET, F16
LOS ANGELES, CA 90071

01/28/2016

$ **500.00

PAY TO THE ORDER OF  Southland Brokerage Co., Inc.

Five hundred and 00/100****************************************   DOLLARS

Southland Brokerage Co., Inc.
Southland c/o TAB Bank
PO Box 150290
Ogden, UT 84415-0290

MEMO                                        AUTHORIZED SIGNATURE

⑈016105⑈ ⑆122000496⑆ 2133489589⑈

Deposited to Credit Payee
TAB >124384687< 02/05/2016
R0005 80016 9006130



FSC
MIX
Paper from
responsible sources
FSC® C121801



0000245-016056

**UnionBank**







MIX
Paper from
responsible sources
FSC    FSC° C121001



0000245-016057

**UnionBank**







MIX
Paper from
responsible sources
FSC C121001



0000245-016058

Form 03400 (08/2014)

Page 12 of 23
Statement Number: 2133489589
1/30/16 - 2/29/16

**UnionBank**

H









FSC
MIX
Paper from
responsible sources
FSC® C121801



0000245-016059

**UnionBank**

---

ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F1 8
LOS ANGELES, CA 90071

16113

02/04/2016

PAY TO THE
ORDER OF    FooBills Staffing                          $ **1,913.64

One thousand nine hundred thirteen and 64/100************************************    DOLLARS

FooBills Staffing
PO Box 709
Gloucester, VA 23061

AUTHORIZED SIGNATURE

MEMO

---

02-08-2016    424070001900
Chesapeake Bank<
Kilmarnock, VA<
>051403779<

FOR DEPOSIT ONLY
TO THE CREDIT OF
DEPOSITORY BANK ENDORSEMENT

---

ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F1 8
LOS ANGELES, CA 90071

16114

02/04/2016

PAY TO THE
ORDER OF    NV Energy                          $ **890.77

Eight hundred ninety and 77/100**********************************    DOLLARS

NV Energy
PO Box 30086
Reno, NV 89520

AUTHORIZED SIGNATURE

MEMO    10002021994054531431

---

SPACo<
419567909
WFB

FOR DEPOSIT ONLY
DEPOSITORY BANK ENDORSEMENT

---

MIX
Paper from
responsible sources
FSC® C121801



C000245-016060

UnionBank



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST, NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16115

02/04/2016

PAY TO THE
ORDER OF    Piedmont Natural Gas                          $ **967.28

Nine hundred sixty-seven and 28/100********************************    DOLLARS

Piedmont Natural Gas
PO Box 660920
Dallas, TX 75266-0920

AUTHORIZED SIGNATURE

MEMO





ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST, NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16

02/04/2016

PAY TO THE
ORDER OF    Robert Boston                                $ **442.31

Four hundred forty-two and 31/100*****************************    DOLLARS

Robert Boston

AUTHORIZED SIGNATURE

MEMO



Form 03450 (03/2014)

FSC
MIX
Paper from
responsible sources
FSC® C121601



0000245-016061




ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16117

02/04/2016

PAY TO THE ORDER OF    VESCO Toyotalift                    $ **235.40

Two hundred thirty-five and 40/100                        DOLLARS

DEBTOR IN POSSESSION 15-11669-KJC

VESCO Toyotalift
PO Box 1050
Hickory, NC 28603

MEMO

⑈"016117" ⑈122000496⑈ 2433489589⑈



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16118

02/04/2016

PAY TO THE ORDER OF    Smart Metals Recycling            $ **6,013.90

Six thousand thirteen and 90/100                          DOLLARS

DEBTOR IN POSSESSION 15-11660-KJC

Tom Allison
Smart Metals Recycling
613 Bond Street
Statesville, NC 28677

MEMO

⑈"016118" ⑈122000496⑈ 2433489589⑈

Form 03420 (09/2014)

FSC
MIX
Paper from
responsible sources
FSC® C121601



0000245-016062



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
856-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FL9
LOS ANGELES, CA 90071

16119

02/04/2016

PAY TO THE
ORDER OF    Robert LaBarge    $ **427.76

Four hundred twenty-seven and 76/100****************************    DOLLARS

Robert LaBarge
816 13th St NE
Hickory, NC 28601,

DEBTOR IN POSSESSION 15-11660-KJC

AUTHORIZED SIGNATURE

MEMO

#016119# #122000496# 2133489589#





ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
856-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FL9
LOS ANGELES, CA 90071

16120

02/11/2016

PAY TO THE
ORDER OF    Robert LaBarge    $ **1,404.49

One thousand four hundred four and 49/100*********************    DOLLARS

Robert LaBarge
816 13th St NE
Hickory, NC 28601

DEBTOR IN POSSESSION 15-11660-KJC

AUTHORIZED SIGNATURE

MEMO

#016120# #122000496# 2133489589#

Form 33MC0 (03/2016)

FSC
MIX
Paper from
responsible sources
FSC® C121801



0000245-C16063

UnionBank





ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOPМT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16123

02/11/2016

PAY TO THE
ORDER OF   OmniVera                                    $ **7,533.75

Seven thousand five hundred thirty-three and 75/100******** DOLLARS

OmniVera
PO Box 71727
Chicago, IL 60694-1727

MEMO

AUTHORIZED SIGNATURE

⑈0⑈6⑈⑈23⑈ ⑈⑈22000496⑈ 2⑈33489589⑈



MIX
Paper from
responsible sources
FSC® C121001



00000245-0⑈6064

**UnionBank**

Page 18 of 23
Statement Number: 2133489589
1/30/16 - 2/29/16

H



ZLOOP, INC
OPERATING ACCOUNT
816 12TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16124

02/11/2016

PAY TO THE
ORDER OF    H&A Electric

$ **135.00

One hundred thirty-five and 00/100                                      DOLLARS

H&A Electric
PO Box 11015
Hickory, NC 28603

DEBTOR IN POSSESSION 15-11660-KJC

AUTHORIZED SIGNATURE

MEMO

⑈016124⑈ ⑆122000496⑆ 2133489589⑈



ZLOOP, INC
OPERATING ACCOUNT
816 12TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16125

02/11/2016

PAY TO THE
ORDER OF    Foothills Staffing

$ **1,110.82

One thousand one hundred ten and 82/100                                DOLLARS

Foothills Staffing
PO Box 799
Gloucester, VA 23061

DEBTOR IN POSSESSION 15-11660-KJC

AUTHORIZED SIGNATURE

MEMO

⑈016125⑈ ⑆122000496⑆ 2133489589⑈

02-16-2016    424240006100
Chesapeake Bank<
Kilmarnock, VA<
051403779<

Form 03400 (06/2014)

FSC
MIX
Paper from
responsible sources
FSC® C121801



0000245-016065

UnionBank



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, Fl 8
LOS ANGELES, CA 90071

16126

02/11/2016

PAY TO THE
ORDER OF    Florida Department of Revenue

$ **187.18

One hundred eighty-seven and 18/100*** DOLLARS

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110

AUTHORIZED SIGNATURE

MEMO





ZLOOP, INC
OPERATING ACCOUNT
816 13T+ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, Fl 8
LOS ANGELES, CA 90071

16127

02/11/2016

PAY TO THE
ORDER OF    Budget Rental

$ **143.72

One hundred forty-three and 72/100*** DOLLARS

Budget Rental
341 US Highway 321 NW
Hickory, NC 28601

AUTHORIZED SIGNATURE

MEMO





FSC
MIX
Paper from
responsible sources
FSC® C121901

0000245-016066



UnionBank



ZLOOP, INC
OPERATING ACCOUNT
416 12TH ST. NE
HICKORY, NC 28601
866-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F14
LOS ANGELES, CA 90071

16128

02/11/2016

PAY TO THE ORDER OF   BlueCross BlueShield of NC          $ **849.14

Six hundred forty and 14/100*************************************************** DOLLARS

BlueCross BlueShield of NC
PO Box 580012
Charlotte, NC 28258-0012

MEMO   391412993 — Robyn Diamond          AUTHORIZED SIGNATURE





ZLOOP, INC
OPERATING ACCOUNT
416 12TH ST. NE
HICKORY, NC 28601
866 ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F14
LOS ANGELES, CA 90071

16129

02/18/2016

PAY TO THE ORDER OF   Charter Communications          $ **273.94

Two hundred seventy-three and 94/100*********************************** DOLLARS

Charter Communications
PO Box 742500
Cincinnati, OH 45274-2500

MEMO   8351 40 001 0621100          AUTHORIZED SIGNATURE

FSC
MIX
Paper from
responsible sources
FSC® C121901



**UnionBank**

H



ZLOOP, INC
OPERATING ACCOUNT
619 13TH ST NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16130

02/18/2016

PAY TO THE ORDER OF   Foothills Staffing          $ **963.50

Nine hundred sixty-three and 50/100 ······················· DOLLARS

Foothills Staffing
PO Box 799
Gloucester, VA 23061

MEMO

AUTHORIZED SIGNATURE

⑈016130⑈ ⑆122000496⑆ 2133489589⑈



02-22-2016   424360016800
Chesapeake Bank<
Kilmarnock, VA<
051403779<



ZLOOP, INC
OPERATING ACCOUNT
619 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16132

02/18/2016

PAY TO THE ORDER OF   Robert Boston          $ **430.41

Four hundred thirty and 41/100 ······················· DOLLARS

Robert Boston

MEMO

AUTHORIZED SIGNATURE

⑈016132⑈ ⑆122000496⑆ 2133489589⑈



02-24-2016   6000060.055150

*********430.61
TRANSIT CHK $
Account:0000010604076461


MIX
Paper from
responsible sources
FSC® C121901

Form C2540 (0342014)



0000245-016068











MIX
Paper from
responsible sources
FSC® C121001



0000245-016069

**UnionBank**







0000245-016070



# STATEMENT OF ACCOUNTS

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

Page 1 of 2
ZLOOP, INC.
Statement Number: 2133489597
1/30/16 - 2/29/16

Customer Inquiries
800-669-8661

CY30 M  0 M 0000
ZLOOP, INC.
PAYROLL
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC 28601

Thank you for banking with us
since 2015

*Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## ANALYZED BUSINESS CHECKING SUMMARY

Account Number: 2133489597

Days in statement period: 31

| | | |
|---|---:|---:|
| Beginning balance on 1/30 | $ | 950.78 |
| Total Credits | | 33,279.62 |
| Electronic credits ( 1 ) | 52.75 | |
| Other credits and adjustments ( 2 ) | 33,226.87 | |
| Total Debits | | -33,291.14 |
| Electronic debits ( 7 ) | -33,291.14 | |
| Ending Balance on 2/29 | $ | 939.26 |

## CREDITS

### Electronic credits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 2/23 | ADP Tax/401k   Tax/401k  CCD   R8BXH 7050712VV | 53556867 | $ | 52.75 |

### Other credits and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 2/10 | TELEPHONE TRANSFER | 99350417 | $ | 17,005.80 |
| 2/23 | TELEPHONE TRANSFER | 99350886 | | 16,221.07 |
| | 2 Other credits and adjustments | Total amount | $ | 33,226.87 |

## DEBITS

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 2/5 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  3656517 | 50806244 | $ | 81.24 |
| 2/8 | ADP Tax/401k   Tax/401k  CCD   R8BXH 6878155VV | 52436632 | | 133.65 |
| 2/11 | ADP Tax/401k   Tax/401k  CCD   R8BXH 021204A01 | 56056014 | | 4,733.92 |
| 2/11 | ADP EEPAY/GARNWC EEPAY/GARN CCD   729060279697BXH | 56058458 | | 12,033.02 |
| 2/19 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  4816554 | 50997184 | | 88.24 |
| 2/25 | ADP Tax/401k   Tax/401k  CCD   R8BXH 022605A01 | 55662161 | | 4,536.01 |
| 2/25 | ADP EEPAY/GARNWC EEPAY/GARN CCD   230067021816BXH | 55670252 | | 11,685.06 |
| | 7 Electronic debits | Total amount | $ | 33,291.14 |



 **UnionBank**

Page 2 of 2
ZLOOP, INC.
Statement Number: 2133489597
1/30/16 - 2/29/16

H

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|---|---|---|
| 1/30-2/4 | $ | 950.78 | 2/10 | $ | 17,741.69 | 2/23-2/24 | $ | 17,160.33 |
| 2/5-2/7 | | 869.54 | 2/11-2/18 | | 974.75 | 2/25-2/29 | | 939.26 |
| 2/8-2/9 | | 735.89 | 2/19-2/22 | | 886.51 | | | |

Form 10-848 (04/07-4)

MIX
Paper from
responsible sources
FSC® C121901



0000245-016072

 **UnionBank**

# STATEMENT
# OF ACCOUNTS

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 1
ZLOOP, INC.
Statement Number: 2133489605
1/30/16 - 2/29/16

Customer Inquiries
800-669-8661

CY30 M 0 M 0000
ZLOOP, INC.
UTILITIES ASSURANCE
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC 28601

Thank you for banking with us
since 2015

*Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## ANALYZED BUSINESS CHECKING SUMMARY                      Account Number: 2133489605

Days in statement period: 31

| | | |
|---|---|---|
| Beginning balance on 1/30 | $ | 685.50 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Ending Balance on 2/29 | $ | 685.50 |

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|---|
| 1/30-2/29 | $ | 685.50 | | | | |

Form 03400 (082301-6)

MIX
Paper from
responsible sources
FSC® C121901



0000245-016073

"We," "Our," "Us," "Bank" or "Union Bank" refers to MUFG Union Bank, N.A.

ERROR RESOLUTION NOTICE AND FEDERAL BILLING RIGHTS SUMMARY FOR CONSUMER CUSTOMERS ONLY

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

Telephone us at 800-238-4486 or, for hearing impaired at 800-826-7345 (TDD), or write to us at:

MUFG Union Bank, N.A.
Claims Operations, B02-489
P.O. Box 2327
Brea, CA 92822-2327

Contact us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any);
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is in error or why you need more information; and
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, or 20 business days if the error concerns a new account open less than 30 days, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## BILLING RIGHTS SUMMARY – BILLING ERROR – CASH RESERVE ACCOUNTS

What To Do If You Think You Find a Mistake on Your Account

If you think there is an error on this statement, write to us (on a separate sheet of paper) at the branch address shown at the top of the first page of this statement.

In your letter, give us the following information:
- *Account information.* Your name and account number
- *Dollar amount.* The dollar amount of the suspected error
- *Description of problem.* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true.
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## BALANCE SUBJECT TO INTEREST RATE AND INTEREST CHARGE CALCULATION - CASH RESERVE ACCOUNT

The balance upon which an interest rate is imposed is the Daily Unpaid Principal Balance. We calculate the interest charge on your Cash Reserve Account by applying a daily rate to each day's ending principal balance. The daily rate is calculated by dividing the 18% Annual Percentage Rate by 365. The Annual Percentage Rate is the annual interest rate on your Cash Reserve Account. Each day's ending principal balance consists of the unpaid amount of any previous advances, plus advances posted that day, less any payments or other credits posted that day, and excluding any unpaid interest, transfer fees or the annual fee. Each day that there is a positive ending daily principal balance, Union Bank will calculate an interest charge by multiplying the ending daily principal balance by the daily rate. The total of each day's interest charge for the billing cycle will be shown on your periodic statement as the "Interest Charge," and the total of each day's positive ending principal balance, divided by the number of days in the billing cycle, will be shown on your periodic statement as the "Balance Subject to Interest Rate."

## REPORTING INFORMATION TO CREDIT BUREAUS

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## TAX DEDUCTIBILITY

You should consult a tax adviser regarding the deductibility of interest and charges for your Cash Reserve Account.

## HOW TO BALANCE YOUR CHECKBOOK

Make sure that all the transactions reflected on your statement have been recorded in your checkbook register.

| | | |
|---|---|---|
| 1 | _____ | Begin with the Ending Balance from page 1 of your statement. |
| 2 | _____ | Add any deposits and credits that are not shown on your statement. |
| 3 | _____ | Add your entries from steps 1 and 2. |
| 4 | _____ | Subtract any payments (outstanding checks, ATM or card purchases, transfers out, fees, charges, and adjustments) that are not shown on your statement. |
| 5 | _____ | Total of subtractions |
| 6 | _____ | Subtract the amount in step 6 from the amount in step 3. |

The ending amount should agree with the balance in your checkbook register. If the amounts don't agree and you suspect a bank error, please contact us immediately.

MUFG Union Bank, N.A.          Member FDIC          FORM 03400 (Rev. 09/2014)

**ZLOOP, Inc.**
**Disbursements**
**2/1/16-2/29/16**

| Date | | Amount | Payee | Account |
|------|---|--------|-------|---------|
| 2/4/2016 | $ | 235.40 | VESCO Toyotalift | Union Bank - Operating |
| 2/4/2016 | $ | 2,070.18 | BlueCross BlueShield of NC | Union Bank - Operating |
| 2/4/2016 | $ | 427.76 | Robert LaBarge | Union Bank - Operating |
| 2/4/2016 | $ | 6,013.90 | Smart Metals Recycling | Union Bank - Operating |
| 2/4/2016 | $ | 442.31 | Robert Boston | Union Bank - Operating |
| 2/4/2016 | $ | 1,862.02 | Duke Energy | Union Bank - Operating |
| 2/4/2016 | $ | 1,913.64 | Foothills Staffing | Union Bank - Operating |
| 2/4/2016 | $ | 890.77 | NV Energy | Union Bank - Operating |
| 2/4/2016 | $ | 967.28 | Piedmont Natural Gas | Union Bank - Operating |
| 2/5/2016 | $ | 81.24 | ADP, LLC | Union Bank - Payroll |
| 2/8/2016 | $ | 133.65 | ADP, LLC | Union Bank - Payroll |
| 2/11/2016 | $ | 1,404.49 | Robert LaBarge | Union Bank - Operating |
| 2/11/2016 | $ | 640.14 | BlueCross BlueShield of NC | Union Bank - Operating |
| 2/11/2016 | $ | 143.72 | Budget Rental | Union Bank - Operating |
| 2/11/2016 | $ | 135.00 | H&A Electric | Union Bank - Operating |
| 2/11/2016 | $ | 1,110.52 | Fotthills Staffing | Union Bank - Operating |
| 2/11/2016 | $ | 187.18 | Florida Department of Revenue | Union Bank - Operating |
| 2/11/2016 | $ | 741.03 | Robert Boston | Union Bank - Operating |
| 2/11/2016 | $ | 7,533.75 | OmniVere | Union Bank - Operating |
| 2/11/2016 | $ | 4,733.92 | ADP, LLC | Union Bank - Payroll |
| 2/11/2016 | $ | 12,033.02 | ADP, LLC | Union Bank - Payroll |
| 2/18/2016 | $ | 273.94 | Charter Communications | Union Bank - Operating |
| 2/18/2016 | $ | 963.50 | Foothills Staffing | Union Bank - Operating |
| 2/18/2016 | $ | 20.87 | Le Bleu Bottled Water | Union Bank - Operating |
| 2/18/2016 | $ | 430.41 | Robert Boston | Union Bank - Operating |
| 2/18/2016 | $ | 5,354.15 | Smart Metals Recycling | Union Bank - Operating |
| 2/19/2016 | $ | (52.75) | ADP, LLC | Union Bank - Payroll |
| 2/19/2016 | $ | 88.24 | ADP, LLC | Union Bank - Payroll |
| 2/22/2016 | $ | 168.11 | Vonage | Union Bank - Operating |
| 2/25/2016 | $ | 354.75 | Robert LaBarge | Union Bank - Operating |
| 2/25/2016 | $ | 650.00 | U.S. Trustee | Union Bank - Operating |
| 2/25/2016 | $ | 139.42 | Republic Services | Union Bank - Operating |
| 2/25/2016 | $ | 1,605.00 | Bruning & Federle Manufacturing Co | Union Bank - Operating |

**ZLOOP, Inc.**
**Disbursements**
**2/1/16-2/29/16**

| Date | Amount | Payee | Account |
|---|---|---|---|
| 2/25/2016 | $ 618.45 | Foothills Staffing | Union Bank - Operating |
| 2/25/2016 | $ 661.67 | Robert Boston | Union Bank - Operating |
| 2/25/2016 | $ 50.00 | Blue Ridge Lawncare & Landscaping | Union Bank - Operating |
| 2/25/2016 | $ 50.00 | Union Bank | Union Bank - Operating |
| 2/25/2016 | $ 11,685.06 | ADP, LLC | Union Bank - Payroll |
| 2/25/2016 | $ 4,536.01 | ADP, LLC | Union Bank - Payroll |

$ 71,297.75

In re ZLOOP, Inc.    Case No. 15-11660
  Debtor    Reporting Period: February 1, 2016 - February 29, 2016

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | | Cumulative Filing to Date | |
|---|---|---|---|---|
| Gross Revenues | $ | 53,069 | $ | 193,998 |
| Less: Returns and Allowances | | | | |
| Net Revenue | $ | 53,069 | $ | 193,998 |
| COST OF GOODS SOLD | | | | |
| Beginning Inventory | | | | |
| Add: Purchases | | | | |
| Add: Cost of Labor | | | | |
| Add: Other Costs (attach schedule) | | | | |
| Less: Ending Inventory | | | | |
| Cost of Goods Sold | | 16,115 | | 80,146 |
| Gross Profit | $ | 36,955 | $ | 113,852 |
| OPERATING EXPENSES | | | | |
| Accounting (Ordinary Course) | | | | 2,000 |
| Auto and Truck Expense | | 242 | | 3,175 |
| Bank Fees | | 50 | | 541 |
| Dues and Subscription | | | | 549 |
| Insurance | | 4,084 | | 31,212 |
| Internet | | 568 | | 2,324 |
| Legal and professional (Ordinary Course) | | 6,984 | | 31,961 |
| Meals and Entertainment | | 428 | | 4,146 |
| Office Expense | | | | 866.12 |
| Payroll Taxes | | 9,457 | | 50,084 |
| Permits and Licenses | | | | 1,300 |
| Rent | | | | - |
| Repair and Maintenance | | 1,790 | | 11,760 |
| Salaries and Wages | | 25,968 | | 219,849 |
| Equipment Rent | | 1,144 | | 1,851 |
| Shipping and Delivery Expense | | 49 | | 4,092 |
| Supplies Office and Warehouse | | 258 | | 4,120 |
| Telephone Expense | | 734 | | 4,155 |
| Travel | | | | 3,332 |
| Utilities | | 4,819 | | 19,872 |
| Commissions and Fees | | | | 202 |
| Freight & Delivery | | | | 5,419 |
| Mileage Reimbursement | | 1,273 | | 14,787 |
| Other (attach schedule) | | 4,606 | | 6,479 |
| Total Operating Expenses Before Depreciation | | 62,455 | | 424,077 |
| Depreciation/Depletion/Amortization | | 138,607 | | 970,241 |
| Net Profit (Loss) Before Other Income & Expenses | $ | (164,108) | $ | (1,280,466) |
| OTHER INCOME AND EXPENSES | | | | |
| Other Income (attach schedule) | | | | |
| Interest Expense | | | | |
| Other Expense (attach schedule) | | | | |
| Net Profit (Loss) Before Reorganization Items | $ | (164,108) | $ | (1,280,466) |
| REORGANIZATION ITEMS | | | | |
| Professional Fees | $ | 305,514 | $ | 1,721,781 |
| U. S. Trustee Quarterly Fees | | 975 | | 2,600 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | | | |
| Gain (Loss) from Sale of Equipment | | | | (9,802) |
| Other Reorganization Expenses (attach schedule) | | | | |
| Total Reorganization Expenses | | (306,489) | | (1,734,182) |
| Income Taxes | | | | |
| Net Profit (Loss) | $ | (470,596) | $ | (3,014,648) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re ZLOOP, Inc.                                  Case No. 15-11660
          Debtor                          Reporting Period: February 1, 2016 - February 29, 2016

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Contract Labor | 4,606 | 6,479 |
| | | |
| | 4,606 | 6,479 |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re ZLOOP, Inc.
                    Debtor

Case No. 15-11660
Reporting Period: February 1, 2016 - February 29, 2016

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | $ | 53,995 | $ | 19,274 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | | |
| Accounts Receivable (Net) | | 157,714 | | 88,745 |
| Notes Receivable | | | |
| Inventories | | 29,586 | | 29,586 |
| Prepaid Expenses | | 533,268 | | 576,768 |
| Professional Retainers | | | |
| Other Current Assets (attach schedule) | | 4,922,548 | | 5,060,352 |
| TOTAL CURRENT ASSETS | $ | 5,697,111 | $ | 5,774,725 |
| PROPERTY AND EQUIPMENT | | | |
| Real Property and Improvements | $ | 2,797,924 | $ | 2,797,924 |
| Machinery and Equipment | | 10,627,915 | | 10,627,915 |
| Furniture, Fixtures and Office Equipment | | 337,102 | | 336,257 |
| Leasehold Improvements | | | |
| Vehicles | | 114,433 | | 336,668 |
| Less Accumulated Depreciation | | (3,584,149) | | (2,672,342) |
| TOTAL PROPERTY & EQUIPMENT | $ | 10,293,224 | $ | 11,426,422 |
| OTHER ASSETS | | | |
| Loans to Insiders* | | | |
| Other Assets (attach schedule) | $ | 297,530 | $ | 297,530 |
| TOTAL OTHER ASSETS | $ | 297,530 | $ | 297,530 |
| TOTAL ASSETS | $ | 16,287,865 | $ | 17,498,676 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH**** | | BOOK VALUE ON PETITION DATE**** |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | $ | 17,556 | |
| Taxes Payable (refer to FORM MOR-4) | | | |
| Wages Payable | | 10,000 | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | 1,721,781 | |
| Amounts Due to Insiders* | | 54,500 | |
| Other Postpetition Liabilities (attach schedule) | | | |
| TOTAL POSTPETITION LIABILITIES | $ | 1,803,837 | $ | - |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | | | |
| Priority Debt | | 201,613 | | 201,613 |
| Unsecured Debt | | 23,967,412 | | 23,967,412 |
| TOTAL PRE-PETITION LIABILITIES  *** | $ | 24,169,025 | $ | 24,169,025 |
| TOTAL LIABILITIES | $ | 25,972,862 | $ | 24,169,025 |
| OWNER EQUITY | | | |
| Capital Stock | $ | 10,000 | $ | 10,000 |
| Additional Paid-In Capital | | 2,090,000 | | 2,090,000 |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | (8,770,349) | | (8,770,349) |
| Retained Earnings - Postpetition | | (3,014,648) | | |
| Adjustments to Owner Equity (attach schedule) | | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | | |
| NET OWNER EQUITY | $ | (9,684,997) | $ | (6,670,349) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ | 16,287,865 | $ | 17,498,676 |

*"Insider" is defined in 11 U.S.C. Section 101(31).
*** Prepetition Liabilities include certain amounts that are Contingent, Unliquidated and/or Disputed.

In re ZLOOP, Inc.
    Debtor

Case No. 15-11660
Reporting Period: February 1, 2016 - February 29, 2016

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE | |
|---|---|---|---|---|
| **Other Current Assets** | | | | |
| Kendall Mosing | $ | 800,000 | $ | 800,000 |
| Intercompany receivable - ZLOOP Nevada, LLC | | 2,577,804 | | 2,552,192 |
| Intercompany receivable - ZLOOP Knitting Mill, LLC | | 283,042.28 | | 281,096 |
| Shareholder Advances | | 1,086,454 | | 1,289,264 |
| Other Receivables | | 135,000 | | 137,800 |
| REI Escrow | | 40,247 | | |
| | $ | 4,922,548 | $ | 5,060,352 |
| **Other Assets** | | | | |
| Franchise Costs | $ | 69,907 | $ | 69,907 |
| Intellectual Property | | 227,623 | | 227,623 |
| | | | | |
| | | | | |
| | | | | |
| | $ | 297,530 | $ | 297,530 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Adjustments to Owner Equity** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re ZLOOP, Inc.
       Debtor

Case No. 15-11660
Reporting Period: February 1, 2016 - February 29, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | 3,621.81 | 3,621.81 | 2/12/2016, 2/26/2016 | EFT | 0.00 |
| FICA-Employee | 0.00 | 2,345.06 | 2,345.06 | 2/12/2016, 2/26/2016 | EFT | 0.00 |
| FICA-Employer | 0.00 | 2,345.05 | 2,345.05 | 2/12/2016, 2/26/2016 | EFT | 0.00 |
| Unemployment | 0.00 | 62.60 | 62.60 | 2/12/2016, 2/26/2016 | EFT | 0.00 |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | 0.00 | 8,374.52 | 8,374.52 | | | 0.00 |
| **State and Local** | | | | | | |
| Withholding | 0.00 | 820.00 | 820.00 | 2/12/2016, 2/26/2016 | EFT | 0.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 0.00 | 164.84 | 164.84 | 2/12/2016, 2/26/2016 | EFT | 0.00 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | 0.00 | 984.84 | 984.84 | | | 0.00 |
| **Total Taxes** | 0.00 | 9,359.36 | 9,359.36 | | | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $6,964.34 | $11,535.75 | ($225.00) | $0.00 | ($719.00) | $17,556.09 |
| Wages Payable | $10,000.00 | | | | | $10,000.00 |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees** | $1,721,780.95 | | | | | $1,721,780.95 |
| Amounts Due to Insiders* | | | $20,000.00 | $20,000.00 | $14,500.00 | $54,500.00 |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | $1,738,745.29 | $11,535.75 | $19,775.00 | $20,000.00 | $13,781.00 | $1,803,837.04 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

** Accrual for retained restructuring professionals through February 2016, based upon fee applications filed to date.

# Payroll Preview

**Employee: Alonzo, Jose M**

| Description | Rate | Hours | Amount | Tax | Amount | Deduction | Amount | Net | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 10.0000 | 75.70 | 757.00 | FED FIT | 27.24 | | | | FED SOCSEC-ER | 46.93 |
| | | 75.70 | 757.00 | FED SOCSEC | 46.93 | | | | FED MEDCARE-ER | 10.98 |
| | | | | FED MEDCARE | 10.98 | | | | FED FUTA | 4.54 |
| | | | | NC SIT | 27.00 | | | | NC SUI-ER | 7.57 |
| | | | | | 112.15 | | | 644.85 | | 70.02 |

**Employee: Boston, Robert M**

| Description | Rate | Hours | Amount | Tax | Amount | Deduction | Amount | Net | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | 5,000.00 | FED FIT | 781.14 | | | | FED SOCSEC-ER | 323.76 |
| Misc pay | 0.00 | 0.00 | 221.88 | FED SOCSEC | 323.76 | | | | FED MEDCARE-ER | 75.72 |
| | | | 5,221.88 | FED MEDCARE | 75.72 | | | | | 399.48 |
| | | | | | 1,180.62 | | | 4,041.26 | | |

**Employee: Flowers, Tracy A**

| Description | Rate | Hours | Amount | Tax | Amount | Deduction | Amount | Net | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 14.0000 | 75.10 | 1,051.40 | FED FIT | 41.10 | | | | FED SOCSEC-ER | 65.19 |
| | | 75.10 | 1,051.40 | FED SOCSEC | 65.18 | | | | FED MEDCARE-ER | 15.25 |
| | | | | FED MEDCARE | 15.24 | | | | FED FUTA | 6.31 |
| | | | | NC SIT | 22.00 | | | | NC SUI-ER | 10.51 |
| | | | | | 143.52 | | | 907.88 | | 97.26 |

**Employee: LaBarge, Robert S**

| Description | Rate | Hours | Amount | Tax | Amount | Deduction | Amount | Net | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | 5,000.00 | FED FIT | 686.73 | | | | FED SOCSEC-ER | 310.00 |
| | | 0.00 | 5,000.00 | FED SOCSEC | 310.00 | | | | FED MEDCARE-ER | 72.50 |
| | | | | FED MEDCARE | 72.50 | | | | NC SUI-ER | 50.00 |
| | | | | NC SIT | 253.00 | | | | | 432.50 |
| | | | | | 1,322.23 | | | 3,677.77 | | |

**Employee: Mitchell, Kimberly M**

| Description | Rate | Hours | Amount | Tax | Amount | Deduction | Amount | Net | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | FED FIT | 173.18 | | | | FED SOCSEC-ER | 84.32 |
| | | 80.00 | 1,360.00 | FED SOCSEC | 84.32 | | | | FED MEDCARE-ER | 19.72 |
| | | | | FED MEDCARE | 19.72 | | | | FED FUTA | 8.16 |
| | | | | NC SIT | 62.00 | | | | NC SUI-ER | 13.60 |
| | | | | | 339.22 | | | 1,020.78 | | 125.80 |

**Employee: Rodriguez, Yaliza A**

| Description | Rate | Hours | Amount | Tax | Amount | Deduction | Amount | Net | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 9.5000 | 78.90 | 749.55 | FED FIT | 35.15 | | | | FED SOCSEC-ER | 46.47 |
| | | 78.90 | 749.55 | FED SOCSEC | 46.47 | | | | FED MEDCARE-ER | 10.87 |
| | | | | FED MEDCARE | 10.87 | | | | FED FUTA | 4.50 |
| | | | | NC SIT | 15.00 | | | | NC SUI-ER | 7.50 |
| | | | | | 107.49 | | | 642.06 | | 69.34 |

**Employee: Salas, Liliana C**

| Description | Rate | Hours | Amount | Tax | Amount | Deduction | Amount | Net | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 11.0000 | 78.90 | 867.90 | FED FIT | 76.00 | | | | FED SOCSEC-ER | 53.81 |
| | | 78.90 | 867.90 | FED SOCSEC | 53.81 | | | | FED MEDCARE-ER | 12.58 |
| | | | | FED MEDCARE | 12.59 | | | | FED FUTA | 5.21 |
| | | | | | | | | 697.50 | NC SUI-ER | 8.68 |

# Payroll Preview

**Employee: Wadlington, Richard J**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | | | | Liability | Amount |
| | | | | | | | | | | 80.28 |
| Regular | 69.70 | 9.5000 | 662.15 | NC SIT | 28.00 | | | | | |
| | 69.70 | | 662.15 | FED FIT | 45.14 | | | 550.35 | FED SOCSEC-ER | 41.05 |
| | | | | FED SOCSEC | 41.08 | | | | FED MEDCARE-ER | 9.60 |
| | | | | FED | 9.60 | | | | FED FUTA | 3.97 |
| | | | | MEDCARE | | | | | NC SUI-ER | 6.62 |
| | | | | NC SIT | 16.00 | | | | | 61.24 |
| | | | | | 111.80 | | | | | |

**Company Totals:**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $10,000.00 | FED FIT | $1,885.68 | | | | FED SOCSEC-ER | $971.53 |
| Regular | 148.60 | 9.5000 | $1,411.70 | FED SOCSEC | $971.53 | | | $12,182.45 | FED MEDCARE-ER | $227.22 |
| Regular | 75.70 | 10.0000 | $757.00 | FED | $227.22 | | | | FED FUTA | $32.69 |
| Regular | 78.90 | 11.0000 | $867.90 | MEDCARE | | | | | NC SUI-ER | $104.48 |
| Regular | 75.10 | 14.0000 | $1,051.40 | NC SIT | $423.00 | | | | | $1,335.92 |
| Regular | 80.00 | 17.0000 | $1,360.00 | | $3,487.43 | | | | | |
| Misc pay | 0.00 | | $221.88 | | | | | | | |
| | 458.30 | | $15,669.88 | | | | | | | |

**Total Net Pays for - Company: 8**

## Payroll Preview

### Employee: Alonzo, Jose M

| Hours and Earnings | | | Taxes | | Deductions | Employer | | |
|---|---|---|---|---|---|---|---|---|
| Regular | 75.20 | 10.0000 | 752.00 | FED FIT | 26.74 | | 640.74 | FED SOCSEC-ER | 46.62 |
| | 75.20 | | 752.00 | FED SOCSEC | 46.62 | | | FED MEDCARE-ER | 10.90 |
| | | | | FED MEDCARE | 10.90 | | | FED FUTA | 4.51 |
| | | | | NC SIT | 27.00 | | | NC SUI-ER | 7.52 |
| | | | | | 111.26 | | | | 69.55 |

### Employee: Boston, Robert M

| Hours and Earnings | | | Taxes | | Deductions | Employer | | |
|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 5,000.00 | FED FIT | 725.67 | | 3,891.83 | FED SOCSEC-ER | 310.00 |
| | 0.00 | | 5,000.00 | FED SOCSEC | 310.00 | | | FED MEDCARE-ER | 72.50 |
| | | | | FED MEDCARE | 72.50 | | | | 382.50 |
| | | | | | 1,108.17 | | | | |

### Employee: Flowers, Tracy A

| Hours and Earnings | | | Taxes | | Deductions | Employer | | |
|---|---|---|---|---|---|---|---|---|
| Regular | 55.90 | 14.0000 | 782.60 | FED FIT | 14.22 | | 701.51 | FED SOCSEC-ER | 48.52 |
| | 55.90 | | 782.60 | FED SOCSEC | 48.52 | | | FED MEDCARE-ER | 11.35 |
| | | | | FED MEDCARE | 11.35 | | | FED FUTA | 4.70 |
| | | | | NC SIT | 7.00 | | | NC SUI-ER | 7.83 |
| | | | | | 81.09 | | | | 72.40 |

### Employee: LaBarge, Robert S

| Hours and Earnings | | | Taxes | | Deductions | Employer | | |
|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 5,000.00 | FED FIT | 686.73 | | 3,677.77 | FED SOCSEC-ER | 310.00 |
| | 0.00 | | 5,000.00 | FED SOCSEC | 310.00 | | | FED MEDCARE-ER | 72.50 |
| | | | | FED MEDCARE | 72.50 | | | NC SUI-ER | 10.50 |
| | | | | NC SIT | 253.00 | | | | 393.00 |
| | | | | | 1,322.23 | | | | |

### Employee: Mitchell, Kimberly M

| Hours and Earnings | | | Taxes | | Deductions | Employer | | |
|---|---|---|---|---|---|---|---|---|
| Regular | 74.50 | 17.0000 | 1,266.50 | FED FIT | 159.16 | | 953.44 | FED SOCSEC-ER | 78.52 |
| | 74.50 | | 1,266.50 | FED SOCSEC | 78.53 | | | FED MEDCARE-ER | 18.38 |
| | | | | FED MEDCARE | 18.37 | | | FED FUTA | 7.60 |
| | | | | NC SIT | 57.00 | | | NC SUI-ER | 12.67 |
| | | | | | 313.08 | | | | 117.15 |

### Employee: Rodriguez, Yalitza A

| Hours and Earnings | | | Taxes | | Deductions | Employer | | |
|---|---|---|---|---|---|---|---|---|
| Regular | 75.20 | 9.5000 | 714.40 | FED FIT | 31.83 | | 615.12 | FED SOCSEC-ER | 44.29 |
| | 75.20 | | 714.40 | FED SOCSEC | 44.30 | | | FED MEDCARE-ER | 10.36 |
| | | | | FED MEDCARE | 10.35 | | | FED FUTA | 4.29 |
| | | | | NC SIT | 13.00 | | | NC SUI-ER | 7.14 |
| | | | | | 99.28 | | | | 66.08 |

### Employee: Salas, Liliana C

| Hours and Earnings | | | Taxes | | Deductions | Employer | | |
|---|---|---|---|---|---|---|---|---|
| Regular | 70.50 | 11.0000 | 775.50 | FED FIT | 62.14 | | 632.04 | FED SOCSEC-ER | 48.08 |
| | 70.50 | | 775.50 | FED SOCSEC | 48.08 | | | FED MEDCARE-ER | 11.24 |
| | | | | FED MEDCARE | 11.24 | | | FED FUTA | 4.65 |
| | | | | | | | | NC SUI-ER | 7.76 |

## Payroll Preview

| Hours and Earnings | | | Taxes | | | Deductions | | Employer | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | Description | Amount | | Description | Amount | Description | Amount |
| | | | | | | | | | 71.73 |

**Employee: Wadlington, Richard J**

| Description | Rate | Amount | Tax Desc | Tax Amt | Emp Desc | Emp Amt |
|---|---|---|---|---|---|---|
| Regular | 73.00 | 9.5000 | NC SIT | 22.00 | | |
| | | | | 143.46 | | |
| | | 693.50 | FED FIT | 49.84 | 572.61 | |
| | | | FED SOCSEC | 42.99 | | FED SOCSEC-ER | 43.00 |
| | | | FED | 10.06 | | FED MEDCARE-ER | 10.06 |
| | | | MEDCARE | | | FED FUTA | 4.16 |
| | | | NC SIT | 18.00 | | NC SUI-ER | 6.94 |
| | | 693.50 | | 120.89 | | | 64.16 |

**Company Totals:**

| Description | Rate | Amount | Tax Desc | Tax Amt | Emp Desc | Emp Amt |
|---|---|---|---|---|---|---|
| Regular | 0.00 | | $10,000.00 | FED FIT | $1,756.13 | FED SOCSEC-ER | $929.03 |
| Regular | 148.20 | 9.5000 | $1,407.90 | FED SOCSEC | $929.04 | FED MEDCARE-ER | $217.27 |
| Regular | 75.20 | 10.0000 | $752.00 | FED | $217.27 | FED FUTA | $39.91 |
| Regular | 70.50 | 11.0000 | $775.50 | MEDCARE | | | |
| Regular | 55.90 | 14.0000 | $782.60 | NC SIT | $397.00 | NC SUI-ER | $60.36 |
| Regular | 74.50 | 17.0000 | $1,266.50 | | $3,299.44 | | $1,236.57 |
| | 424.30 | | $14,984.50 | | | | |

**Total Net Pays for - Company: 8**

**ZLOOP, Inc.**
**Accounts Payable Aging**
**As of February 29, 2016**

| Vendor | Current | 1 - 30 Days | 31- 60 Days | 61-90 Days | 90+ Days | Total |
|---|---|---|---|---|---|---|
| Duke Energy | | $3,225.61 | | | | $3,225.61 |
| Gordon's Iron & Metal Company | | | ($225.00) | | | ($225.00) |
| Law Offices of Matthew K. Rogers | | $6,984.48 | | | | $6,984.48 |
| NV Energy | $764.26 | | | | | $764.26 |
| Piedmont Natural Gas | $1,453.54 | | | | | $1,453.54 |
| Smart Metals Recycling | $4,746.54 | | | | | $4,746.54 |
| U.S. Trustee | | $325.00 | | | | $325.00 |
| Vesco Toyotalife | | $1,000.66 | | | | $1,000.66 |
| Watson Insurance | | | | | ($719.00) | ($719.00) |
| | $6,964.34 | $11,535.75 | ($225.00) | $0.00 | ($719.00) | $17,556.09 |

In re ZLOOP, Inc.
        Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 123,521.79 |
| + Amounts billed during the period | 60,185.22 |
| - Amounts collected during the period | (18,877.02) |
| Credit memos issued | (7,116.13) |
| Total Accounts Receivable at the end of the reporting period | 157,713.86 |
| | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 64,260.00 |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | 93,453.86 |
| Total Accounts Receivable | 157,713.86 |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (Net) | 157,713.86 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |