UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re : ZLOOP, Inc.

**Case No. 15-11660**
**Reporting Period: March 1, 2016 - March 31, 2016**

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | X | | |
| Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor

Date

Signature of Joint Debtor

Date

Signature of Authorized Individual*

Date

WILLIAM H. HENRICH
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re ZLOOP, Inc.                                                                                Case No. 15-11660
_____                                                                          Reporting Period: March 1, 2016 - March 31, 2016
            Debtor

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1)   Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed on this page must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.   [See MOR-1 (CONT)]

| | PATRIOT | Union Bank Operating | Union Bank Payroll | Union Bank Utilities | First Citizens Bank | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $1.00 | $52,372.63 | $939.26 | $685.50 | ($3.00) | $53,995.39 | | $19,274.15 | |
| **RECEIPTS** | | | | | | | | | |
| CASH SALES | | | | | | 0.00 | | 0.00 | |
| ACCOUNTS RECEIVABLE | | 80,105.94 | | | | 80,105.94 | | 205,134.91 | |
| OTHER RECEIVABLES | | | | | | 0.00 | | 2,800.00 | |
| SALE OF ASSETS | | | | | | 0.00 | | 154,000.00 | |
| OTHER (ATTACH LIST) | | | | | | 0.00 | | 249,031.70 | |
| TRANSFERS (FROM DIP ACCTS) | | | 33,238.44 | | | 33,238.44 | | 266,242.60 | |
| | | | | | | | | | |
| **TOTAL RECEIPTS** | $0.00 | $80,105.94 | $33,238.44 | $0.00 | $0.00 | $113,344.38 | | $877,208.91 | |
| | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | |
| NET PAYROLL | | | 23,912.63 | | | 23,912.63 | | 176,434.86 | |
| PAYROLL TAXES & FEES | | | 9,495.29 | | | 9,495.29 | | 62,405.80 | |
| OFFICE EXPENSES | | 36.36 | | | | 36.36 | | 2,543.82 | |
| BANK FEES | | 50.00 | | | | 50.00 | | 590.79 | |
| SHIPPING AND DELIVERY EXPENSE | | 76.80 | | | | 76.80 | | 9,587.63 | |
| AUTOMOBILE EXPENSES | | 590.10 | | | | 590.10 | | 4,674.11 | |
| REPAIR AND MAINTENANCE | | 1,643.64 | | | | 1,643.64 | | 13,824.09 | |
| TRAVEL | | 4,077.26 | | | | 4,077.26 | | 17,999.87 | |
| INTERNET | | 299.11 | | | | 299.11 | | 2,622.63 | |
| LEGAL AND PROFESSIONAL (ORD.) | | 6,984.48 | | | | 6,984.48 | | 27,758.38 | |
| ACCOUNTING (ORD.) | | 400.00 | | | | 400.00 | | 2,400.00 | |
| MEALS AND ENTERTAINMENT | | 490.93 | | | | 490.93 | | 3,781.29 | |
| UTILITIES | | 6,117.00 | | | | 6,117.00 | | 31,659.95 | |
| EMPLOYEE EXPENSES | | | | | | 0.00 | | 3,241.81 | |
| COST OF GOODS SOLD | | 19,440.56 | | | | 19,440.56 | | 95,064.72 | |
| HEALTH INSURANCE | | 3,350.46 | | | | 3,350.46 | | 14,257.48 | |
| INSURANCE - OTHER | | | | | | 0.00 | | 21,023.50 | |
| COMPUTER EQUIPMENT/SOFTWARE | | 1,862.14 | | | | 1,862.14 | | 2,162.14 | |
| PERMITS/LICENSES | | | | | | 0.00 | | 1,300.00 | |
| DUES/SUBSCRIPTIONS | | | | | | 0.00 | | 549.00 | |
| WAREHOUSE SUPPLIES | | 1,103.09 | | | | 1,103.09 | | 3,959.83 | |
| ASSET SALE COSTS | | | | | | 0.00 | | 23,884.00 | |
| EQUIPMENT RENT | | 1,177.65 | | | | 1,177.65 | | 2,026.06 | |
| OTHER (ATTACH LIST) | | 580.77 | | | | 580.77 | | 50,498.14 | |
| | | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | 33,238.44 | | | | 33,238.44 | | 266,242.60 | |
| | | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | 325.99 | | | | 325.99 | | 3,900.96 | |
| COURT COSTS | | | | | | | | | |
| TOTAL DISBURSEMENTS | 0.00 | 81,844.76 | 33,407.92 | 0.00 | 0.00 | 115,252.70 | | 844,395.99 | |
| | | | | | | | | | |
| NET CASH FLOW | $0.00 | ($1,738.84) | ($169.48) | $0.00 | $0.00 | ($1,908.32) | | $32,812.92 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | |
| | | | | | | | | | |
| CASH - END OF MONTH | $1.00 | $50,633.79 | $769.78 | $685.50 | ($3.00) | $52,087.07 | | $52,087.07 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 115,252.70 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ | (33,238.44) |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 82,014.26 |

FORM MOR-1
3/4/07)

**ZLOOP, Inc.**

<u>Case No. 15-11660</u>
<u>Reporting Period: March 1, 2016 - March 31, 2016</u>

Other Receipts:

None


Other Disbursements:

Contract Labor                                $580.77

In re ZLOOP, Inc.
Debtor

Case No. 15-11660
Reporting Period: March 1, 2016 - March 31, 2016

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| BALANCE PER BOOKS | Parker Bank #1994 | #9589 | Union Bank Operating #9597 | Union Bank Payroll #9605 | Union Bank Utilities #7331 | First Citizens Bank |
|---|---|---|---|---|---|---|
| BANK BALANCE | | $1.00 | $59,501.60 | $769.78 | $685.50 | $3.00 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | $18,867.81 | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | |
| ADJUSTED BANK BALANCE * | | $1.00 | $50,633.79 | $769.78 | $685.50 | $3.00 |
| * Adjusted bank balance must equal balance per books | | | | | | |

(BALANCE PER BOOKS values: #9589 $1.00; Union Bank Operating #9597 $50,633.79)

### DEPOSITS IN TRANSIT

| Parker Bank Date | Amount | #9589 Date | Amount | Union Bank Operating Date | Amount | Union Bank Payroll Date | Amount | Union Bank Utilities Date | Amount | First Citizens Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### CHECKS OUTSTANDING

| Parker Bank Ch # | Amount | #9589 Ch # | Amount | Union Bank Operating Ch # | Amount | Union Bank Payroll Ch # | Amount | Union Bank Utilities Ch # | Amount | First Citizens Ch # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 16153 | $794.26 | | | | | | |
| | | | | 16160 | $1,167.12 | | | | | | |
| | | | | 16169 | $450.00 | | | | | | |
| | | | | 16170 | $1,363.01 | | | | | | |
| | | | | 16171 | $479.40 | | | | | | |
| | | | | 16172 | $14,694.02 | | | | | | |
| | | | | | $18,867.81 | | | | | | |

### OTHER

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

In re ZLOOP, Inc.      **Debtor**

Case No. 15-11660

Reporting Period: March 1, 2016 - March 31, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |

FORM MOR-1b
(04/07)

 **Union**Bank

## STATEMENT OF ACCOUNTS

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 17
ZLOOP, INC.
**Statement Number: 2133489589**
3/1/16 - 3/31/16

Customer Inquiries
800-669-8661

H

CY30 M  30 M 0000

ZLOOP, INC.
OPERATING
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC 28601

Thank you for banking with us
since 2015

■ *Get notices about important transactions via email or text message quickly and easily at no cost. The Notifications service provides a convenient way to get the information you need to keep track of important account transactions and detect unusual activity. To sign up, Contracting Officers and Web Administrators can go online to the Administration Console on the Financial Center.*

### ANALYZED BUSINESS CHECKING SUMMARY

Account Number: 2133489589

Days in statement period: 31

| | | | |
|---|---|---|---|
| Beginning balance on 3/1 | $ | | 52,572.20 |
| **Total Credits** | | | 81,385.11 |
| Deposits ( 3 ) | | 44,790.06 | |
| Electronic credits ( 2 ) | | 36,595.05 | |
| **Total Debits** | | | -64,455.71 |
| Checks paid ( 30 ) | | -30,999.16 | |
| Electronic debits ( 1 ) | | -168.11 | |
| Other debits, fees and adjustments ( 3 ) | | -33,288.44 | |
| Ending Balance on 3/31 | $ | | 69,501.60 |

### CREDITS

#### Deposits

*including check and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 3/8 | BANK-BY-MAIL DEPOSIT # 0000113787 | 46257197 | $ | 1,019.25 |
| 3/22 | BANK-BY-MAIL DEPOSIT # 0000013576 | 46484551 | | 9,604.15 |
| 3/22 | BANK-BY-MAIL DEPOSIT # 0000013577 | 46484549 | | 34,166.66 |
| | **3 Deposits** | Total amount | $ | 44,790.06 |

#### Electronic credits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 3/2 | WIRE TRANS  TRN 0302020161 030216 201603020000211 | 93052975 | $ | 29,229.44 |
| | Received From: | | | |
| | THE HUNTINGTON NATIONAL BANK | | | |
| | Originator: | | | |
| | QUANTUM METALS, INC. | | | |
| 3/3 | WIRE TRANS  TRN 0303017351 030316 5538000062JO | 93051184 | | 7,365.61 |
| | Received From: | | | |
| | JPMORGAN CHASE BANK | | | |
| | Originator: | | | |
| | WISTRON GREENTECH TEXAS | | | |
| | **2 Electronic credits** | Total amount | $ | 36,595.05 |

Form 03403 (09/2014)





 **UnionBank**

Page 2 of 17
ZLOOP, INC.
Statement Number: 2133489589
3/1/16 - 3/31/16

H

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 16131 | 3/2 | $ 20.87 | 16148 | 3/7 | $ 4,746.54 | 16161* | 3/28 | $ 1,035.09 |
| 16135* | 3/1 | 650.00 | 16149 | 3/9 | 1,000.66 | 16162 | 3/28 | 640.14 |
| 16137* | 3/2 | 139.42 | 16150 | 3/21 | 176.99 | 16163 | 3/30 | 273.94 |
| 16138 | 3/1 | 618.45 | 16151 | 3/16 | 3,225.61 | 16164 | 3/28 | 215.50 |
| 16140* | 3/3 | 50.00 | 16152 | 3/15 | 97.20 | 16165 | 3/30 | 137.89 |
| 16142* | 3/8 | 640.14 | 16154* | 3/11 | 728.75 | 16166 | 3/24 | 1,338.70 |
| 16143 | 3/8 | 1,035.09 | 16155 | 3/11 | 1,708.14 | 16167 | 3/29 | 177.62 |
| 16144 | 3/8 | 483.57 | 16156 | 3/28 | 301.06 | 16168 | 3/24 | 782.23 |
| 16145 | 3/4 | 6,984.48 | 16157 | 3/17 | 438.48 | | | |
| 16146 | 3/14 | 1,453.54 | 16158 | 3/17 | 641.17 | | | |
| 16147 | 3/4 | 931.90 | 16159 | 3/23 | 325.99 | | | |
| | | | **30 Checks paid** | | | **Total amount** | $ | **30,999.16** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

### Electronic debits

| | Date | Description | | | Reference | | Amount |
|---|---|---|---|---|---|---|---|
| | 3/21 | BUSINESSSOLUTION VONAGE | CCD | 3763329 | 55005569 | $ | 168.11 |

### Other debits, fees and adjustments

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---|
| | 3/8 | TELEPHONE TRANSFER | 99350886 | $ | 16,664.18 |
| | 3/22 | TELEPHONE TRANSFER | 99350758 | | 16,574.26 |
| | 3/25 | BANK SERVICES FEE (CHK) | 90263512 | | 50.00 |
| | | **3 Other debits, fees and adjustments** | **Total amount** | $ | **33,288.44** |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 3/1 | $ 51,303.75 | 3/11-3/13 | $ 53,784.31 | 3/23 | $ 74,453.77 |
| 3/2 | 80,372.90 | 3/14 | 52,330.77 | 3/24 | 72,332.84 |
| 3/3 | 87,688.51 | 3/15 | 52,233.57 | 3/25-3/27 | 72,282.84 |
| 3/4-3/6 | 79,772.13 | 3/16 | 49,007.96 | 3/28 | 70,091.05 |
| 3/7 | 75,025.59 | 3/17-3/20 | 47,928.31 | 3/29 | 69,913.43 |
| 3/8 | 57,221.86 | 3/21 | 47,583.21 | 3/30-3/31 | 69,501.60 |
| 3/9-3/10 | 56,221.20 | 3/22 | 74,779.76 | | |

Form 03400 (09/2014)

FSC
MIX
Paper from
responsible sources
FSC® C121801

0000243-016401

**UnionBank**

Page 3 of 17
Statement Number: 2133489589
3/1/16 - 3/31/16

H



ZLOOP, INC
OPERATING ACCOUNT
819 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16131

02/16/2016

PAY TO THE
ORDER OF    Le Bleu Bottled Water

$ **20.87

Twenty and 07/100**************************************************************    DOLLARS

Le Bleu Bottled Water
621 N Regional Rd
Greensboro, NC 27409-9044

DEBTOR IN POSSESSION 15-11660 KJC

MEMO

AUTHORIZED SIGNATURE

⑈016131⑈ ⑆122000496⑇ 2133489589⑈



ZLOOP, INC
OPERATING ACCOUNT
819 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16135

02/25/2016

PAY TO THE
ORDER OF    U. S. Trustee

$ **650.00

Six hundred fifty and 00/100************************************************    DOLLARS

U. S. Trustee
PO Box 530202
Atlanta, GA 30353-0202

DEBTOR IN POSSESSION 15-11660 KJC

MEMO

AUTHORIZED SIGNATURE

⑈016135⑈ ⑆122000496⑇ 2133489589⑈

>0410-3601-7<
US TREAS DG-ECF
20160229



MIX
Paper from
responsible sources
FSC® C121801

Form 0540D (09/2014)



0000243-016402

**UnionBank**

H



```
                                                                        16137
        ZLOOP, INC                      UNION BANK
     OPERATING ACCOUNT              445 SOUTH FIGUEROA STREET, F18
       816 13TH ST, NE                LOS ANGELES, CA  90071
      HICKORY, NC 28601                                       02/25/2016
       855-ZLOOPIT
PAY TO THE
ORDER OF   Republic Services                               $ **139.42

  One hundred thirty-nine and 42/100***************************************  DOLLARS

  Republic Services
  PO Box 9001099
  Louisville, KY 40290-1099

MEMO                                                       AUTHORIZED SIGNATURE
  3-0685-0007798

"016137"  C122000496C  213348959B"
```

```
                ICC Deposit to JPMorgan Chase
        Republic LVL                 2222222222223
    50000467    13                  111111111
    027904    085215                03/02/16
```

```
                                                                        16138
        ZLOOP, INC                      UNION BANK
     OPERATING ACCOUNT              445 SOUTH FIGUEROA STREET, F18
       816 13TH ST, NE                LOS ANGELES, CA  90071
      HICKORY, NC 28601                                       02/25/2016
       855-ZLOOPIT
PAY TO THE
ORDER OF   Foothills Staffing                              $ **618.45

  Six hundred eighteen and 45/100****************************************  DOLLARS

  Foothills Staffing
  PO Box 799
  Gloucester, VA  23061

MEMO                                                       AUTHORIZED SIGNATURE

"016138"  C122000496C  213348958B"
```

```
   02-29-2016   424500012000
  >Chesapeake Bank<
  >Kilmarnock, VA<
  >051403779<
```

Form 03420 (082014)

FSC   MIX
Paper from
responsible sources
FSC® C121901



0000243-016403

**◆ UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
619 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
448 SOUTH FIGUEROA STREET, FL 8
LOS ANGELES, CA 90071

16140

02/25/2016

PAY TO THE
ORDER OF: Blue Ridge Lawncare & Landscaping          $ **50.00

Fifty and 00/100***          DOLLARS

Blue Ridge Lawncare & Landscaping
PO Box 1276
Hildebran, NC 28637

MEMO          AUTHORIZED SIGNATURE

⑈016140⑈ ⑆122000496⑈ 2133489589⑈



ZLOOP, INC
OPERATING ACCOUNT
619 13TH ST. NE
HICKORY, NC 28601
855 ZLOOP IT

UNION BANK
448 SOUTH FIGUEROA STREET, FL 8
LOS ANGELES, CA 90071

16142

03/03/2016

PAY TO THE
ORDER OF: BlueCross BlueShield of NC          $ **840.14

Six hundred forty and 14/100***          DOLLARS

BlueCross BlueShield of NC
PO Box 580012
Charlotte, NC 28258-0012

MEMO   391412663 - Robyn Diamond          AUTHORIZED SIGNATURE

⑈016142⑈ ⑆122000496⑈ 2133489589⑈

CREDIT ACCT OF NAMED PAYEE 020021*519537 0
ENDORSEMENT GUARANTEED BY BB&T CHARLOTTE NC
1931011211<   10126198400356021400



MIX
Paper from
responsible sources
FSC® C121901

Form 03400 (C022314)



0000243-016404

**UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
810 13TH ST NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16143

03/03/2016

PAY TO THE ORDER OF   BlueCross BlueShield of NC                    $ **1,935.09

One thousand thirty-five and 09/100************************************* DOLLARS

BlueCross BlueShield of North Carolina
PO Box 680012
Charlotte, NC 28268-0012

MEMO

AUTHORIZED SIGNATURE

⑆016143⑆ ⑈122000496⑈ 2133489589⑈



FOR CREDIT ACCT OF NAMED PAYEE 005621*513577 0
ENDORSEMENT GUARANTEED BY BB&T CHARLOTTE NC



ZLOOP, INC
OPERATING ACCOUNT
810 13TH ST NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16144

03/03/2016

PAY TO THE ORDER OF   Foothills Staffing                    $ **483.57

Four hundred eighty-three and 57/100************************************* DOLLARS

Foothills Staffing
PO Box 799
Gloucester, VA 23061

MEMO

AUTHORIZED SIGNATURE

⑆016144⑆ ⑈122000496⑈ 2133489589⑈

03-07-2016    424620013500
>Chesapeake Bank<
>Kilmarnock, VA<
>051403779<

FOR DEPOSIT ONLY
TO THE CREDIT OF
Within Named Payee of Endorsee
CHESAPEAKE BANK

Form 23400 (08/2014)

FSC
MIX
Paper from
responsible sources
FSC® C121801



0000243-016405

**Union**Bank

H



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F16
LOS ANGELES, CA 90071

16145

03/03/2016

PAY TO THE
ORDER OF    Law Offices of Matthew K. Rogers, PLLC          $ **6,984.48

Six thousand nine hundred eighty-four and 48/100**                    DOLLARS

Law Offices of Matthew K. Rogers, PLLC
200 First Avenue NW, Suite 104
Hickory, NC 28601

MEMO

#016145# #122000496# 2133489589#

4286652096



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F16
LOS ANGELES, CA 90071

16146

03/03/2016

PAY TO THE
ORDER OF    Piedmont Natural Gas                            $ **1,453.54

One thousand four hundred fifty-three and 54/100**                    DOLLARS

Piedmont Natural Gas
PO Box 660920
Dallas, TX 75266-0920

MEMO

#016146# #122000496# 2133489589#

FSC
MIX
Paper from
responsible sources
FSC® C121801



0000243-016406

Form 00400 (09/2014)

**UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
655-ZLOOP47

UNION BANK
445 SOUTH FIGUEROA STREET, FI 6
LOS ANGELES, CA 90071

16147

03/03/2016

PAY TO THE
ORDER OF   Robert Boston

$ **931.90

Nine hundred thirty-one and 90/100***                                    DOLLARS

Robert Boston

MEMO

⑆016147⑆ ⑆122000496⑆ 2133489589⑆



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
655-ZLOOP47

UNION BANK
445 SOUTH FIGUEROA STREET, FI 6
LOS ANGELES, CA 90071

16148

03/03/2016

PAY TO THE
ORDER OF   Smart Metals Recycling

$ **4,746.54

Four thousand seven hundred forty-six and 54/100***                     DOLLARS

Tom Allison
Smart Metals Recycling
513 Bond Street
Statesville, NC 28677

MEMO

⑆016148⑆ ⑆122000496⑆ 2133489589⑆



MIX
Paper from
responsible sources
FSC® C121901

Form 05400 (08/2014)



0000243-016407

**UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
618 13TH ST NE
HICKORY, NC 28601
888-ZLOOP-IT

UNION BANK
448 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16149

05/03/2016

PAY TO THE
ORDER OF    VESCO Toyota/lift                                    $ **1,000.66

One thousand and 66/100************                              DOLLARS

VESCO Toyota/lift
PO Box 1990
Hickory, NC 28603

MEMO                                          AUTHORIZED SIGNATURE

#016149# #122000496# 2133489589#





ZLOOP, INC
OPERATING ACCOUNT
618 13TH ST. NE.
HICKORY, NC 28601
888-ZLOOP-IT

UNION BANK
448 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16150

03/16/2016

PAY TO THE
ORDER OF    Budget Rental                                       $ **176.99

One hundred seventy-six and 99/100************                  DOLLARS

Budget Rental
341 US Highway 321 NW
Hickory, NC 28601

MEMO                                          AUTHORIZED SIGNATURE

#016150# #122000496# 2133489589#

Form 0300 (09/2014)

FSC
MIX
Paper from
responsible sources
FSC® C121601



0000243-016408



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
655-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, Fl 8
LOS ANGELES, CA 90071

16151

03/10/2016

PAY TO THE
ORDER OF     Duke Energy                                    $ **3,225.61

Three thousand two hundred twenty-five and 61/100********************************    DOLLARS

Duke Energy
PO Box 70516
Charlotte, NC 28272-0516

AUTHORIZED SIGNATURE

MEMO

⑈016151⑈ ⑆122000496⑆ 2133489589⑈





ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
655-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, Fl 8
LOS ANGELES, CA 90071

16152

03/10/2016

PAY TO THE
ORDER OF     Foothills Staffing                              $ **97.20

Ninety-seven and 20/100***********************************************    DOLLARS

Foothills Staffing
PO Box 789
Gloucester, VA 23061

AUTHORIZED SIGNATURE

MEMO

⑈016152⑈ ⑆122000496⑆ 2133489589⑈



3-14-2016    424770010000
Chesapeake Bank
Kilmarnock, VA
051403779

FOR DEPOSIT ONLY
TO THE CREDIT OF
THE NAMED PAYEE

FSC
MIX
Paper from
responsible sources
FSC® C121801

Form 03400 (09/2014)



0000243-016409

**UnionBank**

ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F16
LOS ANGELES, CA 90071

16154

03/10/2016

PAY TO THE
ORDER OF    Robert Boston                          $ **728.75

Seven hundred twenty-eight and 75/100***                        DOLLARS

Robert Boston

MEMO                                              AUTHORIZED SIGNATURE

⑈016154⑈ ⑈122000496⑈ 2133489589⑈

ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F16
LOS ANGELES, CA 90071

16155

03/10/2016

PAY TO THE
ORDER OF    Robert LaBarge                         $ **1,708.14

One thousand seven hundred eight and 14/100***                   DOLLARS

Robert LaBarge
816 13th St NE
Hickory, NC 28601

MEMO                                              AUTHORIZED SIGNATURE

⑈016155⑈ ⑈122000496⑈ 2133489589⑈





Form 034C0 (09/2014)

MIX
Paper from
responsible sources
FSC® C121901



0000243-016410

**UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
458-ZLOOP21

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16156

03/17/2016

DEBTOR IN POSSESSION 16-11660-KJC

PAY TO THE
ORDER OF    Bolt & Tool Supply of Hickory, Inc.                    $ **301.08

Three hundred one and 08/100*************************************    DOLLARS

Bolt & Tool Supply of Hickory, Inc.
416 9th Street SE
Hickory, NC 28602

AUTHORIZED SIGNATURE

MEMO

---

ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
458-ZLOOP-01

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16157

03/17/2016

DEBTOR IN POSSESSION 16-11660-KJC

PAY TO THE
ORDER OF    Gary Slesk                    $ **438.48

Four hundred thirty-eight and 48/100********************************    DOLLARS

Gary Slesk

AUTHORIZED SIGNATURE

MEMO

---

Form 00400 (09/2014)

FSC
MIX
Paper from
responsible sources
FSC® C121801



0000243-016411

 **UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
818 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16158

03/17/2016

PAY TO THE
ORDER OF    Robert Boston                                    $ **641.17

Six hundred forty-one and 17/100*************************************

Robert Boston

MEMO

⑆016158⑆ ⑆122000496⑆ 2133489589⑆



ZLOOP, INC
OPERATING ACCOUNT
818 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F13
LOS ANGELES, CA 90071

16159

03/17/2016

PAY TO THE
ORDER OF    U. S. Trustee                                    $ **325.99

Three hundred twenty-five and 99/100***********************    DOLLARS

U. S. Trustee
PO Box 530202
Atlanta, GA  30353-0202

DEBTOR IN POSSESSION 15-11660-KJC

MEMO                                                AUTHORIZED SIGNATURE

⑆016159⑆ ⑆122000496⑆ 2133489589⑆

>0410-3601-7<
US TREAS DG-BCP
20160322

Form 03400 (09/2014)

MIX
Paper from
responsible sources
FSC
FSC® C121901



0000243-016412

**UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
815 13TH ST, NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FI8
LOS ANGELES, CA 90071

16161

03/24/2016

PAY TO THE
ORDER OF   BlueCross BlueShield of NC                    $ **1,035.09

One thousand thirty-five and 09/100                                  DOLLARS

BlueCross BlueShield of North Carolina
PO Box 580012
Charlotte, NC 26268-0012

MEMO



ZLOOP, INC
OPERATING ACCOUNT
815 13TH ST, NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, FI 6
LOS ANGELES, CA 90071

16162

03/24/2016

PAY TO THE
ORDER OF   BlueCross BlueShield of NC                    $ **640.14

Six hundred forty and 14/100                                         DOLLARS

BlueCross BlueShield of NC
PO Box 580012
Charlotte, NC 26268-0012

MEMO       301412663 — Robyn Diamond

Form 03400 (08-2014)

MIX
Paper from
responsible sources
FSC® C121901



0000243-016413

UnionBank

Page 15 of 17
Statement Number: 2133489589
3/1/16 - 3/31/16

H



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16163

03/24/2016

PAY TO THE
ORDER OF      Charter Communications                                $ **273.94

Two hundred seventy-three and 94/100***************************************   DOLLARS

Charter Communications
PO Box 742600
Cincinnati, OH 45274-2600

DEBTOR IN POSSESSION 15-11660-KJC

MEMO      8361 40 001 0621100                                        AUTHORIZED SIGNATURE

⑈016163⑈ ⑆122000496⑆ 2133489589⑈              ⑊00000027394⑊



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST. NE
HICKORY, NC 28601
855-ZLOOP-IT

UNION BANK
445 SOUTH FIGUEROA STREET, F18
LOS ANGELES, CA 90071

16164

03/24/2016

PAY TO THE
ORDER OF      Keever's Key & Repair Service, Inc.                   $ **215.50

Two hundred fifteen and 50/100***********************************************   DOLLARS

Keever's Key & Repair Service, Inc.
PO Box 662
Hickory, NC 28603

DEBTOR IN POSSESSION 15-11660-KJC

MEMO                                                                AUTHORIZED SIGNATURE

⑈016164⑈ ⑆122000496⑆ 2133489589⑈

Form 03400 (09/2014)

FSC
MIX
Paper from
responsible sources
FSC® C121601



0000243-016414









FSC
MIX
Paper from
responsible sources
FSC® C121901



0000243-016415

**UnionBank**



ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST NE
HICKORY, NC 28601
855-ZLOOP

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16167

03/24/2016

PAY TO THE ORDER OF  VESCO Toyotalift          $ **177.62

One hundred seventy-seven and 62/100**                    DOLLARS

DEBTOR IN POSSESSION 15-11660 KJC

VESCO Toyotalift
PO Box 1950
Hickory, NC 28603

MEMO                                                AUTHORIZED SIGNATURE

⑈016167⑈ ⑊122000496⑊ 2133489589⑈





ZLOOP, INC
OPERATING ACCOUNT
816 13TH ST NE
HICKORY, NC 28601
855-ZLOOP

UNION BANK
445 SOUTH FIGUEROA STREET, FI 8
LOS ANGELES, CA 90071

16168

03/24/2016

PAY TO THE ORDER OF  Robert LaBarge          $ **782.23

Seven hundred eighty-two and 23/100***                    DOLLARS

DEBTOR IN POSSESSION 15-11660 KJC

Robert LaBarge
816 13th St NE
Hickory, NC 28601

MEMO                                                AUTHORIZED SIGNATURE

⑈016168⑈ ⑊122000496⑊ 2133489589⑈

Form 03400 (09/2014)



MIX
Paper from
responsible sources
FSC® C121801



0000243-016416

 **Union**Bank

STATEMENT
OF ACCOUNTS
UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 1
ZLOOP, INC.
Statement Number: 2133489597
3/1/16 - 3/31/16

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2015

CY30 M  0 M 0000
ZLOOP, INC.
PAYROLL
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC 28601

Get notices about important transactions-via email or text message-quickly and easily at no cost.
The Notifications service provides a convenient way to get the information you need to keep track
of important account transactions and detect unusual activity. To sign up, Contracting Officers
and Web Administrators can go online to the Administration Console on the Financial Center.

## ANALYZED BUSINESS CHECKING SUMMARY

Account Number: 2133489597

Days in statement period: 31

| | | |
|---|---|---|
| Beginning balance on 3/1 | $ | 939.26 |
| Total Credits | | 33,238.44 |
| Other credits and adjustments ( 2 ) | 33,238.44 | |
| Total Debits | | -33,407.92 |
| Electronic debits ( 8 ) | -33,407.92 | |
| Ending Balance on 3/31 | $ | 769.78 |

## CREDITS

### Other credits and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 3/8 | TELEPHONE TRANSFER | 99350887 | $ | 16,664.18 |
| 3/22 | TELEPHONE TRANSFER | 99350759 | | 16,574.26 |
| | 2 Other credits and adjustments | Total amount | $ | 33,238.44 |

## DEBITS

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 3/4 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  7558984 | 52751114 | $ | 81.24 |
| 3/10 | ADP Tax/401k   Tax/401k  CCD   R8BXH 031106A01 | 58248998 | | 4,667.71 |
| 3/10 | ADP EEPAY/GARNWC EEPAY/GARN CCD   738036490108BXH | 58257945 | | 11,996.47 |
| 3/18 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  0985643 | 53588178 | | 81.24 |
| 3/24 | ADP EEPAY/GARNWC EEPAY/GARN CCD   774060145791BXH | 57292985 | | 23.08 |
| 3/24 | ADP Tax/401k   Tax/401k  CCD   R8BXH 032507A01 | 57292204 | | 4,635.02 |
| 3/24 | ADP EEPAY/GARNWC EEPAY/GARN CCD   774060145790BXH | 57292984 | | 11,916.16 |
| 3/25 | ADP PAYROLL FEES ADP - FEES CCD   2RBXH  2787415 | 58366270 | | 7.00 |
| | 8 Electronic debits | Total amount | $ | 33,407.92 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 3/1-3/3 | $      939.26 | 3/10-3/17 | $      858.02 | 3/24 | $      776.78 |
| 3/4-3/7 | 858.02 | 3/18-3/21 | 776.78 | 3/25-3/31 | 769.78 |
| 3/8-3/9 | 17,522.20 | 3/22-3/23 | 17,351.04 | | |


MIX
Paper from
responsible sources
FSC  FSC® C121901


0000243-016417

 **Union**Bank

STATEMENT
OF ACCOUNTS

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES          CA    90051-3840

Page 1 of 1
ZLOOP, INC.
Statement Number: 2133489605
3/1/16 - 3/31/16

Customer Inquiries
800-669-8661                                          H

CY30 M  0 M 0000
ZLOOP, INC.
UTILITIES ASSURANCE
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
816 13TH STREET NE
HICKORY NC 28601

Thank you for banking with us
since 2015

*Get notices about important transactions via email or text message quickly and easily at no cost.
The Notifications service provides a convenient way to get the information you need to keep track
of important account transactions and detect unusual activity. To sign up, Contracting Officers
and Web Administrators can go online to the Administration Console on the Financial Center.*

## ANALYZED BUSINESS CHECKING SUMMARY

Account Number: 2133489605

Days in statement period: 31

| | | |
|---|---|---|
| Beginning balance on 3/1 | $ | 685.50 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Ending Balance on 3/31 | $ | 685.50 |

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|---|---|---|
| 3/1-3/31 | $ | 685.50 | | | | | | |

Form 03480 (09/2014)

MIX
Paper from
responsible sources
FSC
www.fsc.org    FSC® C121901



0000243-016418

**ZLOOP, Inc.**
**Disbursements**
**3/1/16-3/31/16**

| Date | Amount | Payee | Account |
|------|-------:|-------|---------|
| 3/3/2016 | $ 4,746.54 | Smart Metals Recycling | Union Bank - Operating |
| 3/3/2016 | $ 483.57 | Foothills Staffing | Union Bank - Operating |
| 3/3/2016 | $ 640.14 | BlueCross BlueShield of NC | Union Bank - Operating |
| 3/3/2016 | $ 931.90 | Robert Boston | Union Bank - Operating |
| 3/3/2016 | $ 1,000.66 | VESCO Toyotalift | Union Bank - Operating |
| 3/3/2016 | $ 1,035.09 | BlueCross BlueShield of NC | Union Bank - Operating |
| 3/3/2016 | $ 1,453.54 | Piedmont Natural Gas | Union Bank - Operating |
| 3/3/2016 | $ 6,984.48 | Law Offices of Matthew K. Rogers, PLLC | Union Bank - Operating |
| 3/8/2016 | $ 4,667.71 | ADP, LLC | Union Bank - Payroll |
| 3/8/2016 | $ 81.24 | ADP, LLC | Union Bank - Payroll |
| 3/8/2016 | $ 11,996.47 | ADP, LLC | Union Bank - Payroll |
| 3/10/2016 | $ 176.99 | Budget Rental | Union Bank - Operating |
| 3/10/2016 | $ 3,225.61 | Duke Energy | Union Bank - Operating |
| 3/10/2016 | $ 1,708.14 | Robert LaBarge | Union Bank - Operating |
| 3/10/2016 | $ 97.20 | Foothills Staffing | Union Bank - Operating |
| 3/10/2016 | $ 764.26 | NV Energy | Union Bank - Operating |
| 3/10/2016 | $ 728.75 | Robert Boston | Union Bank - Operating |
| 3/17/2016 | $ 325.99 | U.S. Trustee | Union Bank - Operating |
| 3/17/2016 | $ 641.17 | Robert Boston | Union Bank - Operating |
| 3/17/2016 | $ 438.48 | Gary Sieck | Union Bank - Operating |
| 3/17/2016 | $ 1,167.12 | VESCO Toyotalift | Union Bank - Operating |
| 3/17/2016 | $ 301.06 | Bolt & Tool Supply of Hickory, Inc. | Union Bank - Operating |
| 3/22/2016 | $ 168.11 | Vonage Business | Union Bank - Operating |
| 3/22/2016 | $ 4,658.10 | ADP, LLC | Union Bank - Payroll |
| 3/22/2016 | $ 11,916.16 | ADP, LLC | Union Bank - Payroll |
| 3/22/2016 | $ 81.24 | ADP, LLC | Union Bank - Payroll |
| 3/24/2016 | $ 137.89 | Republic Services | Union Bank - Operating |
| 3/24/2016 | $ 177.62 | VESCO Toyotalift | Union Bank - Operating |
| 3/24/2016 | $ 1,338.70 | Robert Boston | Union Bank - Operating |
| 3/24/2016 | $ 1,035.09 | BlueCross BlueShield of NC | Union Bank - Operating |
| 3/24/2016 | $ 782.23 | Robert LaBarge | Union Bank - Operating |
| 3/24/2016 | $ 640.14 | BlueCross BlueShield of NC | Union Bank - Operating |
| 3/24/2016 | $ 273.94 | Charter Communications | Union Bank - Operating |

**ZLOOP, Inc.**
**Disbursements**
**3/1/16-3/31/16**

| Date | Amount | | Payee | Account |
|------|-------:|--|-------|---------|
| 3/24/2016 | $ | 215.50 | Keever's Key & Repair Service, Inc. | Union Bank - Operating |
| 3/30/2016 | $ | 50.00 | Union Bank | Union Bank - Operating |
| 3/30/2016 | $ | 7.00 | ADP, LLC | Union Bank - Payroll |
| 3/31/2016 | $ | 14,694.02 | Smart Metals Recycling | Union Bank - Operating |
| 3/31/2016 | $ | 1,363.01 | Robert Boston | Union Bank - Operating |
| 3/31/2016 | $ | 479.40 | Robert LaBarge | Union Bank - Operating |
| 3/31/2016 | $ | 400.00 | Accounting for Profits II | Union Bank - Operating |
| | $ | 82,014.26 | | |

In re ZLOOP, Inc.                                    Case No. 15-11660
        Debtor                                       Reporting Period: March 1, 2016 - March 31, 2016

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | | Cumulative Filing to Date |
|---|---|---|---|
| Gross Revenues | $ | 40,428 | $ | 234,426 |
| Less: Returns and Allowances | | | | |
| Net Revenue | $ | 40,428 | $ | 234,426 |
| COST OF GOODS SOLD | | | | |
| Beginning Inventory | | | | |
| Add: Purchases | | | | |
| Add: Cost of Labor | | | | |
| Add: Other Costs (attach schedule) | | | | |
| Less: Ending Inventory | | | | |
| Cost of Goods Sold | | 14,694 | | 94,840 |
| Gross Profit | $ | 25,734 | $ | 139,586 |
| OPERATING EXPENSES | | | | |
| Accounting (Ordinary Course) | | 400 | | 2,400 |
| Auto and Truck Expense | | 590 | | 3,765 |
| Bank Fees | | 50 | | 591 |
| Dues and Subscription | | | | 549 |
| Insurance | | 1,675 | | 32,887 |
| Internet | | 299 | | 2,623 |
| Legal and professional (Ordinary Course) | | | | 31,961 |
| Meals and Entertainment | | 491 | | 4,637 |
| Office Expense | | 1,899 | | 2,765 |
| Payroll Taxes | | 9,326 | | 59,410 |
| Permits and Licenses | | | | 1,300 |
| Rent | | | | - |
| Repair and Maintenance | | 1,644 | | 13,404 |
| Salaries and Wages | | 30,082 | | 249,931 |
| Equipment Rent | | 177 | | 2,028 |
| Shipping and Delivery Expense | | 77 | | 4,169 |
| Supplies Office and Warehouse | | 1,103 | | 5,223 |
| Telephone Expense | | 536 | | 4,691 |
| Travel | | | | 3,332 |
| Utilities | | 138 | | 20,010 |
| Commissions and Fees | | | | 202 |
| Freight & Delivery | | | | 5,419 |
| Mileage Reimbursement | | 4,077 | | 18,865 |
| Other (attach schedule) | | 581 | | 7,060 |
| Total Operating Expenses Before Depreciation | | 53,144 | | 477,221 |
| Depreciation/Depletion/Amortization | | 138,607 | | 1,108,848 |
| Net Profit (Loss) Before Other Income & Expenses | $ | (166,017) | $ | (1,446,483) |
| OTHER INCOME AND EXPENSES | | | | |
| Other Income (attach schedule) | | | | |
| Interest Expense | | 1 | | 1 |
| Other Expense (attach schedule) | | | | |
| Net Profit (Loss) Before Reorganization Items | $ | (166,017) | $ | (1,446,484) |
| REORGANIZATION ITEMS | | | | |
| Professional Fees | $ | 26,448 | $ | 1,748,229 |
| U. S. Trustee Quarterly Fees | | | | 2,600 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | | | |
| Gain (Loss) from Sale of Equipment | | | | (9,802) |
| Other Reorganization Expenses (attach schedule) | | | | |
| Total Reorganization Expenses | | (26,448) | | (1,760,630) |
| Income Taxes | | | | |
| Net Profit (Loss) | $ | (192,465) | $ | (3,207,114) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re ZLOOP, Inc.                           Case No. 15-11660
          Debtor                            Reporting Period: March 1, 2016 - March 31, 2016

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Contract Labor | 581 | 7,060 |
| | | |
| | 581 | 7,060 |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re ZLOOP, Inc.

Debtor

Case No. 15-11660
Reporting Period: March 1, 2016 - March 31, 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | $ | 52,087 | $ 19,274 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | | |
| Accounts Receivable (Net) | | 118,036 | 88,745 |
| Notes Receivable | | | |
| Inventories | | 29,586 | 29,586 |
| Prepaid Expenses | | 533,268 | 576,768 |
| Professional Retainers | | | |
| Other Current Assets (attach schedule) | | 4,922,548 | 5,060,352 |
| *TOTAL CURRENT ASSETS* | $ | 5,655,525 | $ 5,774,725 |
| **PROPERTY AND EQUIPMENT** | | | |
| Real Property and Improvements | $ | 2,797,924 | $ 2,797,924 |
| Machinery and Equipment | | 10,627,915 | 10,627,915 |
| Furniture, Fixtures and Office Equipment | | 337,102 | 336,257 |
| Leasehold Improvements | | | |
| Vehicles | | 114,433 | 336,668 |
| Less Accumulated Depreciation | | (3,722,756) | (2,672,342) |
| *TOTAL PROPERTY & EQUIPMENT* | $ | 10,154,617 | $ 11,426,422 |
| **OTHER ASSETS** | | | |
| Loans to Insiders* | | | |
| Other Assets (attach schedule) | $ | 297,530 | $ 297,530 |
| *TOTAL OTHER ASSETS* | $ | 297,530 | $ 297,530 |
| **TOTAL ASSETS** | $ | 16,107,672 | $ 17,498,676 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH**** | | BOOK VALUE ON PETITION DATE**** |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | $ | (2,619) | |
| Taxes Payable (refer to FORM MOR-4) | | | |
| Wages Payable | | 16,000 | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | 1,748,229 | |
| Amounts Due to Insiders* | | 54,500 | |
| Other Postpetition Liabilities (attach schedule) | | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | 1,816,109 | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | | 201,613 | 201,613 |
| Unsecured Debt | | 23,967,412 | 23,967,412 |
| *TOTAL PRE-PETITION LIABILITIES* *** | $ | 24,169,025 | $ 24,169,025 |
| *TOTAL LIABILITIES* | $ | 25,985,134 | $ 24,169,025 |
| **OWNER EQUITY** | | | |
| Capital Stock | $ | 10,000 | $ 10,000 |
| Additional Paid-In Capital | | 2,090,000 | 2,090,000 |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | (8,770,349) | (8,770,349) |
| Retained Earnings - Postpetition | | (3,207,114) | |
| Adjustments to Owner Equity (attach schedule) | | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | | |
| *NET OWNER EQUITY* | $ | (9,877,463) | $ (6,670,349) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 16,107,672 | $ 17,498,676 |

\*"Insider" is defined in 11 U.S.C. Section 101(31).

\*\*\* Prepetition Liabilities include certain amounts that are Contingent, Unliquidated and/or Disputed.

In re ZLOOP, Inc.
Debtor

Case No. 15-11660
Reporting Period: March 1, 2016 - March 31, 2016

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Kendall Mosing | $ 800,000 | $ 800,000 |
| Intercompany receivable - ZLOOP Nevada, LLC | 2,577,804 | 2,552,192 |
| Intercompany receivable - ZLOOP Knitting Mill, LLC | 283,042 | 281,096 |
| Shareholder Advances | 1,086,454 | 1,289,264 |
| Other Receivables | 135,000 | 137,800 |
| REI Escrow | 40,247 | |
| | $ 4,922,548 | $ 5,060,352 |
| Other Assets | | |
| Franchise Costs | $ 69,907 | $ 69,907 |
| Intellectual Property | 227,623 | 227,623 |
| | | |
| | | |
| | | |
| | $ 297,530 | $ 297,530 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re ZLOOP, Inc.                                                    Case No. 15-11660
                     Debtor                                          Reporting Period: March 1, 2016 - March 31, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | 3,602.57 | 3,602.57 | 3/11/2016, 3/25/2016 | EFT | 0.00 |
| FICA-Employee | 0.00 | 2,350.27 | 2,350.27 | 3/11/2016, 3/25/2016 | EFT | 0.00 |
| FICA-Employer | 0.00 | 2,350.30 | 2,350.30 | 3/11/2016, 3/25/2016 | EFT | 0.00 |
| Unemployment | 0.00 | 58.36 | 58.36 | 3/11/2016, 3/25/2016 | EFT | 0.00 |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 0.00 | 8,361.50 | 8,361.50 | | | 0.00 |
| **State and Local** | | | | | | |
| Withholding | 0.00 | 834.00 | 834.00 | 3/11/2016, 3/25/2016 | EFT | 0.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 0.00 | 107.23 | 107.23 | 3/11/2016, 3/25/2016 | EFT | 0.00 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 0.00 | 941.23 | 941.23 | | | 0.00 |
| **Total Taxes** | 0.00 | 9,302.73 | 9,302.73 | | | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | $0.00 | ($1,675.23) | $0.00 | ($225.00) | ($719.00) | ($2,619.23) |
| Wages Payable | $16,000.00 | | | | | $16,000.00 |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees** | $1,748,228.62 | | | | | $1,748,228.62 |
| Amounts Due to Insiders* | | | | $20,000.00 | $34,500.00 | $54,500.00 |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | $1,764,228.62 | ($1,675.23) | $0.00 | $19,775.00 | $33,781.00 | $1,816,109.39 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

** Accrual for retained restructuring professionals through March 2016, based upon fee applications filed to date.

**ZLOOP, Inc.**
**Accounts Payable Aging**
**As of March 31, 2016**

| Vendor | Current | 1 - 30 Days | 31- 60 Days | 61-90 Days | 90+ Days | Total |
|---|---|---|---|---|---|---|
| BlueCross BlueShield of NC | | ($1,675.23) | | | | ($1,675.23) |
| Gordon's Iron & Metal Company | | | | ($225.00) | | ($225.00) |
| Watson Insurance | | | | | ($719.00) | ($719.00) |
| | $0.00 | ($1,675.23) | $0.00 | ($225.00) | ($719.00) | ($2,619.23) |

# Payroll Preview

**Employee: Alonzo, Jose M**

| Description | Rate | Hours | Amount | Tax | Amount | EE Total | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 10.0000 | 75.90 | 759.00 | FED FIT | 27.44 | 646.50 | FED SOCSEC-ER | 47.06 |
| | | | | FED SOCSEC | 47.06 | | FED MEDCARE-ER | 11.01 |
| | | | | FED (MEDCARE) | 11.00 | | FED FUTA | 4.55 |
| | | | | NC SIT | 27.00 | | NC SUI-ER | 7.59 |
| | | 75.90 | 759.00 | | 112.50 | | | 70.21 |

**Employee: Boston, Robert M**

| Description | Rate | Hours | Amount | Tax | Amount | EE Total | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 5,000.00 | FED FIT | 725.67 | 3,891.83 | FED SOCSEC-ER | 310.00 |
| | | | | FED SOCSEC | 310.00 | | FED MEDCARE-ER | 72.50 |
| | | | | FED MEDCARE | 72.50 | | | 382.50 |
| | 0.00 | | 5,000.00 | | 1,108.17 | | | |

**Employee: Flowers, Tracy A**

| Description | Rate | Hours | Amount | Tax | Amount | EE Total | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 14.0000 | 75.10 | 1,051.40 | FED FIT | 41.10 | 907.86 | FED SOCSEC-ER | 65.19 |
| | | | | FED SOCSEC | 65.19 | | FED MEDCARE-ER | 15.25 |
| | | | | FED MEDCARE | 15.25 | | FED FUTA | 6.31 |
| | | | | NC SIT | 22.00 | | NC SUI-ER | 10.51 |
| | | 75.10 | 1,051.40 | | 143.54 | | | 97.26 |

**Employee: LaBarge, Robert S**

| Description | Rate | Hours | Amount | Tax | Amount | EE Total | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 5,000.00 | FED FIT | 886.73 | 3,677.77 | FED SOCSEC-ER | 310.00 |
| | | | | FED SOCSEC | 310.00 | | FED MEDCARE-ER | 72.50 |
| | | | | FED MEDCARE | 72.50 | | | 382.50 |
| | | | | NC SIT | 253.00 | | | |
| | 0.00 | | 5,000.00 | | 1,322.23 | | | |

**Employee: Mitchell, Kimberly M**

| Description | Rate | Hours | Amount | Tax | Amount | EE Total | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | FED FIT | 173.18 | 1,020.78 | FED SOCSEC-ER | 84.32 |
| | | | | FED SOCSEC | 84.32 | | FED MEDCARE-ER | 19.72 |
| | | | | FED MEDCARE | 19.72 | | FED FUTA | 8.16 |
| | | | | NC SIT | 63.00 | | NC SUI-ER | 13.60 |
| | | 80.00 | 1,360.00 | | 339.22 | | | 125.80 |

**Employee: Rodriguez, Yalitza A**

| Description | Rate | Hours | Amount | Tax | Amount | EE Total | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 9.5000 | 72.00 | 684.00 | FED FIT | 28.59 | 592.08 | FED SOCSEC-ER | 42.41 |
| | | | | FED SOCSEC | 42.41 | | FED MEDCARE-ER | 9.92 |
| | | | | FED MEDCARE | 9.92 | | FED FUTA | 4.10 |
| | | | | NC SIT | 11.00 | | NC SUI-ER | 6.84 |
| | | 72.00 | 684.00 | | 91.92 | | | 63.27 |

**Employee: Salas, Liliana C**

| Description | Rate | Hours | Amount | Tax | Amount | EE Total | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 11.0000 | 74.50 | 819.50 | FED FIT | 68.74 | 663.06 | FED SOCSEC-ER | 50.81 |
| | | | | FED SOCSEC | 50.81 | | FED MEDCARE-ER | 11.88 |
| | | 74.50 | 819.50 | FED MEDCARE | 11.89 | | FED FUTA | 4.92 |
| | | | | | | | NC SUI-ER | 8.20 |

# Payroll Preview

| Hours and Earnings | | | Taxes | | Deductions | | Net Pay | Employer Liability | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Desc | Amount | Deduction | Amount | Liability | Amount |

**Employee: Wadlington, Richard J**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 76.40 | 9.5000 | 725.80 | NC SIT | 25.00 | | | | 75.81 |
| | 76.40 | | 725.80 | FED FIT | 156.44 | | | | |
| | | | | FED SOCSEC | 54.69 | | | FED SOCSEC-ER | 45.00 |
| | | | | FED | 45.00 | | | FED MEDCARE-ER | 10.52 |
| | | | | MEDCARE | 10.52 | | | FED FUTA | 4.35 |
| | | | | NC SIT | 19.00 | | | NC SUI-ER | 7.26 |
| | | | | | 129.21 | | 596.59 | | 67.13 |

**Company Totals:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 9.5000 | $10,000.00 | FED FIT | $1,806.14 | | | FED SOCSEC-ER | $954.79 |
| Regular | 148.40 | 9.5000 | $1,409.80 | FED SOCSEC | $954.79 | | | FED MEDCARE-ER | $223.30 |
| Regular | 75.90 | 10.0000 | $759.00 | FED | $223.30 | | | FED FUTA | $32.39 |
| Regular | 74.50 | 11.0000 | $819.50 | MEDCARE | | | | NC SUI-ER | $54.00 |
| Regular | 75.10 | 14.0000 | $1,051.40 | NC SIT | $419.00 | | | | $1,264.48 |
| Regular | 80.00 | 17.0000 | $1,360.00 | | $3,403.23 | | $11,996.47 | | |
| | 453.90 | | $15,399.70 | | | | | | |

**Total Net Pays for - Company: 8**

---

Company: Zloop Inc
Check date: 03/11/2016

2 of 2

Date Printed: 03/08/2016 11:09
22343813 - R8/BXH

## Payroll Preview

**Employee: Alonzo, Jose M**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Ex | Amount | Deduction | Amount | | Liability | Amount |
| Regular | 80.00 | 10.0000 | 800.00 | FED FIT | 31.54 | | | 678.26 | FED SOCSEC-ER | 49.60 |
| | | | | FED SOCSEC | 49.60 | | | | FED MEDCARE-ER | 11.60 |
| | | | | FED MEDCARE | 11.60 | | | | FED FUTA | 4.80 |
| | | | | NC SIT | 29.00 | | | | NC SUI-ER | 8.00 |
| | 80.00 | | 800.00 | | 121.74 | | | | | 74.00 |

**Employee: Boston, Robert M**

| | Hours | Rate | Amount | Ex | Amount | | | Net Pay | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | 5,000.00 | FED FIT | 725.67 | | | 3,881.83 | FED SOCSEC-ER | 310.00 |
| | | | | FED SOCSEC | 310.00 | | | | FED MEDCARE-ER | 72.50 |
| | | | | FED MEDCARE | 72.50 | | | | | |
| | 0.00 | | 5,000.00 | | 1,108.17 | | | | | 382.50 |

**Employee: Flowers, Tracy A**

| | Hours | Rate | Amount | Ex | Amount | | | Net Pay | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 72.50 | 14.0000 | 1,015.00 | FED FIT | 37.46 | | | 879.90 | FED SOCSEC-ER | 62.93 |
| | | | | FED SOCSEC | 62.93 | | | | FED MEDCARE-ER | 14.72 |
| | | | | FED MEDCARE | 14.71 | | | | FED FUTA | 6.09 |
| | | | | NC SIT | 20.00 | | | | NC SUI-ER | 10.15 |
| | 72.50 | | 1,015.00 | | 135.10 | | | | | 93.89 |

**Employee: LaBarge, Robert S**

| | Hours | Rate | Amount | Ex | Amount | | | Net Pay | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | 5,000.00 | FED FIT | 686.73 | | | 3,677.77 | FED SOCSEC-ER | 310.00 |
| | | | | FED SOCSEC | 310.00 | | | | FED MEDCARE-ER | 72.50 |
| | | | | FED MEDCARE | 72.50 | | | | | |
| | | | | NC SIT | 253.00 | | | | | |
| | 0.00 | | 5,000.00 | | 1,322.23 | | | | | 382.50 |

**Employee: Mitchell, Kimberly M**

| | Hours | Rate | Amount | Ex | Amount | | | Net Pay | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | 17.0000 | 1,360.00 | FED FIT | 173.18 | | | 1,020.78 | FED SOCSEC-ER | 84.32 |
| | | | | FED SOCSEC | 84.32 | | | | FED MEDCARE-ER | 19.72 |
| | | | | FED MEDCARE | 19.72 | | | | FED FUTA | 2.19 |
| | | | | NC SIT | 62.00 | | | | NC SUI-ER | 13.60 |
| | 80.00 | | 1,360.00 | | 339.22 | | | | | 119.83 |

**Employee: Rodriguez, Yalitza A**

| | Hours | Rate | Amount | Ex | Amount | | | Net Pay | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 67.70 | 9.5000 | 643.15 | FED FIT | 24.51 | | | 560.44 | FED SOCSEC-ER | 39.88 |
| | | | | FED SOCSEC | 39.87 | | | | FED MEDCARE-ER | 9.33 |
| | | | | FED MEDCARE | 9.33 | | | | FED FUTA | 3.86 |
| | | | | NC SIT | 9.00 | | | | NC SUI-ER | 6.43 |
| | 67.70 | | 643.15 | | 82.71 | | | | | 59.50 |

**Employee: Salas, Liliana C**

| | Hours | Rate | Amount | Ex | Amount | | | Net Pay | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 67.70 | 11.0000 | 744.70 | FED FIT | 57.52 | | | 609.22 | FED SOCSEC-ER | 46.17 |
| | | | | FED SOCSEC | 46.17 | | | | FED MEDCARE-ER | 10.80 |
| | | | | FED MEDCARE | 10.79 | | | | FED FUTA | 4.47 |
| | 67.70 | | 744.70 | | | | | | NC SUI-ER | 7.45 |

# Payroll Preview

**Employee: Wadlington, Richard J**

| | Hours | Rate | Amount | | Type | Amount | | Deduction | Amount | | | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | | | | NC SIT | 21.00 | | | | | | | 68.89 |
| | | 9.5000 | 760.00 | | FED FIT | 59.82 | | Child support 1 | 23.08 | | | FED SOCSEC-ER | 47.12 |
| | | | | | FED SOCSEC | 47.12 | | | | | | FED MEDCARE-ER | 11.02 |
| | 80.00 | | 760.00 | | FED | 11.02 | | | 23.08 | | | FED FUTA | 4.56 |
| | | | | | MEDCARE | | | | | | | NC SUI-ER | 7.60 |
| | | | | | NC SIT | 21.00 | | | | | | | 70.30 |
| | | | | | | 135.48 | | | | | | 597.96 | |
| | | | | | | 138.96 | | | | | | | |

**Company Totals:**

| | Hours | Rate | Amount | | Type | Amount | | Deduction | Amount | | | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $10,000.00 | | FED FIT | $1,796.43 | | Child support 1 | $23.08 | | | FED SOCSEC-ER | $950.02 |
| Regular | 147.70 | 9.5000 | $1,403.15 | | FED SOCSEC | $950.01 | | | | | | FED MEDCARE-ER | $222.19 |
| Regular | 80.00 | 10.0000 | $800.00 | | FED | $222.17 | | | $23.08 | | | FED FUTA | $25.97 |
| Regular | 67.70 | 11.0000 | $744.70 | | MEDCARE | | | | | | | NC SUI-ER | $53.23 |
| Regular | 72.50 | 14.0000 | $1,015.00 | | NC SIT | $415.00 | | | | | | | $1,251.41 |
| Regular | 80.00 | 17.0000 | $1,380.00 | | | $3,383.61 | | | | | $11,916.16 | | | |
| | 447.90 | | $15,322.85 | | | | | | | | | | |

**Total Net Pays for - Company: 8**

In re ZLOOP, Inc.
        Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | 157,713.86 |
| + Amounts billed during the period | | 40,688.08 |
| - Amounts collected during the period | | (80,365.86) |
| Credit memos issued | | |
| Total Accounts Receivable at the end of the reporting period | | 118,036.08 |
| | | |
| Accounts Receivable Aging | | Amount |
| 0 - 30 days old | | 23,154.22 |
| 31 - 60 days old | | 1,428.00 |
| 61 - 90 days old | | - |
| 91+ days old | | 93,453.86 |
| Total Accounts Receivable | | 118,036.08 |
| Amount considered uncollectible (Bad Debt) | | - |
| Accounts Receivable (Net) | | 118,036.08 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |