B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re ZLOOP, INC., / ZLOOP Nevada, LLC

Case No. 15-11660 (KJC)
Case No. 15-11661-KJC
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DCR Mortgage 7 Sub 1, LLC, Del. LLC | Eagle Group Finance, L.P., n/k/a iBorrow, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
333 Third Avenue North, Suite 400
St. Petersburg, FL 33701

Court Claim # (if known): 1-1
Amount of Claim: $3,500,000.00 plus interest, fees, costs, and expenses
Date Claim Filed: 11/13/2015

Phone: 727.341.8380 Ext. 119
Last Four Digits of Acct #: 30

Phone: 849.385.5353
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Janet L. Chubb, Esq.        Date: 05/03/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZLOOP, INC., et al., | ) | Case No. 15-11660 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)

PLEASE TAKE NOTICE that any and all claims of IBORROW, L.P., formerly known as EAGLE GROUP FINANCE, L.P. ("Assignor") that are scheduled by Zloop Nevada, LLC (the "Debtor") and or filed as an original Proof of Claim against the Debtor, including but not limited to:

| Claim No. | Claim Amount |
|---|---|
| 1-1 | $3,500,000 |

Have been transferred and assigned to DCR Mortgage 7 Sub 1, LLC, a Delaware limited liability company ("Assignee"). The signature of the Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice of hearing requirements imposed by Fed. F. Bankr. P. 3001 and stipulates that an order may be entered recognizing the assignment contemplated hereunder and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions and to give all further notices and other communications with respect to the Claim to the Assignee.

Assignor:

IBORROW, L.P.
By: Eagle Group Brokerage Corp.,
a California corporation, its General Partner

Signature: _____
Name: BRIAN GOOD
Title: CEO
Date: 2/22/16

Assignee

DCR Mortgage 7 Sub 1, LLC, a Delaware
limited liability company

Signature: _____
Name: JOHN W. SAVAGE
Title: SENIOR VICE PRESIDENT
Date: 2/23/16

DOC # 547773
03/08/2016    02:27 PM
Official Record
Requested By
DCR LOAN SERVICING LLC
Lyon County - NV
Dawna L. Warr - Recorder
Page 1 of 3    Fee: $16.00
Recorded By: AT    RPTT:

0547773

Prepared By:

iBorrow, L.P. (formerly known as Eagle Group Finance, L.P.)

And When Recorded Mail To:

DCR Mortgage 7 Sub 1, LLC
333 Third Ave N, Suite 400
Saint Petersburg, FL 33701
Attn: Elizabeth Bastas

*(Space above this line for Recorder's use)*

## ASSIGNMENT OF DEED OF TRUST AND ASSIGNMENT OF LEASES AND RENTS

iBorrow, L.P., a California limited partnership (formerly known as Eagle Group Finance, L.P.) ("**Assignor**"), whose address is 12100 Wilshire Boulevard, Suite 520, Los Angeles, California 90025, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to DCR Mortgage 7 Sub 1, LLC, a Delaware limited liability company ("**Assignee**"), whose address is 333 Third Ave N, Suite 400, Saint Petersburg, Florida 33701, all Assignor's right, title and interest in and to that certain: (i) Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing dated as of March 9, 2015, executed by ZLoop Nevada, LLC, a Delaware limited liability company (the "**Borrower**"), to the Trustee named therein for the benefit of the Assignor and recorded in the Official Records of Lyon County, Nevada (the "**Official Records**") on March 11, 2015, as Document No. 533020, and encumbering that certain real property situated in Fernley, Lyon County, Nevada, and described on *Exhibit A* attached hereto (the "**Property**"), as the same may have been assigned, amended, supplemented, restated or modified; and (ii) Assignment of Rents and Leases dated as of March 9, 2015, executed by the Borrower to and for the benefit of the Assignor and recorded in the Official Records on March 11, 2015, as Document No. 533021, and encumbering the Property, as the same may have been assigned, amended, supplemented, restated or modified.

**TO HAVE AND TO HOLD** the same unto Assignee and to the successors and assigns of Assignee forever.

**This Assignment is made without recourse or representation or warranty, express, implied or by operation of law, of any kind and nature whatsoever.**

[THE REMAINDER OF THIS PAGE WAS LEFT BLANK INTENTIONALLY]



IN WITNESS WHEREOF, Assignor has duly executed this Assignment as of February __, 2016.

          iBorrow, L.P., a California limited partnership (formerly known as Eagle Group Finance, L.P.)

      By:    Eagle Group Brokerage Corp., a California corporation, its General Partner

      By:    _____
                Brian Good, President

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    )
                                 ) SS
COUNTY OF LOS ANGELES  )

On February 22nd, 2016, before me, Robert E Guerra, a notary public, personally appeared **Brian Good**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Robert E. Guerra_ (Seal)

ROBERT E. GUERRA
Commission # 1967983
Notary Public - California
Los Angeles County
My Comm. Expires Feb 26, 2016



# EXHIBIT A

## Property Description

All that certain real property situate in the County of Lyon, State of Nevada, described as follows:

PARCEL 1:
Parcel 2 as shown on that certain Parcel Map for DP Management Services, Inc., according to the map thereof, filed in the office of the County Recorder of Lyon County, State of Nevada, on January 22, 2002, as Document No. 271270, Official Records.

PARCEL 2:
Non-exclusive rights in and to the Common Areas and Drainage Easements, as set forth in the Amended and Restated Declaration of Covenants, Conditions and Restrictions for Fernley Industrial Park, recorded September 15, 1992, as Document No 154917, Official Records.

**Address:**     **190 Resource Drive, Fernley, Nevada 89408**

**Assessor's Parcel No(s).:**     **21-261-29**