## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*, [1] | Case No. 15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Re D.I.s: 451 and 463** |

## ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN
## DEBTORS AND DCR MORTGAGE 7 SUB 1, LLC

Upon consideration of the motion (the "Motion")[2] by the above-captioned debtors and

debtors-in-possession in these Chapter 11 Cases (collectively, "Debtors"), seeking entry of an

order pursuant to Sections 105(a) and 363(b) of title 11 of the United States Code, 11 U.S.C. §§

101-1532 (as amended, the "Bankruptcy Code"), and Rule 9019(a) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing and approving the Settlement

Agreement attached hereto as **Schedule 1** (the "Settlement Agreement") by and between the

Debtors and DCR Mortgage 7 Sub 1, LLC ("DCR" and, together with the Debtors, the

"Parties"); and this Court possessing jurisdiction to consider the Motion; and venue being

proper; and it appearing that the Settlement Agreement and the relief requested in the Motion are

in the best interests of the Debtors, their creditors and other parties-in-interest; and it appearing

that proper and adequate notice has been given and that no other or further notice is required; and

upon the record herein, including the representations made in the Motion and the Settlement

---

[1]   The Debtors in these Chapter 11 Cases, and the last four digits of each Debtor's federal
      tax identification number, are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and
      ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the
      service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2]   Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion
      or the Settlement Agreement, as applicable.

Agreement; and after due deliberation thereon; and sufficient cause appearing therefore; it is hereby ORDERED that:

1.     The Motion is GRANTED.

2.     The Settlement Agreement, attached hereto as Schedule 1, is approved pursuant to Sections 105 and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(a).✱

3.     The Parties are hereby authorized and directed to perform their obligations under the Settlement Agreement

4.     DCR is hereby granted relief from the automatic stay, to the extent necessary to consummate the transactions contemplated by the Settlement Agreement.

5.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order or the Settlement Agreement and to enforce the terms of this Order and the Settlement Agreement.

6.     The Debtors are authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms conditions and provisions of the Settlement Agreement.

7.     Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

Dated: _May 16_, 2016

_____
HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

✱ Notwithstanding any other term as set forth herein, nothing in the Settlement Agreement or this order is intended to, nor shall it, release any claim of any kind as against any guarantor under or in connection with the Eagle Group Finance Note, Deed of Trust or in connection with the Nevada Property, including Robert Baxter and/or Robert LaBorge.

EAST\124209484.1