IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-11660 (KJC)<br><br>Jointly Administered<br><br>Re: D.I. 557, 572 |

### NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS

**PLEASE TAKE NOTICE** that on August 9, 2015 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on August 19, 2016, the Debtors filed a motion among other things, seeking entry of an Order establishing an Administrative Expense Claim Bar Date (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on September 6, 2016, the Court entered an order (the "Bar Date Order"), among other things, establishing **October 26, 2016 at 12:00 p.m. (Eastern Time)** as the deadline ("Administrative Expense Claims Bar Date") for all persons or entities holding any right to payment constituting an actual, necessary cost or expense of administering the Debtors' chapter 11 cases or preserving the estates under section 503(b) and 507(a)(2) of the Bankruptcy Code (each, an "Administrative Expense Claim") for the period from the Petition Date through September 30, 2016 (the "Initial Administrative Expense Claims Period") to file a request for payment of Administrative Expense Claim in a form substantially similar to the Administrative Expense Claim Form enclosed herewith.

**A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER TO FILE AN ADMINISTRATIVE EXPENSE CLAIM.**

If you have any questions with respect to this notice (the "**Administrative Bar Date Notice**"), you may contact the Debtors' undersigned attorneys.

1.  **WHO MUST FILE AN ADMINISTRATIVE EXPENSE CLAIM**

You **MUST** file an Administrative Expense Claim in accordance with the procedures set forth in the Bar Date Order if you hold a right to payment constituting an actual, necessary cost

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

or expense of administering the Debtors' chapter 11 cases or preserving the estates under section 503(b) and 507(a)(2) of the Bankruptcy Code (*i.e.*, an "Administrative Expense Claim") that arose during the period from the Petition Date through September 30, 2016 (*i.e.*, "Initial Administrative Expense Claims Period"), and it is not a claim described in Section 2 below.

Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (i) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.  An Administrative Expense Claim is a claim of the kind described in sections 503(b)(1) through (8) of the Bankruptcy Code.

2.  **WHO NEED NOT FILE AN ADMINISTRATIVE EXPENSE CLAIM**

The following persons or entities are **NOT** required to file an Administrative Expense Claim:

(a) the U.S. Trustee, on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

(a) Professionals retained by the Debtors or any statutory committee pursuant to orders of this Court who assert Professional Fee Claims for fees and expenses subject to the Court's approval pursuant to sections 330, 331, and 503(b) of the Bankruptcy Code;

(b) any person or entity whose Administrative Expense Claim has been allowed by order of the Court entered on or before the Administrative Expense Claims Bar Date or that has already been paid; and

(c) any Administrative Expense Claim on account of which a request for payment of Administrative Expense Claim has already been filed.

**YOU SHOULD NOT FILE AN ADMINISTRATIVE EXPENSE CLAIM IF YOU DO NOT HAVE A SUCH A CLAIM AGAINST ANY OF THE DEBTORS.  THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE AN ADMINISTRATIVE EXPENSE CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE SUCH A CLAIM.**

3.  **WHEN AND WHERE TO FILE ADMINISTRATIVE EXPENSE CLAIM FORMS**

All Administrative Expense Claim Forms must be *actually received* by counsel for the Debtors on or before the Administrative Expense Claims Bar Date at the following address:

> **DLA Piper LLP (US)**
> **1201 N. Market Street, Suite 2100**
> **Wilmington, DE 19801**
> **Attention: Stuart M. Brown, Esquire**

Administrative Expense Claim Forms will be deemed timely filed only if an original copy of the signed Administrative Expense Claim Form is *actually received* by Debtors' counsel at the address set forth above on or before **October 26, 2016 at 12:00 p.m. (Eastern Time)**. **Administrative Expense Claim Forms submitted by facsimile or e-mail will *not* be accepted.**

4. HOW TO FILE AN ADMINISTRATIVE EXPENSE CLAIM FORM

Enclosed herewith is a copy of an Administrative Expense Claim Form.

If you wish to file an Administrative Expense Claim, you must complete a claim form substantially in the form of the Administrative Expense Claim Form. Your filed Administrative Expense Claim Form must (i) be signed with an original signature by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant; (ii) include supporting documentation (if voluminous, attach a summary) or explanation as to why documentation is not available; (iii) be in the English language; and (iv) be denominated in United States currency.

If you file an Administrative Expense Claim Form and wish to receive a file-stamped receipt copy by return mail, you must include with your Administrative Expense Claim Form an additional copy of your Administrative Expense Claim Form and a self-addressed, postage-paid envelope.

**YOU SHOULD ATTACH TO YOUR COMPLETED ADMINISTRATIVE EXPENSE CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR ADMINISTRATIVE EXPENSE CLAIM IS BASED.**

5. CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE EXPENSE CLAIM FORM BY THE ADMINISTRATIVE EXPENSE CLAIMS BAR DATE

**Except with respect to claims described in Section 2 above, any holder of an Administrative Expense Claim against any Debtor with respect to the Initial Administrative Expense Claims Period who received notice of the Administrative Expense Claims Bar Date (whether such notice was actually or constructively received) and is required, but fails, to file an Administrative Expense Claim Form in accordance with the Bar Date Order and this Administrative Bar Date Notice on or before the Administrative Expense Claims Bar Date, (a) shall be forever barred, estopped, and enjoined from asserting such claim against such Debtor (or filing an Administrative Expense Claim with respect thereto), and such Debtor and its property may upon confirmation of a chapter 11 plan with respect thereto, be forever discharged from all such indebtedness or liability with respect to such claim, and (b) shall not receive or be entitled to receive any payment or distribution of property from the Debtors or their successors or assigns with respect to such claim.**

<table>
<tr><td>Dated:  September 9, 2016<br>Wilmington, Delaware</td><td>Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>R. Craig Martin (DE 5032)<br>Daniel N. Brogan (DE 5723)<br>Kaitlin M. Edelman (DE 5924)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware  19801<br>Telephone:  (302) 468-5700<br>Facsimile:   (302) 394-2341<br>Email:  stuart.brown@dlapiper.com<br>            craig.martin@dlapiper.com<br>            daniel.brogan@dlapiper.com<br>            kaitlin.edelman@dlapiper.com<br><br>*Counsel to Debtors and Debtors in Possession*</td></tr>
</table>

# Exhibit 1

**Administrative Expense Claim Form**

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*, [1] | Case No.  15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 557, 572** |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

1. Name of claimant:

2. Nature and description of the claim (you may attach a separate summary):

3. Date(s) claim arose:

4. Amount of claim:

5. Documentation supporting the claim must be attached hereto.  Documentation should include both evidence of the nature of the administrative expense claim asserted as well as evidence of the date or dates on which the administrative expense claim arose.

Date:            Signature: _____

                 Name:      _____

                 Address:   _____

                            _____

                            _____


                 Phone Number: _____

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are:  ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Fernley, NC 28601.

EAST\129260786.1