THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2016 SEP 20  AM 9: 36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11660 (KJC)<br><br>(Jointly Administered)<br><br>Re: D.I. 557, 572 |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

1. Name of claimant: **Smart Metals Recycling LLC**

2. Nature and description of the claim (you may attach a separate summary): **ATTACHED**

3. Date(s) claim arose: **3/29/2016**

4. Amount of claim: **$13,949.00**

5. Documentation supporting the claim must be attached hereto. Documentation should include both evidence of the nature of the administrative expense claim asserted as well as evidence of the date or dates on which the administrative expense claim arose.

Date: **9/14/2016**   Signature: **Cindy Kresge**
Name: **Cindy Kresge, Accountant**
Address: **PO Box 871**
**Statesville, NC 28687**

Phone Number: **704-873-8878**

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Fernley, NC 28601.

EAST\129260786.1

10:29 AM
09/14/16
Accrual Basis

# Smart Metals Recycling, LLC
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| **Zloop, Inc.** | | | | | | |
| Invoice | 03/29/2016 | SM-678 | | 03/29/2016 | 13,949.00 | 23,949.20 |
| Total Zloop, Inc. | | | | | 13,949.00 | 23,949.20 |
| **TOTAL** | | | | | **13,949.00** | **23,949.20** |

Page 1

# Invoice

Smart Metals Recycling, LLC

P O Box 871
Statesville, NC 28687

| Date | Invoice # |
|---|---|
| 3/29/2016 | SM-678 |

| Bill To |
|---|
| Zloop, Inc.<br>816 13th Street NE<br>Hickory, NC  28601 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Final |  |  | 3/29/2016 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 43,544 | 1 | Copper Yokes<br><br>Sales Order 989 | 0.55 | 23,949.20 |

**Total** $23,949.20