# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*, [1] | Case No. 15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Re D.I. Nos. 566, 568, 572 & 593** |

## ORDER GRANTING DEBTORS' MOTION TO ESTABLISH AMOUNT OF RESERVES TO BE FUNDED BY DEBTORS FOR THE DISPUTED SECURED CLAIM OF E RECYCLING SYSTEMS, LLC UNDER PLAN ARTICLE IX(E)

This matter coming before the Court on the motion (the "Motion"), filed by the above-captioned debtors (collectively, the "Debtors"), for an order establishing the amount of reserves to be funded by the Debtors under the *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Filed by ZLOOP, Inc.* [D.I. 548] (the "Plan")[2] for Disputed Claims, among others, asserted by E Recycling Systems, LLC ("ERS"); and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no trustee or examiner having been appointed in these chapter 11 cases; and due and proper notice of the Motion having been provided as set forth in the Motion, and it appearing that no

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] Defined terms used but not defined in this Motion shall have the meaning ascribed in the Plan.

other or further notice need be provided; and upon the Motion and all of the proceedings had before the Court; and no objections to the Motion having been docketed or served on Debtors; and the Court having entered an Order approving a Stipulation among the Debtors and REI [D.I. 590 ], resolving the Motion solely as it relates to REI; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and granting the Motion as it relates to ERS will fully resolve the Motion; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion, solely as it relates to ERS, is GRANTED, as set forth herein.

2. The ERS Secured Claim is estimated in the amount of $0.00 for the purpose of establishing a reserve for Disputed Claims under the Plan.

3. Nothing in the Motion or this Order, shall be deemed or construed: (i) as an admission as to the validity of any claim or lien against the Debtors or their estates, (ii) as a waiver of the Debtors', the Reorganized Debtors, the Plan Administrator's, or any successor in interests', or other party in interests' rights, to dispute any claim or lien, (iii) as a waiver of any causes of action, defenses or potential rights of setoff the Debtors, the Reorganized Debtors or the Plan Administrator, or any successor in interest, may hold with respect to ERS, (iv) to prejudice any of the Debtors', Reorganized Debtors, or the Plan Administrator's, or any successors in interests', rights to seek relief under any section of the Bankruptcy Code on account of any amounts owed or paid to ERS, or (v) an assumption or rejection of any executory contract.

4.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.


Dated: _____, 2016
Wilmington, Delaware

_____
Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE