**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*,[1] | Case No. 15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 568 |

**PLAN SUPPLEMENT TO DEBTORS' MODIFIED COMBINED DISCLOSURE
STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION**

**PLEASE TAKE NOTICE THAT** ZLOOP, Inc., and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), by and through their attorneys, DLA Piper LLP (US), hereby file this Plan Supplement (the "Plan Supplement") in connection with the *Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation*, dated as of September 2, 2016 [D.I. 568] (as the same may be further modified, amended, and/or supplemented from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that this Plan Supplement includes a form of the following documents, as the same may be modified, amended, and/or supplemented from time to time:

- **EXHIBIT A**—Amended Bylaws
- **EXHIBIT B**—Identity of Plan Administrator
- **EXHIBIT C**—Engagement Letter with Plan Administrator
- **EXHIBIT D**—Drafts of Motion to Substitute Counsel and Transfer Mosing Litigation and related documents
- **EXHIBIT E**—Letter From CRO Terminating Professionals and Transferring Privilege to Plan Administrator
- **EXHIBIT F**—Schedule of Retained Causes of Action
- **EXHIBIT G**—Schedule of Contracts to Be Assumed and/or Assigned Under Plan

**PLEASE TAKE FURTHER NOTICE** that the forms of the documents contained in this Plan Supplement are integral to, and are considered part of, the Plan, but remain subject to final agreement and execution by the parties thereto. If the Plan is approved, the documents

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

EAST\133188016.1

contained in this Plan Supplement will be approved by the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify, and/or supplement any document in this Plan Supplement as provided by the Plan, provided that if any document in this Plan Supplement is altered, amended, modified and/or supplemented in any material respect, the Debtors will file a blackline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek confirmation of the Plan at a hearing scheduled for **October 25, 2016 at 2:00 p.m. (ET)**, before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in Courtroom #5 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

Dated: October 7, 2016
Wilmington, Delaware

Respectfully submitted,

DLA PIPER LLP (US)

 /s/ Daniel N. Brogan
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
Kaitlin M. Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com
craig.martin@dlapiper.com
daniel.brogan@dlapiper.com
kaitlin.edelman@dlapiper.com

*Counsel to Debtors and Debtors in Possession*