**<u>EXHIBIT A:</u>**
(Amended Bylaws)

TO BE FILED