**EXHIBIT B:**
(Identity of Plan Administrator)

**Identity of Plan Administrator:**

As required by 1129(a)(5) of the Bankruptcy Code, the Debtors disclose that the initial Plan Administrator is expected to be Mr. Patrick Trae' O'Pry, CPA, CVA, currently a tax manager at the accounting firm of Broussard Poche', LLP. The Plan Administrator is expected to be compensated at the rate of $250 per hour.

EAST\133188016.1