## EXHIBIT C:
(Draft Engagement Letter with Plan Administrator)

Kendall G. Mosing **DRAFT**
[Address]

_____ \_\_\_, 2016

[NAME]
[Address]
[Address]
[Address]

      **Re:**    **Plan Administrator Service Agreement**

Dear [NAME]:

      The purpose of this letter is to confirm and establish our agreement (this "Agreement") with regard to the nature and scope of your services as Plan Administrator in connection with the Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation (the "Plan").[1]

      All duties and responsibilities created and imposed by this Agreement shall be owed only to the Post-Effective Date Debtor and Mr. Mosing, as Plan Funder, and not to any other individual, Person or Entity.

    1.    <u>Nature of Representation</u>:

      Consistent with the terms of the Plan, and as more fully described therein, you, [NAME], agree to serve as Plan Administrator. Your rights and powers as Plan Administrator are set forth in Section VIII.B of the Plan, and such provisions are incorporated herein by reference.

      Mr. Mosing, as Plan Funder, may in his sole and absolute discretion, remove and replace you as the Plan Administrator at any time, with or without cause, and without order of the Bankruptcy Court.

    2.    <u>Fees and Costs</u>:

      a.    <u>Fees</u>. As compensation for your services as Plan Administrator, you shall receive $250.00 per hour for services provided pursuant to this agreement by you or other certified public accountants employed by Broussard Poche, LLP (the "Hourly Fee").

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

[NAME]
_____ \_\_\_, 2016
Page 2

   b. <u>Costs</u>. You, as Plan Administrator, shall be entitled to reimbursement for reasonable out-of-pocket expenses incurred in connection with services provided as Plan Administrator. Such expenses may include, without limitation, charges for copying, postage and travel.

   3. <u>Indemnification</u>. You, as Plan Administrator, shall be entitled to indemnification from the Post-Effective Date Debtor for claims relating to, arising from, or in connection with your services as Plan Administrator. The Post-Effective Date Debtor shall have no obligation to indemnify you as Plan Administrator, provide contribution or reimbursement for any claim or expense that is either: (a) judicially determined (the determination having become final) to have arisen from your gross negligence or willful misconduct; (b) for a contractual dispute in which the Post-Effective Date Debtor and/or Mr. Mosing alleges the breach of your contractual obligations unless a court of competent jurisdiction determines that indemnification, contribution or reimbursement would be permissible pursuant to *In Re United Artists Theatre Co.*, 315 F.3d 217 (3d. Cir. 2003); or (c) settled prior to judicial determination as to the exclusions set forth in clauses (a) and (b) above, but determined by the Court, after notice and a hearing to be a claim or expense for which you, as Plan Administrator, should not receive indemnity, contribution, or reimbursement under the terms of this Agreement.

   4. <u>Reasonableness of This Agreement</u>. Each of the parties hereto has had the opportunity to receive the advice of counsel with respect to this Agreement and each party explicitly agrees that the terms hereof are reasonable. Each party further agrees that no party will challenge any term herein as being unreasonable.

   5. <u>Miscellaneous</u>. The parties agree that, in the event of ambiguity or unanticipated circumstances, this Agreement shall not be construed against Mr. Mosing, as Plan Funder, but rather shall be construed, by interpolation or extrapolation or otherwise, in a manner to be fair to all parties. This Agreement contains the entire agreement between the parties regarding the subject matter hereof and may not be amended except in writing signed by both parties. Neither this Agreement nor any of its obligations shall be assigned by you, as Plan Administrator, without Mr. Mosing's, as Plan Funder, written consent. This Agreement is binding upon and shall be enforceable by the parties and their respective successors and permitted assigns. This Agreement shall become binding upon each party immediately upon execution and delivery, without the necessity of all parties signing and delivering this Agreement. This Agreement may be executed in any number of counterparts, each of which when executed shall become an original, and such counterparts together shall constitute one and the same instrument. To the extent any provision of this Agreement is invalid or unenforceable, such provision shall be ineffective to the extent of such invalidity or unenforceability, without invalidating the remainder of such provision or the remaining provisions of this Agreement.

   6. <u>Termination</u>. Either of us may terminate this Engagement at any time for any reason by written notice.

[NAME]

_____ ___, 2016

Page 3

                                          By: _____
                                                    Kendall Mosing

AGREED TO AND ACCEPTED BY:

[_____]

By: _____
     Name:
     Title:

RLF1 15333640v.1