**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                                         :    Chapter 11
In re:                                                   :
                                                         :    Case No. 15-11660 (KJC)
ZLOOP, INC., et al.,                                     :
                                                         :    Jointly Administered
                              Debtors.[1]                :
                                                         :    **Obj. Deadline: 11/9/16 at 4:00 p.m. (ET)**
---------------------------------------------------------x    **Hrg. Date: Only if objections are filed**


**THIRTEENTH MONTHLY FEE APPLICATION OF COLE SCHOTZ P.C., COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| | |
|---|---|
| Name of Applicant: | **COLE SCHOTZ P.C.** |
| Authorized to provide professional services to: | **The Official Committee of Unsecured Creditors of ZLOOP, INC., *et al.*** |
| Date of retention: | **October 15, 2015, *nunc pro tunc* to September 4, 2015** |
| Period for which compensation and reimbursement is sought: | **September 1, 2016 through September 30, 2016** |
| Amount of compensation sought as actual, reasonable and necessary: | **$3,264.00 (80% of $4,080.00)** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$20.46** |
| This is a: | **Thirteenth Monthly Application** |

The total time expended in September 2016 for the preparation of the Applicant's eleventh and twelfth monthly fee applications was approximately 3.8 hours, and the corresponding compensation requested is $1,607.50. The time expended for the preparation of Cole Schotz's thirteenth monthly fee application will be included in Cole Schotz's next fee application.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

54434/0001-13662935v1

**ZLOOP, INC.,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| Name of Professional Person | Date of Bar Admission | Position with Cole Schotz and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| David R. Hurst | 1998 | Member (since 2013) | $650.00 | 4.5 | $2,925.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $275.00 | 4.2 | $1,155.00 |
| | | **TOTALS** | | **8.7** | **$4,080.00** |

**Blended Rate:  $468.97**

\* This rate is Cole Schotz P.C.'s regular hourly rate for legal services.  All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2016).

54434/0001-13662935v1

## ZLOOP, INC., *et al.*

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 1.5 | $412.50 |
| Committee Matters and Creditor Meetings | 0.2 | $130.00 |
| Fee Application Matters/Objections | 4.1 | $1,690.00 |
| Preparation for and Attendance at Hearings | 0.1 | $27.50 |
| Reorganization Plan | 2.8 | $1,820.00 |
| **TOTAL** | **8.7** | **$4,080.00** |

## ZLOOP, INC., *et al.*

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Photocopying/Printing/Scanning (108 pages @ $0.10/page) | | $10.80 |
| Postage | | $8.16 |
| Court Fees | PACER Service Center | $1.50 |
| **Total** | | **$20.46** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
                                                        :   Case No. 15-11660 (KJC)
ZLOOP, INC., et al.,                                    :
                                                        :   Jointly Administered
               Debtors.[1]                              :
                                                        :   **Obj. Deadline: 11/9/16 at 4:00 p.m. (ET)**
------------------------------------------------------- x   **Hrg. Date: Only if objections are filed**

**THIRTEENTH MONTHLY FEE APPLICATION OF COLE SCHOTZ P.C., COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

Cole Schotz P.C. ("Cole Schotz"), counsel to the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases, hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for allowance of compensation for services rendered and reimbursement of expenses for the period from September 1, 2016 through and including September 30, 2016 (the "Application Period"), and respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are:  ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

54434/0001-13662935v1

2.     The statutory and legal predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.     The Chapter 11 Cases**

3.     On August 9, 2015 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

4.     The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5.     On September 2, 2015, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors in the Chapter 11 Cases (the "Committee") pursuant to section 1102(a) of the Bankruptcy Code [Docket No. 59].

**B.     The Retention of Cole Schotz**

6.     On September 25, 2015, the Committee applied [Docket No. 121] to the Court for an order authorizing it to retain and employ Cole Schotz as its counsel, *nunc pro tunc* to September 4, 2015.  On October 15, 2015, the Court entered an order [Docket No. 155] (the "Retention Order") authorizing such retention.

**C.     The Interim Compensation Order**

7.     On September 14, 2015, this Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 89] (the "Interim Compensation Order"),[2] which sets forth the

---

[2]     Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

procedures for interim compensation and reimbursement of expenses in these cases. Specifically, the Interim Compensation Order provides that a Professional may file and serve a Monthly Fee Application on or after the twentieth (20th) day of each month following the month for which compensation is sought. Provided that there are no objections to the Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application. If an objection is filed to the Monthly Fee Application, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject to an objection.

### RELIEF REQUESTED

8.  Pursuant to the Interim Compensation Order and section 331 of the Bankruptcy Code, Cole Schotz is seeking compensation in the amount of $3,264.00, which is equal to eighty percent (80%) of the $4,080.00 in fees for professional services rendered by Cole Schotz during the Application Period. This amount is derived solely from the applicable hourly billing rates of the Firm's personnel who rendered such services to the Committee. In addition, Cole Schotz is seeking reimbursement of expenses incurred during the Application Period in the amount of $20.46.

9.  Attached hereto as Exhibit A is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters during the Application Period. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

**ALLOWANCE OF COMPENSATION**

10. Bankruptcy Code section 330 authorizes the Court to award "reasonable compensation for actual, necessary services rendered by the … professional person …." 11 U.S.C. § 330.  In order to evaluate a request for allowance of fees by a professional person, a court must determine whether the services rendered were actual and necessary and the fees requested are reasonable.  Cole Schotz respectfully submits that its request for a monthly award of compensation for the Application Period satisfies this standard.

11. Cole Schotz serves as counsel to the Committee and is active in all aspects of the Chapter 11 Cases.  The following summary discusses the services provided by Cole Schotz professionals to the Committee in matter categories for which the dollar value of Cole Schotz's services for the Application Period exceeds $1,000.  The full breadth of Cole Schotz's services for the time period is reflected in the attached Exhibit A.

   a) <u>Fee Application Matters/Objections</u> (4.1 hours: $1,690.00). During the Application Period, Cole Schotz professionals prepared and filed Cole Schotz's eleventh and twelfth monthly fee applications.

   b) <u>Reorganization Plan</u> (2.8 hours; $1,820.00).  During the Application Period, Cole Schotz professionals reviewed and analyzed stipulations resolving confirmation issues regarding the Debtors' proposed combined plan and disclosure statement.  Cole Schotz professionals also communicated regularly with counsel to the Debtors and other case constituents regarding plan-related matters.

4

## REIMBURSEMENT OF EXPENSES

12. Attached hereto as Exhibit B is a description of the expenses incurred by the Applicant in the performance of services rendered as counsel to the Committee during the Application Period, which expenses total $20.46. Such expenses may include, but are not limited to, copying,[3] printing, scanning, telecopy,[4] postage and court fees.

## NOTICE

13. Applicant will provide notice of this Application to: (i) the Debtors, ZLOOP, Inc., 816 13th Street NE, Hickory, NC 28601 (Attn: Robert S. LaBarge); (ii) counsel to the Debtors, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801 (Attn: Stuart M. Brown, Esq. and Daniel N. Brogan, Esq.); and (iii) the Office of the United States Trustee for the District of Delaware, 844 North King Street, Room 2207, Wilmington, DE 19801 (Attn: David L. Buchbinder, Esq.). In light of the nature of the relief requested, Cole Schotz submits that no other or further notice is required.

## NO PRIOR REQUEST

14. No prior request for the relief sought in this Application has been made to this or any other court.

---

[3] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Cole Schotz does not charge more than $0.10 per page for photocopies.

[4] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Cole Schotz does not charge for incoming facsimile transmissions and does not charge more than $1.00 per page for outgoing facsimiles.

## CERTIFICATE OF COMPLIANCE AND WAIVER

15. The undersigned representative of Cole Schotz certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Cole Schotz believes that such deviations are not material and respectfully requests that any such requirements be waived.

WHEREFORE, Cole Schotz respectfully requests (a) approval and payment of monthly compensation for professional services rendered as attorneys for the Committee in the amount of $3,264.00 (which amount equals eighty percent (80%) of the fees incurred during the Application Period); (b) reimbursement of actual and necessary expenses incurred in the amount of $20.46; and (c) such other and further relief as is just and proper.

Date:  Wilmington, Delaware
       October 20, 2016

COLE SCHOTZ P.C.

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

- and -

Daniel F.X. Geoghan
1325 Avenue of the Americas
19th Floor
New York, New York 10019
Telephone: (646) 563-8925
Facsimile: (646) 563-7925

*Counsel for Official Committee of Unsecured Creditors*

6