**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*,[1] | Case No. 15-11660 (KJC) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2016 AT 2:00 P.M. (ET)**[3]

**CONTINUED MATTERS:**

1. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing [D.I. 9; Filed 8/9/15].

    **Response Deadline:** October 8, 2015 at 4:00 p.m. (ET). Extended to March 23, 2016 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing [D.I. 20; Filed 8/11/15].

    B.  Notice of Entry of Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing [D.I. 24; Filed 8/11/15].

    C.  Notice of Adjourned Hearing on (I) Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing; and (II) Kendall G. Mosing's Motion for Leave Pursuant to Federal

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] Amendments to the Agenda are included in **BOLD** typeface.

[3] Parties wishing to participate in the hearing telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).
EAST\130631478.2

>
> Rule of Bankruptcy Procedure 2004 to Request Documents From, and Conduct Examination of, Debtors and Certain Third Parties [D.I. 393; Filed 4/14/16].
>
> D. Notice of Adjourned Hearing on Motions [D.I. 419; Filed 4/26/16].
>
> **Responses Received:**
>
> A. Kendall G. Mosing's Preliminary Objection and Reservation of Rights Regarding the Debtors' Cash Collateral Motion [D.I. 94; Filed 9/14/15].
>
> **Status:** This matter has been adjourned to a date to be determined.

2. Kendall G. Mosing's Motion for Leave Pursuant to Federal Rule of Bankruptcy Procedure 2004 to Request Documents from, and Conduct Examination of, Debtors and Certain Third Parties [D.I. 128; Filed 9/28/15].

   **Response Deadline:** October 8, 2015 at 4:00 p.m. (ET). Extended to February 17, 2016 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Notice of Agreement Pursuant to Local Rule 2004-1 [D.I. 141; Filed 10/2/15].

   B. Order Approving Stipulation Regarding Standstill [D.I. 192; Filed 11/16/15].

   C. Order Approving Stipulation Extending Standstill [D.I. 254; Filed 12/29/15].

   D. Notice of Adjourned Hearing on (I) Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Finding Adequate Protection is Not Required, and (III) Scheduling a Final Hearing; and (II) Kendall G. Mosing's Motion for Leave Pursuant to Federal Rule of Bankruptcy Procedure 2004 to Request Documents From, and Conduct Examination of, Debtors and Certain Third Parties [D.I. 393; Filed 4/14/16].

   E. Notice of Adjourned Hearing on Motions [D.I. 419; Filed 4/26/16].

   **Responses Received:**

   A. Debtors' Preliminary Objection to Kendall G. Mosing's Motion for Leave Pursuant to Federal Rule of Bankruptcy Procedure 2004 to Request Documents From and Conduct Examination of, Debtors and Certain Third Parties [D.I. 338; Filed 2/17/16].

**Status:** This matter will be deemed withdrawn upon entry of the confirmation order.

3. United States Trustee's Motion to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112 [D.I. 305; Filed 2/5/2016].

   **Response Deadline:** February 17, 2016 at 4:00 p.m. (ET). Extended to April 19, 2016 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Kendall G. Mosing and ZLOOP LA, LLC's Request for and Joinder to the United States Trustee's Request to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112 [D.I. 308; Filed 2/8/2016].

   B. Debtors' Emergency Motion for Entry of an Order Setting a Scheduling Conference for the Conversion Motions [D.I. 321; Filed 2/12/2016].

   C. Motion to Shorten Notice and Objection Periods on the Debtors' Emergency Motion for Entry of an Order Setting a Scheduling Conference for the Conversion Motions [D.I. 322; Filed 2/12/2016].

   D. Order Setting a Scheduling Conference for the Conversion Motions [D.I. 323; Filed 2/15/16].

   E. Notice of Hearing on (I) United States Trustee's Motion to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112; and (II) Debtors' Motion for an Order (i) Approving Disclosure Statement, (ii) Approving Notice and Objection Deadline and Procedures for the Disclosure Statement Hearing, (iii) Establishing Solicitation and Voting Procedures, (iv) Scheduling a Confirmation Hearing, and (v) Establishing Notice and Objection Deadline and Procedures for Confirmation of the Plan [D.I. 394; Filed 4/14/16].

   F. Official Committee of Unsecured Creditors' Joinder to United States Trustee's Request to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. Section 1112 [D.I. 405; Filed 4/25/16].

   G. Notice of Adjourned Hearing on Motions [D.I. 419; Filed 4/26/16].

   H. Supplemental Declaration Of Michael T. Panacio In Support Of Motion Of The United States Trustee For Entry Of An Order Converting The Debtors Chapter 11 Case To A Case Under Chapter 7 Pursuant, Or, Alternatively, Dismissing The Debtors Chapter 11 Case Pursuant To 11 U.S.C. § 1112(B) [D.I. 518; Filed 7.7/2016].

**Responses Received:**

    A.    Debtors' (I) Preliminary Omnibus Objection to (1) United States Trustee's Motion to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112; and (2) Kendall G. Mosing and Zloop LA, LLC's Request for and Joinder to the United States Trustee's Request to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. § 1112; and (II) Motion to Continue Hearing on Motions to Convert [D.I. 375; Filed 3/11/16].

**Status:** This matter will be deemed withdrawn upon entry of the confirmation order.

**MATTERS GOING FORWARD:**

4.    Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 568; Filed 9/2/16].

**Response Deadline:** October 17, 2016 at 4:00p.m. (ET).

**Related Documents:**

    A.    Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Blacklined] [D.I. 569; Filed 9/2/16].

    B.    Order Approving (A) Approving the Modified Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Administrative Expense Bar Date and Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Approving the Related Form of Notice [D.I. 572; Filed 9/6/16].

    C.    Notice of (I) Establishment of Solicitation and Voting Procedures and (II) Final Hearing on Confirmation of Combined Plan and Disclosure Statement [D.I. 574; Filed 9/6/16].

    D.    Amended Notice of (I) Establishment of Solicitation and Voting Procedures and (II) Final Hearing on Confirmation of Combined Plan and Disclosure Statement [D.I. 577; Filed 9/9/16].

    E.    Order Approving Stipulation Resolving Debtors' Motion to Establish Amount of Reserves to be Funded by Debtors for Disputed Secured Claims Under Plan Article IX(E) as to Recycling Equipment, Inc. [D.I. 590; Filed 9/21/16].

F. Order Granting Debtors' Motion to Establish Amount of Reserves to be Funded by Debtors for the Disputed Secured Claim of E Recycling Systems, LLC Under Plan Article IX(E) [D.I. 594; Filed 9/23/16].

G. Plan Supplement to Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 609; Filed 10/7/16].

H. Declaration of Matthew R. Tomlin, CPA on Behalf of Miller Coffey Tate LLP Regarding Voting and Tabulation of Ballots Accepting and Rejecting Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 625; Filed 10/20/16].

I. Debtors' Objection to Request of Recycling Equipment, Inc. for Payment of Administrative Expense Claim [D.I. 627; Filed 10/21/16].

J. Proposed Order Confirming Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 628; Filed 10/21/16].

K. Declaration of William H. Henrich in Support of Approval and Confirmation of Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 629; Filed 10/21/16].

L. **Exhibit A to Plan Supplement to Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 634; Filed 10/25/16].**

M. **[BLACKLINE] [Proposed] Order Confirming and Approving on a Final Basis Debtors Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 635; Filed 10/25/16].**

**Responses Received:**

A. Reservation of Rights filed by Boston and LaBarge [D.I. 618; Filed 10/14/16].

B. Objection of Recycling Equipment, Inc. to Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 619; Filed 10/14/16].

C. Objection to Plan [D.I. 621; Filed 10/17/16].

D. Objection of MSS, Inc. to Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 622; Filed 10/17/16].

    E.      Debtors' Reply to Plan and Disclosure Statement Objections and in Support of Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 626; Filed 10/20/16].

    **Status:**  This matter is going forward.

5.    Request for Payment of Administrative Expense Claims [D.I. 589; Filed 9/20/16].

    **Response Deadline:**  October 18, 2016 at 4:00 p.m. (ET).

    **Related Documents:**  None.

    **Responses Received:** None.

    **Status:**  This matter is going forward.

## INTERIM FEE APPLICATIONS:

6.    Interim Fee Applications.

**Status:**  The Fee Applications listed on Exhibit A will be going forward**.**

Dated:  October 25, 2016
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/  Stuart M. Brown
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
Kaitlin M. Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
Telephone:  (302) 468-5700
Facsimile:   (302) 394-2341
Email:  stuart.brown@dlapiper.com
        craig.martin@dlapiper.com
        daniel.brogan@dlapiper.com
        kaitlin.edelman@dlapiper.com

*Counsel to Debtors and Debtors in Possession*