UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re : ZLOOP, Inc.

Case No. 15-11660
Reporting Period: September 1, 2016 - September 30, 2016

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | N/A | | |
| Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    10/31/16
Signature of Debtor                 Date

_____    _____
Signature of Joint Debtor           Date

_____    10/31/16
Signature of Authorized Individual  Date

WILLIAM H. HENRICH                  CRO
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re ZLOOP, Inc.  
Debtor  
Case No. 15-11660  
Reporting Period: September 1, 2016 - September 30, 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | PATRIOT | Union Bank Operating | Union Bank Payroll | Union Bank Savings | First Citizens Bank | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED | CUMULATIVE FILING TO DATE ACTUAL | CUMULATIVE FILING TO DATE PROJECTED |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $1.00 | $2,367,154.66 | $19.64 | $685.50 | ($3.00) | $2,367,857.80 | | $19,274.15 | |
| **RECEIPTS** | | | | | | | | | |
| CASH SALES | | | | | | 0.00 | | 0.00 | |
| ACCOUNTS RECEIVABLE | | 8,380.18 | | | | 8,380.18 | | 307,140.37 | |
| OTHER RECEIVABLES | | | | | | 0.00 | | 3,945.45 | |
| SALE OF ASSETS | | | | | | 0.00 | | 2,259,371.49 | |
| OTHER (ATTACH LIST) | | | | | | 0.00 | | 499,044.20 | |
| TRANSFERS (FROM DIP ACCTS) | | | 100.00 | | | 100.00 | | 334,906.11 | |
| TOTAL RECEIPTS | $0.00 | $8,380.18 | $100.00 | $0.00 | $0.00 | $8,480.18 | | $3,404,407.62 | |
| **DISBURSEMENTS** | | | | | | | | | |
| NET PAYROLL | | | | | | 0.00 | | 227,290.44 | |
| PAYROLL TAXES & FEES | | | 115.56 | | | 115.56 | | 83,750.16 | |
| OFFICE EXPENSES | | | | | | 0.00 | | 2,908.89 | |
| BANK FEES | | 50.00 | | | | 50.00 | | 903.74 | |
| SHIPPING AND DELIVERY EXPENSE | | | | | | 0.00 | | 18,544.78 | |
| AUTOMOBILE EXPENSES | | | | | | 0.00 | | 5,454.39 | |
| REPAIR AND MAINTENANCE | | | | | | 0.00 | | 15,300.45 | |
| TRAVEL | | | | | | 0.00 | | 22,005.05 | |
| INTERNET | | | | | | 0.00 | | 8,170.67 | |
| LEGAL AND PROFESSIONAL (ORD.) | | | | | | 0.00 | | 31,209.70 | |
| ACCOUNTING (ORD.) | | | | | | 0.00 | | 2,600.00 | |
| MEALS AND ENTERTAINMENT | | | | | | 0.00 | | 4,730.14 | |
| UTILITIES | | | | | | 0.00 | | 48,731.62 | |
| EMPLOYEE EXPENSES | | | | | | 0.00 | | 3,241.81 | |
| COST OF GOODS SOLD | | | | | | 0.00 | | 105,064.92 | |
| HEALTH INSURANCE | | | | | | 0.00 | | 15,932.71 | |
| INSURANCE - OTHER | | | | | | 0.00 | | 27,870.65 | |
| COMPUTER EQUIPMENT/SOFTWARE | | | | | | 0.00 | | 2,162.14 | |
| PERMITS/LICENSES | | | | | | 0.00 | | 1,300.00 | |
| DUES/SUBSCRIPTIONS | | | | | | 0.00 | | 549.00 | |
| WAREHOUSE SUPPLIES | | | | | | 0.00 | | 4,982.78 | |
| ASSET SALE COSTS | | | | | | 0.00 | | 23,884.00 | |
| EQUIPMENT RENT | | | | | | 0.00 | | 2,292.00 | |
| OTHER (ATTACH LIST) | | | | | | 0.00 | | 50,498.14 | |
| TRANSFERS (TO DIP ACCTS) | | 100.00 | | | | 100.00 | | 334,906.11 | |
| PROFESSIONAL FEES | | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | 0.00 | | 8,125.00 | |
| COURT COSTS | | | | | | | | | |
| TOTAL DISBURSEMENTS | 0.00 | 150.00 | 115.56 | 0.00 | 0.00 | 265.56 | | 1,047,609.35 | |
| NET CASH FLOW | $0.00 | $8,230.18 | ($15.56) | $0.00 | $0.00 | $8,214.62 | | $2,356,798.27 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | |
| CASH - END OF MONTH | $1.00 | $2,375,384.84 | $4.08 | $685.50 | ($3.00) | $2,376,072.42 | | $2,376,072.42 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ 265.56 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ (100.00) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 165.56 |

FORM MOR-1

**ZLOOP, Inc.**

Case No. 15-11660
Reporting Period: September 1, 2016 - September 30, 2016

Other Receipts:

None

Other Disbursements:

None

In re ZLOOP, Inc.     Debtor

Case No. 15-11660
Reporting Period: September 1, 2016 - September 30, 2016

BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Patriot Bank | Union Bank Operating | Union Bank Payroll | Union Bank/Utilities | First Citizens Bank |
|---|---|---|---|---|---|
| | #1994 #9589 | #9597 | #9605 | #7831 | |
| BALANCE PER BOOKS | $1.00 | $2,375,384.84 | $4.08 | $685.50 | -$3.00 |
| BANK BALANCE | $1.00 | $2,375,384.84 | $4.08 | $685.50 | -$3.00 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | $0.00 | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | $0.00 | $0.00 | | |
| OTHER (ATTACH EXPLANATION) | | | | | |
| ADJUSTED BANK BALANCE * | $1.00 | $2,375,384.84 | $4.08 | $685.50 | -$3.00 |
| * Adjusted bank balance must equal balance per books | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| CHECKS OUTSTANDING | Ch. # | Amount | Ch. # | Amount | Ch. # | Amount | Ch. # | Amount | Ch. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| OTHER | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

In re ZLOOP, Inc.
Debtor

Case No. 15-11660
Reporting Period: September 1, 2016 - September 30, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |

FORM MOR-1b (04/07)


## STATEMENT OF ACCOUNTS

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES    CA   90051-3840

Page 1 of 1
ZLOOP, INC.
Statement Number: 2133489589    H
9/1/16 - 9/30/16

Customer Inquiries
800-669-8661

CY30 M  0 M 0000
ZLOOP, INC.
OPERATING    C/O FRANK MELAZZO
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
4552 RUSTLING WOODS DRIVE
DENVER NC 28037

Thank you for banking with us
since 2015

*The Bill Concentration Service has been renamed to E-Lockbox. Please note the name change for future references to this product. There are no changes to the product at this time, however, any new enhancements will refer to the product as E-Lockbox.*

### ANALYZED BUSINESS CHECKING SUMMARY

Days in statement period: 30

Account Number: 2133489589

| | | |
|---|---:|---:|
| Beginning balance on 9/1 | $ | 2,367,154.66 |
| Total Credits | | 8,380.18 |
|   Deposits ( 1 ) | 5,943.30 | |
|   Electronic credits ( 1 ) | 2,436.88 | |
| Total Debits | | -150.00 |
|   Other debits, fees and adjustments ( 2 ) | -150.00 | |
| Ending Balance on 9/30 | $ | 2,375,384.84 |

### CREDITS

**Deposits**
including check and cash credits

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 9/7 | BANK-BY-MAIL DEPOSIT  # 0000912934 | 46937964 | $ 5,943.30 |

**Electronic credits**

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 9/29 | WIRE TRANS  TRN 0929015437 092916 594540027210<br>Received From:<br>  JPMORGAN CHASE BANK<br>Originator:<br>  WISTRON GREENTECH TEXAS | 93051685 | $ 2,436.88 |

### DEBITS

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 9/19 | TELEPHONE TRANSFER | 99350697 | $ 100.00 |
| 9/26 | BANK SERVICES FEE (CHK) | 90263281 | 50.00 |
| | 2 Other debits, fees and adjustments | Total amount $ | 150.00 |

### DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---:|---|---:|---|---:|
| 9/1-9/6 | $ 2,367,154.66 | 9/19-9/25 | $ 2,372,997.96 | 9/29-9/30 | $ 2,375,384.84 |
| 9/7-9/18 | 2,373,097.96 | 9/26-9/28 | 2,372,947.96 | | |



# STATEMENT OF ACCOUNTS

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES    CA  90051-3840

Page 1 of 1
ZLOOP, INC.
Statement Number: 2133489597    H
9/1/16 - 9/30/16

Customer Inquiries
800-669-8661

CY30 M  0 M 0000
ZLOOP, INC.
PAYROLL      C/O FRANK MELAZZO
CHAPTER II DEBTOR IN POSSESION (DIP)
CASE #15-11660
4552 RUSTLING WOODS DRIVE
DENVER NC 28037

Thank you for banking with us
since 2015

*The Bill Concentration Service has been renamed to E-Lockbox. Please note the name change for future references to this product. There are no changes to the product at this time, however, any new enhancements will refer to the product as E-Lockbox.*

## ANALYZED BUSINESS CHECKING SUMMARY

Days in statement period: 30                                           Account Number: 2133489597

| | | |
|---|---|---|
| Beginning balance on 9/1 | $ | 19.64 |
| Total Credits | | 100.00 |
| Other credits and adjustments ( 1 ) | 100.00 | |
| Total Debits | | -115.56 |
| Electronic debits ( 1 ) | -115.56 | |
| Ending Balance on 9/30 | $ | 4.08 |

## CREDITS

### Other credits and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 9/19 | TELEPHONE TRANSFER | 99350698 | $ 100.00 |

## DEBITS

### Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 9/22 | ADP Tax/401k   Tax/401k  CCD   R8BXH 9142842VV | 51253733 | $ 115.56 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 9/1-9/18 | $ 19.64 | 9/19-9/21 | 119.64 | 9/22-9/30 | $ 4.08 |

MIX
Paper from
responsible sources
FSC  FSC® C121803



0000233-014772



# STATEMENT OF ACCOUNTS

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES    CA    90051-3840

Page 1 of 1
ZLOOP, INC.
Statement Number: 2133489605
9/1/16 - 9/30/16

Customer Inquiries
800-669-8661

CY30 M 0M 0000
ZLOOP, INC.
UTILITIES ASSURANCE    C/O FRANK MELAZZO
CHAPTER 11 DEBTOR IN POSSESION (DIP)
CASE #15-11660
4552 RUSTLING WOODS DRIVE
DENVER NC 28037

Thank you for banking with us since 2015

■ The Bill Concentration Service has been renamed to E-Lockbox. Please note the name change for future references to this product. There are no changes to the product at this time, however, any new enhancements will refer to the product as E-Lockbox.

## ANALYZED BUSINESS CHECKING SUMMARY

Days in statement period: 30

Account Number: 2133489605

| | | |
|---|---|---|
| Beginning balance on 9/1 | $ | 685.50 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Ending Balance on 9/30 | $ | 685.50 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 9/1-9/30 | $ 685.50 | | | | |



0000233-014773

**ZLOOP, Inc.**
**Disbursements**
**9/1/16-9/30/16**

| Date | Amount | Payee | Account |
|---|---|---|---|
| 9/22/2016 | $ 115.56 | ADP, LLC | Union Bank - Payroll |
| 9/26/2016 | $ 50.00 | Union Bank | Union Bank - Operating |
| | $ 165.56 | | |

In re ZLOOP, Inc.  
Debtor

Case No. 15-11660  
Reporting Period: September 1, 2016 - September 30, 2016

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ - | $ 308,866 |
| Less: Returns and Allowances | | |
| Net Revenue | $ - | $ 308,866 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | 118,880 |
| Gross Profit | $ - | $ 189,986 |
| **OPERATING EXPENSES** | | |
| Accounting (Ordinary Course) | | 2,800 |
| Auto and Truck Expense | | 4,545 |
| Bank Fees | 50 | 904 |
| Dues and Subscription | | 848 |
| Insurance | | 43,791 |
| Internet | | 3,445 |
| Legal and professional (Ordinary Course) | 3,024 | 55,942 |
| Meals and Entertainment | | 5,586 |
| Office Expense | | 2,937 |
| Payroll Taxes | 116 | 79,518 |
| Permits and Licenses | | 1,300 |
| Rent | | - |
| Repair and Maintenance | | 22,329 |
| Salaries and Wages | | 284,464 |
| Equipment Rent | | 2,292 |
| Shipping and Delivery Expense | | 4,260 |
| Supplies Office and Warehouse | 1,102 | 8,504 |
| Telephone Expense | | 5,762 |
| Travel | | 3,332 |
| Utilities | 5,941 | 41,562 |
| Commissions and Fees | | 202 |
| Freight & Delivery | | 20,437 |
| Mileage Reimbursement | | 22,870 |
| Other (attach schedule) | | 23,140 |
| Total Operating Expenses Before Depreciation | 10,233 | 640,771 |
| Depreciation/Depletion/Amortization | | 1,618,568 |
| Net Profit (Loss) Before Other Income & Expenses | $ (10,233) | $ (2,069,353) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | 0 | 2 |
| Other Expense (attach schedule) | 32,872 | 32,901 |
| Net Profit (Loss) Before Reorganization Items | $ (43,105) | $ (2,102,256) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $ 144,540 | $ 3,243,161 |
| U. S. Trustee Quarterly Fees | | 5,524 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | (7,789,838) |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | (144,540) | (11,038,523) |
| Income Taxes | | |
| Net Profit (Loss) | $ (187,645) | $ (13,140,780) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(04/07)

In re ZLOOP, Inc.  
    Debtor

Case No. 15-11660  
Reporting Period: September 1, 2016 - September 30, 2016

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Contract Labor | | 7,060 |
| Advertising - Write-off Race Tickets | | 16,080 |
| | | 23,140 |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| Penalties | | 29 |
| Franchise Taxes | 32,872 | 32,872 |
| | 32,872 | 32,901 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re ZLOOP, Inc.**
Debtor

Case No. 15-11660
Reporting Period: September 1, 2016 - September 30, 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $ 2,376,072 | $ 19,274 |
| Restricted Cash and Cash Equivalents | | |
| Accounts Receivable (Net) | 90,604 | 88,745 |
| Notes Receivable | | |
| Inventories | | 29,586 |
| Prepaid Expenses | 517,188 | 576,768 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | 4,678,460 | 5,060,352 |
| *TOTAL CURRENT ASSETS* | $ 7,662,325 | $ 5,774,725 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | $ 2,797,924 |
| Machinery and Equipment | | 10,627,915 |
| Furniture, Fixtures and Office Equipment | | 336,257 |
| Leasehold Improvements | | |
| Vehicles | | 336,668 |
| Less Accumulated Depreciation | | (2,672,342) |
| *TOTAL PROPERTY & EQUIPMENT* | $ - | $ 11,426,422 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | $ 69,907 | $ 297,530 |
| *TOTAL OTHER ASSETS* | $ 69,907 | $ 297,530 |
| **TOTAL ASSETS** | $ 7,732,232 | $ 17,498,676 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | $ 62,029 | |
| Taxes Payable (refer to FORM MOR-4) | 32,872 | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | 3,243,161 | |
| Amounts Due to Insiders* | 54,500 | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ 3,392,562 | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | 183,387 | 201,613 |
| Unsecured Debt | 23,967,412 | 23,967,412 |
| *TOTAL PRE-PETITION LIABILITIES* *** | $ 24,150,799 | $ 24,169,025 |
| *TOTAL LIABILITIES* | $ 27,543,361 | $ 24,169,025 |
| **OWNER EQUITY** | | |
| Capital Stock | $ 10,000 | $ 10,000 |
| Additional Paid-In Capital | 2,090,000 | 2,090,000 |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | (8,770,349) | (8,770,349) |
| Retained Earnings - Postpetition | (13,140,780) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ (19,811,129) | $ (6,670,349) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 7,732,232 | $ 17,498,676 |

*"Insider" is defined in 11 U.S.C. Section 101(31).
*** Prepetition Liabilities include certain amounts that are Contingent, Unliquidated and/or Disputed.

FORM MOR-3
(04/07)

In re ZLOOP, Inc.  
Debtor

Case No. 15-11660  
Reporting Period: September 1, 2016 - September 30, 2016

## BALANCE SHEET - continuation sheet

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---:|---:|
| **Other Current Assets** | | | |
| | Kendall Mosing | $ 800,000 | $ 800,000 |
| | Intercompany receivable - ZLOOP Nevada, LLC | 2,330,506 | 2,552,192 |
| | Intercompany receivable - ZLOOP Knitting Mill, LLC | 286,253 | 281,096 |
| | Shareholder Advances | 1,086,454 | 1,289,264 |
| | Other Receivables | 135,000 | 137,800 |
| | REI Escrow | 40,247 | |
| | | $ 4,678,460 | $ 5,060,352 |
| **Other Assets** | | | |
| | Franchise Costs | $ 69,907 | $ 69,907 |
| | Intellectual Property | | 227,623 |
| | | | |
| | | | |
| | | | |
| | | $ 69,907 | $ 297,530 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Adjustments to Owner Equity** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re ZLOOP, Inc.  
Debtor

Case No. 15-11660  
Reporting Period: September 1, 2016 - September 30, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| FICA-Employee | 0.00 | | | | | 0.00 |
| FICA-Employer | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | | | | | 0.00 |
| Income | | | | | | |
| Other: Domestic Support Obligations | | | 0.00 | | | 0.00 |
| Total Federal Taxes | 0.00 | | 0.00 | | | 0.00 |
| **State and Local** | | | | | | |
| Withholding | 0.00 | | 0.00 | | | 0.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 0.00 | 115.56 | 115.56 | 9/22/2016 | EFT | 0.00 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 0.00 | 115.56 | 115.56 | | | 0.00 |
| **Total Taxes** | 0.00 | 115.56 | 115.56 | | | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $10,068.60 | $1,054.80 | $3,259.78 | $37,645.50 | $10,000.00 | $62,028.68 |
| Wages Payable | | | | | | $0.00 |
| Taxes Payable | $32,872.00 | | | | | $32,872.00 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees** | $3,243,160.88 | | | | | $3,243,160.88 |
| Amounts Due to Insiders* | | | | | $54,500.00 | $54,500.00 |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | $3,286,101.48 | $1,054.80 | $3,259.78 | $37,645.50 | $64,500.00 | $3,392,561.56 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

** Accrual for retained restructuring professionals through September 2016, based upon fee applications filed to date.

ZLOOP, Inc.
Accounts Payable Aging
As of September 30, 2016

| Vendor | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 90+ Days | Total |
|---|---|---|---|---|---|---|
| B&M Electric Motor Service | | | | $558.23 | | $558.23 |
| Blue Ridge Lawncare | | $490.00 | $495.00 | $370.00 | | $1,355.00 |
| Bolt & Tool Supply of Hickory | | $574.17 | | $365.29 | | $939.46 |
| Bruning & Federle Manufacturing | | | | $270.00 | | $270.00 |
| Catawaba County Tax Collector | | | $2,360.62 | | | $2,360.62 |
| Charter Communications | | | | $273.92 | | $273.92 |
| City of Hickory | | $161.54 | | $70.02 | | $231.56 |
| Duke Energy | $5,941.38 | | | $3,222.73 | | $9,164.11 |
| James Oxygen & Supply Company | $951.38 | | $24.39 | | | $975.77 |
| Laboratory Corporation of America Holdings | $126.00 | | | | | $126.00 |
| Law Offices of Matthew K. Rogers, PLLC | $3,024.22 | | | $14,541.17 | | $17,565.39 |
| Le Bleu Bottled Water | $25.62 | | | | | $25.62 |
| NV Energy | | | $80.77 | $2,361.02 | | $2,441.79 |
| Paul's Plumbing & Heating, Inc. | | | | $1,634.00 | | $1,634.00 |
| Phelps Dunbar, LLP | | | | $2,963.99 | | $2,963.99 |
| Progressive Business Publications | | | $299.00 | | | $299.00 |
| Republic Services | | -$170.91 | | $441.80 | | $270.89 |
| Smart Metals Recycling | | | | $3,949.00 | $10,000.00 | $13,949.00 |
| Southland Brokerage Co., Inc. | | | | $6,152.25 | | $6,152.25 |
| VESCO Toyotalift | | | | $472.08 | | $472.08 |
| | $10,068.60 | $1,054.80 | $3,259.78 | $37,645.50 | $10,000.00 | $62,028.68 |

In re ZLOOP, Inc.
   Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 98,984.51 |
| + Amounts billed during the period | - |
| - Amounts collected during the period | (8,380.18) |
| Total Accounts Receivable at the end of the reporting period | 90,604.33 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | 1,505.26 |
| 61 - 90 days old | |
| 91+ days old | 89,099.07 |
| Total Accounts Receivable | 90,604.33 |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (Net) | 90,604.33 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |