**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZLOOP, INC., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 15-11660 (KJC)<br><br>Jointly Administered<br><br>**Re: D.I. 568, 572, and 638** |

## NOTICE OF (I) ENTRY OF CONFIRMATION ORDER AND (II) EFFECTIVE DATE

**PLEASE TAKE NOTICE** that an order (the "Confirmation Order") of The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation*, attached to the Confirmation Order as Exhibit A (including all exhibits thereto and as the same may be amended, modified or supplemented from time to time, the "Combined Plan and Disclosure Statement")[2] was entered on October 25, 2016 [D.I. 638].

**PLEASE TAKE FURTHER NOTICE** that all conditions precedent to the Effective Date pursuant to Article XIII.B. of the Combined Plan and Disclosure Statement have been satisfied or waived. The Debtors, in consultation with the Creditors' Committee and the Plan Funder, are declaring the Effective Date to have occurred and, therefore, **December 1, 2016**, is the Effective Date of the confirmed Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Combined Plan and Disclosure Statement and its provisions are binding on, among others, the Debtors, all Holders of Claims and/or Equity Interests (irrespective of whether such Claims or Equity Interests are impaired

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Combined Plan and Disclosure Statement.

under the Combined Plan and Disclosure Statement or whether the Holders of such Claims or Equity Interests have accepted the Combined Plan and Disclosure Statement), and any and all non-Debtor parties to Executory Contracts with the Debtors, as provided in the Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that any Holder of a Claim arising from the rejection of an Executory Contract pursuant to the Combined Plan and Disclosure Statement must submit a proof of claim on account of such Claim by no later than **December 23, 2016 at 4:00 p.m. (ET)** to the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, DE 19801. **Any proofs of claim not submitted and actually received by the Bankruptcy Court by such date will be forever barred from assertion against the Estates, the Post-Effective Date Debtor and the Plan Administrator.**

**PLEASE TAKE FURTHER NOTICE** that the General Claim Deadline was **November 16, 2015 at 5:00 p.m. (ET)** and that the Government Claim Deadline was **February 5, 2016 at 5:00 p.m. (ET)**. Any Claim that was not Filed by the General Claim Deadline or the Government Claim Deadline, as applicable to the party asserting such Claim, shall be deemed disallowed under the Combined Plan and Disclosure Statement and shall be forever barred against the Estates, the Post-Effective Date Debtor and the Plan Administrator, and the Holder thereof shall be enjoined from commencing or continuing any action, employment of process or act to collect, offset, recoup or recover such Claim.

**PLEASE TAKE FURTHER NOTICE** that the Administrative Expense Bar Date was **October 26, 2016 at 12:00 p.m. (ET).** Any Administrative Expense Claim not Filed by the Administrative Expense Bar Date (other than 503(b)(9) Claims, Statutory Fees, and the

Claims of Governmental Units arising under section 503(b)(1)(B), (C) or (D) of the Bankruptcy Code) shall be deemed disallowed under the Combined Plan and Disclosure Statement and shall be forever barred against the Estates, the Post-Effective Date Debtor and the Plan Administrator, and the Holder thereof shall be enjoined from commencing or continuing any action, employment of process or act to collect, offset, recoup or recover such Claim.

**PLEASE TAKE FURTHER NOTICE** that that the Professional Fee Claims Bar Date is **January 17, 2017 at 4:00 p.m. (ET).** Any Professional Fee Claims not Filed by the Professional Fee Claims Bar Date shall be deemed disallowed under the Combined Plan and Disclosure Statement and shall be forever barred against the Estates, the Post-Effective Date Debtor and the Plan Administrator, and the Holder thereof shall be enjoined from commencing or continuing any action, employment of process or act to collect, offset, recoup or recover such Claim.

Dated: December 2, 2016
      Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*_____
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
Kaitlin M. Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com
       craig.martin@dlapiper.com
       daniel.brogan@dlapiper.com
       kaitlin.edelman@dlapiper.com