**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x
In re                                    :        Chapter 11
                                         :
ZLOOP, INC., *et al.,*                   :        Case No. 15- 11660 (KJC)
                                         :
                                         :        (Jointly Administered)
                        Debtors.         :
                                         :
                                         :
-----------------------------------------------------------x

**ELEVENTH AND FINAL COMPENSATION AND STAFFING REPORT OF**
**GETZLER HENRICH & ASSOCIATES, LLC, CHIEF RESTRUCTURING OFFICER**
**TO THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR THE PERIOD SEPTEMBER 24, 2015 THROUGH DECEMBER 31, 2016**

Name of Applicant:                              Getzler Henrich & Associates LLC

Authorized to Provide
Professional Services to:                       Debtors

Effective Date of Retention:                    *nunc pro tunc* to September 24, 2015

Period for Which Compensation
and Reimbursement is Sought:                    September 1, 2016 through December 31, 2016

Compensation Sought as Actual,
Reasonable and Necessary for
Application Period:                             $25,543.50

Reimbursement of Expenses Sought
as Actual, Reasonable and Necessary
during Application Period:                      $383.69

Total Amount of Fees and Expense
Reimbursement Incurred as Actual,
Reasonable and Necessary:                       $25,927.19

Period for Which Compensation
and Reimbursement is Sought:                  September 24, 2015 through December 31, 2016

Compensation Sought as Actual,
Reasonable and Necessary for
Final Period:                                 $494,496.25

Reimbursement of Expenses Sought
as Actual, Reasonable and Necessary
for Final Application Period:                 $10,524.68

Total Amount of Fees and Expense
Reimbursement Incurred as Actual,
Reasonable and Necessary:                     $505,020.93

Summary of Prior Monthly Statements Sent:

| # | Date Sent | Period Covered | Requested | | Awarded and Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 1/7/16 | 9/24/15-11/30/15 | $82,154.25 | $1,664.84 | N/A | N/A |
| 2 | 2/17/2016 | 12/1/2015-12/31/2015 | 49,164.25 | 493.14 | N/A | N/A |
| 3 | 5/17/2016 | 1/1/2016–1/31/2016 | 55,982.00 | 989.17 | N/A | N/A |
| 4 | 5/17/2016 | 2/1/2016-2/29/2016 | 62,749.00 | 300.56 | N/A | N/A |
| 5 | 5/17/2016 | 3/1/2016-3/31/2016 | 28,503.50 | 903.94 | N/A | N/A |
| 6 | 5/17/2016 | 4/1/2016-4/30/2016 | 53,730.75 | 2,038.98 | N/A | N/A |
| 7 | 7/1/2016 | 5/1/2016-5/31/2016 | 40,133.50 | 2,058.55 | N/A | N/A |
| 8 | 8/2/2016 | 6/1/2016-6/30/2016 | 28,102.00 | 1,001.78 | N/A | N/A |
| 9 | 9/7/2016 | 7/1/2016-7/31/2016 | 57,932.00 | 686.47 | N/A | N/A |
| 10 | 9/29/2016 | 8/1/2016-8/31/2016 | $10,501.50 | 24.26 | N/A | N/A |
| 11 | 11/11/2016 | | | | $320,129.48 | $10,161.69 |
| | | **TOTAL** | **$468,952.75** | **$10,161.69** | **$320,129.48** | **$10,161.69** |

Summary of Prior Interim Applications Filed:

| # | Date filed; Docket No. | Period Covered | Requested | | Order Date Filed; Docket No. | Paid | |
|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | | Fees | Expenses |
| | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | | **TOTAL** | **$0** | **$0** | | **$0** | **$0** |

## TIME SUMMARY BY BILLING CATEGORY
For the Eleventh Period of September 1, 2016 through December 31, 2016

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Asset Sale and Disposal | 0.0 | $0.00 |
| Budget Preparation | 0.0 | $0.00 |
| Company/Business Management | 24.0 | $11,555.00 |
| Court Hearing Prep | 5.6 | $2,996.00 |
| Creditor Committee Matter | 0.0 | $0.00 |
| DIP Financing | 0.0 | $0.00 |
| Fee / Employment Application | 1.6 | $778.00 |
| Litigation Matters | 7.1 | $2,538.50 |
| Monthly Operating Report | 1.0 | $535.00 |
| Motion Review & Analysis | 0.0 | $0.00 |
| Plan of Reorganization | 12.2 | $6,392.00 |
| Sale of Business | 0.0 | $0.00 |
| Schedules & SOFAs | 0.0 | $0.00 |
| Travel | 2.8 | $749.00 |
| **Total Time Based Billing** | **54.3** | **$25,543.50** |
| Other Billing | | |
| **Total Billing** | **54.3** | **$25,543.50** |

## TIME SUMMARY BY BILLING CATEGORY
For the Final Period of September 24, 2015 through December 31, 2016

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Asset Sale and Disposal | 72.0 | $37,614.00 |
| Budget Preparation | 70.6 | $34,374.00 |
| Company/Business Management | 216.7 | $106,192.00 |
| Court Hearing Prep | 42.6 | $22,551.00 |
| Creditor Committee Matter | 35.3 | $18,751.50 |
| DIP Financing | 1.4 | $749.00 |
| Fee / Employment Application | 24.6 | $11,383.00 |
| Litigation Matters | 28.4 | $13,934.00 |
| Monthly Operating Report | 5.1 | $2,708.50 |
| Motion Review & Analysis | 11.3 | $5,953.00 |
| Plan of Reorganization | 64.9 | $33,861.50 |
| Sale of Business | 316.4 | $137,732.00 |
| Schedules & SOFAs | 9.6 | $5,136.00 |
| Travel | 117.1 | $29,806.75 |
| **Total Time Based Billing** | **1,016.00** | **$460,746.25** |
| Other Billing[1] | | 33,750.00 |
| **Total Billing** | **1,016.00** | **$494,496.25** |

---

[1] The Success Fee was calculated as 1.5% of sale proceeds of $2,250,000.

**TIME SUMMARY BY PROFESSIONAL**
For the Eleventh Period of September 1, 2016 through December 31, 2016

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| William H. Henrich | Co-Chairman for 13 years, 22 years prior experience | $535.00 | 21.8 | $10,914.00 |
| L. Frank Melazzo | Managing Director for 11 years, 26 years prior experience | $485.00 | 24.2 | $11,737.00 |
| Mark D. Podgainy | Managing Director for 3 years, 18 years prior experience | $475.00 | 1.3 | $617.50 |
| David Rubin | Senior Consultant, 20 years prior experience | $325.00 | 7.0 | $2,275.00 |
| **Total Time Based Billing** | | **$470.41** (Blended Hourly Rate) | **54.3** | **$25,543.50** |
| Other Billing | | | | 0.00 |
| **Total Billing** | | | **54.3** | **$25,543.50** |

## TIME SUMMARY BY PROFESSIONAL
For the Final Period of September 24, 2015 through December 31, 2016

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| William H. Henrich | Co-Chairman for 13 years, 22 years prior experience | $535.00 | 419.2 | $209,185.00 |
| L. Frank Melazzo | Managing Director for 11 years, 26 years prior experience | $485.00 | 346.9 | $153,526.75 |
| Mark D. Podgainy | Managing Director for 3 years, 18 years prior experience | $475.00 | 89.0 | $42,275.00 |
| Christopher O'Callaghan | Senior Consultant, 20 years prior experience | $350.00 | 139.6 | $48,860.00 |
| David Rubin | Senior Consultant, 20 years prior experience | $325.00 | 19.0 | $6,175.00 |
| Luke Andrews | Senior Associate for 1 year, 5 years prior experience | $315.00 | 2.3 | $724.50 |
| **Total Time Based Billing** | | **$453.49** (Blended Hourly Rate) | **1,016.0** | **$460,746.25** |
| Success Fee[2] | | | | $33,750.00 |
| **Total Billing** | | | **1,016.0** | **$494,496.25** |

---

[2] The Success Fee was calculated as 1.5% of sale proceeds of $2,250,000.

**EXPENSE SUMMARY**
For the Eleventh Period of September 1, 2016 through December 31, 2016

| Disbursements | Amount |
|---|---|
| Accommodations | $0.00 |
| Automobile Expense | $0.00 |
| Mailing/Shipping | $111.90 |
| Meals | $0.00 |
| Miscellaneous | $8.48 |
| Office Supplies | $65.31 |
| Telecommunications | $0.00 |
| Transportation | $198.00 |
| **Total Disbursements** | **$383.69** |

**EXPENSE SUMMARY**
For the Final Period of September 24, 2015 through December 31, 2016

| Disbursements | Amount |
|---|---|
| Accommodations | $1,483.11 |
| Automobile Expense | $1,687.64 |
| Mailing/Shipping | $214.40 |
| Meals | $404.49 |
| Miscellaneous | $557.47 |
| Office Supplies | $218.08 |
| Telecommunications | $84.03 |
| Transportation | $5,875.46 |
| **Total Disbursements** | **$10,524.68** |

**DETAILED TIME AND EXPENSE RECORDS**

Annexed hereto as Exhibit "A" are contemporaneously maintained time entries for each individual providing services for the Final Period. Annexed as Exhibit "B" is expense detail for the Final Period.

## BACKGROUND

1.      On August 9, 2015 (the "Petition Date"), ZLOOP, Inc. and certain of its subsidiaries (collectively, the "Debtors") each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.      On September 29, 2015 the Debtors filed the *Application of the Debtors To (I) Retain Getzler Henrich & Associates LLC To Provide the Debtors A Chief Restructuring Officer and Certain Additional Personnel And (II) Designate William H. Henrich As Chief Restructuring Officer For the Debtors Nunc Pro Tunc to September 24, 2015* [Docket No. 134] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

3.      On November 16, 2015 the Bankruptcy Court entered the *Order Authorizing the Debtors to Provide the Debtors A Chief Restructuring Officer and Certain Additional Personnel And (II) Designate William H. Henrich As Chief Restructuring Officer For the Debtors Nunc Pro Tunc to September 24, 2015* [Docket No. 193] (the "GH Retention Order").

4.      In accordance with the GH Retention Order, included herein are Getzler Henrich & Associates LLC's ("Getzler Henrich") eleventh statement of fees and expenses for the period September 1, 2016 through December 31, 2016 and for the Final Period of September 24, 2015 through December 31, 2016 ("Eleventh and Final Compensation and Staffing Report").

## SUMMARY

5.      Getzler Henrich's fees for the Statement Period have been calculated based on hourly rates for its professionals that have been discounted from Getzler Henrich's usual and customary hourly rates in this Chapter 11 Case.  Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in Getzler Henrich's hourly rates for professionals and are billed separately.

Dated: New York, New York
       January 17, 2017

Respectfully submitted,

**GETZLER HENRICH & ASSOCIATES LLC**

By:  _/s/William H. Henrich_
     William H. Henrich
     295 Madison Avenue, 20th Floor
     New York, New York 10017
     Tel: (212) 697-2400
     Fax: (212) 697-4812
     Email: whenrich@getzlerhenrich.com
     _Chief Restructuring Officer to Zloop, Inc.,_ et al.