# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*,[2] | Case No. 15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. Nos. 564, 597, 598, 599, 624, 643, 645, 646, 647, 649, 650, 667, 668, 695, 701, 702, 706, 719 |

## OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS

This matter coming before the Court on the Final Fee Applications (each, an "**Application**," and collectively, the "**Applications**") of those professionals listed on **Exhibit A** attached hereto pursuant to sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the final allowance of fees, including all amounts held back, and expenses for the periods covered by the dates referenced in **Exhibit A** attached hereto (the "**Compensation Period**"), the Court having reviewed the Applications and the Court finding that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) notice of the Applications was adequate under the circumstances, and (iii) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications; now therefore

IT IS HEREBY ORDERED THAT:

1. The Applications are GRANTED to the extent set forth on the attached **Exhibit A**.

---

[2] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

EAST\139982014.3

2. Each of the Applications is allowed for (i) compensation for services rendered during the Compensation Period and (ii) reimbursement for actual and necessary expenses incurred during the Compensation Period, in the respective amounts set forth as approved on the attached **Exhibit A**, including any and all amounts held back.

3. To the extent not already paid, the Plan Administrator is authorized and directed to pay, in accordance with the terms of the *Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [D.I. 568] (as amended, the "**Plan**"), each of the Applicants the full amount of fees and expenses requested in the Applications for services rendered and expenses incurred during the Compensation Period as set forth on **Exhibit A**.

Dated: February 10, 2017

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE