# EXHIBIT A

## In re ZLOOP, Inc., et al.,

| Professional | Professional's Role in Case | Professional's Retention Date | Compensation Period | Total Fees as Requested in Fee Applications | Total Expenses as Requested in Fee Applications | Paid to Date | Amounts Outstanding |
|---|---|---|---|---|---|---|---|
| DLA Piper LLP (US) | Counsel to the Debtors and Debtors-in-Possession | September 14, 2015, nunc pro tunc to August 9, 2015 | August 9, 2015 through November 30, 2016 | $1,818,389.00 | $56,717.61 | $1,227,791.14 | $647,315.47 |
| Miller Coffey Tate LLP | Accountants and Bankruptcy and Litigation Consultants | September 14, 2015, nunc pro tunc to August 9, 2015 | August 9, 2015 through November 30, 2016 | $451,037.50 | $2,525.20 | $283,987.38 | $169,575.32 |
| Cole Schotz P.C. | Counsel for the Official Committee of Unsecured Creditors | October 15, 2015, nunc pro tunc to September 4, 2015 | September 4, 2015 through November 30, 2016 | $436,268.50 | $6,706.44 | $296,568.25 | $146,406.69 |
| Goldin Associates, LLC | Financial Advisors for the Official Committee of Unsecured Creditors | October 26, 2015, nunc pro tunc to September 11, 2015 | September 11, 2015 through November 30, 2016 | $258,717.50 | $1,433.88 | $178,157.43 | $81,993.95 |
| **TOTALS** | | | | **$2,964,412.50** | **$67,383.13** | **$1,986,504.20** | **$1,045,291.43** |