# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC. | Case No. 15-11660 (KJC) |
| Post-Effective Date Debtor. | Related Docket No. 763, 764 |

## ORDER GRANTING PLAN ADMINISTRATOR'S THIRD MOTION TO EXTEND TIME TO OBJECT TO CLAIMS

Upon consideration of the *Plan Administrator's Third Motion to Extend Time to Object to Claims* (the "Motion")[1], and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and the Court having considered the Motion and the relief requested therein and any responses to the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Claims Objection Deadline as set forth in the Plan is hereby extended through and including November 22, 2018 without prejudice to the rights of the Plan Administrator and all other parties-in-interest entitled to object to claims under the Plan to request a further extension of the Claims Objection Deadline.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: July 3, 2018

HON. KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not defined herein are as defined in the Motion.