# Exhibit A

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
### POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ZLOOP, INC.          Bank: Iberia Bank

Bankruptcy Number: 15-11660 (KJC)   Account Number: XXXXXXX5151

Effective Date: December 1, 2016    Account Type: Checking

Reporting Period (month/year): October 1, 2018 – December 31, 2018

**Beginning Cash Balance:**                $136,227.25

All receipts received by the Debtor:

| | |
|---|---|
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Capital infusions pursuant to Plan: | $163,602.45 |
| Other: | $219.07 (interest income) |

Total of cash received:                    $163,821.52

**Less all disbursements or payments (including payments made under the Plan) made by the Debtor:**

Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals:   $0.00

Disbursements made pursuant to administrative claims of bankruptcy professionals:   $0.00

Other:   $50.00 (Reimbursement to Gibson Law Partners for amount they contributed to open Trust Account.)

All other disbursements made in the ordinary course:   $159,541.70

Total Disbursements   $159,591.70

Ending Cash Balance   $140,457.07

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/11/19
Date

_[signature]_ /Plan Administrator
Name/Title