# Exhibit A

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ZLOOP, INC.     Bank: Iberia Bank

Bankruptcy Number: 15-11660 (KJC)     Account Number: XXXXXXX5151

Effective Date: December 1, 2016     Account Type: Checking

Reporting Period (month/year): January 1, 2019 – March 31, 2019

**Beginning Cash Balance:**     $140,457.07

All receipts received by the Debtor:

| | |
|---|---|
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Capital infusions pursuant to Plan: | $265,437.19 |
| Other: | $251.03 (interest income) |

Total of cash received:     $265,688.22

**Less all disbursements or payments (including payments made under the Plan) made by the Debtor:**

| | |
|---|---|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $262,756.88 |
| Total Disbursements | $262,756.88 |

Ending Cash Balance     $143,388.41

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/18/19
Date

[signature] Patrick Troes(?) — Plan Administrator
Name/Title