# Exhibit A

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ZLOOP, INC.              Bank: Iberia Bank

Bankruptcy Number: 15-11660 (KJC)       Account Number: XXXXXXX5151

Effective Date: December 1, 2016        Account Type: Checking

Reporting Period (month/year): April 1, 2019 – June 30, 2019

**Beginning Cash Balance:**                              $143,388.41

All receipts received by the Debtor:

| | |
|---|---|
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Capital infusions pursuant to Plan: | $173,045.34 |
| Other: | $237.41 (interest income) |

Total of cash received:                                  $173,282.75

**Less all disbursements or payments (including payments made under the Plan) made by the Debtor:**

| | |
|---|---|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $168,896.05 |
| Total Disbursements | $168,896.05 |
| Ending Cash Balance | $147,775.11 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/23/19
Date

_[signature]_ Plan Administrator
Name/Title

00582750