# Exhibit A

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
AMENDED POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ZLOOP, INC.                    Bank: Iberia Bank

Bankruptcy Number: 15-11660 (KJC)             Account Number: XXXXXXX5151

Effective Date: December 1, 2016              Account Type: Checking

Reporting Period (month/year): July 1, 2018 – September 30, 2018

**Beginning Cash Balance:**                   $128,804.15

All receipts received by the Debtor:

Proceeds from Litigation (settlement or otherwise):   $0.00
Capital infusions pursuant to Plan:                   $161,086.45 (Includes direct payment from Plan Funder to Gibson Law Partners in the amount of $76,336.45.)

Other:                                                $311.26 (interest income)
                                                      $50.00 (Contribution by Gibson Law Partners to open Trust Account. This will be withdrawn in Q4.)

Total of cash received:                               $161,447.71

**Less all disbursements or payments (including payments made under the Plan) made by the Debtor:**

Disbursements made under the Plan, excluding the administrative
claims of bankruptcy professionals:                   $0.00

Disbursements made pursuant to administrative
claims of bankruptcy professionals:                   $0.00

All other disbursements made in the ordinary course:  $154,024.61

    Total Disbursements                               $154,024.61

Ending Cash Balance                                   $136,227.25

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/23/19                    Patrick Frae, Plan Administrator
Date                       Name/Title

00582750