# Exhibit A

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ZLOOP, INC.                     Bank: Investar Bank

Bankruptcy Number: 15-11660 (KJC)              Account Number: XXXXXXX9936

Effective Date: December 1, 2016               Account Type: Checking

Reporting Period (month/year): July 1, 2019 – September 30, 2019

**Beginning Cash Balance:**                    $147,775.11

All receipts received by the Debtor:

| | |
|---|---|
| Proceeds from Litigation (settlement or otherwise): | $6,322,910.23 |
| Capital infusions pursuant to Plan: | $0.00 |
| Other: | $12,470 (Refund on Ordinary Course Expense) |
| | $4,442.93 (interest income) |

Total of cash received:                        $6,339,823.16

**Less all disbursements or payments (including payments made under the Plan) made by the Debtor:**

| | |
|---|---|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to administrative claims of bankruptcy professionals: | $588,897.96 |
| All other disbursements made in the ordinary course: | $3,893,601.16 |
| Total Disbursements | $4,482,499.12 |
| Ending Cash Balance | $2,005,099.15 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/22/2019                    *[signature]* Patrick Smee CEO    Plan Administrator
Date                                   Name/Title