# Exhibit A

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ZLOOP, INC.                Bank: Investar Bank

Bankruptcy Number: 15-11660 (KJC)         Account Number: XXXXXXX9936

Effective Date: December 1, 2016          Account Type: Checking

Reporting Period (month/year): October 1, 2019 – December 31, 2019

**Beginning Cash Balance:**                $2,005,099.15

All receipts received by the Debtor:

| | |
|---|---|
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Capital infusions pursuant to Plan: | $0.00 |
| Other: | $25,000 (deposited in error) |
| | $3,857.22 (interest income) |

Total of cash received:                    $28,857.22

**Less all disbursements or payments (including payments made under the Plan) made by the Debtor:**

Disbursements made under the Plan, excluding the administrative
claims of bankruptcy professionals:        $0.00

Disbursements made pursuant to administrative
claims of bankruptcy professionals:        $0.00

All other disbursements made in the ordinary course:   $171,916.34

Total Disbursements                        $171,916.34

Ending Cash Balance                        $1,862,040.03

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/22/2020
Date                    Name/Title        Plan Administrator