# Exhibit A

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: ZLOOP, INC.                    Bank: Investar Bank

Bankruptcy Number: 15-11660 (KJC)              Account Number: XXXXXXX9936

Effective Date: December 1, 2016               Account Type: Checking

Reporting Period (month/year): January 1, 2020 – March 31, 2020

**Beginning Cash Balance:**                                    $1,862,040.03

All receipts received by the Debtor:

| | |
|---|---|
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Capital infusions pursuant to Plan: | $0.00 |
| Other: | $3,335.61 (interest income) |

Total of cash received:                                        $3,335.61

**Less all disbursements or payments (including payments made under the Plan) made by the Debtor:**

Disbursements made under the Plan, excluding the administrative
claims of bankruptcy professionals:                            $0.00

Disbursements made pursuant to administrative
claims of bankruptcy professionals:                            $0.00

All other disbursements made in the ordinary course:           $262,177.59

Total Disbursements                                            $262,177.59

Ending Cash Balance                                            $1,603,198.05

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/21/2020                    *Patrick Trae' O'Pry*/Plan Administrator
Date                          Name/Title