# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC.,<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 15-11660 (KBO) |

## ORDER APPROVING STIPULATION
## WAIVING INSURER PROOF OF CLAIM (CLAIM NO. 15)

Upon consideration of the Stipulation Between Zloop, Inc. and Certain Affiliates of AIG Property Casualty, Inc. Regarding Proof of Claim No. 15 (the "Stipulation"), and it appearing that notice of the Stipulation was good and sufficient under the particular circumstances and that no other or further notice need be given; and the Court having considered the Stipulation and the relief requested therein and any responses to the Stipulation; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit 1** is APPROVED as set forth herein;

2. The AIG Proof of Claim and any and all claims for any additional monies, including the rights of setoff and recoupment, is hereby waived;

3. The Debtor and the Plan Administrator, as well as the Clerk of the Court, are authorized to take all such actions as are necessary and appropriate to implement and effectuate the terms of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

**Dated: March 5th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**