# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC.,<br><br>        Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 15-11660 (KBO)<br><br>Re: Docket No. 859 |

## ORDER APPROVING STIPULATION REDUCING AND WAIVING CATAWBA COUNTY TAX COLLECTOR PROOFS OF CLAIM (CLAIM NOS. 24, 27, AND 28)

Upon consideration of the *Stipulation Between Zloop, Inc. and Catawba County Tax Collector Regarding Proofs of Claim And Additional Claims* (the "Stipulation")[1] and the relief requested therein and any responses thereto; and it appearing that notice of the Stipulation was good and sufficient under the particular circumstances and that no other or further notice need be given; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit 1** is APPROVED as set forth herein;

2. The Catawba Proofs of Claim are hereby reduced to zero and waived.

3. All other claims or expenses, whether unsecured, secured, priority, or administrative, including those amounts alleged due Claimant as set forth in the Catawba Proofs of Claims, are disallowed;

4. The Debtor and the Plan Administrator, as well as the Clerk of the Court, are authorized to take all such actions as are necessary and appropriate to implement and effectuate the terms of this Order.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Stipulation.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

**Dated: April 14th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**