# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC.,<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 15-11660 (KBO) |

### STIPULATION BETWEEN ZLOOP, INC. AND CATAWBA COUNTY TAX COLLECTOR REGARDING PROOFS OF CLAIM AND ADDITIONAL CLAIMS

Catawba County Tax Collector ("Claimant") and Zloop, Inc. (the "Debtor"), by and through Patrick Trae' O'Pry, Plan Administrator (the "Plan Administrator" and together with Claimant, the "Parties") herein represent and stipulate as follows:

WHEREAS, on August 9, 2015, Debtor, along with certain affiliates, initiated this Bankruptcy Case by filing a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, on September 2, 2016, Debtor filed the Debtors' Modified Combined Disclosure Statement And Joint Chapter 11 Plan of Liquidation (the "Proposed Plan") [D.I. 568];

WHEREAS, on October 7, 2016, Debtor filed its Plan Supplement (the "Plan Supplement");

WHEREAS, on October 25, 2016, the Court entered an order (the "Confirmation Order") approving the Proposed Plan as modified [D.I. 638]. A copy of the plan as approved by the Court is attached as Exhibit A to the Confirmation Order (the "Plan") [D.I. 638-1];

WHEREAS, the Plan became effective on December 1, 2016 (the "Effective Date");

WHEREAS, contemporaneous with the Effective Date, Patrick Trae' O'Pry was appointed Plan Administrator as provided in the Plan and Plan Supplement; and

WHEREAS, on February 22, 2016 (the "Claim Date"), Claimant filed its proof of claim, numbered 24, asserting secured and priority claims in the total amount of $16,321.97.

WHEREAS, on June 24, 2019, Claimant filed its proof of claim, numbered 27, asserting secured and priority claim in the total amount of $2,668.59.

WHEREAS, on April 29, 2021, Claimant filed its proof of claim, numbered 28 (collectively, claims 24, 27, and 28 shall be referred to as the "Catawba Proofs of Claim"), asserting secured and priority claim in the total amount of $2,302.44.

WHEREAS, since the Claim Date, all properties associated with the Catawba Proofs of Claim have been sold, conveyed, or otherwise disposed (the "Property Dispositions").

WHEREAS, in conjunction with the Property Dispositions, all amounts due and owing under the Catawba Proofs of Claim and any amounts that have accrued before or after the Claim Date have been satisfied from the proceeds of the Property Dispositions.

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. The Catawba Proofs of Claim are hereby reduced to zero and waived;

2. All other amounts allegedly due and owing to Claimant are hereby waived.

3. Upon entry of the Order approving this stipulation, no further amounts shall be due to Claimant on account of the Catawba Proofs of Claim or any other claims or expenses, unsecured, secured, priority, or administrative, and the Plan Administrator shall be authorized to take any steps necessary to mark the Catawba Proofs of Claim as satisfied, waived, or expunged.

*[Signature Page to Follow]*

| | |
|---|---|
| Catawba County Tax Collector<br><br>*Lori A. Mathes* (signature)<br><br>Name: LORI A. MATHES<br><br>Title: Tax Collector<br><br>Address: P.O. Box 368<br>Newton, N.C. 28658<br><br>Dated: 4/13/2022 | COOCH AND TAYLOR, P.A.<br><br>(signature)<br><br>R. Grant Dick IV (Del. No. 5123)<br>The Nemours Building<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>Telephone: (302) 984-3800<br>Fax: (302) 984-3939<br>Email: gdick@coochtaylor.com<br><br>Dated: 4/14/2022 |

00628169 2