# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC.[1] | Case No. 15-11660 (KBO) |
| Post-Effective Date Debtor. | **RE Docket No. 863** |

## FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

Upon the *Plan Administrator's Motion for Entry of a Final Decree and Order Closing Chapter 11 Case* (the "Motion"); [2] and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estates, creditors, and other parties in interest; and this Court having found that the Plan Administrator provided appropriate notice of the Motion and the opportunity for a hearing on the Motion (the "Hearing") under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing:

---

[1] The Post-Effective Date Debtor in this case and the last four digits of the Post-Effective Date Debtor's federal tax identification numbers are: Zloop, Inc. (2960). The mailing address for the Post-Effective Date Debtor is: P.O. Box 81129 Lafayette, LA 70598-1129.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Case of ZLOOP, INC., Case No. 15-11660 (KBO), shall be and hereby is closed.

3. Following entry of this Final Decree and Order, the docket of the Bankruptcy Case shall be marked as "Closed."

4. To the extent not already paid, the fees required to be paid to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid within 15 days after the date of entry of this Final Decree and Order. Any remaining post-confirmation reports shall also be filed within 15 days of entry of this Final Decree and Order.

5. Pursuant to Local Rule 2002-1(g), the Plan Administrator is relieved of any further obligations with respect to claims and noticing services effective immediately upon entry of this Final Decree and Order. In accordance with Local Rule 2002-l(g), within 28 days of entry of this Final Decree and Order, the Plan Administrator shall forward to the Clerk an updated version of the creditor matrix.

6. Upon completion of any obligations set forth in this Order and Article XV Section X of the Plan, the Plan Administrator shall be fully released or discharged from any duties under the Plan.

7. Entry of this Final Decree and Order shall be without prejudice to the rights of the Plan Administrator, or any other party-in-interest to seek to reopen any of the Chapter 11 Cases for cause.

8. Notwithstanding any stay that might be applicable to this Final Decree and Order, this Final Decree and Order shall be effective and enforceable immediately upon entry hereof.

9. The Court shall retain jurisdiction to construe and enforce the terms of the Motion and this Final Decree and Order.

**Dated: June 9th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**